**SIGN-IN SHEET**

| CASE NAME   At Home Group, Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER:  25-11120  JKS | DATE:  6/17/25 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JASON ANGELO | REED SMITH | BANK OF AMER |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## 10:00 AM

**25-11120-JKS At Home Group Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| jeremy Aguilar | At Home | At Home | 10:00 AM | Zoom( Video and Audio) | yes |
| Justin R. Alberto | Cole Schotz P.C. | Interested Party | 10:00 AM | Zoom( Video and Audio) | yes |
| Arielle Ambra-Juarez | Cooley LLP | Interested Party | 10:00 AM | Zoom( Video and Audio) | yes |
| Jason Daniel Angelo | Reed Smith LLP | Reed Smith LLP | 10:00 AM | Zoom( Video and Audio) | yes |
| Rick Archer | Law360 | | 10:00 AM | Audio Only | no |
| Jamie Baird | PJT | baird@pjtpartners.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Robert S. Brady | Young, Conaway, Stargatt & Taylor, LLP | Young, Conaway, Stargatt & Taylor, LLP | 10:00 AM | Zoom( Video and Audio) | yes |
| Daniel Brenner | Pryor Cashman LLP | Wilmington Trust, National Association | 10:00 AM | Zoom( Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Cann | Bank of America | | 10:00 AM | Zoom( Video and Audio) | yes |
| Austin Chavez | WilmerHale | Austin.chavez@wilmerhale.com | 10:00 AM | Audio Only | no |
| Roza Chervinsky | roza.chervinsky@octus.com | roza.chervinsky@octus.com | 10:00 AM | Audio Only | no |
| Victor Chu | Evercore | Evercore | 10:00 AM | Zoom( Video and Audio) | yes |
| Steven Church | schurch3@bloomberg.net | schurch3@bloomberg.net | 10:00 AM | Audio Only | no |
| Nicole Cipriano | Kirkland & Ellis | nicole.cipriano@kirkland.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Andrew Citron | Herbert Smith Freehills Kramer (US) LLP | Interested Party | 10:00 AM | Zoom( Video and Audio) | yes |
| M. Blake Cleary | Potter Anderson & Corroon LLP | Ad Hoc Group | 10:00 AM | Zoom( Video and Audio) | yes |
| Kevin Cockerham | Reed Smith | kcockerham@reedsmith.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Catherine Corey | catherine@9fin.com | catherine@9fin.com | 10:00 AM | Audio Only | no |

| Edward A. Corma | Pachulski Stang Ziehl & Jones | Pachulski Stang Ziehl & Jones LLP | 10:00 AM | Audio Only | no |
| Cara Costich | Evercore | | 10:00 AM | Zoom( Video and Audio) | yes |
| Stephen Coulombe | BRG | Secured Lenders | 10:00 AM | Zoom( Video and Audio) | yes |
| Avinash D'Souza | Evercore | | 10:00 AM | Zoom( Video and Audio) | yes |
| Jay Danforth | jay.danforth@pnc.com | jay.danforth@pnc.com | 10:00 AM | Audio Only | yes |
| Mark L. Desgross eilliers | Chipman Brown Cicero & Cole, LLP | desgross@chipmanbrown.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Justin H Desjardins | Choate, Hall & Stewart LLP | Bank of America, N.A. | 10:00 AM | Audio Only | no |
| Paul Deutch | Omni Agent Solutions | | 10:00 AM | Zoom( Video and Audio) | yes |
| Kevin Eckhardt | kevin.eckhardt@octus.com | kevin.eckhardt@octus.com | 10:00 AM | Audio Only | no |
| Andrew Ehrmann | Potter Anderson & Corroon | Ad Hoc Group | 10:00 AM | Zoom( Video and Audio) | yes |

