# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) ) ) | Case No. 25-11120 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) ) | **Objection Deadline:**<br>July 3, 2025, at 4:00 p.m. (ET) |
| | ) ) ) | **Hearing Date:**<br>July 14, 2025, at 1:00 p.m. (ET) |
| | ) ) ) ) | Ref. Docket Nos.: 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 95, 97, 102, 103, 107, 114, 116, 117, 118, 120 & 126 |

## OMNIBUS NOTICE OF FIRST DAY MOTIONS AND FINAL HEARING THEREON

**PLEASE TAKE NOTICE** that, on June 16, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed, among others, the following first day motions (collectively, the "First Day Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court"):[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (N/A); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (N/A); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] The Debtors filed certain motions and an application that were approved on a final basis at the First Day Hearing (defined below), which are not listed herein.

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Prepetition Obligations, and (II) Granting Related Relief [D.I. 5]

2. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain (A) Critical Vendors, (B) Foreign Vendors, (C) 503(b)(9) Claimants, and (D) Lien Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [D.I. 6]

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [D.I. 7]

4. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief [D.I. 8]

5. Motion of Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Approving the Form and Manner of Notice to Customers; and (IV) Granting Related Relief [D.I. 9]

6. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letters of Credit Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, (C) Honor and Renew Premium Financing Agreements Entered Into Prepetition, Satisfy Prepetition Obligations Related Thereto, and Enter Into Premium Financing Agreements, and (D) Continue to Pay Broker Fees, and (II) Granting Related Relief [D.I. 10]

7. Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (IV) Authorizing Payments to the Debtors' Utilities Administrator, and (V) Granting Related Relief [D.I. 12]

8. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [D.I. 13]

9. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief [D.I. 14]

10. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief [D.I. 15]

11. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [D.I. 16]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Motions and certain other pleadings was held on June 17, 2025 (the "First Day Hearing"), at which time the Court approved the First Day Motions identified above on an interim basis. *See* Docket Nos. 95, 97, 102, 103, 107, 114, 116, 117, 118, 120 & 126.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to final approval of the First Day Motions must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the following parties on or before **July 3, 2025, at 4:00 p.m. (ET)** (the "Objection Deadline"): (a) the U.S. Trustee; (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) the Debtors, At Home Group Inc., 9000 Cypress Waters Blvd, Coppell, Texas 75019, Attn.: Meredith Hampton; (d) proposed counsel to the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Nicole L. Greenblatt, P.C. (nicole.greenblatt@kirkland.com); Matthew C. Fagen, P.C. (matthew.fagen@kirkland.com); Elizabeth H. Jones (elizabeth.jones@kirkland.com); and Jimmy Ryan (jimmy.ryan@kirkland.com); and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn.: Robert S. Brady (rbrady@ycst.com); Joseph M. Mulvihill (jmulvihill@ycst.com); and Timothy R. Powell (tpowell@ycst.com); (e) counsel to the DIP Agent, Moses & Singer LLP, 405 Lexington Ave, New York, New York 10174, Attn.: Andrew Oliver (aoliver@mosessinger.com) and Kent Kolbig (kkolbig@mosessinger.com); (f) counsel to the Ad Hoc Group and the DIP Lenders, (i) Dechert LLP, Three Bryant Park, 1095 Avenue of the Americas, New York, NY 10036, Attn.: Stephen Zide (stephen.zide@dechert.com) and Eric Hilmo (eric.hilmo@dechert.com), and (ii) Potter Anderson & Corroon LLP, 1313 North Market Street, Wilmington, Delaware 19801, Attn: M. Blake Cleary (bcleary@potteranderson.com) and Brett M. Haywood (bcleary@potteranderson.com); (g) counsel to the Prepetition ABL Agent, (i) Choate, Hall and Stewart LLP, 2 International Place, Boston, MA 02110, Attn.: Kevin J. Simard (ksimard@choate.com), Mark D. Silva (msilva@choate.com), and M. Hampton Foushee (hfoushee@choate.com), and (ii) Reed Smith LLP, 1201 N Market St # 1500, Wilmington, DE 19801, Attn.: Kurt F. Gwynne (kgwynne@reedsmith.com) and Jason D. Angelo (jangelo@reedsmith.com); (h) Counsel to the Agent, Riemer Braunstein LLP, Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, Attn.: Steven Fox; (i) counsel to any statutory committee appointed in these chapter 11 cases; and (j) any other party that has filed a request for notices with this Court pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON FINAL APPROVAL OF THE FIRST DAY MOTIONS WILL BE HELD ON **JULY 14, 2025, at 1:00 P.M. (ET)**

BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions, any of the related interim orders, and all other pleadings filed in these chapter 11 cases are available, free of charge, from the website of the Court-appointed claims agent at https://omniagentsolutions.com/AtHome.

**IF NO OBJECTIONS TO ANY OF THE FIRST DAY MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  June 18, 2025
Wilmington, Delaware

/s/ Timothy R. Powell

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| Robert S. Brady (DE Bar No. 2847) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Joseph M. Mulvihill (DE Bar No. 6061) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Timothy R. Powell (DE Bar No. 6894) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Rodney Square | Elizabeth H. Jones (admitted *pro hac vice*) |
| 1000 North King Street | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 571-6600 | Telephone: (212) 446-4800 |
| Facsimile: (302) 571-1253 | Facsimile: (212) 446-4900 |
| Email: rbrady@ycst.com | Email: nicole.greenblatt@kirkland.com |
|        jmulvihill@ycst.com |        matthew.fagen@kirkland.com |
|        tpowell@ycst.com |        elizabeth.jones@kirkland.com |
| *Proposed Co-Counsel for the Debtors and Debtors in Possession* | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |