## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 15, 126** |

## NOTICE OF REMOVAL OF CLOSING STORES FROM THE STORE CLOSING LIST

**PLEASE TAKE NOTICE** that on June 18, 2025, the Court entered the *Interim Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 126] (the "Interim Order").[2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 15].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, the Debtors began commencing Sales at the Initial Closing Stores, attached as <u>Exhibit A</u> to the Interim Order, on or around June 18, 2025.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 10 of the Interim Order, "the Debtors may discontinue the Sales at any Closing Stores and revert to normal operations without further authorization from the Court; *provided* that the Debtors shall file a notice with the Court of any such change to the list of Closing Stores." *See* Interim Order ¶ 10.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors are discounting the Sales at the Closing Stores set forth on **<u>Exhibit A</u>** (the "<u>Removed Closing Stores List</u>"), effective immediately, and reverting to normal operations.  For the avoidance of doubt, the changes to the customer policies set forth in paragraphs 38-42 of the Interim Order shall no longer apply to the Removed Closing Stores List.

Dated:  July 15, 2025
Wilmington, Delaware

/s/ Timothy R. Powell

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph A. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:     (302) 571-1253
Email:          rbrady@ycst.com
                    jmulvihill@ycst.com
                    tpowell@ycst.com

*Proposed Co-Counsel for the Debtors and Debtors in
Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          nicole.greenblatt@kirkland.com
                    matthew.fagen@kirkland.com
                    elizabeth.jones@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in
Possession*

## Exhibit A

**Removed Closing Stores List**

| Count | Store # | Store Address | City | State | Zip | Landlord |
|-------|---------|---------------|------|-------|-----|----------|
| 1 | 124 | 3201 North Mayfair Road | Wauwatosa | WI | 53222 | Fundamentals Company, Kinpark Associates, Laurie Industries, Inc. |
| 2 | 280 | 301 Nassau Park Blvd. | Princeton | NJ | 08540 | SCC Nassau Park Pavilion LLC |