# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket Nos. 16, 107, 268, 271, 275, 279, 283 & 310** |

**DECLARATION OF JEREMY AGUILAR,
CHIEF FINANCIAL OFFICER OF AT HOMEGROUP
INC. AND CERTAIN OF ITS AFFILIATES, IN SUPPORT
OF THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND
FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN
POSTPETITION SENIOR SECURED FINANCING AND (B) UTILIZE CASH
COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) GRANTING
LIENS AND SUPERPRIORITY CLAIMS, (IV) MODIFYING THE AUTOMATIC
STAY, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

I, Jeremy Aguilar, Chief Financial Officer of At Home Group Inc., a Delaware corporation (collectively, with its Debtor affiliates, the "Debtors" and, together with their non-Debtor affiliates, "At Home" or the "Company"), hereby declare under penalty of perjury:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

1. I submit this supplemental declaration (this "Declaration") in further support of the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 16] (the "DIP Motion") and the *Debtors' Omnibus Reply in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 310] (the "Reply") and in response to the objections and/or joinders filed by various groups of landlords [Docket Nos. 268, 271, 275, and 283] (the "Landlord Objections," filed by the "Landlords") and the objection of the official committee of unsecured creditors (the "Committee") [Docket No. 279] (the "Committee Objection" and, together with the Landlord Objections, the "Objections").[2]

2. I am the Chief Financial Officer of the Company. I joined At Home as Chief Financial Officer in December 2024, with over 19 years of experience in the retail space. Prior to my tenure with At Home, I worked as Chief Financial Officer at Trinity Solar, Inc. for approximately 11 months. Before that, I worked as Chief Financial Officer at Bob's Discount Furniture, LLC from July 2016 to June 2023. In addition, I held Chief Financial Officer roles at The Sports Authority, Inc. from January 2014 to July 2016 and at H. H. Gregg from February 2009

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of Its Affiliates, in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 4] (the "First Day Declaration"), the DIP Motion, the DIP Documents, the DIP Orders, or the Objections, as applicable.

2

to January 2014, where I originally began as Vice President in August 2005. I began my career working as a Manager for KPMG US. I hold a Bachelor's Degree in Accounting and Computer Information Systems from Indiana University, Kelley School of Business.

3.  As Chief Financial Officer, I am generally familiar with the Debtors' business and financial affairs, day-to-day operations, and underlying books and records. I assisted the Debtors' financial advisor, AlixPartners, LLC, in the preparation of the Initial DIP Budget and the Approved Budget attached to the proposed Final Order as Exhibit 3 and have reviewed both in detail. I believe that the Approved Budget represents the Debtors' good faith effort to project their financial needs and obligations, and is the result of careful analysis conducted in consultation with the Debtors' advisors. I am authorized to submit this Declaration on behalf of the Debtors in the above-captioned chapter 11 cases. Except as otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' management team, employees, and advisors, my review of relevant documents, or my opinion based on my experience, knowledge, and information concerning the Debtors' operations and financial condition. If called to testify, I would testify competently to the facts set forth in this Declaration.

4.  I understand that certain landlords may hold claims for rent for the period between the Petition Date and June 30, 2025 ("Stub Rent"). I believe that the Debtors and their advisors have provided a good faith estimate of funds to pay Stub Rent and other postpetition rent obligations in the Debtors' Initial DIP Budget, filed with the Bankruptcy Court as Exhibit 3 to the Interim Order [Docket No. 107]. The Approved Budget more clearly reflects the payment of Stub Rent in the line item "Estimated Stub Rent Reserve" and postpetition rent obligations—including all rent and all monthly escrows for all common area maintenance (CAM), insurance,

taxes, and other contractual landlord reimbursements—under the line item designated as "Landlord." As of the date hereof, I am not aware of any late or unpaid July rent obligations.

5. Based on my review of the Approved Budget, the Initial DIP Budget, the Debtors' books and records, and discussions with the Debtors' advisors, I believe that the DIP Facility and the Approved Budget provide sufficient funding for the Debtors to satisfy Stub Rent and other postpetition rent obligations in the ordinary course of business, continue operating their business by meeting payroll and paying suppliers, satisfy any other payments that are essential for the continued management, operation, and preservation of the Debtors' assets, and ultimately consummate their restructuring.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: July 17, 2025

/s/ *Jeremy Aguilar*
Name: Jeremy Aguilar
Title:  Chief Financial Officer,
At Home Group Inc.