## SIGN-IN SHEET

| CASE NAME At Home Group Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER: 25-11120 JKS | DATE: 7/18/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cleary | Potter Anderson | AD Hoc Lenders/ AP Lenders |
| Stephen Zide | Dechert | " " " " |
| Eric Hilmo | " | " " " " |
| Jonathan Lipshie | UST | UST |
| Hampton Foushee | Choate | Bank of America |
| Kurt Gwynne | Reed Smith | " " " |
| Peter Keane | Pachulski Stang Ziehl & Jones | Creditors' Committee |
| Laurel Roglen | Ballard Spahr LLP | various landlords |
| ELIZABETH JONES | KIRKLAND & ELLIS LLP | DEBTORS |
| Joseph Mulvihill | YCST | Debtors |

# 07/18/2025 Appearances

## 10:00 AM

☐ **25-11120-JKS At Home Group Inc.**

| Party | Firm | Representing |
|---|---|---|
| ☐ Amelia Maria Abernethy | FTI Consulting | |
| ☐ Rick Archer | Law360 | |
| ☐ Jamie Baird | PJT | |
| ☐ Daniel Brenner | Pryor Cashman LLP | Wilmington Trust, National Association |
| ☐ Kimberly A. Brown | Landis Rath & Cobb LLP | Shrewsbury Crossing II, LLC |
| ☐ Cameron A. Capp | Reed Smith LLP | |
| ☐ Candace Carlisle | CoStar News | |
| ☐ Roza Chervinsky | | |
| ☐ Victor Chu | Evercore | Ad Hoc Group |
| ☐ Nicole Cipriano | Kirkland & Ellis | |
| ☐ M. Blake Cleary | Potter Anderson & Corroon LLP | Ad Hoc Group |
| ☐ Cara Costich | Evercore | Ad Hoc Group |
| ☐ Avinash D'Souza | Evercore | Ad Hoc Group |
| ☐ Mark L. Desgrosseilliers | Chipman Brown Cicero & Cole, LLP | Hilco Merchant Resources |
| ☐ Justin H Desjardins | Choate, Hall & Stewart LLP | Bank of America, N.A. as Prepetition ABL Agent |
| ☐ Michael S. Doluisio | Dechert | Ad Hoc Group |
| ☐ William R Dorward | Singer & Levick, PC | Link Logistics |
| ☐ Ken Dotson | Computershare Trust Company | creditor |

| | Name | Firm | Client |
|---|---|---|---|
| ☐ | Andrew Ehrmann | Potter Anderson & Corroon LLP | Ad Hoc Group |
| ☐ | Robert J. Feinstein | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| ☐ | Scott Flaherty | Press/LevFin Insights | |
| ☐ | Scott L. Fleischer | Barclay Damon LLP | DLC Management Corporation, et al. |
| ☐ | Steven Fox | Riemer & Braunstein LLP | Hilco Merchant Resources |
| ☐ | Clara E Geoghegan | Law360 | |
| ☐ | Kurt F. Gwynne | Reed Smith LLP | |
| ☐ | James Haithcock | Burr & Forman LLP | 1401 Memorial |
| ☐ | Taylor Harrison | | |
| ☐ | Brett Michael Haywood | Potter Anderson & Corroon | Ad Hoc Group |
| ☐ | Theodore S. Heckel | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| ☐ | Leslie C. Heilman | Ballard Spahr LLP | Various Landlords |
| ☐ | Eric S. Hilmo | Dechert LLP | Ad Hoc Group |
| ☐ | Audrey Hornisher | Clark Hill PLC | Treystar, Redico, Agree Realty, Lormax |
| ☐ | Isaac Hudis | | |
| ☐ | Jeff Kaplan | | |
| ☐ | Dimitri G. Karcazes | Goldberg Kohn Ltd. | Wells Fargo |
| ☐ | Peter J Keane | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| ☐ | Scott Klebanoff | | Prepetition Lender |
| ☐ | Randall L. Klein | Goldberg Kohn Ltd. | Wells Fargo |
| ☐ | Debbie Laskin | Young Conaway Stargatt & Taylor, LLP | |
| ☐ | Victoria Lee | Dechert LLP | Ad Hoc Group |
| ☐ | Mike Legge | | |

| | | |
|---|---|---|
| ☐ Jason S. Levin | Morris James LLP | Wilmington Trust |
| ☐ Evan Levine | Evercore | Ad Hoc Group |
| ☐ Seth H. Lieberman | Pryor Cashman LLP | Wilmington Trust |
| ☐ K&E Listen-Only Line | | |
| ☐ Don Mago | White & Case LLP | Acquiom Agency Services LLC |
| ☐ Eric J. Monzo | Morris James LLP | Wilmington Trust |
| ☐ Robert Orren | | |
| ☐ Thomas A. Pitta | Emmet Marvin & Martin, LLP | Computershare Trust Company |
| ☐ Timothy R. Powell | Young Conaway Stargatt & Taylor, LLP | |
| ☐ Mark W. Powers | Prince Lobel Tye LLP | Shrewsbury Crossing II, LLC |
| ☐ MiSHA E ROSS | 9fin | None - media |
| ☐ Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. |
| ☐ Michele Riccobono | Wells Fargo | |
| ☐ Andrew S. Richmond | Pryor Cashman LLP | Wilmington Trust |
| ☐ Rebecca Ritchie | Kirkland & Ellis | |
| ☐ Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty, Lexicon Relocation |
| ☐ Laurel Roglen | Ballard Spahr LLP | Various Landlords |
| ☐ Melissa L Romano | | |
| ☐ Erin C. Ryan | Fried Frank | Hellman & Friedman LLC |
| ☐ Bradford J. Sandler | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| ☐ Megan Seliber | | US Trustee |
| ☐ Erin Powers Severini | Frost Brown Todd LLC | |
| ☐ Roopesh Shah | Evercore | Ad Hoc Group |
| ☐ Patrick Sibley | Pryor Cashman LLP | Wilmington Trust |

| Name | Firm | Client |
|---|---|---|
| ☐ Mark Silva | Choate | |
| ☐ Kevin J. Simard | Choate | |
| ☐ Jaspreet Singh | Evercore | Evercore |
| ☐ Abby Song | FTI Consulting | |
| ☐ Peter J Sprofera | | Self |
| ☐ Brett Stone | Dechert LLP | |
| ☐ Rachel C. Strickland | Fried Frank | Hellman & Friedman LLC |
| ☐ Ellsworth Summers | Burr & Forman LLP | Lexicon Relocation, CTO Realty |
| ☐ Miles S. Taylor | Dechert LLP | Ad Hoc Group |
| ☐ George W Tetler III | PRINCE LOBEL TYE, LLP | Shrewsbury Crossing II, LLC |
| ☐ Alexandra Thomas | Choate | |
| ☐ Karli S. Wade | Dechert | Ad Hoc Group |
| ☐ George A Williams | Landis Rath & Cobb LLP | Shrewsbury Crossing II, LLC |
| ☐ Alex Wittenberg | Law360 | |
| ☐ Becky Yerak | Wall Street Journal | News Corp |
| ☐ Stephen D. Zide | Dechert LLP | Ad Hoc Group |
| ☐ sari garrick | | |