IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AT HOME GROUP INC., et al.[1] | § | Case No. 25-11120 (JKS) |
| | § | |
| Debtors. | § | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that BPP 4040 Forest Owner LP ("**4040 Forest Lane**"), by and through its counsel, Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b) of the BANKRUPTCY CODE, 4040 Forest Lane respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the BANKRUPTCY CODE, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these Chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) 4040 Forest Lane's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit 4040 Forest Lane to the jurisdiction of the Court.

**DATED:  July 20, 2025**

> Respectfully submitted,
>
> SINGER & LEVICK, P.C.
>
> By:    /s/  *Michelle E. Shriro*
>         Michelle E. Shriro
>         Delaware Bar No. 3219
>
> 16200 Addison Road, Suite 140
> Addison, Texas  75001
> Phone:  972-380-5533
> Fax:  972-380-5748
> Email: mshriro@singerlevick.com
>
> ATTORNEYS FOR:
> BPP 4040 FOREST OWNER LP

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 20th day of July, 2025.

| | |
|---|---|
| **DEBTORS:**<br>At Home Group Inc., *et al.*<br>9000 Cypress Waters Blvd.<br>Coppell, TX 75019<br>**VIA ECF Noticing through their attorneys** | **COUNSEL FOR DEBTOR:**<br>Robert S. Brady<br>Edwin J. Harron<br>Joseph M. Mulvihill<br>**Young Conaway Stargatt & Taylor, LLP**<br>1000 North King Street<br>Wilmington, DE 19801<br><br>Nicole L. Greenblatt, P.C.<br>Matthew C. Fagen, P.C.<br>Elizabeth H. Jones<br>Nicole Cipriano<br>Jeffrey R. Goldfine<br>Jimmy Ryan<br>Kaitlin P. Sheehan<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br><br>Mark E. McKane<br>**Kirkland & Ellis LLP**<br>555 California Street<br>San Francisco, CA 94104<br><br>Rebecca L Ritchie<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br><br>**All noted above VIA ECF Noticing** |
| **US TRUSTEE:**<br>Jonathan Lipshie<br>Megan S. Seliber<br>**Office of the US Trustee**<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>**VIA ECF Noticing** | |

                                                    /s/ *Michelle E. Shriro*
                                                      Michelle E. Shriro