## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of Its Affiliates, in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 326]**

- **Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 327]**

- **Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief [Docket No. 330]**

- **Notice of Amended Agenda for Hearing on Matters Scheduled for July 18, 2025, at 10:00 A.M. (ET) [Docket No. 332]**

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

Dated: July 21, 2025

_____

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this _21st_ day of _July_, 20 _25_, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for of Collin County, Collin College, City of Plano, City of McKinney, and McKinney Independent School District, | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez/Larry R Boyd<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | plopez@abernathy-law.com;<br>lboyd@abernathy-law.com;<br>ehahn@abernathy-law.com;<br>bankruptcy@abernathy-law.com | Email |
| *NOA - Counsel for ARC NPHUB0001, LLC, Brentwood Originals, Inc., Brixton Everett, LLC, RR Town Center Associates, LLC, and Seritage SRC Finance LLC | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighian@ballardspahr.com | Email |
| *NOA - Counsel for Broadstone Home Texas, LLC, Broadstone Home NC, LLC and STORE Master Funding III, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz/Michael S Myers<br>1 E Washington St, Ste 2300<br>Phoenix, AZ 85004 | ganzc@ballardspahr.com;<br>myersm@ballardspahr.com | Email |
| *NOA - Counsel for FR Huntington Square, LLC and ARC NPHUB0001, LLC, Brentwood Originals, Inc., Brixton Everett, LLC, RR Town Center Associates, LLC, and Seritage SRC Finance LLC and Broadstone Home Texas, LLC, Broadstone Home NC, LLC and STORE Master Funding III, LLC | Ballard Spahr LLP | Attn: Leslie C Heilman/Laurel D Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *NOA - Counsel for Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Kevin M Newman<br>Barclay Damon Twr<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| *NOA - Counsel for Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 501<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Kevin M Newman<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| *NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 501<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *NOA - Counsel for Jordan Manufacturing Company, Inc. | Barnes & Thornburg LLP | Attn: David A Hall<br>171 Monroe Ave NW, Ste 1000<br>Grand Rapids, MI 49503-2694 | David.Hall@btlaw.com | Email |
| *NOA - Counsel for Jordan Manufacturing Company, Inc. | Barnes & Thornburg LLP | Attn: Mark R Owens/Amy E Tryon<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | Mark.Owens@btlaw.com;<br>Amy.Tryon@btlaw.com | Email |
| *NOA - Counsel for Ovative Group, LLC | Bayard, PA | Attn: Steven D Adler<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | sadler@bayardlaw.com | Email |
| *NOA - Counsel for Ovative Group, LLC and Kin Properties Inc., Laurie Industries Inc., Kinpark Associates, Fundamentals Company, and Jasue LLC | Bayard, PA | Attn: Ericka F Johnson<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | ejohnson@bayardlaw.com | Email |
| *NOA - Counsel for CSC Delaware Trust Company | Blank Rome LLP | Attn: Stanley B Tarr/Jordan L Williams<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | stanley.tarr@blankrome.com;<br>jordan.williams@blankrome.com | Email |
| *Committee of Unsecured Creditors | Brentwood Originals, Inc | Attn: Joy L. Stewart<br>3780 Kilroy Airport Way, #540<br>Long Beach, CA 90806 | joys@brentwoodoriginals.com | Email |
| *NOA - Counsel for Designs Direct, LLC | Bricker Graydon LLP | Attn: J Michael Debbeler<br>312 Walnut St, Ste 1800<br>Cincinnati, OH 45202-4060 | mdebbeler@brickergraydon.com | Email |
| *NOA - Counsel for Brookfield Properties Retail Inc | Brookfield Properties Retail Inc, as Agent | Attn: Kristen N Pate<br>350 N Orleans St, Ste 300<br>Chicago, IL 60654-1607 | bk@bpretail.com | Email |
| *NOA - Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105 | schristianson@buchalter.com | Email |
| *NOA - Counsel for 1401 Memorial Parkway Huntsville, LLC | Burr & Forman LLP | Attn: James H Haithcock, III<br>420 N 20th St, Ste 3400<br>Birmingham, AL 35203 | jhaithcock@burr.com | Email |
