# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) Case No. 25-11120 (JKS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket Nos. 273, 353 |

## NOTICE OF FILING OF SECOND
## AMENDED LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on June 23, 2025, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, (II) Establishing Procedures for Designating Such Professionals, (III) Waiving Certain Information Requirements of Local Rule 2016-1, and (IV) Granting Related Relief* [Docket No. 167] (the "Motion").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, on July 11, 2025, the Court entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, (II) Establishing Procedures for Designating Such Professionals, (III) Waiving Certain Information Requirements of Local Rule 2016-1 and (III) Granting Related Relief* [Docket No. 273] (the "Order"). The OCPs that the Debtors are authorized to retain pursuant to the Order and the OCP Procedures set forth therein are listed on Schedule 1 and Schedule 2 to the Order (the Schedules, collectively, the "Original OCP List").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Order, the Debtors are authorized to supplement or modify the Original OCP List to add or remove OCPs from time to time without the need to file individual retention applications for newly added OCPs.

**PLEASE TAKE FURTHER NOTICE** that, on July 21, 2025, the Debtors filed the *Notice of Filing of First Amended List of Ordinary Course Professionals* [Docket No. 353] (the "First Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Order, the Debtors hereby supplement the Original OCP List and the First Amended OCP List by filing a second amended OCP List (the "Second Amended OCP List"), attached hereto as **Exhibit A**.[3] A redline of the Second Amended OCP List against the First Amended OCP List is attached hereto as **Exhibit B**.

---

[3] The Debtors reserve the right to retain additional OCPs from time to time during these chapter 11 cases, as the need arises, by filing a list or lists of such additional professionals and complying with the notice and procedural requirements set forth in the Order.

Dated: July 23, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| Robert S. Brady (DE Bar No. 2847) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Joseph M. Mulvihill (DE Bar No. 6061) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Timothy R. Powell (DE Bar No. 6894) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Rodney Square | Elizabeth H. Jones (admitted *pro hac vice*) |
| 1000 North King Street | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 571-6600 | Telephone: (212) 446-4800 |
| Facsimile: (302) 571-1253 | Facsimile: (212) 446-4900 |
| Email:  rbrady@ycst.com | Email:  nicole.greenblatt@kirkland.com |
|   jmulvihill@ycst.com |   matthew.fagen@kirkland.com |
|   tpowell@ycst.com |   elizabeth.jones@kirkland.com |
| *Proposed Co-Counsel for the Debtors and Debtors in Possession* | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |

**Exhibit A**

**Second Amended OCP List**

**Tier 1 OCP List**

| Name | Address | Service |
|---|---|---|
| Foley & Lardner LLP | 777 E Wisconsin Ave, Milwaukee, WI 53202 | Legal Advisor |
| Honigman LLP | 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226 | Legal Advisor |
| Maples and Calder (Cayman) LLP | Ugland House, PO Box 309, Grand Cayman KY1-1104, Cayman Islands | Legal Advisor |
| Ogletree, Deakins, Nash, Smoak & Stewart, PC | 300 North Main Street, Greenville, SC 29601 | Legal Advisor |

