IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 21, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief [Docket No. 345]**

Dated: July 25, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 25th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

Exhibit A
Service List

| Creditor | | Address | | Method of Service |
|---|---|---|---|---|
| 905 South 24th Street West Owner LLC | 905 S 24Th St W | Billings, MT 59102 | | First Class Mail |
| BLI Sunset Square LLC | 1001 E Sunset Dr | Bellingham, WA 98226 | | First Class Mail |
| Brixmor Middletown Plaza Owner, LLC | 1361 NJ-35 | Middletown Township, NJ 07748 | | First Class Mail |
| Brixmor SPE 3 LLC | 13180 S Cicero Ave | Crestwood, IL 60445 | | First Class Mail |
| BT Pleasant Hills LP | 720 Clairton Blvd | Pittsburgh, PA 15236 | | First Class Mail |
| Butte County Department of Public Health, Environmental Health Division, and the Chico Consumer Protection Agency | 202 Mira Loma Dr | Oroville, CA 95965 | | First Class Mail |
| California Department of Consumer Affairs (DCA)/California Attorney General's Office | Consumer Information Center | 1625 N Market Blvd | Ste N-112 | First Class Mail |
| Che Chen Liu & Shu Fen Liu Revocable Trust | 26532 Towne Center Dr Suites A-B | Foothill Ranch, CA 92610 | | First Class Mail |
| Consumer and Environmental Protection Agency (CEPA) | 1553 Berger Dr | San Jose, CA 95112 | | First Class Mail |
| Cook County State's Attorney – Consumer Fraud Unit | 69 W Washington St | Ste 3130 | Chicago, IL 60602 | First Class Mail |
| County of Los Angeles Department of Consumer and Business Affairs (DCBA) | Hall of Records | 320 W Temple St | Rm G-10 | First Class Mail |
| Dedham R2G Owner LLC | 300 Providence Highway | Dedham, MA 02026 | | First Class Mail |
| ECP / TPB1, LLC | 1982 E 20Th St | Chico, CA 95928 | | First Class Mail |
| Fundamentals Company, Kinpark Associates, Laurie Industries, Inc. | 3201 North Mayfair Rd | Wauwatosa, WI 53222 | | First Class Mail |
| Illinois Attorney General's Consumer Protection Division | Consumer Protection Division | 115 S LaSalle St | Chicago, IL 60603 | First Class Mail |
| Illinois Attorney General's Consumer Protection Division East-Central Illinois Regional Office | 1776 E Washington St | Urbana, IL 61802 | | First Class Mail |
| Kohl's Department Stores, Inc. | 6135 Junction Blvd | Rego Park, NY 11374 | | First Class Mail |
| Lowe's Home Centers, LLC | 750 Newhall Dr | San Jose, CA 95110-1106 | | First Class Mail |
| Manassas Real Estate Ventures, LLC | 8300 Sudley Rd | Manassas, VA 20109 | | First Class Mail |
| Mercer County Consumer Affairs | 640 S Broad St | Trenton, NJ 8611 | | First Class Mail |
| Mervis - CCP Leesburg, LLC | 19460 Compass Creek Pkwy | Leesburg, VA 20175 | | First Class Mail |
| Miami-Dade County Consumer and Neighborhood Protection Division | 11805 SW 26th Street | Miami, FL 33175 | | First Class Mail |
| Milwaukee County District Attorney's Office – Consumer Fraud Unit | Consumer Fraud Unit | 821 W. State St | Rm 412 | First Class Mail |
| Minnesota Attorney General's Office | 445 Minnesota St | Ste 1400 | St Paul, MN 55101 | First Class Mail |
| Minnesota Department of Commerce | 85 7th Pl E | Ste 280 | St Paul, MN 55101 | First Class Mail |
| Monmouth County Consumer Affairs | 1 E Main St | Freehold, NJ 7728 | | First Class Mail |
| Montana Department of Justice – Office of Consumer Protection (OCP) | Office of Consumer Protection | 555 Fuller Ave | Helena, MT 59601 | First Class Mail |
| New Jersey Division of Consumer Affairs (DCA) | 124 Halsey St | Newark, NJ 7102 | | First Class Mail |
