**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING MONTHLY OPERATING REPORT**
**FOR THE PERIOD OF JUNE 16, 2025 THROUGH JUNE 30, 2025[2]**

On June 16, 2025 (the "<u>Petition Date</u>"), the above-captioned debtors and debtors in possession (each, a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") commencing cases for relief under chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Cases</u>"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 17, 2025, the Bankruptcy Court entered an order authorizing the joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b) under the lead case *In re At Home Group Inc.,* No. 25-11120 (JKS) [Docket No. 92]. On June 27, 2025, the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 197].

The factual background regarding the Debtors, including their business operations, their capital

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (9049); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' Chapter 11 Cases, is set forth in the *Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of Its Affiliates, in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 4] (the "<u>First Day Declaration</u>"), incorporated by reference herein. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

and debt structures, and the events leading to the filing of these Chapter 11 Cases, is set forth in detail in the First Day Declaration.  Additional information about the Chapter 11 Cases, court filings, and claims information is available at the website maintained by the Debtors' claims and noticing agent: https://cases.omniagentsolutions.com/athome.

The Debtors have prepared and filed the attached monthly operating report and the exhibits thereto (the "MOR") for the period including June 16, 2025 through June 28, 2025 (the "Reporting Period") with the assistance of their advisors solely for the purpose of complying with the monthly operating requirements applicable in the Debtors' Chapter 11 Cases and the instructions provided by the Office of the U.S. Trustee.  The financial information contained herein is limited in scope, covers a limited time period, and is presented on a preliminary and unaudited basis.  As such, the MOR has not been subject to procedures that would typically be applied to financial statements prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and does not include all of the information and footnotes required by U.S. GAAP. Upon the application of such procedures, the financial information could be subject to changes, which could be material.

Solely to comply with their obligations to provide MORs during these Chapter 11 Cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices.  The MOR generally reflects operations and financial position of the Debtors on a non-consolidated basis, in a form not maintained by the Debtors in the ordinary course of their business and is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors.  Accordingly, the amounts listed in the MOR will likely differ, at times materially, from the historical consolidated financial reports.  Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than the Reporting Period and may not necessarily reflect the Debtors' future consolidated results of operations and financial position.  Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the Reporting Period.  Except as may be otherwise noted, no adjustments have been made for activity occurring after the close of the Reporting Period.

The MOR should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.  The MOR presents the Debtors' best estimates for the Reporting Period, but there can be no assurance that such information is complete, and the MOR may be subject to material revision.  These notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR, of which they comprise an integral and material part.

## RESERVATION OF RIGHTS

The information furnished in this MOR includes normal recurring adjustments but does not include all of the adjustments that typically would be made for interim financial statements presented

in accordance with GAAP.  In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation.  Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.  Accordingly, the Debtors hereby reserve all rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR.  Further, the Debtors reserve the right to amend or supplement this MOR in all respects, if necessary or appropriate, but undertake no obligation to do so.  Nothing contained in this MOR shall constitute a waiver or any of the Debtors' rights or an admission with respect to their Chapter 11 Cases or otherwise.

Specifically, nothing contained in this MOR shall constitute a waiver or admission by the Debtors in any respect nor shall this MOR or any information set forth herein waive or release any of the Debtors' rights or admission with respect to the Chapter 11 Cases or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the Bankruptcy Code, and/or causes of action under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  The Debtors are reviewing their assets and liabilities on an ongoing basis, including, without limitation, with respect to intercompany claims and obligations, and nothing contained in this MOR shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

For the reasons discussed above, there can be no assurance that the consolidated financial information presented herein is complete, and readers are cautioned not to rely on the MOR for any reason.

The financial statements of the Debtors' non-debtor affiliates have not been included in the MOR.  Unless otherwise indicated, all amounts in the MOR are reflected in U.S. dollars.

## SUPPORTING DOCUMENTATION AND CERTAIN ADJUSTMENTS, LIMITATIONS, METHODOLOGY, AND DISCLAIMERS

While the Debtors do not restate the above notes and reservations or rights in their entirety here, such notes and reservations apply to the entire MOR and each individual response or other item included in the MOR.  In addition to such notes and reservations, the Debtors offer the following explanatory notes.

