# EXHIBIT B

## Hu Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **AT HOME GROUP INC.**, *et al.*,[1] | ) | **Case No. 25-11120 (JKS)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

## DECLARATION OF LIZ HU IN SUPPORT OF THE
## APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION
## AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL
## ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. section 1746, Liz Hu, declares as follows:

1.        I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"), an international

consulting firm. I submit this declaration (the "Declaration") on behalf of FTI in support of the

application (the "Application") of the Official Committee of Unsecured Creditors (the

"Committee") of the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors"), for entry of an order authorizing the employment and retention of FTI as financial

advisor to the Committee under the terms and conditions set forth in the Application. I am

generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as otherwise noted,

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (N/A); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (N/A); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). Case 25-11120-JKS Doc 92 Filed 06/17/25 Page 9 of 11 The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[2]

### **Disinterestedness and Eligibility**

2.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Exhibit A** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database[3] containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on **Exhibit B** to this Declaration.

3.      Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to the Debtors or these proceedings. FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Debtors' cases, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.      In addition to the disclosures on Exhibit B, FTI discloses the following:

---

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

[3] For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

- It is my understanding that Duke Energy and certain of its affiliates are utility providers and surety bondholders of the Debtors. Nicholas C. Fanandakis, a member of the board of directors of FTI Consulting, Inc., is also a member of the board of directors of Duke Energy Corporation. To the best of my knowledge, Mr. Fanandakis does not have any professional involvement in this matter in any capacity.

- It is my understanding that T. Rowe Price is listed as bondholder of the Debtors. Mark S. Bartlett, a member of the board of directors of FTI Consulting, Inc., is also a member of the board of directors of T. Rowe Price Group, Inc. To the best of my knowledge, Mr. Bartlett does not have any professional involvement in this matter in any capacity.

5.      As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with the Debtors' chapter 11 cases.

6.      FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10). Further, neither I, nor any other member of the FTI engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct

or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates. Therefore, FTI believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

7.      It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

## Professional Compensation

8.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the local rules of this District, orders of this Court, and applicable U.S. Trustee guidelines, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

9.      To the extent FTI utilizes independent or third-party contractors or subcontractors (the "Contractors") in the provision of services to the Committee, FTI will (i) pass through the fees

of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI will ensure that each Contractor will file a separate declaration evidencing its disinterestedness in these chapter 11 cases as required by the Bankruptcy Code and Bankruptcy Rules.

10.     According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtors.

11.     To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

### No Duplication of Services

12.     The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2025.            _/s/ Liz Hu_____
                                        Liz Hu

## EXHIBIT A

## Parties-in-Interest Reviewed for Current and Recent Former Relationships

**Debtors**
1000 Turtle Creek Drive LLC
10460 SW Fellowship Way LLC
10800 Assembly Park Dr LLC
11501 Bluegrass Parkway LLC
12990 West Center Road LLC
1376 E. 70th Street LLC
15255 N Northsight Blvd LLC
1600 East Plano Parkway, LLC
1720 N Hardin Blvd LLC
19000 Limestone Commercial Dr, LLC
1944 South Greenfield Road LLC
2016 Grand Cypress Dr LLC
2301 Earl Rudder Frwy S LLC
300 Tanger Outlet Blvd LLC
3002 Firewheel Parkway LLC
3015 W 86th St LLC
334 Chicago Drive, LLC
3551 S 27th Street LLC
361 Newnan Crossing Bypass LLC
4200 Ambassador Caffery Pkwy LLC
4304 West Loop 289 LLC
4700 Green Road LLC
4801 183A Toll Road, LLC
7050 Watts Rd LLC
8651 Airport Freeway LLC
9570 Fields Ertel Road LLC
Ambience Intermediate, Inc.
Ambience Parent, Inc.
At Home Assembly Park Drive Condominium
Association
At Home Companies LLC
At Home Gift Card LLC
At Home Group Inc.
At Home Holding II Inc.
At Home Holding III Inc.
At Home Procurement Inc.
At Home Properties LLC
At Home RMS Inc.
At Home Stores LLC
Compass Creek Parkway LLC
Nodal Acquisitions, LLC
Rhombus Dev, LLC
Transverse II Development LLC

**Debtors' Affiliates/Subsidiary**
1267 Central Park Dr, LLC
15065 Creosote Road LLC
1600 W. Kelly Avenue, LLC
1605 Buford Hwy, LLC
1660 W. Midway Boulevard (1031), LLC
1919 Wells Rd, LLC
2201 Porter Creek Dr LLC
2251 Southwyck Blvd, LLC
2650 West Interstate 20, LLC
2827 Dunvale, LLC
301 S Town East Mall Dr LLC
335 N. Academy Boulevard (1031), LLC
4949 Greenwood Drive, LLC
5501 Grove Blvd, LLC
642 South Walnut Avenue LLC
7613 North East Loop 1604, LLC
7697 Winchester Rd, LLC

**Non-Debtor Affiliates**
At Home Cayman
At Home Cayman Holdings

**Debtors' Bankruptcy Professionals**
AlixPartners LLP
Ernst & Young LLP
Hilco Real Estate Auctions, LLC
Kirkland & Ellis
Kirkland & Ellis International LLP
Kirkland & Ellis LLP
KPMG LLP
Omni Agent Solutions, Inc.
PJT Partners
Young Conaway Stargatt & Taylor, LLP

**Current Directors**
Brad Weston
Elizabeth Abrams
Erik Ragatz
Gary Bischoping
Jill Frizzley
John Butcher
Sameer Narang

**Current Officers**
Aaron Rose

Amanda Gray
Guncha Mehta
Jeremy Aguilar
John Carcasi
Scott Clark
Shirin Odar
Susan Rodgers

**Employees**
Brian Callahan
Chet Lofgren
Chris Houston
Christina Naumann
David Heartquist
Debora Benlage
Dormica Oppenhuizen
Ellen Minga
Guarika Arora
James Forcey
Jamie Cockrell
Julius Armour
Kristian Lazzaro
Laura Kelly
Lu Jiang
Lynne Gwinn
Marie Louise Croke
Meredith Hampton
Sydney Harris

**Former Directors**
Caroline Sohr
Diane Sullivan
Matt Eisen

**Former Officers**
Angela Baldwin
Becky Haislip
Dean Zurmely
Jerri Hamlin
Jerry Murray
Katherine Blohm
Katherine Heaney
Mary Jane Broussard
Michael Dzura
Natalie McConnell
Nicholas Swetonic
Robert Depew
Stephen O'Brien
Tom Alessi

**Depository Banks**
Citizens Financial Group
East West Bank

**Equipment Lessors**
Dex Imaging, LLC

**Benefit Providers**
ARAG North America, Inc.
Bright Horizons
CoAdvantage
Coventry Health Workers Compensation
Delta Dental Insurance Company
Discovery Benefits
Etrade Financial Corporate Services
EyeMed Vision Benefits
Fidelity Security Life Insurance Co
Health Advocate Inc
Health Care Services Corporation
Known2u LLC
MetLife
New Benefits Ltd.
Po Holdings LLC
Principal Financial Group, Inc.
Standard Insurance Company
Sterling Health Services, Inc.
Teladoc Health
The Hackett Group, Inc.
The Standard Life Ins Co of NY
UnifyHR LLC
Vida Health Inc
Voya Financial
WexHealth

**Bondholders**
1988 CLO 2 LTD
1988 CLO LTD
Alliance Bernstein
Anchorage Capital CLO LTD
Anchorage Credit Funding Ltd
Anchorage FM
Apex Credit CLO LLC
Apex Credit CLO Ltd
Arini Capital
Artemis Fund Managers
BallyRock Ltd
Blue Cross Blue Shield
Blue Torch
BMO Global Asset Management
BNY Melon
Calamos Investments

Charles Schwab
Credit Agricole
Elmwood CLO 31 LTD
Elmwood CLO LTD
FCCI Mutual
Fidelity Investments Canada ULC
Franklin Templeton
Garrison BSL CLO LTD
Government Pension Investment Fund
HPS Corporate Lending Fund
HPS Loan Management
ICI Mutual Insurance
Invesco Ltd (Investment Management)
Jefferies Finance LLC
Jefferies Financial Group Inc
Jeffries LEV CR PROD LLC
JFIN CLO Ltd
Logan CLO I LTD
Muzinich & Co Ireland Ltd
Natixis Investment Managers
Newfleet CLO Ltd
Ninety One Asset management
Northern Trust
Octagon 61 LTD
Octagon 67 LTD
Octagon 70 ALTO LTD
Octagon Credit Investors LLC
Octagon Investment Partners 28 Ltd
Octagon Investment Partners 29
Octagon Investment Partners 30
Octagon Investment Partners 40 Ltd
Octagon Investment Partners 42
Octagon Investment Partners 48
Octagon Investment Partners 50
Octagon Investment Partners Ltd
Octagon Loan Funding Ltd
Pacific Life
Palmer Square Capital BDC Inc
Palmer Square CLO Ltd
Palmer Square Loan Funding Ltd
Pathlight
PGIM Global Asset Management
PIMCO / Allianz
PPM America / Jackson Financial
Principal Financial
Silver Rock CLO LTD
Silver Rock Management LLC
SLR Investment Corp
State Of Wisconsin Investment Board (SWIB)
State Street
Strata CLO LTD

