IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 31, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2025 [Docket No. 410]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11125 for the Month Ending: 06/30/2025 [Docket No. 411]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11127 for the Month Ending: 06/30/2025 [Docket No. 412]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11128 for the Month Ending: 06/30/2025 [Docket No. 413]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11135 for the Month Ending: 06/30/2025 [Docket No. 414]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11139 for the Month Ending: 06/30/2025 [Docket No. 415]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11150 for the Month Ending: 06/30/2025 [Docket No. 416]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11151 for the Month Ending: 06/30/2025 [Docket No. 417]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11153 for the Month Ending: 06/30/2025 [Docket No. 418]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11154 for the Month Ending: 06/30/2025 [Docket No. 419]**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

- **Chapter 11 Monthly Operating Report for Case Number 25-11156 for the Month Ending: 06/30/2025 [Docket No. 420]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11157 for the Month Ending: 06/30/2025 [Docket No. 421]**

Dated: August 5, 2025

                                        /s/

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 5th day of August, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

# Exhibit A
## Service List

| Name | Email | Method of Service |
|---|---|---|
| Office of the US Trustee | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov | Email |

At Home Group Inc., Case No. 25-11120