## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 1, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Declaration of Disinterestedness of Bailey Cavalieri LLC Pursuant to the Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 422]**

- **Declaration of Disinterestedness of Willis Towers Watson Pursuant to the Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 423]**

Dated: August 5, 2025

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

| | | |
|---|---|---|
| {State of California | } | |
| { | } ss. | |
| {County of Los Angeles | } | |

Subscribed and sworn to (or affirmed) before me on this 5th day of August, 20 25, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

## EXHIBIT A

**Exhibit A**

Service List

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| At Home Group Inc. | Attn: Meredith Hampton | 9000 Cypress Waters Blvd | Coppell, TX 75019 | | First Class Mail |
| Choate, Hall & Stewart LLP | Kevin J. Simard | | | ksimard@choate.com | Email |
| Choate, Hall & Stewart LLP | Mark D. Silva | | | msilva@choate.com | Email |
| Dechert LLP | Stephen Zide | | | stephen.zide@dechert.com | Email |
| Dechert LLP | Eric Hilmo | | | eric.hilmo@dechert.com | Email |
| Kirkland & Ellis LLP | Nicole L. Greenblatt, P.C. | | | nicole.greenblatt@kirkland.com | Email |
| Kirkland & Ellis LLP | Matthew C. Fagen, P.C. | | | matthew.fagen@kirkland.com | Email |
| Kirkland & Ellis LLP | Elizabeth H. Jones | | | elizabeth.jones@kirkland.com | Email |
| Office of the United States Trustee | Jon Lipshie | | | jon.lipshie@usdoj.gov | Email |
| Office of the United States Trustee | Megan Seliber | | | megan.seliber@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones | Bradford J. Sandler | | | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | Shirley S. Cho | | | scho@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | Peter J. Keane | | | pkeane@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | Edward A. Corma | | | ecorma@pszjlaw.com | Email |
| Potter Anderson & Corroon LLP | M. Blake Cleary | | | bcleary@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Brett M. Haywood | | | bhaywood@potteranderson.com | Email |
| Reed Smith LLP | Kurt F. Gwynne | | | kgwynne@ReedSmith.com | Email |
| Young Conaway Stargatt & Taylor | Robert S. Brady | | | rbrady@ycst.com | Email |
| Young Conaway Stargatt & Taylor | Edwin J. Harron | | | eharron@ycst.com | Email |
| Young Conaway Stargatt & Taylor | Joseph M. Mulvihill | | | jmulvihill@ycst.com | Email |