IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 7, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 476]**

Dated: August 11, 2025

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 11th day of August, 2025, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 905 South 24Th Street West Owner LLC | 212 Lower Creek Rd | Stockton, NJ 08559-1617 | | | GCHIANG@GMAIL.COM | Email<br>Overnight Mail |
| 905 South 24Th Street West Owner LLC | 6 W 18th St, Unit 2D | New York, NY 10011 | | | | Overnight Mail |
| 905 South 24th Street West Owner LLC | c/o Three East 3rd Street Corp | Attn: George Chiang | 6 W 18th St, Unit 2D | New York, NY 10011 | gchiang@gmail.com | Email<br>Overnight Mail |
| 905 South 24th Street West Owner LLC | c/o Federman Steifman LLP | Attn: Michael K Federman | 220 E 42nd St, 29th Fl | New York, NY 10017 | | Overnight Mail |
| Bli Sunset Square LLC | 2940 Fairview Ave E | Seattle, WA 98102 | | | STEFANIE@FWPMGMT.COM | Email<br>Overnight Mail |
| Bli Sunset Square LLC | 1621 S Melrose Dr | Vista, CA 92081 | | | | Overnight Mail |
| Brixmor Middletown Plaza Owner, LLC | 450 Lexington Ave, 13th Fl | New York, NY 10017 | | | | Overnight Mail |
| Brixmor Middletown Plaza Owner, LLC | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | | | skaufman@skaufmanlaw.com | Email |
| Brixmor Middletown Plaza Owner, LLC | Kelley Drye & Warren LLP | Robert L. LeHane, Jennifer D. Raviele, Allison B. Selick | | | rlehane@kelleydrye.com;<br>jraviele@kelleydrye.com;<br>aselick@kelleydrye.com | Email |
| Brixmor Spe 3 LLC | 200 Ridge Pike | Conshohocken, PA 19428 | | | | Overnight Mail |
| Brixmor Spe 3 LLC | P.O. Box 645349 | Cincinnati, OH 45264-5349 | | | Katy.Buohl@brixmor.com;<br>arremit@brixmor.com | Email<br>Overnight Mail |
| Brixmor SPE 3 LLC | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | | | skaufman@skaufmanlaw.com | Email |
| Brixmor SPE 3 LLC | Kelley Drye & Warren LLP | Robert L. LeHane, Jennifer D. Raviele, Allison B. Selick | | | rlehane@kelleydrye.com;<br>jraviele@kelleydrye.com;<br>aselick@kelleydrye.com | Email |
| BT Pleasant Hills LP | Kurtzman | Steady, LLC | Jeffrey Kurtzman, Esquire | | | kurtzman@kurtzmansteady.com | Email |
| Bt Pleasant Hills, LP | 200 Dryden Rd, Ste 2000 | Dresher, PA 19025 | | | JENNIS@BETINVESTMENTS.COM | Email<br>Overnight Mail |
| Che Chen Liu & Shu Fen Liu | Address Redacted | | | | Email Redacted | Email<br>Overnight Mail |
| Che Chen Liu & Shu Fen Liu Revocable Trust | Address Redacted | | | | | Overnight Mail |
| Che Chen Liu & Shu Fen Liu Revocable Trust | COHEN SEGLIAS PALLAS GREENHALL & FURMAN P.C | Evan W. Rassman, Esq. | | | erassman@cohenseglias.com | Email |
| ECP / Tpb1, LLC | 1300 National Dr, Ste 100 | Sacramento, CA 95834 | | | | Overnight Mail |
| ECP/TPB1, LLC | c/o Ethan Conrad Properties | Attn: Ethan Conrad & Corporate Counsel | 1300 National Dr, Ste 100 | Sacramento, CA 95834 | ethan@ethanconradprop.com | Email<br>Overnight Mail |
| Kohls Department Stores Inc | P.O. Box 3208 | Milwaukee, WI 53201 | | | MICHELLE.R.MILLER@KOHLS.COM;<br>SUBTENANTS@KOHLS.COM | Email<br>Overnight Mail |
| Kohl'S Department Stores Inc | N 56 W 17000 Ridgewood Dr | Menomonee Falls, WI 53051 | | | | Overnight Mail |
| Kohl'S Inc | N56 W1700 Ridgewood Dr | Menomonee Falls, WI 53051 | | | SUBTENANTS@KOHLS.COM;<br>RENT@KOHLS.COM | Email<br>Overnight Mail |
| Lowes Companies, Inc | dba Lowes Home Centers, LLC | 1000 Lowes Blvd | Mooresville, NC 28117 | | Teresa.L.Hicks@lowes.com;<br>michael.aiken@lowes.com;<br>LeaseAdmin@lowes.com | Email<br>Overnight Mail |
| Lowe'S Home Centers, LLC | 1000 Lowe's Blvd | Mooresville, NC 28117 | | | | Overnight Mail |
| Manassas Real Estate Ventures, LLC | 112 Northern Concourse | Syracuse, NY 13212 | | | | Overnight Mail |
