# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) ) | Case No. 25-11120 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR AUGUST 14, 2025, AT 2:00 P.M. (ET)[2]**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter (11) cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] All motions and other pleadings referenced herein are available online at the website maintained by the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome.

33325499.2

**RESOLVED MATTERS**

1. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 199, 6/27/25]

   Objection Deadline:   July 11, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A.  Certification of Counsel [D.I. 362, 7/22/25]

   B.  Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 375, 7/24/25]

   Objections Filed:

   C.  Informal comments from the U.S. Trustee

   Status:  An order has been entered.

2. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 16, 2025 [D.I. 203, 6/27/25]

   Objection Deadline:   July 11, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A.  Certificate of No Objection [D.I. 361, 7/22/25]

   B.  Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 16, 2025 [D.I. 371, 7/24/25]

   Objections Filed:

   C.  Informal comments from the U.S. Trustee

   Status:  An order has been entered.

3. Application of Debtors for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor Effective as of the Petition Date [D.I. 204, 6/27/25]

   Objection Deadline:   July 11, 2025, at 4:00 p.m. (ET)

   Related Documents:

    A. Certification of Counsel [D.I. 360, 7/22/25]

    B. Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor Effective as of the Petition Date [D.I. 372, 7/24/25]

Objections Filed:

    C. Informal comments from the U.S. Trustee

Status: An order has been entered.

4. Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent Effective as of the Petition Date [D.I. 205, 6/27/25]

   Objection Deadline: July 11, 2025, at 4:00 p.m. (ET)

   Related Documents:

    A. Certification of Counsel [D.I. 363, 7/22/25]

    B. Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent Effective as of the Petition Date [D.I. 374, 7/24/25]

   Objections Filed:

    C. Informal comments from the U.S. Trustee

   Status: An order has been entered.

5. Application of Debtors for Entry of an order (I) Authorizing the Retention and Employment of KPMG LLP to Provide Accounting Advisory, Valuation, Tax Provision, Tax Consulting, and Tax Compliance Services Effective as of the Petition Date; and (II) Waiving the Information Requirements of Local Rule 2016-1(d) [D.I. 225, 7/1/25]

   Objection Deadline: July 15, 2025, at 4:00 p.m. (ET)

   Related Documents:

    A. Certification of Counsel [D.I. 364, 7/22/25]

    B. Order (I) Authorizing the Retention and Employment of KPMG LLP to Provide Accounting Advisory, Valuation, Tax Provision, Tax Consulting, and Tax Compliance Services Effective as of the Petition Date; and (II) Waiving the Information Requirements of Local Rule 2016-1(d) [D.I. 373, 7/24/25]

   Objections Filed:

    C. Informal comments from the U.S. Trustee

<u>Status</u>: An order has been entered.

6. Motion of Debtors Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [D.I. 355, 7/21/25]

    <u>Objection Deadline</u>:    August 4, 2025, at 4:00 p.m. (ET)

    <u>Related Documents</u>:

    A. Certification of Counsel [D.I. 492, 8/7/25]

    B. Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [D.I. 499, 8/8/25]

    <u>Objections Filed</u>:

    C. Informal comments

        i. United States Trustee

        ii. Certain Landlords

    <u>Status</u>: An order has been entered.

**ADJOURNED MATTERS**

7. Motion of Catheryn Bowersox for Relief from the Automatic Stay to the Extent Necessary to Permit Continuation of a Personal Injury Claim Filed in the District Court of Harris County Texas Against at Home Stores, LLC [D.I. 316, 7/16/25]

    <u>Objection Deadline</u>:    August 7, 2025, at 4:00 p.m. (ET)

    <u>Related Documents</u>:

    A. Re-Notice of Motion [D.I. 318, 7/16/25]

    B. Declaration of Jeremy Aguilar in Support of Debtors' Omnibus Objection to Motions for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 489, 8/7/25]

    <u>Objections Filed</u>:

    C. Debtors' Omnibus Objection to Motions for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 488, 8/7/25]

Status: This matter is adjourned by agreement to the next omnibus hearing date.

8. Motion of Janice L. White for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 323, 7/17/25]

   Objection Deadline:    August 7, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Notice of Motion [D.I. 358, 7/22/25]

   B. Declaration of Jeremy Aguilar in Support of Debtors' Omnibus Objection to Motions for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 489, 8/7/25]

   Objections Filed:

   C. Debtors' Omnibus Objection to Motions for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 488, 8/7/25]

   Status: This matter is adjourned by agreement to the next omnibus hearing date.

9. Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Waiving Provisions of Fed. R. Bankr. P. 4001(a)(3) [D.I. 383, 7/25/25]

   Objection Deadline:    August 7, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Certificate of Barry Cooke, Esq. in Support of Motion for Entry of an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [D.I. 385, 7/25/25]

   B. Declaration of Jeremy Aguilar in Support of Debtors' Omnibus Objection to Motions for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 489, 8/7/25]

   Objections Filed:

   C. Debtors' Omnibus Objection to Motions for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 488, 8/7/25]

   Status: This matter is adjourned by agreement to the next omnibus hearing date.

**CONTESTED MATTER GOING FORWARD**

10. Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [D.I. 376, 7/24/25]

    Objection Deadline:   August 7, 2025, at 4:00 p.m. (ET), extended to August 7, 2025, at 5:00 p.m. (ET) for the Official Committee of Unsecured Creditors and August 8, 2025, at 12:00 p.m. (ET) for certain Landlords

    Related Documents:

    A. Notice of Hearing to Consider Approval of Disclosure Statement [D.I. 251, 7/7/25]

    B. Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 391, 7/29/25]

    C. Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 392, 7/29/25]

    D. Notice of Filing of Blackline of Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 393, 7/29/25]

    E. Notice of Filing of Blackline of Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 394, 7/29/25]

    F. Debtors' Omnibus Reply in Support of the Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [D.I. 505, 8/11/25]

    G. Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 507, 8/11/25]

    H. Notice of Filing of Blackline of the Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 508, 8/11/25]

    I. Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 509, 8/11/25]

J. Notice of Filing of Blackline of Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 510, 8/11/25]

K. Notice of Revised Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [D.I. 511, 8/11/25]

L. The Official Committee of Unsecured Creditors' Witness and Exhibit List [D.I. 518, 8/12/25]

Objections Filed:

A. United States Trustee's Objection to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [D.I. 477, 8/6/25]

B. Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 486, 8/7/25]

C. Informal comments

  i. Certain Landlords

Status: This matter is going forward.

Dated: August 12, 2025
Wilmington, Delaware

*/s/ Timothy R. Powell*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  rbrady@ycst.com
jmulvihill@ycst.com
tpowell@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  nicole.greenblatt@kirkland.com
matthew.fagen@kirkland.com
elizabeth.jones@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

33325499.2