## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 13, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Declaration of Disinterestedness of Ryan, LLC Pursuant to the Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 522]**

Dated: August 15, 2025

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 15th day of August, 2025, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2396732
> My Comm. Expires Mar 11, 2026

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Attention | Address | | Email | Method of Service |
|---|---|---|---|---|---|
| At Home Group Inc. | Attn: Meredith Hampton | 9000 Cypress Waters Blvd | Coppell, Texas 75019 | | First Class Mail |
| Choate, Hall & Stewart LLP | Kevin J. Simard | | | ksimard@choate.com | Email |
| Choate, Hall & Stewart LLP | Mark D. Silva | | | msilva@choate.com | Email |
| Dechert LLP | Stephen Zide | | | stephen.zide@dechert.com | Email |
| Dechert LLP | Eric Hilmo | | | eric.hilmo@dechert.com | Email |
| Kirkland & Ellis LLP | Nicole L. Greenblatt, P.C. | | | nicole.greenblatt@kirkland.com | Email |
| Kirkland & Ellis LLP | Matthew C. Fagen, P.C. | | | matthew.fagen@kirkland.com | Email |
| Kirkland & Ellis LLP | Elizabeth H. Jones | | | elizabeth.jones@kirkland.com | Email |
| Office of the United States Trustee | Jon Lipshie | | | jon.lipshie@usdoj.gov | Email |
| Office of the United States Trustee | Megan Seliber | | | megan.seliber@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones | Bradford J. Sandler | | | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | Shirley S. Cho | | | scho@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | Peter J. Keane | | | pkeane@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | Edward A. Corma | | | ecorma@pszjlaw.com | Email |
| Potter Anderson & Corroon LLP | M. Blake Cleary | | | bcleary@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Brett M. Haywood | | | bhaywood@potteranderson.com | Email |
| Reed Smith LLP | Kurt F. Gwynne | | | kgwynne@ReedSmith.com | Email |
| Young Conaway Stargatt & Taylor | Robert S. Brady | | | rbrady@ycst.com | Email |
| Young Conaway Stargatt & Taylor | Edwin J. Harron | | | eharron@ycst.com | Email |
| Young Conaway Stargatt & Taylor | Joseph M. Mulvihill | | | jmulvihill@ycst.com | Email |