# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) ) ) | Case No. 25-11120 (JKS) (Jointly Administered) |
| Debtors. | ) ) ) ) | **Objection Deadline: August 26, 2025 at 4:00 p.m. (ET)** **Hearing Date: September 30, 2025 at 9:00 a.m. (ET)** |

### AMENDED[2] NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JULY 2, 2025

**PLEASE TAKE NOTICE** that, on August 1, 2025, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the of the above-captioned Debtors filed the *Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP* ("PSZJ") *as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 2, 2025* (the "Application") [Docket No. 427] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application must be filed with the Bankruptcy Court on or before **August 26, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] **Amended to reflect the scheduling of a hearing date. The objection deadline remains the same.**

1

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING HAS BEEN SCHEDULED TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION ON **SEPTEMBER 30, 2025 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  August 19, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652 4400
Email:  bsandler@pszjlaw.com
pkeane@pszjlaw.com

- and -

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
Theodore S. Heckel, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
scho@pszjlaw.com
theckel@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

4898-5774-3961.2 05563.00002