| Matthew Fagen | Kirkland & Ellis | matthew.fagen@kirkland.com | 10:00 AM | Zoom(Video and Audio) | yes |
| Allie Finio | Young Conaway Stargatt & Taylor, LLP | afinio@ycst.com | 10:00 AM | Zoom(Video and Audio) | yes |
| Scott L. Fleischer | Barclay Damon LLP | Landlords (Casto, DLC, Rivercrest, Urban Edge) | 10:00 AM | Zoom(Video and Audio) | yes |
| Hampton F. Foushee | fhoushee@choate.com | fhoushee@choate.com | 10:00 AM | Zoom(Video and Audio) | yes |
| Steven Fox | sfox@riemerlaw.com | sfox@riemerlaw.com | 10:00 AM | Zoom(Video and Audio) | yes |
| Alysen Garces | alysen.garces@fticonsulting.com | alysen.garces@fticonsulting.com | 10:00 AM | Audio Only | no |
| Brandon Garcia | Farallon Capital Management | | 10:00 AM | Zoom(Video and Audio) | yes |
| Clara E Geoghegan | Law360 | | 10:00 AM | Audio Only | no |
| Jeffrey Goldfine | Kirkland & Ellis | jeffrey.goldfine@kirkland.com | 10:00 AM | Zoom(Video and Audio) | yes |
| Nicole Greenblatt | Kirkland & Ellis | nicole.greenblatt@kirkland.com | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| James Haithcock | Burr & Forman LLP | 1401 Memorial Parkway Huntsville, LLC | 10:00 AM | Zoom( Video and Audio) | yes |
| Taylor Harrison | taylor.harrison@iongroup.com | taylor.harrison@iongroup.com | 10:00 AM | Audio Only | no |
| Brett Michael Haywood | Potter Anderson & Corroon | Ad Hoc Group | 10:00 AM | Zoom( Video and Audio) | yes |
| Julia Hazian | Bank of America | | 10:00 AM | Zoom( Video and Audio) | yes |
| Theodore S Heckel | Pachulski Stang Ziehl & Jones LLP | N/A | 10:00 AM | Audio Only | no |
| Leslie C. Heilman | Ballard Spahr LLP | FR Huntington Square LLC | 10:00 AM | Zoom( Video and Audio) | yes |
| Eric D. Hilmo | Dechert | Ad Hoc Group | 10:00 AM | Zoom( Video and Audio) | yes |
| Patrick Holohan | patrick.holohan@levfininsights.com | patrick.holohan@levfininsights.com | 10:00 AM | Audio Only | no |
| Audrey Hornisher | Clark Hill PLC | Utica Park Place Owner, LLC; et al. | 10:00 AM | Zoom( Video and Audio) | yes |
| Stephen Horton | Farallon Capital Management | | 10:00 AM | Zoom( Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Martha Glenn Huether | Wells Fargo | Wells Fargo | 10:00 AM | Zoom( Video and Audio) | yes |
| Elizabeth Jones | Kirkland & Ellis | elizabeth.jones@kirkland.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Saige Jutras Oftedal | Choate, Hall & Stewart LLP | Bank of America, N.A. as Prepetition ABL Agent | 10:00 AM | Audio Only | yes |
| Wendy Kane | Herbert Smith Freehills Kramer (US) LLP | Interested Party | 10:00 AM | Zoom( Video and Audio) | yes |
| Jeff Kaplan | jkaplan@crgfinancial.com | jkaplan@crgfinancial.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Dimitri G. Karcazes | Goldberg Kohn Ltd. | | 10:00 AM | Audio Only | yes |
| Andrew Kilbourne | Redwood Capital Management | | 10:00 AM | Zoom( Video and Audio) | yes |
| Scott Klebanoff | Bank of America | | 10:00 AM | Audio Only | no |
| Randall L. Klein | Goldberg Kohn Ltd. | | 10:00 AM | Audio Only | yes |
| Jodi Klein | jodi.klein@wsj.com | jodi.klein@wsj.com | 10:00 AM | Audio Only | no |
| Kent C Kolbig | Moses & Singer LLP | GLAS Agency | 10:00 AM | Zoom( Video | yes |