| *NOA - Counsel for 1401 Memorial Parkway Huntsville, LLC and Lexicon Relocation, LLC | Burr & Forman LLP | Attn: J Cory Falgowski<br>222 Delaware Ave, Ste 1030<br>Wilmington, DE 19801 | jfalgowski@burr.com | Email |
| *NOA - Counsel for Lexicon Relocation, LLC | Burr & Forman LLP | Attn: J Ellsworth Summers, Jr/Dana L Robbins Boehner<br>50 North Laura St, Ste 3000<br>Jacksonville, FL 32202 | esummers@burr.com;<br>drobbins-boehner@burr.com | Email |
| *NOA - Counsel for Lexicon Relocation, LLC | Burr & Forman LLP | Attn: Shannon D Humiston<br>222 Delaware Ave, Ste 1030<br>Wilmington, DE 19801 | shumiston@burr.com | Email |
| *NOA - Counsel for SP Orian LLC | Burr & Forman LLP | Attn: Erich N Durlacher<br>1075 Peachtree St NE, Ste 3000<br>Atlanta, GA 30309 | edurlacher@burr.com | Email |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers<br>Hercules Plz<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | desgross@chipmanbrown.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard/John F Ventola<br>Attn: Mark D Silva/Hampton Foushee<br>Attn: Alexandra Thomas<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>jventola@choate.com;<br>msilva@choate.com;<br>hfoushee@choate.com;<br>athomas@choate.com | Email |
| counsel to the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard, Mark D Silva<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>msilva@choate.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Utica Park Place Owner LLC, Stamford United Limited Partnership, University Commons, LLC, and Agree Limited Partnership | Clark Hill PLC | Attn: Audrey L Hornisher/Tara L Bush 901 Main St, Ste 6000 Dallas, TX 75202 | ahornisher@clarkhill.com; tbush@clarkhill.com | Email |
| *NOA - Counsel for Utica Park Place Owner LLC, Stamford United Limited Partnership, University Commons, LLC, and Agree Limited Partnership | Clark Hill PLC | Attn: Karen M Grivner 824 N Market St, Ste 710 Wilmington, DE 19801 | kgrivner@clarkhill.com | Email |
| *NOA - Counsel for Che Chen Liu and Shu Fen Liu Revocable Trust | Cohen Seglias Pallas Greenhall & Furman PC | Attn: Evan W Rassman, Esq 500 Delaware Ave, Ste 730 Wilmington, DE 19801 | erassman@cohenseglias.com | Email |
| *NOA - Counsel for West Jordan Collection LLC, South Plaza Center LLC and 7453 South Plaza Center LLC | Connolly Gallagher LLP | Attn: Jeffrey C Wisler 1201 N Market St, 20th Fl Wilmington, DE 19801 | jwisler@connollygallagher.com | Email |
| *NOA - Counsel for County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Tina Estevao 1 Harrison St, SE, 5th Fl PO Box 7000 Leesburg, VA 20177-7000 | tina.estevao@loudoun.gov | Email |
| *NOA - Committee of Unsecured Creditors | CSC Delaware Trust Company, in its capacity as successor Trusteee | Attn: Gregory Daniels 21 Little Falls Dr Wilmington, DE 19808 | gregory.daniels@cscglobal.com | Email |
| *NOA - Counsel for the Ad Hoc Group | Dechert LLP | Attn: Stephen D Zide/Eric Hilmo 3 Bryant Park 1095 Ave of the Americas New York, NY 10036 | stephen.zide@dechert.com; eric.hilmo@dechert.com | Email |
| counsel to the Ad Hoc Group and the DIP Lenders | Dechert LLP | Attn: Stephen Zide and Eric Hilmo Three Bryant Park 1095 Avenue of the Americas New York, NY 10036 | stephen.zide@dechert.com; eric.hilmo@dechert.com | Email |
| Taxing Authorities | Delaware Dept of Revenue | 820 N French St Wilmington, DE 19801 | KevinT.Murphy@delaware.gov; DOR_CorpTax@delaware.gov | Email |
| Taxing Authorities | Delaware Div of Corporations | John G Townsend Bldg 401 Federal St, Ste 4 Dover, DE 19901 | DOSDOC_ftax@delaware.gov | Email |
| Taxing Authorities | Delaware Div of Corporations | P.O. Box 898 Dover, DE 19903 | DOSDOC_ftax@delaware.gov | Email |
| *NOA - Counsel for ARC Mesa 1992, LLC | Dorsey & Whitney (Delaware) LLP | Attn: Alessandra Glorioso 300 Delaware Ave, Ste 1010 Wilmington, DE 19801 | glorioso.alessandra@dorsey.com | Email |
| *NOA - Counsel for ARC Mesa 1992, LLC | Dorsey & Whitney LLP | Attn: Michael Galen/Clarissa Brady 2325 E Camelback RD, Ste 900 Phoenix, AZ 85016 | galen.michael@dorsey.com; brady.clarissa@dorsey.com | Email |
| *NOA - Counsel for Compushare Trust Company, National Association | Emmet, Marvin & Martin, LLP | Attn: Thomas A Pitta/Jennifer R Pierce 120 Broadway, 32nd Fl New York, NY 10271 | tpitta@emmetmarvin.com; jpierce@emmetmarvin.com | Email |