**Tier 2 OCP List**

| Name | Address | Service |
|---|---|---|
| Alston & Bird LLP | 1201 West Peachtree Street, Suite #4900, Atlanta, GA 30309 | Legal Advisor |
| Bailey Cavalieri LLC | One Columbus, 10 West Broad Street, Suite #2100, Columbus, OH 43215 | Legal Advisor |
| Baker Tilly Virchow Krause, LLP | 205 N. Michigan Ave, 28th Floor, Chicago, IL 60601 | Tax Advisor |
| Benesch, Friedlander, Coplan & Aronoff LLP | 127 Public Square, Suite #4900, Cleveland, OH 44114 | Legal Advisor |
| Carstens, Allen & Gourley, LLP | 7500 Dallas Pkwy, Suite #300, Plano, TX 75024 | Legal Advisor |
| Deloitte Tax, LLP | PO Box 844736, Dallas, TX 75284 | Tax Advisor |
| Duane Morris LLP | 30 South 17th St., Philadelphia, PA 19103 | Legal Advisor |
| Frost Brown Todd LLP | 400 West Market Street #3200, Louisville, KY 40202 | Legal Advisor |
| Geary, Porter & Donovan, P.C. | 16475 Dallas Pkwy, Suite #400, Addison, TX 75001 | Legal Advisor |
| Husch Blackwell LLP | 4801 Main Street, Suite #1000, Kansas City, MO 64112 | Legal Advisor |
| Jackson Lewis P.C. | 1133 Westchester Avenue, Suite S125, West Harrison, NY 10604 | Legal Advisor |
| McDonald Hopkins LLC | 600 Superior Avenue, East Suite #2100, Cleveland, OH 44114 | Legal Advisor |
| Neal Cohen Law LLC | 6930 Carroll Avenue, Takoma Park, MD 20912 | Legal Advisor |
| Ryan LLC | 13155 Noel Rd #100, Dallas, TX 75240 | Tax Advisor |
| Steckler, Wayne & Love PLLC | 12720 Hillcrest Road, Dallas, TX 75230 | Legal Advisor |
| Wilcox IP | 150 South Wacker Drive, Suite #2400, Chicago, IL 60606 | Legal Advisor |
| Willis Towers Watson US LLC | 233 South Wacker Drive, Suite 1800, Chicago, IL 60606 | Compensation Consultant |
| Worsek & Vihon LLP | 180 N Lasalle Street, Suite #3010, Chicago, IL 60601 | Legal Advisor |

## Exhibit B

**Redline**

**Tier 1 OCP List**

| Name | Address | Service |
|---|---|---|
| Foley & Lardner LLP | 777 E Wisconsin Ave, Milwaukee, WI 53202 | Legal Advisor |
| Honigman LLP | 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226 | Legal Advisor |
| Maples and Calder (Cayman) LLP | Ugland House, PO Box 309, Grand Cayman KY1-1104, Cayman Islands | Legal Advisor |
| Ogletree, Deakins, Nash, Smoak & Stewart, PC | 300 North Main Street, Greenville, SC 29601 | Legal Advisor |

**Tier 2 OCP List**

| Name | Address | Service |
|---|---|---|
| Alston & Bird LLP | 1201 West Peachtree Street, Suite #4900, Atlanta, GA 30309 | Legal Advisor |
| Bailey Cavalieri LLC | One Columbus, 10 West Broad Street, Suite #2100, Columbus, OH 43215 | Legal Advisor |
| Baker Tilly Virchow Krause, LLP | 205 N. Michigan Ave, 28th Floor, Chicago, IL 60601 | Tax Advisor |
| Benesch, Friedlander, Coplan & Aronoff LLP | 127 Public Square, Suite #4900, Cleveland, OH 44114 | Legal Advisor |
| Carstens, Allen & Gourley, LLP | 7500 Dallas Pkwy, Suite #300, Plano, TX 75024 | Legal Advisor |
| Deloitte Tax, LLP | PO Box 844736, Dallas, TX 75284 | Tax Advisor |
| Duane Morris LLP | 30 South 17th St., Philadelphia, PA 19103 | Legal Advisor |
| Frost Brown Todd LLP | 400 West Market Street #3200, Louisville, KY 40202 | Legal Advisor |
| Geary, Porter & Donovan, P.C. | 16475 Dallas Pkwy, Suite #400, Addison, TX 75001 | Legal Advisor |
| Husch Blackwell LLP | 4801 Main Street, Suite #1000, Kansas City, MO 64112 | Legal Advisor |
| Jackson Lewis P.C. | 1133 Westchester Avenue, Suite S125, West Harrison, NY 10604 | Legal Advisor |
| McDonald Hopkins LLC | 600 Superior Avenue, East Suite #2100, Cleveland, OH 44114 | Legal Advisor |
| Neal Cohen Law LLC | 6930 Carroll Avenue, Takoma Park, MD 20912 | Legal Advisor |
| Ryan LLC | 13155 Noel Rd #100, Dallas, TX 75240 | Tax Advisor |
| Wilcox IP | 150 South Wacker Drive, Suite #2400, Chicago, IL 60606 | Legal Advisor |
| Steckler, Wayne & Love PLLC | 12720 Hillcrest Road, Dallas, TX 75230 | Legal Advisor |
| Willis Towers Watson US LLC | 233 South Wacker Drive, Suite 1800, Chicago, IL 60606 | Compensation Consultant |
| Worsek & Vihon LLP | 180 N Lasalle Street, Suite #3010, Chicago, IL 60601 | Legal Advisor |