| New York City Department of Consumer and Worker Protection (DCWP) | 42 Broadway | Ste 5 | New York, NY 10004 | First Class Mail |
| Norfolk County District Attorney's Office – Consumer Protection Division | 45 Shawmut Rd | Canton, MA 2021 | | First Class Mail |
| NYS Department of State's Division of Consumer Protection | Division of Consumer Protection | 99 Washington Ave | Ste 500 | First Class Mail |
| Office of Consumer and Family Affairs (OCFA) | Sudley North Government Center | 8033 Ashton Ave | Manassas, VA 20109 | First Class Mail |
| Office of the Attorney General | 202 N 9th St | Richmond, VA 23219 | | First Class Mail |
| Oleta Partners Biscayne Parcel LLC | 14585 Biscayne Blvd | North Miami, FL 33181-1209 | | First Class Mail |
| Orange County District Attorney's Office | 300 N Flower St | Santa Ana, CA 92703 | | First Class Mail |
| Pennsylvania Office of Attorney General's Bureau of Consumer Protection | Bureau of Consumer Protection | Strawberry Sq | Harrisburg, PA 17120 | First Class Mail |
| Peoria New Mall LLC | 5203 W War Memorial Dr | Peoria, IL 61615 | | First Class Mail |
| Pergola LLC and Abraham Properties LLC | 2820 Hwy 63 S | Rochester, MN 55904-5571 | | First Class Mail |
| Sacramento County District Attorney's Office Consumer and Environmental Protection Unit | 1625 N Market Blvd | Sacramento, CA 95834 | | First Class Mail |
| SCC Nassau Park Pavilion LLC | 301 Nassau Park Blvd | Princeton, NJ 08540 | | First Class Mail |
| Shrewsbury Crossing II, LLC | 571 Boston Tpke | Shrewsbury, MA 01545 | | First Class Mail |
| Spirit Realty LP | 8320 Delta Shores Circle S | Sacramento, CA 95832 | | First Class Mail |
| The Florida Department of Agriculture and Consumer Services (FDACS) | Office of General Counsel | 407 S Calhoun St | Tallahassee, FL 32399-0800 | First Class Mail |
| The Office of Consumer Affairs and Business Regulation | 1 Federal St | Ste 720 | Boston, MA 2110 | First Class Mail |
| Transform Lease OPCO LLC | 3795 E Foothills Blvd | Pasadena, CA 91107 | | First Class Mail |
| Transform Lease OPCO LLC | 2900 N Bellflower Blvd | Long Beach, CA 90815 | | First Class Mail |
| Transform Leaseco LLC | 2505 El Camino Real | Tustin, CA 92782 | | First Class Mail |
| Transform Operating Stores LLC | 2200 Harbor Blvd | Costa Mesa, CA 92627 | | First Class Mail |
| Transform Operating Stores LLC | 300 Baychester Ave | Bronx, NY 10475 | | First Class Mail |
| UE Ledgewood LLC | 461 Rte 10 E | Ledgewood, NJ 07852 | | First Class Mail |
| Virginia Attorney General's Consumer Protection Section | Consumer Protection Section | 202 N Ninth St | Richmond, VA 23219 | First Class Mail |
| Washington State Attorney General – Bellingham (Whatcom County) Regional Office | 2211 Rimland Dr | Ste 325 | Bellingham, WA 98226 | First Class Mail |
| Washington State Attorney General's Office (AGO) | Bank of America Fifth Ave Plz | 800 5th Ave | Seattle, WA 98104 | First Class Mail |
| Washington State Office of the Attorney General – Consumer Protection Division - Yakima Regional Office | 1433 Lakeside Ct | Ste 102 | Yakima, WA 98902 | First Class Mail |
| Wisconsin Department of Agriculture, Trade and Consumer Protection (DATCP) – Bureau of Consumer Protection | 1027 W St Paul Ave | Milwaukee, WI 53223-2641 | | First Class Mail |
| Worcester Consumer Rights Program (WCRP) | 128 Providence St | Worcester, MA 1604 | | First Class Mail |
| YAKIMA THEATRES, INC. | 2530 Rudkin Rd | Yakima, WA 98903 | | First Class Mail |

AT HOME GROUP INC., et al., (Case No. 25-11120)