**Debtors' Full-Time Employees.**  The Debtors have reported the number of full-time employees for each applicable Debtor using information from payroll payments made in June 2025.

**Statement of Cash Receipts and Disbursements.**  Reported cash receipts and disbursements exclude intercompany and Debtor-to-Debtor transactions, as provided in the instructions to the MOR.

In addition, the escrow transfers for the Debtor professional fee estimates under the order authorizing and approving the Debtors' postpetition use of cash collateral and entry into a postpetition financing facility [Docket No. 344] are not included, as those funds will remain in the escrow account until each respective professional's fee applications are approved.  When funds are transferred out of the escrow account, such disbursements are included as cash disbursements.  For additional information on ending cash balances per the Debtors' books and records, see the attached cash balances in the Statement of Cash Receipts and Disbursements.

**Balance Sheet & Statement of Operations.** As noted above, the Debtors have historically prepared financial statements on a consolidated basis, and it is on this basis that the Debtors continue to prepare and report financials in the ordinary course of their business. This MOR is prepared on an entity-by-entity basis, with the exception of Ambience Parent, Inc.; Ambience Intermediate, Inc.; At Home Holding II Inc.; At Home Properties LLC; At Home Assembly Park Drive Condominium Association; 2301 Earl Rudder Frwy S LLC; 3551 S 27th Street LLC; 300 Tanger Outlet Blvd LLC; 3002 Firewheel Parkway LLC; 2016 Grand Cypress Dr LLC; Transverse II Development LLC; Rhombus Dev, LLC; 19000 Limestone Commercial Dr, LLC; 4801 183A Toll Road, LLC; 7050 Watts Rd LLC; 4700 Green Road LLC; 361 Newnan Crossing Bypass LLC; 10460 SW Fellowship Way LLC; 1720 N Hardin Blvd LLC; Compass Creek Parkway LLC; 10800 Assembly Park Dr LLC; Nodal Acquisitions, LLC; 15255 N Northsight Blvd LLC; 3015 W 86th St LLC; 9570 Fields Ertel Road LLC; 1376 E. 70th Street LLC; 11501 Bluegrass Parkway LLC; 12990 West Center Road LLC; 334 Chicago Drive, LLC; and 4200 Ambassador Caffery Pkwy LLC, all of which are non-operating entities. To prepare a balance sheet and income statement for each Debtor solely for the purpose of complying with the monthly operating requirements applicable in the Debtors' Chapter 11 Cases and the instructions provided by the Office of the U.S. Trustee, the Debtors made certain adjustments to their consolidating balance sheets, including but not limited to netting or reconciling certain intercompany balances, adjusting cash balances to remove negative balances, and associating certain assets and liabilities with the reasonably appropriate Debtor entity even in certain cases where such assets and liabilities were associated with another entity in the Debtors' consolidating trial balances.

**Accounts Receivable and Accounts Payable.** Cash is received and disbursed by the Debtors in a manner consistent with the Debtors' historical cash management practices, as described in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief* [Docket No. 8] (the "Cash Management Motion"), filed on the Petition Date.

Part 1. Cash Receipts and Disbursements.

- The Debtors maintain and operate a centralized cash management system, under which all bank accounts are maintained by Debtors At Home Stores, LLC, At Home Procurement, Inc., and At Home Group Inc. In the ordinary course of their business, the Debtors that maintain the Debtors' cash management bank accounts may make payments on behalf of other Debtors, creating intercompany balances in the Debtors' accounting system.[3] Such intercompany transactions have been excluded in accordance with the MOR guidelines.

- Cash Receipts and Disbursements are presented based on the entity on whose behalf the cash was received or from which the cash was disbursed. Cash balances are as reported on the Debtors' balance sheets.

Part 2. Asset and Liability Status.

- Postpetition payables (excluding taxes). Postpetition payables figures have been estimated using commercially reasonable efforts by examining outstanding payables that were received in the Reporting Period and estimating other accrued expenses. As a result of the

---

[3]    Such intercompany transactions are described in more detail in the Cash Management Motion.

adjustments necessary to prepare information on an entity-by-entity basis, certain estimates and prorations were used to determine the amounts of postpetition payables to include for each Debtor entity. For the avoidance of doubt, all amounts and classifications are subject to material adjustments. Listing a claim as secured, priority, or unsecured does not constitute an admission by the Debtors of the legal rights of the claimant.