T. Rowe Price
Virtus Investments
Whitehawk Capital Partners
WSA Fraternal Life
ZAIS Matrix CDO

**Competitors**
Hobby Lobby Stores, Inc.
HomeGoods, LLC
The Michaels Companies, Inc
Walmart, Inc.

**Creditor Professionals**
BRG (Berkeley Research Group)
Cahill Gordon & Reindel LLP
Choate Hall & Stewart LLP
Dechert LLP
Evercore

**Insurance Providers**
AFCO
AIG Specialty Ins Co
Allied World  National Assurance  Co (AWAC)
Allied World Assuance Co
Amtrust  UWs Inc.
Argonaut  Ins Co
AXIS Insurance Company
Beazley  Ins Co, Inc.
Beazley Excess & Surplus Inc.
Berkshire Hathaway Specialty Ins Co
Columbia Casualty Co
Commerce and  Industry Ins. Co.
Continental  Insurance Company
Continental  Casualty Co
Endurance American Insurance Company
Everest  National  Ins Co
Federal Ins Co
Fireman's Fund Indemnity Corp
Freedom  Specialty  Ins Co
Great American Ins Co
Hallmark  Specialty  Ins Co
Hartford - FEMA - NFIP
Hiscox Ins Co., Inc.
Indian Harbor Ins Co
Insurance Company of the State of PA
Liberty Mutual  Ins Corporation
Lloyd's of London
Markel American Ins Co
National Union Fire  Ins Co of  Pittsburgh, PA
Starr Indemnity & Liability Co.
Starstone Specialty Ins Co

The North River Ins Co
Voyager Indemnity Ins Co
Wesco Ins Co
XL Insurance America, Inc
Zurich American Ins Co

**Litigation Parties**
Adelina Maldonado
Alan Tobias
Alesha Davis
Alexandra Rosenard
Amanda Shivers
AMP IP LLC
Angeliki Petropolos
Anita Macomber
Audrey Kallander
Aviles
Becky Sabo
Beth Krygier
Borst Mackenzie
Brenna Edmunds
Briar Bolinger
Brielle Taylor
Calondra Brown
Catheryn Bowersox
Charleigh Kells
Christine Woodard
Claudia Portuondo
Corine Hart
CPSC
Cynthia Galan
Danah Qasem
Dayamis Garcia
Deletha Carstarphen
Dennis Johnson
Derek Venable
Desiree Taylor
Dina Terranova
Dom Finley
Donna Hopkin
Elizabeth Antolak
Elizabeth Messenger
Elsie Muse
Emily Slyck
Emma Bell
Ernest Guitierrez
Faith Miko
Gabriel Fierro
Glenda Wagner
Holly Friel
James Chaley

Janice White
Janis Rosin
Jean Siry
Jen Kottra
Jermaine Gardner
Joselyn Espinosa
Juan Portuondo
Karen Stephens
Karen Tracy
Kenzie Phorpe
Kriscia Garcia
Kristen O'brien
Kyle Butte
Latana Gillespie
Laura Anderson
Laura Briney
Laura Lozano
Leisel Lyew-Sang
Linda Cristman
Linda Oldoerp
Linda Urich
Liz Pielow
Lnu Darveshwari
Lukasian
M4siz
Mandy Stone
Maria Pecillo
Martha Genovesi
Mary Beth Pucci
Meredith Taylor
Michael Aram
Mike Dzurza
Mildred Murphy
Monica De La Cruz
Morristown County
Myra Hamilton
Nakia Kelly
Nami Jones
Nawal Sharrak
Nicole Mcmillion
Nirian Hernandez
Orange County Ag Commissioner And Sealer of
Weights & Measures
Quanisha Mcgown
Quannah McGrown
Rainier Salcedo
Riley Knox
Roberta Block
Rosa Garcia
Shakilah Verner
Sheptilya Harris

Smartworks Consumer Products
Somnarain Suraj
Stephanie Vanzandt
Tanchena Gregory
Terrence Edwards
Thomas Betty
Tiffany S James
Timothy Yarberry
Tlapa Sylvia
Traci Fischer
Tremayne Shields
Trisa Thomas
Tyler Hardy
Utah Dept of Agriculture and Food
Utica Park Blvd
Valarie Johnson
Valerie Johnson
Veronica Davis
Virginia Prada
Willie Canidate
Yvette Lopez

**Litigation Parties' Counsel**
Brian Schaffer
Abramson Labor Group
April Paraleal Warner
Bradley T. Vorv
Fitapelli & Schaffer Attorneys At Law
Jackson Lewis
Jacquelyn Judickas
Newkirk Zwagerman PLC
Noel P. Tripp
Olga Nazimova, Esq
Rogge Dunn Group
Simon Grigorian
Vorv Law Firm

**Notice of Appearance Parties**
Acquiom Agency Services LLC
Benderson Development Company LLC
Brixmor Property Group Inc.
Broadstone Home Nc, LLC
Brookfield Properties Retail Inc.
Che Chen Liu And Shu Fen Liu Revocable Trust
City of Garland
City Of Humble
City Of Webster
Clear Creek Independent School District And
Clear Creek Independent School District
Computershare Trust Company, National
Association

Divisions Inc.
Divisions Maintenance Group
Ector Ead
Fr Huntington Square, LLC
Frisco ISD
Fundamentals Company
Harris Co Esd # 09
Harris Co Esd # 13
Harris Co Esd # 47
Hilco Merchant Resources, LLC
Jasue LLC
Kin Properties Inc.
Kinpark Associates
Lone Star College System
Lubbock Central Appraisal District
NNN REIT, Inc.
Plano ISD
TLM Realty Holdings LLC
Utica Park Place Owner LLC

**Official Creditors' Committee Attorneys**
Pachulski Stang Ziehl & Jones LLP

**Official Creditors' Committee Members**
Brentwood Originals, Inc
CSC Delaware Trust Company
Jordan Manufacturing Co., Inc.
Loloi Rugs
Natco Products Corp
Oriental Weavers USA
Realty Income Corporation

**Official Creditors' Committee Members' Attorneys**
Ballard Spahr LLP
Barnes & Thornburg LLP
Kelley Drye & Warren LLP
Seward & Kissel LLP

**Top Unsecured Creditors**
Brentwood Originals
CSC Delaware Trust Company
CTM International Giftware Inc.
Cui Liu Designs, LLC
Dior International Ltd
Euro-Tapis NV
Home Fashions Int'l
Japi S/A Industria e Comercio
Jordan Manufacturing Co, Inc.
JS Royal Home USA Inc Imp
Loloi Rugs

Lumisource, LLC
Mohawk Home
Natco Products
National Retail Properties, Inc.
Oriental Weavers USA, Inc.
Pegasus Home Fashions, LLC
Pillow Perfect Inc.
Realty Income Corp
Regal Home Collections, Inc
Roadie, Inc.
Satori Home Ltd
Seasons (HK) Ltd
Sherwood Southwest, LLC
Staples
Taizhou Bolvda Craft Co, Ltd
Transform Holco LLC
US Bank
Vereit Operating Partnership LP
Xiamen Share-Well Industrial & Trading Corp, Ltd
Yotrio Corp

**Ordinary Course Professionals**
Alston & Bird LLP
Bailey Cavalieri, LLC
Baker Tilly Virchow Krause, LLP
Benesch Friedlander Coplan & Aronoff
Carstens, Allen & Gourley LLP
Deloitte Tax, LLP
Foley & Lardner LLP
Frost Brown Todd LLC
Geary, Porter & Donovan, P.C.
Honigman Miller Schwartz and Cohn LLP
Husch Blackwell LLP
Jackson Lewis P.C.
McDonald Hopkins LLC
Neal Cohen Law LLC
Ogletree Deakins Nash Smoak & Stewart
Ryan LLC
Wilcox LP
Worsek And Vihon LLP

**Other Governmental Authorities/Agencies**
Federal Trade Commission
Ohio Bureau of Workers Compensation
US Consumer Product Safety Commission
Washington State DOL & Industries

**Other Lienholders**
A To Z Construction LLC

Advanced Mechanical Services of Central Florida
All Pro Electrical Service, LLC
All Pump & Equipment Co
All-South Subcontractors, Inc.
Amazon Logistics, Inc.
Anthony Gennaro Plumbing
Appell Striping And Sealcoating Inc
Arch Painting, Inc.
Assembly Unlimited Inc.
Atlantic Elevator South Co Inc
Atlantic Southern Paving & Sealcoating
Bailey Roofing Contractors Inc
Beldon Roofing Company
Blackmon Mooring
C.H. Robinson Company
Champion Elevator Corp
Childress, Inc
Citadel Services Inc
Classic Plumbing, Ltd
CMS Mechanical Services LLC
Coastline Electric Co., Inc
Consolidated Maintenance Solutions
Construction Specialties & Designs
CRST Expedited, Inc.
Dallas Mobile Tire Shop
Deangelo Contracting Services, LLC.
Deer Park Roofing, Inc.
Doc Maintenance, Inc.
Door Control Services Inc.
Dylan James Construction LLC
EDC Services Group LLC
Enginuity, LLC
Entech Sales & Service LLC
Estrada Roofing
Excel Mechanical LLC
Facility Solutions Group, Inc.
FedEx Freight
Fulcrum Construction, Inc
Ganter South Services
Guy Roofing
Harrison Contracting Co
Hi-Tech Electric Inc
Hughes-Nelson Painting., Inc.
Imperial Heating & Cooling, Inc.
Inventory Fulfillment Solutions LLC
JFDB, Ltd
Kansas Asphalt, Inc.
Kg's Air Conditioning and Heat, LLC
Legacy Electric
Let's Pave