| Manassas Real Estate Ventures, LLC | 4218 NE 2nd Ave | Miami, FL 33137 | | | MANASSASLEASEADMIN@SPINOSOREG.COM | Email<br>Overnight Mail |
| Oleta Partners Biscayne Parcel LLC | 19501 Biscayne Blvd, Ste 400 | Aventura, FL 33180 | | | AHYATT@TURNBERRY.COM;<br>EPEREZ@TURNBERRY.COM | Email<br>Overnight Mail |
| Peoria New Mall, LLC | 980 N Michigan Ave | Chicago, IL 60611 | | | | Overnight Mail |
| Peoria New Mall, LLC | 980 Michigan Ave, Ste 1660 | Chicago, IL 60611 | | | DANIELLE.HEEBINK@AM.JLL.COM | Email<br>Overnight Mail |
| Pergola LLC & Abraham Properties LLC | 19620 Waterford Ct | Shorewood, MN 55331 | | | | Overnight Mail |
| Pergola, LLC | 201 Western Ave N | St Paul, MN 55102 | | | BRIAN@PERGOLAONLINE.COM | Email<br>Overnight Mail |
| Shrewsbury Crossing II, LLC | 100 Mlk Jr Blvd, Ste 550 | Worcester, MA 01608 | | | | Overnight Mail |
| Shrewsbury Crossing II, LLC | c/o First America Realty, Inc. | P.O. Box 646 | Worcester, MA 01613-0646 | | kgirard@firstamericanrealtyinc.com | Email<br>Overnight Mail |
| Shrewsbury Crossing II, LLC | Landis Rath & Cobb LLP | Kimberly A. Brown George A. Williams III | | | brown@lrclaw.com;<br>williams@lrclaw.com | Email |
| Shrewsbury Crossing II, LLC | Prince Lobel Tye, LLP | George W. Tetler III, Mark W. Powers | | | gtetler@princelobel.com;<br>mpowers@princelobel.com | Email |
| Spirit Realty LP | 11995 El Camino Real | San Diego, CA 92130 | | | | Overnight Mail |
| Spirit Realty LP | 425 California St | San Francisco, CA 94014 | | | | Overnight Mail |
| Spirit Realty LP | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | | | skaufman@skaufmanlaw.com | Email |
| Spirit Realty LP | Kelley Drye & Warren LLP | Robert L. LeHane, Jennifer D. Raviele, Allison B. Selick | | | rlehane@kelleydrye.com;<br>jraviele@kelleydrye.com;<br>aselick@kelleydrye.com | Email |
| Spirit Realty, LP | 2727 N Harwood St, Ste 300 | Dallas, TX 75201 | | | | Overnight Mail |
| Transform Bohemia Ny LLC | 3333 Beverly Rd | Hoffman Estates, IL 60179 | | | | Overnight Mail |
| Transform Holdco - Transform Leasec | 5407 Trillium Blvd, Ste B120 | Hoffman Estates, IL 60192 | | | alex.thervil@transformco.com;<br>ryan.daly@transformco.com | Email<br>Overnight Mail |
| Transform Holdco LLC | Attn: Kirk Williams | 5407 Trillium Blvd, Ste B120 | Hoffman Estates, IL 60192 | | Kirk.Williams@transformco.com | Email<br>Overnight Mail |
| Transform Holdco LLC | 3333 Beverly Rd | Hoffman Estates, IL 60179 | | | DARYL.PENN@TRANSFORMCO.COM;<br>MICHAEL.BROTNOW@TRANSFORMCO.COM | Email<br>Overnight Mail |
| Transform Lease Opco LLC | 3333 Beverly Rd | Dept 824Re | Hoffman Estates, IL 60179 | | | Overnight Mail |
| Transform Lease Opco LLC | 3333 Beverly Rd | Hoffman Estates, IL 60179 | | | | Overnight Mail |
| Transform Leaseco LLC | 5407 Trillium Blvd, Ste B120 | Hoffman Estates, IL 60192 | | | | Overnight Mail |
| Transform Leaseco LLC | 3333 Beverly Rd | Dept 824Re | Hoffman Estates, IL 60179 | | | Overnight Mail |
| Transform Operating Stores LLC | 3333 Beverly Rd | Hoffman Estates, IL 60179 | | | | Overnight Mail |
| Transform Operating Stores LLC | 3333 Beverly Rd | Dept 824Re | Hoffman Estates, IL 60179 | | | Overnight Mail |
| UE Ledgewood LLC | 888 7th Ave | New York, NY 10019 | | | | Overnight Mail |
| Ue Ledgewood LLC | P.O. Box 645308 | Pittsburg, PA 15264 | | | remit@uedge.com | Email<br>Overnight Mail |
| UE Ledgewood LLC | Ballard Spahr LLP | Leslie C. Heilman, Laurel D. Roglen | | | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com | Email |
| UE Ledgewood LLC | Barclay Damon LLP | Kevin M. Newman, Esq. | | | knewman@barclaydamon.com | Email |
| Yakima Theatres, Inc | 215 N 4th St | Yakima, WA 98907 | | | | Overnight Mail |
| Yakima Theatres, Inc | P.O. Box 50 | Yakima, WA 98907 | | | JANELLE@YAKIMATHEATRES.COM | Email<br>Overnight Mail |