| | | | | and Audio) | |
|---|---|---|---|---|---|
| Debbie Laskin | Young Conaway Stargatt & Taylor, LLP | dlaskin@ycst.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Robert LeHane | Kelley Drye & Warren LLP | interested party | 10:00 AM | Zoom( Video and Audio) | yes |
| Victoria Lee | Dechert LLP | Ad Hoc Group | 10:00 AM | Zoom( Video and Audio) | yes |
| Andrew M Lee | Young Conaway Stargatt & Taylor | alee@ycst.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Mike Legge | mike.legge@octus.com | mike.legge@octus.com | 10:00 AM | Audio Only | no |
| Evan Levine | Evercore | | 10:00 AM | Zoom( Video and Audio) | yes |
| Kim Lewinski | Dykema Gossett PLLC | Landlord | 10:00 AM | Audio Only | yes |
| K&E Listen Only Line | Kirkland & Ellis LLP | Kirkland & Ellis LLP | 10:00 AM | Zoom( Video and Audio) | yes |
| Adam Malin | Anchorage Capital | | 10:00 AM | Zoom( Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Patrick McGrath | Anchorage Capital | | 10:00 AM | Zoom( Video and Audio) | yes |
| Mark McKane | Kirkland & Ellis | Kirkland & Ellis | 10:00 AM | Zoom( Video and Audio) | yes |
| David Mohamed | Paul Hastings LLP | Interested Party | 10:00 AM | Zoom( Video and Audio) | yes |
| Michael D. Mueller | Williams Mullen | CMA CGM | 10:00 AM | Zoom( Video and Audio) | yes |
| Joseph M Mulvihill | Young Conaway Stargatt & Taylor, LLP | Young Conaway Stargatt & Taylor, LLP | 10:00 AM | Zoom( Video and Audio) | yes |
| Katelyn Murray | katelyn.murray@wells fargo.com | katelyn.murray@wells fargo.com | 10:00 AM | Audio Only | no |
| Michael Myers | Ballard Spahr LLP | STORE Master Funding III, LLC | 10:00 AM | Zoom( Video and Audio) | yes |
| Katherine Onishi | Anchorage Capital | | 10:00 AM | Zoom( Video and Audio) | yes |
| Robert Orren | Kirkland & Ellis LLP | robert.orren@kirkland.com | 10:00 AM | Audio Only | no |
| Thomas A. Pitta | Emmet Marvin & Martin, LLP | Computershare Trust Company | 10:00 AM | Zoom( Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Timothy R. Powell | Young Conaway Stargatt & Taylor, LLP | Young Conaway Stargatt & Taylor, LLP | 10:00 AM | Zoom( Video and Audio) | yes |
| Mark W. Powers | Prince Lobel Tye LLP | Shrewsbury, MA Landlord | 10:00 AM | Audio Only | no |
| Jennifer Raviele | Kelley Drye & Warren LLP | Landlord creditors | 10:00 AM | Zoom( Video and Audio) | yes |
| Zak Read | Kirkland & Ellis LLP | Kirkland & Ellis LLP | 10:00 AM | Zoom( Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 10:00 AM | Zoom( Video and Audio) | yes |
| Michele Riccobono | Wells Fargo | | 10:00 AM | Audio Only | yes |
| Andrew Richmond | Pryor Cashman LLP | Wilmington Trust, National Association | 10:00 AM | Zoom( Video and Audio) | yes |
| Deborah C Rieger-Paganis | AlixPartners, LLP | Debtor | 10:00 AM | Zoom( Video and Audio) | yes |
| Rebecca Ritchie | Kirkland & Ellis | rebecca.ritchie@kirkland.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Melissa L Romano | mromano@potteranderson.com | mromano@potteranderson.com | 10:00 AM | Zoom( Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| MIsha E Ross | 9fin | None | 10:00 AM | Audio Only | no |