| *NOA - Counsel for Divisions Inc  d/b/a Divisions Maintenance Group | Frost Brown Todd LLP | Attn: A J Webb 3300 Great American Twr 301 E 4th St Cincinnati, OH 45202 | awebb@fbtlaw.com | Email |
| *NOA - Counsel for SSCD, LLC | Gellert Seitz Busenkell & Brown, LLC | Attn: Gary F Seitz, Esq 901 Market St, Ste 3020 Philadelphia, PA 19107 | gseitz@gsbblaw.com | Email |
| *NOA - Counsel for Darling Realty, Inc | Holland & Knight LLP | Attn: John J Monaghan/Lynne B Xerras 10 St James Ave., 11th Fl Boston, MA 02116 | bos-bankruptcy@hklaw.com; john.monaghan@hklaw.com; lynne.xerras@hklaw.com | Email |
| IRS | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| *NOA - Counsel for SRivers CRE, LLC, Benderson Development Company LLC, Brixmor Property Group Inc., Brookfield Properties Retail, Inc., Kite Realty Group, NNN REIT, Inc., Realty Income Corporation, SITE Centers Corp., TLM Realty Holdings LLC and Oleta Partners Biscayne Parcel LLC | Kelley Drye & Warren LLP | Attn: Jennifer D Raviele, Esquire 333 W Wacker Dr Chicago, IL 60606 | jraviele@kelleydrye.com | Email |
| *NOA - Counsel for SRivers CRE, LLC, Benderson Development Company LLC, Brixmor Property Group Inc., Brookfield Properties Retail, Inc., Kite Realty Group, NNN REIT, Inc., Realty Income Corporation, SITE Centers Corp., TLM Realty Holdings LLC and Oleta Partners Biscayne Parcel LLC | Kelley Drye & Warren LLP | Attn: Robert L LeHane, Esquire/Allison Selick, Esquire 3 World Trade Center 175 Greenwich St New York, NY 10007 | rlehane@kelleydrye.com; aselick@kelleydrye.com | Email |
| *NOA - Counsel for Ken Burton, Jr, Manatee County Tax Collector | Ken Burton, Jr, Manatee County Tax Collector | Attn: Jennifer Francis, Legal and Collections Specialist, CFCA 1001 3rd Ave W, Ste 240 Bradenton, FL 34205-7863 | legal@taxcollector.com | Email |
| *NOA - Counsel for Kin Properties Inc., Laurie Industries Inc., Kinpark Associates, Fundamentals Company, and Jasue LLC | Kin Properties Inc | Attn: Paul B. Bernstein, Esquire 185 NW Spanish River Blvd, Ste 100 Boca Raton, FL 33431 | pbernstein@kinproperties.com; Landlord@Kinproperties.com | Email |
| Debtors' Counsel | Kirkland & Ellis LLP | Attn: Nicole L Greenblatt/Matthew C Fagen Attn: Elizabeth H Jones 601 Lexington Ave New York, New York 10022 | nicole.greenblatt@kirkland.com; matthew.fagen@kirkland.com; elizabeth.jones@kirkland.com | Email |
| *NOA - Counsel for BT Granite Run, LP and BT Pleasant Hills, LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman 101 N Washington Ave, Ste 4A Margate, NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| *NOA - Counsel for Shrewsbury Crossing II, LLC | Landis Rath & Cobb LLP | Attn: Kimberly A Brown/George A Williams III 919 Market St, Ste 1800 Wilmington, DE 19801 | brown@lrclaw.com; williams@lrclaw.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for 5Rivers CRE, LLC, Benderson Development Company LLC, Brixmor Property Group Inc., Brookfield Properties Retail, Inc., Kite Realty Group, NNN REIT, Inc., Realty Income Corporation, SITE Centers Corp., TLM Realty Holdings LLC and Oleta Partners Biscayne Parcel LLC | Law Office of Susan E. Kaufman, LLC | Attn: Susan E Kaufman, Esquire 919 N Market St, Ste 460 Wilmington, DE 19801 | skaufman@skaufmanlaw.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan St, Ste 2200 San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Cypress-Fairbanks ISD, Fort Bend County, Montgomery County Harris CO ESS # 09, Harris CO ESD # 47, City of Humble, Lone Star College System, Harris CO ESD # 13 and City of Webster | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Nueces County, Mclennan County, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | PO Box 17428 Austin, TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Smith County, Tarrant County, Lewisville ISD, Dallas County and Northwest ISD | Linebarger Goggan Blair & Sampson, LLP | 3500 Maple Ave, Ste 800 Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| *Committee of Unsecured Creditors | Loloi Rugs | Attn: Amir Loloi, 4501 Spring Valley Rd, Dallas, TX 75244 | amir.loloi@loloirugs.com | Email |