- Postpetition financing as a component of postpetition payables and total postpetition debt on Debtor At Home Group Inc.'s MOR includes the drawn amounts and associated accrued and unpaid interest of the Debtors' postpetition financing facility.[4]

- Postpetition taxes payable. Postpetition taxes payable amounts include estimated sales tax based on sales during the Reporting Period.

- Prepetition priority debt. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code.

- Prepetition unsecured debt and total liabilities (debt). The Debtors have made commercially reasonable efforts to determine pre and postpetition payables by Debtor entity for purposes of the MOR. Because, as noted above, the Debtors have historically prepared financial statements on a consolidated basis, and it is on this basis that the Debtors continue to prepare and report financials in the ordinary course of their business, certain estimates and prorations, including a preliminary determination of Liabilities Subject to Compromise, were used to determine the amounts of prepetition payables to include for each Debtor entity. Prepetition unsecured debt set forth in line m is comprised of all prepetition liabilities *less* the prepetition secured debt set forth in line k.

### Part 5. Professionals.

- The Debtors report payments made for professional fees based on the entity which controls the Professional Fee Escrow Account (as defined in the Cash Management Motion). The Debtors do this regardless of which Debtor entity executed an engagement letter with the professional being paid.

### Part 6. Postpetition Taxes.

- Postpetition employer payroll taxes accrued. The accrued payroll tax set forth on line c is estimated using accrued employer payroll taxes from the June 2025 payroll run. Note that the Debtors are up to date on all payroll taxes and the amount shown represents accrued but not yet due payroll taxes.

### Part 7. Questionnaire.

- Question a. In accordance with relief granted by the Court on certain of the Debtors' first-day motions, the Debtors have made certain payments on account of prepetition claims. Further details regarding the relief requested, the relief granted, and the payments projected to be made by the Debtors is set forth in the applicable motions and orders.

---

[4] The Debtors' postpetition financing facility is described in more detail in the order authorizing and approving such financing [Docket No. 344].

- Question c.  In accordance with the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 298], the Debtors have made payments related to ordinary course wages, benefits, and authorized travel and expenses reimbursements to insider employees.

- Question g.  In connection with the Debtors' commencement of the Chapter 11 Cases, the Debtors requested authorization and approval of postpetition financing, which authorization and approval was granted by the Court by final order on July 18, 2025 [Docket No. 344].

# UNITED STATES BANKRUPTCY COURT
### IN THE   DISTRICT OF   DELAWARE

In Re. At Home RMS Inc.                          §          Case No.  25-11156
                                                 §
_____          §          Lead Case No.   25-11120
                    Debtor(s)                    §
                                                 §          ☒ Jointly Administered

## Monthly Operating Report                                          Chapter 11

Reporting Period Ended: 06/30/2025                      Petition Date: 06/16/2025

Months Pending: 0                                       Industry Classification: | 4 | 4 | 9 | 1 |

Reporting Method:              Accrual Basis  ◉        Cash Basis  ○

Debtor's Full-Time Employees (current):                 281

Debtor's Full-Time Employees (as of date of order for relief):    281


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Timothy R. Powell                                   Timothy R. Powell
Signature of Responsible Party                          Printed Name of Responsible Party

07/31/2025
Date
                                                        Rodney Square, 1000 N King St, Wilmington, DE 19801
                                                        Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  At Home RMS Inc.

Case No.  25-11156

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $4,069,673 | $4,069,673 |
| d. Cash balance end of month (a+b-c) | $-4,069,673 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $4,069,673 | $4,069,673 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ◉  Market ○  Other ○  (attach explanation)) | $0 |
| d. Total current assets | $28,760,231 |
| e. Total assets | $1,390,536,653 |
| f. Postpetition payables (excluding taxes) | $10,616,433 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $38,182 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $10,654,615 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $1,223,787,685 |
| n. Total liabilities (debt) (j+k+l+m) | $1,234,442,300 |
| o. Ending equity/net worth (e-n) | $156,094,354 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $37,502,191 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $83,402 | |
| c. Gross profit (a-b) | $37,418,789 | |
| d. Selling expenses | $3,276,610 | |
| e. General and administrative expenses | $30,080,524 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $775,492 | |
| h. Interest | $897 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $2,690,000 | |
| k. Profit (loss) | $595,266 | $595,266 |