Meaningful Maintenance Inc.
Merit Roofing Systems, Inc.
Mid-South Roof Systems
Mint Roofing Inc
National Installers
Neely's Projects LLC
New Tech Mechanical Systems
Nexrev, Inc.
North American Roofing Svcs, Inc
Ohio Heating & Air Conditioning Co.
On The Level Elevator & Escalator
OT Technology, Inc.
Pickup Now, Inc
Pipeco Electric Inc
Pro Mechanical Services, Inc.
Qualified Maintenance & Construction
Rackley Roofing Company Inc.
Rainbow Electric
Retail Maintanace Specialists
RKB Handyman Svc, Inc
Rochester Asphalt Inc
Roof Systems of VA Inc
Rose Paving, LLC
RRS Enterprises
RSI Texas LLC
STI Global, Inc
Sun Commercial Roofs Inc
Superior Elevator Services LLC
Sure Fire Concrete Inc.
Tecta America Zero Company
The Pavement Group Inc
TLC Investments LLC
Trojan Electric Inc
Uber Technologies, Inc
Union Logistics Inc.
UPS Supply Chain Solutions, Inc.
UWL, Inc.
Venture Mechanical, Inc.
Veterans Plumbing Service & Supplies
West Techs Chill Water Specialist

**Real Estate Lessors/Landlords**
1010 H LLC
1100 Jefferson Partners LLC
1323 Augusta West Parkway Leasing
14 Mile & John R Holdings, LLC
1401 Memorial Pkwy Huntsville, LLC
2063 Watson Blvd LLC
4833 Waterview Meadow LLC
905 South 24th Street West Owne
Ace Roseville LLC

Agmra Nanuet LLC
Agree Limited Partnership
Airport Holdings LLC
Alpine Income Property Op, LP
Amargosa Palmdale Investments LLC
Amerco Real Estate Company - Rnt
ARC Macarthur
Arc Mesa 1944, LLC
ARC Nphuboh001, LLC
ARC Pschil001, LLC
Ard Property Management
AR-Gl & Erie LLC
Arnold Schlesinger
A-S 93 Sh 130-Sh 45, L.P.
Assoc. Of Alamo Downs
At Home Route 59, LLC
August America, LLC.
AVG Equities LLC
AVG Home Spokane
AVG Partners
Avg Payallup LLC
Balexe LLC
Belk, Inc.
Belz Investco L.P.
BJ's Wholesale Club Inc.
Black Realty Management, Inc.
Blaine Shopping Center, LLC
Blankenbaker Maintenance Association
BLI Sunset Square LLC
Boulevard At Box Hill 5 LLC
Boulevard Centre LLC
BPP 4040 Forest Owner LP
Brevard Road Plaza, LLC
Brixmor Elmhurst Crossing LLC
Brixmor Ga Elizabethtown LLC
Brixmor Laurel Square Owner LLC
Brixmor Middletown Plaza Owner LLC
Brixmor Operating Partnership LP
Brixmor SPE 3 LLC
Brixton Everett LLC
Broadstone Home Texas, LLC
Bryan Rental Inc.
BT Granite Run, LP
BT Pleasant Hills, LP
Builders Palmdale LLC
Carousel Center Company LP
CBL & Associates Limited
Central Park Plaza Owner's Association
Che Chen Liu And Shu Fen Liu
Cherry Hill Shopping Center
CJ Northsight, LLC

Clear Lake Center, L.P.
Cobblestone Square Co. II, Ltd.
Cole Gr Stockbridge Ga, LLC
Colliers, Turley, Martin & Tucker
Compass Creek Owners Association
Concord Mills Marketplace, LP
Cottonwood Square, LLC
Crickm Lafayette Trust
Crown Ventures I LLC
CTO Realty Growth, Inc
CVJCR Properties Ltd, LLLP
Cypress Creek Town Center
Danieal G. Dale City Enterprises
Daniel G Kamin Chattanooga LLC
Daniel G Kamin Farmers Branch LLC
Daniel G Kamin Laredo LLC
Darling Realty Inc.
Davenport CRG LLC
DBB Holding Inc.
DDR Nassau Pavilion Assoc. L.P.
Deck Oakley, LLC
Dedham R2g REIT
DLBF Eat, LLC.
DTS Properties, LLC
Durham (Parkway) UY, LLC
Eastdale Mall Realty LLC
EBR Lake Mary LLC
EP Paseo South Holdings, LLC
EPC Exchange Corporation
Ethan Conrad
Exeter 6 Logistics, LP
Fayette Pavilion LLC
Federal Realty Op
Festival Properties, Inc.
FHH Hamburg LLC
Fidelis Retail Opportunity Fund II
Fuqua Bcdc
GCTC Holdings LLC
GCTC Property LP
GGPLP Prime, LLC
Giv Green Tree Outparcels LLC
Glade Inline 3, LLC
Goodrich New Hartford LLC
GR Mesquite, LLC
Gravois Bluffs III, L.L.C.
Gray Enterprises LP
Great Eastern Corporation
Green River Plaza, LLC
Green Tree Mall Realty LLC
Greene Development-Appleton
Greenwood Place Phase II, LP

Hap Property Owner, LP
Hogan Homestead Owners Association
Horizon Real Estate Group, Inc
Jabbel Holdings, LLC
Jasue Trust
JBL Wisteria Shopping Center LLC
Jensen Investments, LLC
JKS-Marshall Plaza, LLC
JSK JJ Investments LLC
Karlyle Nevada Properties LLC
KB Riverdale LLC
Kenco Real Estate, LLC
Kennewick Landing, LLC
Kentlands Square LLC
Kestrel, LLC
Kimco Realty Corporation
Kir Temecula L.P.
Kirby Crossing Property Owners' Association
Kite Realty Group, L.P.
Kmart Plaza Lancaster PA Lim P
Kohls Department Stores Inc
Kohl's Inc.
Kraus-Anderson Inc.
KRG Cedar Park Town Center, LLC
Landmark Poa Inc
Laurie Industries Inc
LCN Ath Orange Park Multi LLC
LCN North American Fund REIT
Ledgewood Investors LLC
Lion Industrial Properties LP
Lomas Retail Nm LLC
Longnecker Property LLC
Lowes Home Centers, LLC
Main-Culver Associates, LLC
Manassas Real Estate Ventures, LLC
Marion Delaware LLC
Mcintyre Square Associates
MCM Properties Ltd
Meijer, Inc.
Menard, Inc.
Mervis - CCP Leesburg, LLC
Michael Marsh
Mid-America Management Corporation
Mill Run Owners Association
Muffrey Trust
National Retail Properties, Inc
New Willow Grove PA Retail LLC
Noble Creek Shoppes
North Canton LLC
North Dixie E-Town LLC
Northtown Property Owner LLC

Oleta Partners Biscayne Parcel LLC
PA - Eastway, Inc
Pacific Carmel Mountain Holdings
Pacific Midway LLC
Pal Associates Harrisburg LLC
Paramount Newco Realty, LLC
Park Woodruff
Parkview Partners
Payton Property Management LLC
Peabody Center LLC
PEBB PBG, LLC
Peoria New Mall, LLC
Pergola, LLC.
PF Minnesota, LLC
Pfleeger-Shook Management, Inc.
Pharr 83 Partners LLC
Polaris Ah LLC
Polaris Owners Association Inc
Premium Asset Management Inc
Presidio Town Crossing, LP
QR Rushmore LLC
R&M Retail LP
R51pd, LLC
Ramco-Gershenson Properties, L.P.
Randall Benderson 1993-1 Trust
RE Pecan LLC
Realty Income Corporation
Realty Trust Group
Retail On 41st Street, LLC
Rhino Holdings Arlington LLC
RILY, Ltd
River Oaks Properties Ltd
RPAI Cedar Park Town Center, LLC
RPI Chesterfield LLC
RPS Arlington, LLC
RPT Realty, L.P.
RR Town Center Associates, LLC
Saginaw Landmark Parthers, LLC
Sandy Tech Center One LLC
SC Windsor Associates, LP
SCC Nassau Park Pavillion NJ LLC
SDC Riverdale, LLC
SFLP Longmon
Shrewsbury Crossing II, LLC
Site Centers Corp.
Sizeler North Shore General Partner
SLJ Barry Kc LLC
Slosburg Company
Slow Properties LLC
South Hills Owner LLC
South Square LLC