| Jimmy Ryan | Kirkland & Ellis | jimmy.ryan@kirkland.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Erin C. Ryan | Fried Frank | Hellman & Friedman LLC | 10:00 AM | Zoom( Video and Audio) | yes |
| Marco Schaden | Global Restructuring Review | | 10:00 AM | Audio Only | no |
| Megan Seliber | | US Trustee | 10:00 AM | Zoom( Video and Audio) | yes |
| Allison Selick | Kelley Drye & Warren LLP | interested party | 10:00 AM | Zoom( Video and Audio) | yes |
| Roopesh Shah | Evercore | | 10:00 AM | Zoom( Video and Audio) | yes |
| Kaitlin Sheehan | Kirkland & Ellis | kaitlin.sheehan@kirkland.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Michelle Shriro | Singer & Levick, PC | Link Logistics Real Estate Managment LLC | 10:00 AM | Zoom( Video and Audio) | yes |
| Maryia Shybut | Kirkland & Ellis LLP | | 10:00 AM | Zoom( Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Mark Silva | msilva@choate.com | msilva@choate.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Kevin Simard | ksimard@choate.com | ksimard@choate.com | 10:00 AM | Zoom( Video and Audio) | yes |
| Maxwell L Singer | msinger@provincefir m.com | msinger@provincefir m.com | 10:00 AM | Audio Only | no |
| Kabir Singh | | | 10:00 AM | Audio Only | no |
| Jaspreet Singh | Evercore | | 10:00 AM | Zoom( Video and Audio) | yes |
| Don Soltman | Farallon Capital Management | | 10:00 AM | Zoom( Video and Audio) | yes |
| Abby Song | FTI Consulting | FTI Consulting | 10:00 AM | Audio Only | no |
| Peter J Sprofera | | Self | 10:00 AM | Audio Only | no |
| Nick Steffen | Province Firm | | 10:00 AM | Audio Only | no |
| Joe Sternber g | joseph.sternberg@ftic onsulting.com | joseph.sternberg@ftic onsulting.com | 10:00 AM | Audio Only | no |
| Rachel C. Stricklan d | Fried Frank | Hellman & Friedman LLC | 10:00 AM | Zoom( Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
| James Sullivan | Seyfarth Shaw LLP | pending | 10:00 AM | Zoom( Video and Audio) | yes |
| Adam T Swingle | adam.swingle@white case.com | adam.swingle@white case.com | 10:00 AM | Audio Only | no |
| Marc W. Taubenfe ld | Munsch Hardt Kopf and Harr | Seasons UK | 10:00 AM | Audio Only | yes |
| Alexandr a Thomas | athomas@choate.co m | athomas@choate.co m | 10:00 AM | Zoom( Video and Audio) | yes |
| John W. Vantine | Williams Mullen | CMA CGM | 10:00 AM | Zoom( Video and Audio) | yes |
| John F. Ventola | jventola@choate.com | jventola@choate.com | 10:00 AM | Zoom( Video and Audio) | yes |
| DVIR W&Z WEINBE RG | dweinberg@trcmllc.c om | dweinberg@trcmllc.c om | 10:00 AM | Zoom( Video and Audio) | yes |
| Karli Wade | Dechert | Ad Hoc Group | 10:00 AM | Zoom( Video and Audio) | yes |
| Erin L. Williamso n | Ballard Spahr LLP | Various landlords | 10:00 AM | Zoom( Video and Audio) | yes |

| Name | Firm | Representing | Time | Method | Speaking |
|---|---|---|---|---|---|
| Alex Wittenberg | Law360 | | 10:00 AM | Audio Only | no |
| Lydia Yale | Kirkland & Ellis LLP | lydia.yale@kirkland.com | 10:00 AM | Zoom(Video and Audio) | yes |
| Ron Zaidman | BRG | Secured Lenders | 10:00 AM | Zoom(Video and Audio) | yes |
| Stephen D. Zide | Dechert LLP | Ad Hoc Group | 10:00 AM | Zoom(Video and Audio) | yes |