| *NOA - Counsel for Ovative Group, LLC | Maslon LLP | Attn: Amy J Swedberg 3300 Wells Fargo Ctr 90 South 7th St Minneapolis, MN 55402-4140 | amy.swedberg@maslon.com | Email |
| *NOA - Counsel for The County of Brazos, Texas, The County of Comal, Texas, The County of Denton, Texas, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C | Attn: Julie Anne Parsons P.O. Box 1269 Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Northtown Property Owner LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H Baldiga/Shannah L Colbert 1800 W Park Dr, Ste 400 Westborough, MA 01581 | jbaldiga@miricklaw.com; scolbert@miricklaw.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Morris James LLP | Attn: Eric J Monzo/Jason S Levin 500 Delaware Ave, Ste 1500 Wilmington, DE 19801 | emonzo@morrisjames.com; jlevin@morrisjames.com | Email |
| *Committee of Unsecured Creditors | Natco Products Corp | Attn: Michael A. Bucci, 155 Brookside Ave West Warwick, RI 02893 | mbucci@natcohome.com | Email |
| *NOA - Counsel for Geodis Transportation Solutions LLC | Nelson Mullins Riley & Scarborough, LLP | Attn: Shane G Ramsey 1222 Demonbreun St, Ste 1700 Nashville, TN 37203 | shane.ramsey@nelsonmullins.com | Email |
| Attorneys General | Office of the Attorney General | Attn: Aaron D Ford Old Supreme Court Bldg 100 N Carson St Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Kris Mayes 2005 N Central Ave Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Charity R Clark 109 State St Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 1 Ashburton Pl, 20th Fl Boston, MA 02108 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 1 Ashburton Pl, 20th Fl Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 1441 Main St, 12th Fl Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 10 Mechanic St, Ste 301 Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Treg Taylor 1031 W 4th Ave, Ste 200 Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: William Tong 165 Capitol Ave Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Kathy Jennings Carvel State Office Bldg 820 N French St Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: John Formella 33 Capitol St Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Ellen F Rosenblum Justice Bldg 1162 Court St NE Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Raúl Labrador 700 W Jefferson St, Ste 210 P.O. Box 83720 Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Sean Reyes State Capitol, Rm 236 Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Todd Rokita Indiana Govt Ctr S 302 W Washington St, 5th Fl Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorneys General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorneys General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| US Trustee | Office of the U.S. Trustee for the District of Delaware | Attn: Jon Lipshie and Megan Seliber<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email |
| *NOA - Counsel for Kimco Realty Corporation | Offit Kurman, PA | Attn: Brian J McLaughlin, Esquire<br>222 Delaware Ave, Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *Committee of Unsecured Creditors | Oriental Weavers USA | Attn: Alex Lopes<br>3252 Dug Gap Rd<br>Dalton, GA 30720 | alopes@owrugs.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | bsandler@pszjlaw.com;<br>pkeane@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein/Shirley S Cho<br>Attn: Theodore S Heckel<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | rfeinstein@pszjlaw.com;<br>scho@pszjlaw.com;<br>theckel@pszjlaw.com | Email |
| *NOA - Counsel for OXO International, Ltd | Pashman Stein Walder Hayden, PC | Attn: Henry J Jaffe/Michael J Custer<br>824 N Market St, Ste 800<br>Wilmington, DE 19801 | hjaffe@pashmanstein.com;<br>mcuster@pashmanstein.com | Email |
| *NOA - Counsel for Clear Creek Independent School District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA - Counsel for Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo, TX 79105 | acordova@pbfcm.com;<br>amabkr@pbfcm.com | Email |
| *NOA -Counsel for Frisco ISD, Plano ISD, City of Garland, Garland ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D Reece<br>1919 S Shiloh Rd, Ste 640, LB 40<br>Garland, TX 75042 | lreece@pbfcm.com | Email |