UST Form 11-MOR (12/23/2022)                    2

Debtor's Name  At Home RMS Inc.                                         Case No.  25-11156

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name  At Home RMS Inc.                                    Case No.  25-11156

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

|  |  | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  At Home RMS Inc.                                         Case No.  25-11156

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/23/2022)                            6

Debtor's Name At Home RMS Inc.                                          Case No.  25-11156

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  At Home RMS Inc.                                    Case No.  25-11156

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $195,752 | $195,752 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◉  No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◉  No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have: Worker's compensation insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◉  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name  At Home RMS Inc.                                    Case No.   25-11156

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/S/Jeremy Aguilar                                      Jeremy Aguilar
_____          _____
Signature of Responsible Party                  Printed Name of Responsible Party

Chief Financial Officer                            07/31/2025
_____          _____
Title                                                     Date

Debtor's Name At Home RMS Inc.

Case No.  25-11156



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  At Home RMS Inc.                                    Case No.  25-11156



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  At Home RMS Inc.                          Case No.  25-11156



PageThree



PageFour

United States Bankruptcy Court
District of Delaware

In re:                                                                                                                                                    **Case No. 25-11157 (ARP)**
At Home Stores LLC, et al.                                                                                                                 Reporting Period: June 16, 2025 through June 30, 2025
Debtors

**Support Documentation to MOR - 1**
Cash Receipts and Disbursements by Legal Entity *(in thousands)*
For the period 6/16/2025 through 6/30/2025

| ($ in thousands) | At Home Stores LLC Case No. 25-11157 | At Home RMS Inc. Case No. 25-11156 | At Home Procurement Inc. Case No. 25-11154 | At Home Group Inc. Case No. 25-11120 | At Home Companies LLC Case No. 25-11150 | At Home Gift Card LLC Case No. 25-11151 | At Home Holdings III, Inc. Case No. 25-11153 | 1000 Turtle Creek Drive LLC Case No. 25-11125 | 1600 East Plano Parkway, LLC Case No. 25-11127 | 1944 South Greenfield Road LLC Case No. 25-11128 | 4304 West Loop 289 LLC Case No. 25-11135 | 8651 Airport Freeway LLC Case No. 25-11139 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | |
| Retail, Wholesale, and Other Collections | 76,039 | - | - | - | - | - | - | - | - | - | - | - |
| ABL Borrowings | - | - | - | - | - | - | - | - | - | - | - | - |
| DD DIP Loan Borrowings | - | - | - | 75,000 | | | | | | | | |
| **Total Receipts** | **76,039** | **-** | **-** | **75,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Disbursements** | | | | | | | | | | | | |
| Accounts Payable & Freight | 798 | 1,837 | 8,486 | - | - | - | - | - | - | - | - | - |
| Payroll | 5,858 | 2,233 | 1,097 | - | - | - | - | - | - | - | - | - |
| Landlord | 124 | - | - | - | - | - | - | - | - | - | - | - |
| Credit Card Fees | 941 | - | - | - | - | - | - | - | - | - | - | - |
| Tariffs, Taxes & Other | 10,677 | - | 17,306 | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | **18,398** | **4,070** | **26,888** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Net Operating Cash Flow** | **57,640** | **(4,070)** | **(26,888)** | **75,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Non-Operating Cash Flow** | **9,702** | **-** | **-** | **3,329** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **47,938** | **(4,070)** | **(26,888)** | **71,671** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Cash Balance Beginning of Month | 1,529 | - | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | 47,938 | (4,070) | (26,888) | 71,671 | - | - | - | - | - | - | - | - |
| **MOR Part 1 d. Cash Balance** | **$ 49,467** | **$ (4,070)** | **$ (26,888)** | **$ 71,671** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

United States Bankruptcy Court
District of Delaware

In re:                                                                                                                                                                    Case No. 25-11157 (ARP)
At Home Stores LLC, et al.                                                                                                         Reporting Period: June 16, 2025 through June 30, 2025
Debtors