Spirit Master Funding X, LLC
Spotsylvania Crossing De, LLC
Stamford United Limited Partnership
Starlight Sugar Land Texas LP
Sterik Pavilion LP
STJ Wisteria Shopping Center, LLC
Stone Hill Maintenance Association
Store Master Funding III, LLC
Sunbelt Stores Co., L.P.
Tanger Properties Limited Partnership
Teachers Insurance and Annuity Association
The Keith Corporation
The Plaza At Burr Corners LLC
The Sully Limited Partnership
Timber Creek Owner LP
Tosca Properties LLC
Tower Peoria, LLC
Transform Holdco LLC
Treystar Holdings, LLC
Trez Shops At Broad LP
Triad Development Ltd
Trustees Main/270 LLC
UE Ledgewood LLC
Ulax Estates, Inc.
University Commons
Urban Edge Properties LP
US Realty 87 Associates
Utica Park Place, LP
Vereit Operating Partnership LP
Wakefern Food Corp.
Walmart Inc.
Wal-Mart Real Estate Business Trust
Warren Davis Properties XXVI, LLC
Warwick Bald Hill Road, LLC
Washington Commons Newco LLC
Waterloo Center LLC
Wayne West Realty LLC
WBC Partners, LC
West Jordan Collection, LLC
West Ridge K Center LLC
Westgate Business Park Community
WH ID CDA LLC
White-Spunner Realty Inc
Willowbrook I Shopping Center LLC
WS II Acquisition, LLC
Yakima Theatres, Inc
Yavapai-Prescott Indian Tribe
Zam II Properties, LLC

**Secured Creditor Trustee or Agent**
Wilmington Trust National Association

**Secured Lenders**
Anchorage Advisors LLC
Anchorage Capital Group LLC
Artisan Partners
Aryeh Capital Management Ltd.
Bank of America, N.A.
Barclays Bank PLC
BNP Paribas
CarVal Investors, LLC
CastleKnight Management LP
Deutsche Bank AG
Elmwood Asset Management LLC
Farallon Capital Management, LLC
Fiam LLC
Fidelity Institutional Asset Management Trust
Company
Fidelity Investments (FMR) LLC
Glendon Capital Management
HPS Investment Partners LLC
Jefferies & Company
JPMorgan Chase Bank, National Association
Loomis Sayles and Company, L.P.
MIT Investment Management Company
Morgan Stanley Investment Management Inc
Muzinich & Co
NewFleet Asset Management LLC
Palmer Square Capital Management LLC
Philosophy Capital Management LLC
PNC Bank, National Association
Putnam Advisory Company LLC
Redwood Capital Management, LLC
Silver Rock Financial LLC
Spirit Realty, LP
Squarepoint Capital
Symphony Asset Management LLC
Wells Fargo Bank, National Association
Zais Group LLC

**Shareholders**
Al Litchenburg
Ashley Sheetz
Catherine Aslin
Chad Stauffer
Charanbir Randhawa
Hellman & Friedman LLC
Jeff Knudson
Lee Bird
Peter Corsa
Rachel Feingold
Stephanie Calhoun

Sumit Anand

**Suppliers and Vendors**
Adobe Inc.
Aduro Products LLC
Advanced Mechanical Services Of
Advanced Merchandising Ind.
AF Exports
Afroze Textile Industries (Pvt.) Ltd
Agilence Inc
Akamai Technologies, Inc.
Aksara Apparels
Alfamec Industria e Comercio Ltda
Al-Karam Textile Mills Pvt.
All State Brokerage
Alpan Lighting Products, Inc.
Alpha Fashion Group Limited
Alpine International
American Fire Glass, Inc
American Oak Preserving
American Textile Company
Amerihua International Enterprises
Amigo Mobility International Inc
Anchor Hocking, LLC
Anshan Mascos And Crafts
Anygreen Co., Ltd
Applied Predictive Technologies, Inc
Arden Companies LLC
Arett Sales Corporation
Aroma Bay Candles Co Ltd
Art And Cook
Artex Nam An Joint Stock Company
Asian Handicrafts
Astage Global Inc
Athena Parent Inc
Aura Bath Products, LLC
Aurus, Inc.
Avalara Inc.
Avanti Linens, Inc.
Avg Partners
Axonify Inc
Bac Ninh Manufacture
Back To The Roots, Inc.
Balkan Express LLC
Balta Home
Bao Bao Production Trading Company
Barkley Inc
Base4 Ventures LLC
Beatrice Home Fashions Inc
Benson Mills Inc.
Best Base International Limited Com

Better Home Plastics Corp.
Bhajana Home Decor Pvt Ltd
BKG Overseas
Bloem, LLC
Blue Orange Pottery Inc
Blue Yonder Inc
Bonakemi USA, Inc.
Bonded Filter Co. LLC
Boomi, LP
Boraam Industries, Inc.
Boston Warehouse Trading
BP Framing LLC
Bradshaw International Inc.
Brass Designer
Brentwood Originals
Brink's Incorporated
Bs Handicrafts
BTM Global Retail Services, LLC
Burt's Bees
Bytech NY Inc
Caffco International Ltd.
Calico Brands Inc
Camas y Muebles Monterrey S.A. De C.V.
Candle Warmers Etc
Capgemini America Inc
Capstone Mechanical LLC
Carpenter Co.
Carson Industries, Inc
Casachine Co., Ltd
Case Management Group, Inc.
CCA & B, LLC
Center Operating Company LP
Centimark Corporation
Century Distributions Systems Inc
Chaang Chiia (Vietnam) Co., Ltd
Chain Store Maintenance Inc
Chaozhou Chaoan Yooree Ceramic Art & Craft
Chesapeake Merchandising Inc.
Chi Wing Rattan Factory
Christmas Ocean Novelty Co., Limited
Cintas Corporation No 2
Citi-Talent Limited
Climatec, LLC.
Cloudinary Inc.
Cma Cgm (America) LLC
Coastal Cocktails, Inc
Cohen Hazan Group LLC
Color Star Products Co., Ltd.
Colordrift LLC
Comercializadora Home & Style S De RL De
C.V.

Compass Bank
Conair LLC
Concord USA LLC
Controller Of Maryland
Core Home
Corelle Brands LLC
Cosco Shipping Lines Inc
Country Line  (International) Ltd
Cre8 Direct (Ningbo) Co.,Ltd
Creative Home Ltd
Crown Packing Corporation
Crystal Art Of Florida, Inc.
CSC Corporation Service Company
CTM International Giftware Inc.
Cui Liu Designs, LLC
Curio Crafts Private Limited Delhi
CVH Company Limited
Cyrusone LLC
Dakang Holding Co., Ltd
Dalian Jinnee Housewares Co., Ltd
Daniel G Kamin
Datavail Corp
Day House Inc
DBK Concepts Inc.
De Beukelaer Corporation
Dekora Arts
Dematic Corp.
Designs Direct LLC
Designs For All Seasons, Ltd.
Devgiri Exports
Diamond Exports
Dior International Ltd.
Direct Home Textiles Group, LLC
Direct Link Sourcing
Discount Waste, Inc.
Divisions Inc
Dm Merchandising Inc
Dm Trans LLC
Doan Potters Ltd
Dong Guan City Ching Xin Industrial
Dongguan City Boxiang Gifts Co., Ltd
Dongguan Further Wood Products Co.
Dongguan Golden Bright Gifts Ltd
Doordash G&C Inc
Dorel Home Furnishings
Down-Lite International, Inc.
Duraflame, Inc.
Dworken & Bernstein Co., LP
E&E Co. Ltd
E2open LLC
ECM Transport

EFL Container Lines LLC
Elements International
Elite Entrances, LLC
Emerson Healthcare, LLC
Enchante Accessories, Inc
Englewood Marketing Group Inc.
Envogue International LLC
Etron Digital LLC
Eurofar International BV
Euro-Tapis N.V.
Evergreen Air Conditioning
Evergreen Enterprises Of Virginia Inc
Evergreen Shipping Agency Corp
Evergreen-Partners LLC
Evernoble Limited
Everon, LLC.
Everstar Merchandise Co., Ltd.
Exact Target, Inc.
Expeditors Int'l Of Washington, Inc
Expeditors Tradewin LLC
Family Tree Industry Limited
Fang Yuan International Co., Ltd
Far Champion International Limited
Far Eastern Handicraft Joint S C
Fed Ex - 75266
Feizy Import And Export
Fleming International Ltd
Flexengage LLC
Flexential
Floracraft Corporation
Fly By Night (Plexus)
Forward Air Corporation
Franco Manufacturing Co Inc
Franklin Sport, Inc
Fujian Kingwell Furniture
Fung Lin Wah Enterprise Ltd
Fuzhou Home Broad Arts & C-Tr
Fuzhou Ivy-Deco Manufacture
Fuzhou Jialihua Arts And Crafts Co.
Fuzhou Senwell Furniture
Gala India Candles Private Limited
Garden House (H.K.) Co., Ltd.
Gardenbest Outdoor Limited
Gemmy Enterprise Limited
Geodis Transportation Solutions
Getchoice!
Glitzhome Corporation Limited
Global Best Ind Ltd.
Global Outdoors, Inc.
Glory International Trading Inc
GLR Inc.