| *NOA - Counsel for the Ad Hoc Group | Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood<br>Attn: Andrew C Ehrmann<br>1313 N Market St, 6th Floor<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com;<br>aehrmann@potteranderson.com | Email |
| counsel to the Ad Hoc Group and the DIP Lenders | Potter Anderson & Corroon LLP | Attn: M Blake Cleary and Brett M. Haywood 1313 North Market Street<br>Wilmington, Delaware 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com | Email |
| *NOA - Counsel for Shrewsbury Crossing II, LLC | Prince Lobel Tye, LLP | Attn: George W Tetler III/Mark W Powers<br>1 Mercantile St, Ste 220<br>Worcester, MA 01608 | gtetler@princelobel.com;<br>mpowers@princelobel.com | Email |
| *NOA - Counsel for Sunbelt Stores Co LP | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P Kennedy, Esq<br>525 B St, Ste 2200<br>San Diego, CA 92101 | gerald.kennedy@procopio.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Pryor Cashman LLP | Attn: Seth H Lieberman/Patrick Sibley<br>Attn: Andrew S Richmond/Daniel I Brenner<br>7 Times Sq<br>New York, NY 10036 | slieberman@pryorcashman.com;<br>psibley@pryorcashman.com;<br>arichmond@pryorcashman.com;<br>dbrenner@pryorcashman.com | Email |
| *Committee of Unsecured Creditors | Realty Income Corporation | Attn: Mike DiGiacomo<br>11995 El Camino Real<br>San Diego, CA 93130 | mdigiacomo@realtyincome.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne/Jason D Angelo<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@reedsmith.com;<br>jangelo@reedsmith.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| counsel to the Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@ReedSmith.com | Email |
| *NOA - Counsel for Cleco Power LLC | Richard A Rozanski, APLC | Attn: Richard A Rozanski<br>P.O. Box 13199<br>Alexandria, LA 71315-3199 | richard@rarlaw.net | Email |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Twr, Ste 2506<br>7 Times Square<br>New York, NY 10036 | sfox@riemerlaw.com | Email |
| *NOA - Counsel for CSC Delaware Trust Company | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherine LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>bateman@sewkis.com;<br>lotempio@sewkis.com | Email |
| *NOA - Counsel to Lexington Realty International | Stark & Stark, P.C. | Attn: Thomas S Onder/Joseph H Lemkin<br>PO Box 5315<br>Princeton, NJ 08543 | tonder@stark-stark.com;<br>jlemkin@stark-stark.com | Email |
| *NOA - Counsel for Kin Properties Inc., Laurie Industries Inc., Kinpark Associates, Fundamentals Company, and Jasue LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes, Esquire<br>2001 L St, NW, Ste 500<br>Washington, DC 20036 | jrhodes@tlclawfirm.com | Email |
| *NOA - Counsel for Travis County | Travis County | Attn: Jason A Starks<br>PO Box 1748<br>Austin, TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| *NOA - Counsel for Acquiom Agency Services LLC as Administrative Agent and Intercompany Note Collateral Agent in respect of the Intercompany Note | Troutman Pepper locke LLP | Attn: Douglas D Herrmann/Kenneth A Listwak<br>Hercules Plz, Ste 1000<br>1313 N Market St<br>Wilmington, DE, 19801 | douglas.herrmann@troutman.com;<br>ken.listwak@troutman.com | Email |
| *NOA - Counsel for Acquiom Agency Services LLC as Administrative Agent and Intercompany Note Collateral Agent in respect of the Intercompany Note | White & Case LLP | Attn: Harrison Denman/Viktor Braun<br>1221 Ave of the Americas<br>New York, NY 10020-1095 | harrison.denman@whitecase.com;<br>viktor.braun@whitecase.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Wilmington Trust National Association | Attn: Benjamin Krueger<br>50 S 6th St, Ste 1290<br>Minneapolis, MN 55402 | bkrueger@wilmingtontrust.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Wilmington Trust National Association | Attn: Geoffrey J Lewis<br>1100 N Market St<br>Wilmington, DE 19890 | glewis4@wilmingtontrust.com | Email |
| *NOA - Counsel to Ascot Surety & Casualty Company | Womble Bond Dickinson (US) LLP | Attn: Lis Bittle Tancredi<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | lisa.tancredi@wbd-us.com | Email |
| Debtors' Counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady/Edwin J Harron<br>Attn: Joseph M Mulvihill<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>eharron@ycst.com;<br>jmulvihill@ycst.com | Email |