**Support Documentation to MOR - 2**
Balance Sheet by Legal Entity *(in thousands)*
As of 6/28/2025

| | At Home Stores LLC Case No. 25-11157 | At Home RMS Inc. Case No. 25-11156 | At Home Procurement Inc. Case No. 25-11154 | At Home Group Inc. Case No. 25-11120 | At Home Companies LLC Case No. 25-11150 | At Home Gift Card LLC Case No. 25-11151 | At Home Holdings III, Inc. Case No. 25-11153 | 1000 Turtle Creek Drive LLC Case No. 25-11125 | 1600 East Plano Parkway, LLC Case No. 25-11127 | 1944 South Greenfield Road LLC Case No. 25-11128 | 4304 West Loop 289 LLC Case No. 25-11135 | 8651 Airport Freeway LLC Case No. 25-11139 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Cash and cash equivalents | 29,641,537 | - | - | 51,170,795 | - | - | - | - | - | - | - | - |
| Inventories, Net | 382,634,761 | - | 39,379,810 | - | - | - | - | - | - | - | - | - |
| Prepaid expenses | 8,449,364 | 17,399,850 | 10,206,048 | 8,333 | - | - | - | - | - | - | - | - |
| Other Current Assets | 41,829,254 | 11,360,381 | 95,043,015 | (71,427,734) | - | 85,908 | - | - | - | - | - | - |
| **Total Current Assets** | 462,554,916 | 28,760,231 | 144,628,873 | (20,248,606) | - | 85,908 | - | - | - | - | - | - |
| **Non-Current Assets** | | | | | | | | | | | | |
| Right-of-use Assets | 1,472,324,684 | - | 21,685,983 | - | - | - | - | - | - | - | - | - |
| Property and equipment, Net | 510,452,553 | 19,277,774 | 18,141,996 | - | - | - | - | 1,354,810 | 4,160,000 | - | - | - |
| Goodwill | 113,976,697 | - | - | - | - | - | - | - | - | - | - | - |
| Trade name | 240,000,000 | - | - | - | - | - | - | - | - | - | - | - |
| Debt issuance costs, net | 1,476,421 | - | - | - | - | - | - | - | - | - | - | - |
| Restricted cash | 43,648,757 | - | - | - | - | - | - | - | - | - | - | - |
| Other assets | 1,847,594,979 | 1,342,498,648 | 74,879,846 | 3,040,841,898 | 157,665,185 | 15,892,163 | - | - | 3,547,997 | 540,236 | - | 6,087,983 |
| **Total Non-Current Assets** | 4,229,474,090 | 1,361,776,422 | 114,707,824 | 3,040,841,898 | 157,665,185 | 15,892,163 | - | 1,354,810 | 7,707,997 | 540,236 | - | 6,087,983 |
| **Total Assets** | 4,692,029,007 | 1,390,536,653 | 259,336,697 | 3,020,593,293 | 157,665,185 | 15,978,072 | - | 1,354,810 | 7,707,997 | 540,236 | - | 6,087,983 |
| | | | | | | | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts payable | 25,487,217 | 2,262,046 | 196,661 | - | - | - | - | - | - | - | - | - |
| Accrued liabilities | 54,575,284 | 14,856,977 | 11,364,220 | 2,225 | - | 10,980,599 | - | - | - | - | - | 0 |
| Revolving line of credit | - | - | - | - | - | - | - | - | - | - | - | - |
| Current portion of ROU Liability | - | - | - | - | - | - | - | - | - | - | - | - |
| Current portion of long-term debt | - | - | - | - | - | - | - | - | - | - | - | (4) |
| Current portion of deferred tax liability | - | - | - | - | - | - | - | - | - | - | - | - |
| Income taxes payable | (676,976) | (88,632) | (4,400) | - | - | - | - | - | - | - | - | - |
| DIP Financing | - | - | - | 75,000,000 | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | 79,385,525 | 17,030,391 | 11,556,481 | 75,002,225 | - | 10,980,599 | - | - | - | - | - | (4) |
| **Long Term Liabilities** | | | | | | | | | | | | |
| Right-of-use Liabilities | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | 109,911,578 | (7,758,024) | 30,756,636 | (94,171,721) | - | - | - | - | - | - | - | - |
| Other long-term liabilities | 267,139 | 1,382,248 | - | - | - | - | - | - | - | - | - | - |
| **Total Long Term Liabilities** | 110,178,716 | (6,375,776) | 30,756,636 | (94,171,721) | - | - | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | 4,948,470,211 | 1,223,787,685 | 602,429,875 | 2,960,155,422 | 129,665,185 | 2,105 | - | 1,726,446 | 7,707,997 | - | 350,000 | 8,600,000 |
| **Total Liabilities** | 5,138,034,452 | 1,234,442,300 | 644,742,992 | 2,940,985,926 | 129,665,185 | 10,982,704 | - | 1,726,446 | 7,707,997 | - | 350,000 | 8,599,996 |
| | | | | | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | | | | | |
| Common stock | 180,000 | - | - | 10 | 1,000 | - | - | - | - | - | - | - |
| Additional paid-in capital | 190,072,599 | 110,582,007 | 258,908,301 | 1,497,350,138 | 27,999,000 | - | - | - | - | - | - | - |
| Retained earnings | (636,258,045) | 45,512,347 | (644,314,596) | (1,416,107,393) | - | 4,995,367 | - | (371,636) | - | 540,236 | (350,000) | (2,512,013) |
| Accumulated other comprehensive loss | - | - | - | (1,635,388) | - | - | - | - | - | - | - | - |
| **Total Shareholders' Equity** | (446,005,446) | 156,094,354 | (385,406,295) | 79,607,366 | 28,000,000 | 4,995,367 | - | (371,636) | - | 540,236 | (350,000) | (2,512,013) |
| **Total Liabilities and Shareholders' Equity** | 4,692,029,007 | 1,390,536,653 | 259,336,697 | 3,020,593,293 | 157,665,185 | 15,978,072 | - | 1,354,810 | 7,707,997 | 540,236 | - | 6,087,983 |