Gold Star Fashion Group Limited
Golden Ace Industrial Co
Gordon Brothers Retail Partners, LLC
Gourmet Home Products
Grace Home & Floral Co., Limited
Gracious Living Corporation
Grainger
Granite Gold, Inc.
Groves & Company LLC
G-Style (Anxi) Furnishing Limited
Guan Yiming Vietnam Furniture Inves
Guangdong Yuhao Electronics Co., Ltd
Guangzhou Creative House Houseware
Guangzhou Global Green Intl Group
Guangzhou Youth Arts And Crafts Co.
Gulf Winds International Inc
Gungun Textiles Pvt Ltd
H.O Wolding
Habitat For Humanity International
Hallmark Marketing Company LLC
Hallmart Collectibles, Inc.
Hangzhou Tianyuan Pet Products Co.
Hapag-Lloyd
Hasa Production - Export Company
Haute Decor
Hb Williamson Co.
HDS Trading Corp.
Hebei Top Asian Resource Co Ltd
Helmsman Management Services LLC
Henan Anhua Glassware Co Ltd
Henan Huabang Implement & Cooker Co
Herbert Mines Associates Inc.
Heshan Senmao Craft Co., Ltd
Hiep Hoa Phat Furniture Decoration
Hmm Co., Ltd
HMS Mfg. Co.
Holiday Designs Ltd Import
Hollywood Bed & Spring Mfg. Co., Inc
Home & Garden Pottery Sdn. Bhd
Home and We
Home Creations Group Limited
Home Dynamix LLC
Home Essentials & Beyond
Home Essentials Brands
Home Expressions, Inc.
Home Fashions International
Homestar Corporation
Hong Kong Strong Excitation Plastic
Hongkong Evert Co Ltd
Horizon Group USA Inc
Huahong Art Home Shares Co., Ltd.

Hub Group Inc
Huihe Plastic & Hardware Products
Huizhou Jiaqi Technology Co., Ltd.
Huizhou Longreen Arts Crafts
I. J. K., Ltd.
Indian Crafts
Indian Handicrafts
Indo Count Industries Ltd
Infinite Seasonal Limited
Infovision Inc
Inliten/Noma Christmas
Instacart
Intco International (HK) Co., Ltd
Intelligrated Systems, LLC
Intergo Furniture Sdn. Bhd.
International Aim Corp.
International Greetings USA
J.V. Manufacturing Inc
JABA USA
Jacmax Industries LLC
Jaggaer, LLC
Japi S/A Industria E Comercio
Jay Franco Asia Limited
Jayanita Exports Pvt Ltd.
JC USA Trading Inc.
Jia Wei Lifestyle, Inc.
Jiangmen Wenqun Plastic Co Ltd
Jiangsu Changxin Weaving Co
Jiangsu Royal Home USA, Inc.
Jiawei Technology (HK) Limited
JLA Art
Joele Frank, Wilkinson Brimmer Katcher
John Pruett
Johnstown Plaza Metropolitan District
Jolly Roofing & Contracting Co, Inc
Jones Lang Lasalle Americas, Inc.
Jordan Manufacturing Co., Inc
JS Royal Home USA Inc
KA&F Group LLC
Kai Rui Enterprises (Hong Kong) Limited
Kamson Industrial Ltd
Kar Cheong (H.K.) Industrial
Karma Home LLC
Keeco, LLC
Kenny Manufacturing Company
Kentex Asia Limited
Keurig Dr. Pepper Inc.
Keycraft Global, Inc.
Kid Toc LLC
Kikkerland Design Inc.
King Zak Industries Inc

Kintetsu World Express (U.S.A), Inc
Kirkland & Ellis LLP
Klear-Vu Corporation
Konmin Lighting Co., Limited
Kuka (HK) Trade Co., Limited
Lam Hiep Hung JSC
Last Mile Ventures LLC
LCG Sales Inc.
Le Tran Production Trading & Services
Leapfrog Product Development LLC
Lennox Industries
Lexicon Relocation, LLC
Liberty Distribution Company, LLC
Liberty Mutual Insurance
LIC Limited
License 2 Play Toys LLC
Lifetime Brands Inc
Liling Kaiwei Ceramic Co., Ltd
Linhai Hengda Arts & Crafts
Linkedin Corporation
Linshu Meiyi Arts And Crafts Co.,Ltd
Linyi Yutai Arts & Crafts Co Ltd
Liveramp, Inc.
Liveview Technologies Inc
Lockton Companies LLC
Lodge Manufacturing Company
Loloi Rugs
Loomis Armored US LLC
Lukasian House LLC
Lumisource, LLC
Mackoo Trading Limited
Madix Inc.
Maersk A/S
Manhattan Associates
Maplebear Inc
Market Force Information, LLC
Martco Export Pvt Ltd.
Marvel Home Fashion
Masterpiece Art Gallery
Mavrck, LLC
Maxcera, LLC
Mayco (Fujian) Group
Mcg Innovations Inc
McKinsey & Company, Inc.
Merchsource LLC
Merkury Innovations
Metro One Loss Prevention Services
MetroMax Imp
Microsoft Corporation
Midamco
Midwest Retail Services, Inc.

Millennium Gifts Limited
Minhou Beite Home Decor Co
Minhou Dayang Arts & Crafts
Misco Enterprises (HK) Limited
Miworld Accessories LLC Imp
Mix & Home Limited
Moda At Home Enterprises, Ltd
Mode Transportation LLC
Mohawk Home
Moody's Investors Service Inc
Mr Christmas Inc
MSM Industries
Multy Home LP
My Home Collections Private Limited
Mymove, LLC
N J Malin & Associates LLC
Nada Home LLC
Nahan Printing Inc
Nantong Flexitex Co., Ltd
Nantong Well Textile Science & Tech
Natco Products
Natraj Home Furnishings Pvt Ltd
New East Trading Co
New Legend Inc
New View Gifts & Access. Ltd
Nextt Affiliated, Inc.
Ningbo Kandy Imp. &Exp. Co. Ltd.
Ningbo Tengone Import & Export Co.
Ningbo Trust Industry Co., Ltd
NMR Distribution America Inc
Norr LLC
Northfield Telecommunications Inc.
Northland Aluminum Products
Nourison Industries
Novelty Trading Corp.
Numark Industries Company Ltd
Occasions Limited
Ocean Network Express Pte. Ltd.
OIC Products LLC
Omni Logistics
OOCL Logistics Line Limited
Open Road Brands LLC
Oracle America Inc
Orbit Exports Limited
Oriental Craft Industries Co
Oriental Weavers USA, Inc.
Orkin LLC
Ovative Group, LLC
Oxo International, Ltd
P/Kaufmann Home
Packed Party

Pan Asian Creations Limited
Parker & Bailey Corp
Parkway Construction &
Parth Overseas
Paypool LLC
Pegasus Home Fashions, LLC.
Pegnato Roof Intelligence Network
Pem America
Personal Essential Designs LLC
Phaedon, LLC
Pillow Perfect Inc.
Playnetwork, Inc.
Polder Products, LLC
Polygroup Evergreen Limited
Poo Pourri
Powerhouse Retail Services LLC
Productworks LLC
Prodyne
Progressive Intl Corp
Pro-Mart Industries, Inc.
Promax Manufacturing Co., Ltd.
Protection One Alarm Monitoring
Pt Almasindo Imp
Pt. Diobeni Mebel Indonesia
Qingdao Best Decor Trading Co.
Qingdao Best&Lucky Handicrafts
Qingdao Libang Kingtone Trade
Qingdao Shousheng Industry Co., Ltd
Quad Graphics, Inc.
Quanzhou Sunshine Industrial Co.
Questwood Corp
Rabin Research Company
Rainbow Pine Products Inc
Ramesh Flowers Private Ltd
Rayland Industrial Company Limited
Regal Home Collections, Inc
Renaissance Artifacts Private Limited (India)
Retail Consulting Partners, LLC
Retail Process Engineering, LLC
Retail Security Services Inc
Retail Tech Inc
Rf Gala India Decor Private Limited
RGIS Inventory Specialists
Rimini Street Inc
Rimports, LLC
Riskified Inc.
Roadie, Inc.
Robely Inc
Room Copenhagen
Roto Rooter Services Company
Roundtripping Ltd.

RSM Maintenance
S Cheer HK Co., Limited
S. Lichtenberg & Co., Inc.
Sage Exports
Sagebrook Home
Sam Salem & Son LLC
Sara Rose International Inc.
Satori Home Limited
Scentsicles Seasonal
Schneider National Carriers Inc
Scrub Daddy, Inc.
Searchlight Electric Ltd
Season Coir Exports
Seasonal Creations LLC
Seasonal Visions International Ltd
Seasons (H.K.) Ltd
Seasons Plus - Direct Import
Second Nature Designs Limited
Senior Brands LLC
Sensio Inc.
Servicechannel.Com, Inc.
Seymour Mfg LLC
Shan Dong Excel Light Industrial
Shang Yi Arts And Crafts Co., Limited
Shanghai Sunwin Industry Grp Co Ltd
Shantou Guoyi Industrial
Shantou Nanheng Industrial Co., Ltd
Sharadha Terry Products Private
She Bee Stingin' Inc.
Sheen Tex India
Shenyang Emily Garden Arts &Crafts
Shepherd's India Inc
Sherwood Southwest, LLC
Shi International Corp
Shih-Ying International Co., Ltd.
Shoppertrak Rct Corporation
Shreysha Textiles Private Lim
Siena Floral Accents
Sienna International
Sienna NV LLC
Silk Home Inc
Silver Buffalo, LLC
Simon Roofing And Sheet Metal, Corp
Simple Living Solutions, LLC
Simplehuman, LLC.
Simpson Thacher & Bartlett LLP
Singsong Int Trade Co., Limited
Singtex Pte. Ltd.
Sino Gifts Co., Ltd
Sinomart USA Inc.
Sirius Computer Solutions, Inc.