United States Bankruptcy Court
District of Delaware

In re:                                                                                                                                                                                                Case No. 25-11157 (ARP)
At Home Stores LLC, et al.                                                                                                                                                              Reporting Period: June 16, 2025 through June 30, 2025
Debtors

**Support Documentation to MOR - 3**
Income Statement by Legal Entity (in thousands)
For the period 5/16/2025 through 6/29/2025

| | At Home Stores LLC Case No. 25-11157 | At Home RMS Inc. Case No. 25-11156 | At Home Procurement Inc. Case No. 25-11154 | At Home Group Inc. Case No. 25-11120 | At Home Companies LLC Case No. 25-11150 | At Home Gift Card LLC Case No. 25-11151 | At Home Holdings III, Inc. Case No. 25-11153 | 1000 Turtle Creek Drive LLC Case No. 25-11125 | 1600 East Plano Parkway, LLC Case No. 25-11127 | 1944 South Greenfield Road LLC Case No. 25-11128 | 4304 West Loop 289 LLC Case No. 25-11135 | 8651 Airport Freeway LLC Case No. 25-11139 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 177,249,015 | 37,502,191 | 88,741,174 | - | - | - | - | - | - | - | - | - |
| Cost of Goods Sold | 87,250,632 | 83,402 | 52,755,896 | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 89,998,382 | 37,418,789 | 35,985,278 | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Selling, general and administrative expenses | 83,356,585 | 33,357,134 | 19,306,237 | 12,500 | - | 24,705 | - | - | - | - | - | - |
| Depreciation and Amortization | 6,910,480 | 775,492 | 397,204 | - | - | - | - | 6,957 | - | - | - | - |
| Reorganization Expense | - | 2,690,000 | - | 9,750,124 | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | 90,267,065 | 36,822,626 | 19,703,441 | 9,762,624 | - | 24,705 | - | 6,957 | - | - | - | - |
| | | | | | | | | | | | | |
| **Operating Income** | (268,683) | 596,163 | 16,281,836 | (9,762,624) | - | (24,705) | - | (6,957) | - | - | - | - |
| Net Interest Expense | 2,838,701 | 897 | 262 | 5,363,910 | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **Income before income taxes** | (3,107,384) | 595,266 | 16,281,575 | (15,126,534) | - | (24,705) | - | (6,957) | - | - | - | - |
| | | | | | | | | | | | | |
| Total Income Tax Expense/Benefit | (9,401,700) | | | | - | | | - | - | - | - | |
| | | | | | | | | | | | | |
| **Net Income** | 6,294,315 | 595,266 | 16,281,575 | (15,126,534) | - | (24,705) | - | (6,957) | - | - | - | - |