Sky Rich Star Limited
Slayton Search Partners, Inc
Slow, LLC
Snowflake Computing, Inc
Soft Options
Solo Brands, LLC
Sophistiplate, LLC
SP Orian LLC
Sprinklr, Inc.
SSCD LLC
Staples
Sterilite Corporation
Stonewall Kitchen, LLC
Stratus Unlimited, LLC
Studio Eluceo Ltd.
Stupell Industries
Stylecraft Home Collection, Inc.
Sudarshan Jeans Pvt Ltd
Summit Fire National Consulting LLC
Sun Rich (Asia) Ltd
Sunham Home Fashions LLC
Sunrich+ Asia Pte. Ltd.
Sunstar Industries Inc.
Super Impulse USA Dom
Surya Carpet Inc.
SV International Corporation
Swift Transportation Services Inc
Syndigo LLC
T Merchandising Services Pvt Ltd
Taizhou Bolvda Craft Co., Ltd
Taizhou Teamyouth Arts & Crafts Co.
Tata Consultancy Services Ltd
Tatara Group
Tayse Rugs
Teammann Co., Ltd.
Tek Leaders
Test Rite International Corp.
TG Brother Christmas Gift Co., Ltd
Thai Shun Lee Industrial Ltd
Thang Loi Enterprise - Branch of Phu Tai Joint
Stock
The Clorox Sales Company
The Cookware Company (USA), LLC
The NCC HK Ltd
The NCC NY LLC
The Rug Society
The Willowbrook Company
Tilton Pacific Construction Inc.
Timco Logistics Systems LLC
Todays Treasures
Toll Global Forwarding (USA) Inc

Toshiba Global Commerce Solutions
Total Quality Logistics LLC
Town And Country Linen Corp
Tracey London Limited
Trane U.S. Inc
Tri Land Corporation Ltd
Triad Service Center
Triangle Home Fashions LLC
Trident Limited
Truno Retail Technology Solutions
Ty Inc.
UKG Kronos Systems LLC
Uma Glass Works Private Limited
Umbra LLC
Unique Earthenware Co., Ltd
United Supply Industries, LLC
Upper Canada Soap & Candle Makers
Us Premium Finance
Valley Forge Flag Company LLC
Verifone
Veritime, Inc.
Viet Bamboo Manufacturing & Exporting Co
Viition (Asia) Limited
Villa Imports
Villa Lighting Supply Company
Votum Enterprises LLC
VSS Transportation Group Inc
Wachter Technology Solutions Inc.
Wallbeyond International Inc
Watterson Environmental Group LLC
Way Fung Motor & Metal Limited
Weiman Products, LLC
Weiser Security Services, Inc.
West Coast Casual Inc
Western Express
Westport Entertainment Associates
White Mountain Puzzles, Inc.
Wide Top Corporation Limited
William E. Connor & Associates
William Ho Company
Willow Group, Ltd
Win Mart International
Winchoice Co.,Ltd
Wing Art Lighting Giftware Co Ltd
Winners Industry Co., Ltd
Workjam Inc.
Wyncore Inc
Xiamen Everfind Limited
Xiamen Hanka Home International
Xiamen Longstar Lighting
Xiamen Picvalue

Xiamen Share-Well Industrial & Trading
Xianju Haofangzi Arts And Crafts FA
Xinyuan Greenery Co., Limited
Yama Ribbons & Bows Co., Ltd
Yaxin Crafts Factory
Yelp Inc
Yihe Craft & Gift Industry Co Limited
Yikai Co Limited
Yingtu Limited
Yipit Holdings, Inc.
Yj East Sun Trading Co., Limited
Yotrio Corporation
Zest Candle Limited
Zhejiang Anji Daming Furniture
Zhejiang Dingsheng Outdoor Living
Zhejiang Fontal Technology Co., Ltd
Zhejiang Haoguo Furniture Co.,Ltd
Zhejiang Tongfeng Arts&Crafts Co
Zhejiang Wadou Creative Art Ltd
Zhejiang Wangbin Decorative
Zhejiang Wuxing Furniture Co Ltd
Zhuhai Free Cloud Arts Co Ltd
Zinus Inc

**Sureties**
Ascot Surety & Casualty Company
Travelers Casualty and Surety Company of America

**Surety Bondholders**
Alabama Power Company, Division Account Manager
Arizona Public Service Company, Station 3209
Atlantic City Electric
BrightRidge
Carroll Electric Cooperative Corporation
City of Euless Water Department
City of Rochester
Clarksville Department of Electricity
Clay Electric Cooperative, Inc.
Cleco Power LLC
ComEd Utilities
Consumer Credit Services - Mailstop PAB21T
Dominion Virginia Power
Duke Energy
Duke Energy Carolinas, LLC
Duke Energy Florida, Inc.
Duke Energy Progress, LLC
El Paso Electric Company
Entergy Mississippi, Inc.
Florida Power and Light Company

Georgia Power Company
Greystone Power Corporation
Huntsville Utilities
Indianapolis Power & Light Company
Kentucky Utilities Company
Kissimmee Utility Authority
Lafayette Utilities System
NV Energy
Orange & Rockland Utilities
PEPCO Electric
Progress Energy Florida
Provo City Utilities
PSE&G Company
San Diego Gas & Electric
Southern California Edison Company
State of Nevada
TECO Peoples Gas
The Connecticut Light and Power Company
Tucson Electric Power Company, Land &
Contracts Department
U.S. Customs and Border Protection
Walton Electric Membership Corporation
Washington Gas

**Taxing Authorities**
Abington Township Tax Collector
Alabama Department of Revenue
Alabama Department of Revenue, Sales & Use
Tax Division
Aldine ISD
Allen County Treasurer's Office
Anne Arundel County
Anoka County Property Records & Taxation
Arizona Department of Revenue
Arizona Department of Revenue (Transaction
Privilege, Use & Severance Tax)
Arkansas Department of Finance and
Administration
Arkansas Department of Finance And
Administration, Excise Tax Division
Benton Country Tax Collector
Benton Country Treasurer's Office
Bernalillo County Treasurer's Office
Bexar County Tax Assessor-Collector
Bloomfield Township
Boone County Fiscal Court
Bossier City - Parish Sales And Use Tax
Division
Boulder County Treasurer
Brazoria County Tax Assessor-Collector
Brazos County Tax Assessor-Collector

Buford City Tax Collector
Buncombe County Tax Collections
Bureau of Revenue And Taxation, Sales/Use
Tax Division, Jefferson Parish Sheriff's Office
Butte County Treasurer
Cabarrus County Tax Collector
Caddo Parish Assessor's Office
Caddo-Shreveport Sales And Use Tax
Commission
California Department of Tax And Fee
Administration
California Franchise Tax Board
Carrollton-Farmers Branch Isd, TX
Charleston County Treasurer
Chatham County Tax Commissioner
Chesterfield County Tax Collector, Attn:
Treasurer's Office
Cincinnati Income Tax Division
City And County of Broomfield, Property Tax
Administration Division
City And County of Broomfield, Sales Tax
Administration Division
City of Chesapeake, City Treasurer
City of Colorado Springs
City of Dayton
City of El Paso Tax Assessor Collector
City of Elizabethtown Director of Finance
City of Greenfield
City of Greenville
City of Hilliard, Income Tax Division
City of Johnson City
City of Kansas City, Revenue Division
City of Kenner
City of Knoxville Property Tax Office
City of Laredo
City of Lone Tree
City of Loveland Income Tax
City of Madison Treasurer's Office
City of Madison Treasurer's Office (Property
Tax)
City of Mt. Juliet
City of North Charleston
City of Peabody
City of Roseville, Treasurer
City of Shreveport - Revenue Division
City of Snellville
City of Toledo Business Tax Department
City of Utica, Treasurer
City of Warner Robins Tax Office
City of Ypsilanti Treasury
Clark County Assessor

Clark County Treasurer
Clarke County Tax Commissioner
Clarksville City Tax Collector
Clay County Tax Assessor-Collector
Clay County Tax Collector
Clear Creek Isd Tax Office, TX
Cleveland County Treasurer
Cobb County Tax Commissioner
Collin County
Colorado Department of Revenue
Colorado Department of Revenue, Retail
Delivery Fee
Colorado Department of Revenue, Retail Sales
Tax
Columbus Income Tax Division
Comal County Tax Assessor-Collector
Comptroller of Maryland, Revenue
Administration Division
Connecticut Department of Revenue Services
Connecticut Department of Revenue Services ,
Sales & Use Tax
Cook County Treasurer's Office
County of Fairfax Dta
County of Fresno Tax Collector
County of Greene
County of Henrico, VA, Department of Finance
County of Lehigh
County of Santa Clara Department of Tax And
Collections
Coweta County Tax Commissioner
Cypress-Fairbanks Isd Tax Assessor-Collector
Dallas County
Davidson County Metropolitan Trustee
Davis County Utah Assessor's Office
Delaware County Treasurer
Denton County Tax Assessor Collector
Denton County Tax Office
Department of The Treasury, Internal Revenue
Service
Desoto Parish Sales And Use Tax Commission
Division of Revenue, Lexington-Fayette Urban
County Government
Douglas County Tax Commissioner
Douglas County Treasurer
Douglas County Treasurer (NE)
Durham County Tax Collector
Ector County Appraisal District
El Paso County Treasurer
Fayette County Tax Collector
Fayette County Tax Commissioner
First Colony Community Services Association

First Colony Management District, Pcd
Management LLC
Florida Department of Revenue
Florida Department of Revenue, Sales Tax
Fort Bend County Tax M.U.D. #143
Fort Bend County Tax Office
Franklin County Treasurer's Office
Frederick County Treasury Department
Garland Independent School District
Garland Tax Office
Georgetown Township
Georgia Department of Revenue
Georgia Department of Revenue, Sales Tax
Government of The District of Columbia
Greenville County Tax Collector
Guilford County Tax Collector
Gwinnett County Tax Commissioner
Hamilton County
Hamilton County Treasurer
Hamilton County Treasurer (IN)
Hampton City Tax Collector
Hardin County Tax Assessor-Collector
Harford County Department of Treasury
Harris County Tax Assessor
Harrison County
Hendricks County Treasurer
Henrico County Tax Collector
Henry County Tax Commissioner
Hidalgo County Tax Office
Hinds County
Houston County Tax Commissioner
Huber Heights Taxation Division
Iberia Parish School Board, Sales & Use Tax
Department
Idaho State Tax Commission
Idaho Tax Commission
Illinois Department of Revenue
Illinois Department of Revenue, Sales & Use
Tax
Indiana Department of Revenue
Indiana Department of Revenue, Sales Tax
Iowa Department of Revenue
Iowa Department of Revenue, Sales/Use Tax
Processing
Jackson County Tax Assessor Collector
Jefferson County Tax Collector
Jefferson County Tax Division
Jefferson Davis Parish, Jefferson Davis Parish
School Board Sales And Use Tax Dept.
Jefferson Parish Property Tax Collector
Jeffersontown Revenue/Tax Department

Johnson County Treasurer
Kalamazoo Tax Office
Kansas Department of Revenue
Kansas Department of Revenue, Tax Operations
Kentucky Department of Revenue
Kentucky Department of Revenue, Division of Sales and Use Tax
Kochville Township Treasurer
Kootenai County Tax Collector
Kootenai County Tax Collector, Treasurer's Office
Lafayette Consolidated Government
Lafayette Parish School System
Lafourche Parish School Board, Sales And Use Tax Department
Lake County Tax Collector
Lake County Treasurer's Office
Lamar County Collector
Lancaster County Treasurer's Office (NE)
Larimer County - Ft. Collins, CO
Lee County Tax Collector
Livingston Parish Public School System
Longmont Sales Tax Division
Los Angeles County Tax Collector
Loudon County Tax Collector
Louisiana Department of Revenue
Louisiana Department of Revenue, Sales Tax
Louisville Metro Revenue Commission
LPSO Tax Department
Lubbock Central Appraisal District
Madison County Tax Collector
Manatee County Tax Collector
Maricopa County Treasurer's Office
Marion County Treasurer's Office
Maryland Revenue Admin. Division
Massachusetts Department of Revenue
Massachusetts Department of Revenue, Sales Tax
McLennan County Tax Office
Mecklenburg County Tax Collector
Memphis City Tax Collector
Mentor Finance Department
Miami-Dade County Tax Collector
Michigan Department of Treasury
Michigan Department of Treasury, Sales Tax
Minnehaha County Treasurer Office
Minnesota Department of Revenue
Minnesota Revenue
Mississippi Department of Revenue
Mississippi Department of Revenue, Sales & Use Tax

Missouri Department of Revenue
Missouri Taxation Division
Mobile County Revenue Commissioner
Monroe County Treasurer
Montana Department of Revenue
Montgomery County Revenue Commissioner
Montgomery County Tax Assessor-Collector
Montgomery County Tax Collector
Montgomery County Trustee
Muscogee County Tax Commissioner
Natchitoches Tax Commission
Nebraska Department of Revenue
Nebraska Department of Revenue, Sales & Use Tax
New Jersey Division of Taxation
New Jersey Division of Taxation, Sales & Use Tax
New Mexico Tax and Revenue Dept
New Mexico Taxation And Revenue Department
New York Dept. of Taxation And Finance
Niles City Income Tax
North Canton Finance & Accounting
North Carolina Department of Revenue
North Carolina Department of Revenue, Sales & Use Tax
Nueces County Tax Assessor/Collector
NW Harris County Mud #10
NYC Department of Finance, Business Corporation Tax
NYS Sales Tax Processing
Ohio Department of Taxation, Business Tax Division
Ohio Department of Taxation, Business Tax Division, Sales & Use Tax (Ust-1)
Ohio Department of Taxation, Business Tax Division, Sales & Use Tax (Uut-1)
Ohio Municipal Net Profit Tax
Ohio Regional Income Tax Agency
Oklahoma County Treasurer's Office
Oklahoma Tax Commission
Oklahoma Tax Commission, Sales & Use Tax
Olmsted County Property Records & Licensing
Orange County Tax Collector
Orange County Treasurer-Tax Collector
Orleans Parish Assessor's Office
Osceola County Tax Collector
Parish of St. Bernard Sales And Use Tax Department
Pasco County Tax Collector
PCD Management LLC

Pennsylvania Department of Revenue
Pennsylvania Department of Revenue, Sales & Use Tax
Pierce County Assessor
Pima County Treasurer's Office
Pinellas County Tax Collector
Plaquemines Parish Sales Tax Division
Polk County Treasurer
Pottawattamie County Treasurer
Prince George's County Tax Collector
Prince William County Tax Collector
Pulaski County Tax Collector
Rapides Parish Sales & Use Tax Department
Rhode Island Division of Taxation
Ri Division of Taxation, Excise Tax Section
Richmond County Tax Commissioner's Office
Riverside County Treasurer
Sacramento County
Saint Charles County Tax Collector
Saint Louis County Tax Collector
Salt Lake County Treasurer's Office
San Bernardino County Tax Collector
San Diego County Tax Collector
San Diego County Treasurer-Tax Collector
SCDOR
Sedgwick County Treasurer
Seminole County Tax Collector
Sheffield Village Finance Department
Shelby County, TN
Smith County Tax Office
South Carolina Department of Revenue
South Dakota Department of Revenue
Spokane County Treasurer's Office
Spotsylvania County, VA
Springdale Tax Department
St John The Baptist Parish Tax Office
St. Clair County - Fairview Heights, IL
St. James Parish School Board Sales & Use Tax Department
St. Martin Parish School Board Sales & Use Tax Department
St. Mary Parish Sales & Use Tax Department
State of Nevada Department of Taxation
State of West Virginia State Tax Department, Tax Account Administration
STPSO Property Tax
Tangipahoa Parish School System Sales Tax Division
Tarrant County Tax Assessor
Tax Collector - Parish of St. Tammany
Tax Collector, Palm Beach County

Tax District of Fayette County School District
Tax District of Florence
Tennessee Department of Revenue
Tennessee Department of Revenue, Sales & Use Tax
Texas Comptroller of Public Accounts
Texas Comptroller of Public Accounts, Sales & Use Tax
The Town of Dedham
The Woodlands Metro Center Mud
Tippecanoe County Treasure's Office
Town of Danvers
Town of Grand Chute, Town Treasurer
Town of Manchester
Town of North Haven
Town of Seekonk
Town of Seekonk, Collector's Office
Town of Shrewsbury
Travis County Tax Office
Treasurer of Lucas County
Troy City Treasurer
Tulsa County Treasurer's Office
U.S. Customs And Border Protection
United Isd Tax Office
Utah County Treasurer
Utah State Tax Commission, Taxpayer Services Division
Utah Tax Commission
Vanderburgh County Treasurer's Office
Vermilion Parish School Board Sales Tax Division
Virginia Department of Taxation
Virginia Tax, Bankruptcy
Wake County Tax Administration
Warren County Treasurer
Warwick City Tax Collector
Washington County
Washington State Department of Revenue Attn: Bankruptcy Unit
Webb County Tax Assessor-Collector
Weber County Assessor - Weber Center
Webster Parish Sales & Use Tax Commission
West Park Mud
West Virginia Department of Revenue
West Windsor Township Tax Collector (Mercer)
Whatcom County Treasurer
Whitehall Township Tax Office
Wichita County Tax Assessor
Williamson County Tax Office
Williamson County Trustee - Franklin, TN
Wilson County

Wisconsin Department of Revenue
Wisconsin Department of Revenue, Sales & Use Tax
Wixom City Treasurer
Yakima County Treasurer
Yavapai County Treasurer
Yellowstone County Treasurer's Office

**Temporary Labor/Staffing Agencies**
Articulate Global, LLC
Bravo Technical Resources, Inc.
Elwood Staffing Services, Inc.
Freeman-Leonard VI, LLC
Hire Quest, LLC
Insight Global, LLC
Kelly Services, Inc.
LC Personnel Inc.
LF Staffing Services Inc
Luxor Staffing, Inc.
Marinda Stephens
Masis Staffing Services LLC
Masis Staffing Solutions, LLC
People Ready Inc
Robert Half Finance & Accounting
SNI Companies
Superior Solutions Staffing, Inc.
VSSI Staffing Services
Wonolo Inc.

**Unsecured Note/Bond Trustee or Agent**
US Bank National Association

**US Trustee Personnel, Judges, and Court Contacts**
Al Lugano
Amanda Hrycak
Benjamin Hackman
Cacia Batts
Chief Judge Karen B. Owens
Christine Green
Claire Brady
Danielle Gadson
Demitra Yeager
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Hannah M. Mccollum
Hawa Konde
Holly Dice
James R. O'malley
Jane Leamy

Jill Walker
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph Mcmahon
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Thomas M. Horan
Laura Haney
Lauren Attix
Laurie Capp
Linda Casey
Linda Richenderfer
Lora Johnson
Malcolm M. Bates
Marquietta Lopez
Michael Girello
Nickita Barksdale
Nikki Washington
Nyanquoi Jones
Paula Subda
Rachel Bello
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.
Xavier Hurt

**Utility Providers**
AEP Ohio
AES Indiana
Alabama Power
Ameren Missouri
Arizona Public Service
AT&T
Atmos Energy
Baltimore Gas And Electric
Centerpoint Energy
Centurylink
City Of College Park GA
Commonwealth Edison
Con Edison (ConEd)
Consumers Energy
CPS Energy
Dominion Energy
DTE Energy
Duke Energy

Duquesne Light Company, Incorporated
Entergy
Evergy
Eversource
Georgia Power
Granite Telecommunications, LLC
Jersey Central Power & Light - Firstenergy
Kentucky Utilities
Level3 Communications LLC
Long Island Power Authority
Louisville Gas And Electric
Memphis Light, Gas And Water
National Grid
NIPSCO
Northern Virginia Electric Cooperative
NRG Energy

Oklahoma Gas & Electric
Pacific Gas And Electric
Pennsylvania Power and Light Electric Utilities
PSEG, New Jersey
Puget Sound Energy
Reliant Energy
Rochester Gas And Electric Corporation
Rocky Mountain Power
Salt River Project
Sierra Wireless America Inc
Southern California Edison
UGI Utilities
Verizon
Waste Management - 60197
Wisconsin Energy
Xcel Energy

<u>**EXHIBIT B**</u>

**Parties-in-Interest Noted for Court Disclosure**

<u>**Relationships in Matters Related to These Proceedings**</u>

**None**

<u>**Relationships in Unrelated Matters - Current**</u>

**Benefit Providers**
Bright Horizons
Health Care Services Corporation
MetLife
Standard Insurance Company
Teladoc Health
Voya Financial

**Bondholders**
Alliance Bernstein
Blue Cross Blue Shield
Blue Torch
BNY Melon
Credit Agricole
Franklin Templeton
HPS Loan Management
Invesco Ltd (Investment Management)
Jefferies Finance LLC
Jefferies Financial Group Inc
Natixis Investment Managers
Northern Trust
Pacific Life
PIMCO / Allianz
State Street

**Competitors**
The Michaels Companies, Inc
Walmart, Inc.

**Creditor Professionals**
Cahill Gordon & Reindel LLP
Choate Hall & Stewart LLP
Dechert LLP
Evercore

**Debtors' Bankruptcy Professionals**
Ernst & Young LLP
Kirkland & Ellis
Kirkland & Ellis International LLP
Kirkland & Ellis LLP

KPMG LLP
Young Conaway Stargatt & Taylor, LLP

**Depository Banks**
Citizens Financial Group
East West Bank

**Insurance Providers**
AIG Specialty Ins Co
Allied World National Assurance Co (AWAC)
AXIS Insurance Company
Beazley Ins Co, Inc.
Berkshire Hathaway Specialty Ins Co
Commerce and Industry Ins. Co.
Continental Insurance Company
Continental Casualty Co
Endurance American Insurance Company
Everest National Ins Co
Federal Ins Co
Freedom Specialty Ins Co
Hallmark Specialty Ins Co
Hiscox Ins Co., Inc.
Insurance Company of the State of PA
Liberty Mutual Ins Corporation
Lloyd's of London
National Union Fire Ins Co of Pittsburgh, PA
Starr Indemnity & Liability Co.
XL Insurance America, Inc
Zurich American Ins Co

**Litigation Parties' Counsel**
Jackson Lewis

**Official Creditors' Committee Attorneys**
Pachulski Stang Ziehl & Jones LLP

**Official Creditors' Committee Members**
Oriental Weavers USA

**Official Creditors' Committee Members' Attorneys**
Ballard Spahr LLP
Barnes & Thornburg LLP
Kelley Drye & Warren LLP
Seward & Kissel LLP

**Ordinary Course Professionals**
Alston & Bird LLP
Bailey Cavalieri, LLC
Benesch Friedlander Coplan & Aronoff
Foley & Lardner LLP
Frost Brown Todd LLC
Honigman Miller Schwartz and Cohn LLP
Husch Blackwell LLP
Jackson Lewis P.C.
McDonald Hopkins LLC
Ogletree Deakins Nash Smoak & Stewart

**Other Governmental Authorities/Agencies**
Federal Trade Commission

**Other Lienholders**
FedEx Freight
Uber Technologies, Inc

**Real Estate Lessors/Landlords**
Kimco Realty Corporation
Kohl's Inc.
Lowes Home Centers, LLC
Spirit Master Funding X, LLC
Walmart Inc.

**Secured Creditor Trustee or Agent**
Wilmington Trust National Association

**Secured Lenders**
Bank of America, N.A.
Barclays Bank PLC
BNP Paribas
CarVal Investors, LLC
Deutsche Bank AG
Farallon Capital Management, LLC
Glendon Capital Management
HPS Investment Partners LLC
Jefferies & Company
JPMorgan Chase Bank, National Association
Loomis Sayles and Company, L.P.
MIT Investment Management Company
Morgan Stanley Investment Management Inc

PNC Bank, National Association
Redwood Capital Management, LLC
Silver Rock Financial LLC
Wells Fargo Bank, National Association

**Suppliers and Vendors**
Adobe Inc.
Anchor Hocking, LLC
Applied Predictive Technologies, Inc
E2open LLC
Fed Ex - 75266
Forward Air Corporation
Hub Group Inc
Instacart
Kirkland & Ellis LLP
Liberty Mutual Insurance
Lockton Companies LLC
Maersk A/S
Maplebear Inc
McKinsey & Company, Inc.
Microsoft Corporation
Ocean Network Express Pte. Ltd.
Oriental Weavers USA, Inc.
Orkin LLC
Quad Graphics, Inc.
Rimini Street Inc
Simpson Thacher & Bartlett LLP
Snowflake Computing, Inc

**Sureties**
Travelers Casualty and Surety Company of America

**Surety Bondholders**
City of Rochester
Duke Energy
Duke Energy Carolinas, LLC
El Paso Electric Company
Florida Power and Light Company
PEPCO Electric
PSE&G Company
San Diego Gas & Electric
Southern California Edison Company

**Taxing Authorities**
City of Greenville
Department of The Treasury, Internal Revenue Service

**Top Unsecured Creditor**

Oriental Weavers USA, Inc.
US Bank
**Unsecured Note/Bond Trustee or Agent**
US Bank National Association

**Utility Providers**
Arizona Public Service
AT&T
Atmos Energy
Baltimore Gas And Electric
Centerpoint Energy
Centurylink
Con Edison (ConEd)
Duke Energy
Entergy
Evergy
Eversource
Level3 Communications LLC
National Grid
NRG Energy
Pacific Gas And Electric
PSEG, New Jersey
Puget Sound Energy
Reliant Energy
Southern California Edison
Verizon
Xcel Energy

## Relationships in Unrelated Matters - Former

**Bondholders**
BMO Global Asset Management
Charles Schwab
Octagon Credit Investors LLC
Pathlight
T. Rowe Price

**Creditor Professionals**
BRG (Berkeley Research Group)

**Insurance Providers**
Starstone
Specialty
Ins Co

**Real Estate Lessors/Landlords**
BJ's Wholesale Club Inc.
FHH Hamburg LLC
Teachers Insurance and Annuity Association

**Secured Lenders**
Anchorage Capital Group LLC
Muzinich & Co

**Suppliers and Vendors**
Blue Yonder Inc
Carpenter Co.
Climatec, LLC.
Cyrusone LLC
Hapag-Lloyd
Keeco, LLC
Staples, Inc.
Trane U.S. Inc

**Surety Bondholders**
Duke Energy Florida, Inc.
Entergy Mississippi, Inc.
Orange & Rockland Utilities

**Taxing Authorities**
Dallas County

**Top Unsecured Creditor**
Staples

**Utility Providers**
Dominion Energy
DTE Energy
Duquesne Light Company, Incorporated
Oklahoma Gas & Electric
UGI Utilities
Waste Management - 60197