**Fill in this information to identify the case:**

Debtor Name: At Home Group Inc.

United States Bankruptcy Court for the: District of Delaware
(State)

Case number: 25-11120 (JKS)

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 1/25/2025 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

At Home Group Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| At Home Cayman Holdings | 100% | |
| At Home Cayman | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  At Home Group Inc.

Case number  25-11120 (JKS)

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | |
|---|---|
| **For non-individual Debtors:** | ✘ /s/ Jeremy Aguilar <br> Signature of Authorized Individual <br> Jeremy Aguilar <br> Printed name of Authorized Individual <br> Date 08/20/2025 <br> MM / DD / YYYY |
| **For individual Debtors:** | ✘ _____  ✘ _____ <br> Signature of Debtor 1                   Signature of Debtor 2 <br> _____     _____ <br> Printed name of Debtor 1              Printed name of Debtor 2 <br> Date _____                   Date _____ <br> MM / DD / YYYY                            MM / DD / YYYY |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) Case No. 25-11120 (JKS) |
| Debtors. | ) (Jointly Administered) |

**NOTES AND STATEMENTS OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING PERIODIC
REPORT PREPARED PURSUANT TO BANKRUPTCY RULE 2015.3**

Pursuant to rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") submit this report, including the exhibits thereto (the "Report") for the reporting period including one year up to the previous year end (the "Reporting Period"), on the value, operations, and profitability of non-debtor entities At Home Cayman and At Home Cayman Holdings (the "Non-Debtor Subsidiaries") in which one or more Debtors hold a substantial or controlling interest as of the date of this Report. At Home Cayman is an operating entity and At Home Cayman Holdings is a non-operating holding entity, and the information contained in this Report applies to both entities. This Report has been prepared solely for the purpose of complying with the Bankruptcy Rules.

**DESCRIPTION OF THE CHAPTER 11 CASES**

On June 16, 2025 (the "Petition Date"), the Debtors filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing cases for relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors are authorized to operate their business and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 17, 2025, the Court entered an order authorizing the joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b) under the lead case *In re At Home Group Inc.*, No. 25-11120 (JKS) [Docket No. 92]. On June 27, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 197]. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of these Chapter 11 Cases, is set forth in detail in the *Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc., and Certain of its Affiliates, in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 4]. Additional information about these Chapter 11 Cases, court filings, and claims information is available at the website maintained by the Debtors' claims and noticing agent: https://omniagentsolutions.com/AtHome.

## GENERAL METHODOLOGY

The financial information contained herein is limited in scope, covers a limited time period, and is presented on a preliminary and unaudited basis. As such, the Report has not been subject to procedures that would typically be applied to financial statements prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS") and does not include all of the information and footnotes required by U.S. GAAP or IFRS. Upon the application of such procedures, the financial information could be subject to changes, which could be material.

Solely to comply with their applicable obligations under the Bankruptcy Rules during these Chapter 11 Cases, the Debtors have prepared the Report using their books and records, which have been maintained and prepared in accordance with their historical accounting practices. The Report generally reflects operations and financial position of the Non-Debtor Subsidiaries on a non-consolidated basis, in a form not maintained by the Debtors or the Non-Debtor Subsidiaries in the ordinary course of their respective businesses, and is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Accordingly, the amounts listed in the Report will likely differ, at times materially, from the historical consolidated financial reports. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

Although the Debtors' management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Report. Nothing contained in this Report shall constitute a waiver of any rights of the Debtors, including the right to amend

the information contained herein.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than the Reporting Period and may not necessarily reflect the Debtors' future consolidated results of operations and financial position. Unless otherwise noted herein, the Report generally reflects the Debtors' books and records and the Non-Debtor Subsidiaries' financial activity occurring during the Reporting Period. Except as may be otherwise noted, no adjustments have been made for activity occurring after the close of the Reporting Period.

## BASIS OF PRESENTATION

The Debtors have prepared the Report using their books and records, which have been maintained and prepared in accordance with their historical accounting practices. The information contained in the Report is presented without, among other things, all adjustments or reclassifications that may be necessary or typical with respect to consolidating financial statements or in accordance with U.S. GAAP or IFRS. The financial statements and their figures are presented on a preliminary and unaudited basis and may be subject to material changes. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than separate financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity. In preparing the Report, the Debtors relied solely on financial data derived from their books and records that was available at the time of such preparation. The preparation of the Report required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenues and expenses during the applicable reporting periods. The Debtors reserve their rights to amend the reported amount of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

Current market valuations for certain assets are neither maintained by, nor readily available to, the Debtors. Accordingly, the financial statements reflect net book values. Market values may vary, sometimes materially, from net book values.

All amounts in the Report are reflected in U.S. dollars.

## RESERVATION OF RIGHTS

The information in the Report is subject to change. The information in the Report includes

certain normal recurring adjustments but does not include all of the adjustments that typically would be made for interim financial statements presented in accordance with U.S. GAAP or IFRS. Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the Report, inadvertent errors or omissions may exist.  Accordingly, the Debtors hereby reserve all rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in the Report.  Further, the Debtors reserve the right to amend, modify, or supplement the Report in all respects, if necessary or appropriate, but undertake no obligation to do so.

Nothing contained in this Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Report or any information set forth herein waive or release any of the Debtors' rights with respect to these Chapter 11 Cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action under the provisions of chapter 5 of the Bankruptcy or any other relevant applicable laws to recover assets or avoid transfers.  The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

The Debtors, the Non-Debtor Subsidiaries, and their officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the information in the Report and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors, the Non-Debtor Subsidiaries, and their officers, agents, attorneys, and financial advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided in the Report or to notify any third party should the information be amended, modified, or supplemented, except as required by applicable law.

For the reasons discussed above, there can be no assurance that the consolidated financial information presented herein is complete, and readers are cautioned not to rely on the Report for any reason.

Debtor Name   At Home Group Inc.                              Case number   25-11120 (JKS)

**Exhibit A: Financial Statements for Controlled Non-Debtor Entities**

Debtor Name: At Home Group Inc.

Case number: 25-11120 (JKS)

**Exhibit A-1: Balance Sheet for At Home Cayman as of 1/25/2025**

|  | As of 1/25/2025 | As of 1/27/2024 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Other current assets | 178,507,326 | 178,507,326 |
| **Total Current Assets** | **178,507,326** | **178,507,326** |
| **Non-Current Assets** | | |
| Other assets | 15,154,991 | 13,688,709 |
| **Total Non-Current Assets** | **15,154,991** | **13,688,709** |
| **Total Assets** | **193,662,317** | **192,196,035** |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Long Term Liabilities** | | |
| Long-term debt | 193,662,317 | 192,196,035 |
| **Total Long Term Liabilities** | **193,662,317** | **192,196,035** |
| **Total Liabilities** | **193,662,317** | **192,196,035** |
| | | |
| **Total Shareholders' Equity** | - | - |
| | | |
| **Total Liabilities and Shareholders' Equity** | **193,662,317** | **192,196,035** |

Debtor Name   At Home Group Inc.  
Case number   25-11120 (JKS)

## Exhibit A-2: Statement of Income (*Loss*) for Controlled Non-Debtor Entities

No statement of income (loss) is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report.

Debtor Name  At Home Group Inc.

Case number  25-11120 (JKS)

**Exhibit A-3: Statement of Cash Flows for At Home Cayman for period ending 1/25/2025**

|  | Period Ending 1/25/2025 |
|---|---:|
| **Operating Activities** |  |
| Net income | - |
| Adjustment to reconcile net income to net cash used in operating activities: |  |
|   Amortization of debt issuance costs | 1,466,282 |
| Changes in operating assets and liabilities: | - |
|   Other assets | (1,466,282) |
| Net cash used in operating activities | - |
|  |  |
| **Investing Activities** |  |
| Net cash used in investing activities | - |
|  |  |
| **Financing Activities** |  |
| Net cash used in financing activities | - |
|  |  |
| **Changes in cash and cash equivalents** | - |
| **Cash and cash equivalents, beginning of period** | - |
| **Cash and cash equivalents, end of period** | - |

Debtor Name   At Home Group Inc.                                    Case number   25-11120 (JKS)

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Controlled Non-Debtor Entities**

No statement of changes in shareholders'/partners' equity is prepared for the Controlled Non-Debtor Entities, and, therefore, the statement has been excluded from this Report.

Debtor Name   At Home Group Inc.                               Case number   25-11120 (JKS)

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

| Name of Controlled Non-Debtor Entity | Description |
|---|---|
| At Home Cayman | At Home Cayman is a Cayman-based, wholly owned subsidiary of Non-Debtor At Home Cayman Holdings. In connection with the Company's 2023 liability management transaction, At Home Cayman issued $200 million of new senior secured Cayman notes and lent the proceeds to At Home Group Inc. pursuant to an intercompany note. |
| At Home Cayman Holdings | At Home Cayman Holdings is a Cayman-based, wholly-owned subsidiary of Debtor At Home Group Inc. In connection with the Company's 2023 liability management transaction, At Home Cayman Holdings guaranteed the new senior secured Cayman notes and the intercompany note. |

Additional information may be found in the *Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of its Affiliates, in support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 4].

Debtor Name  At Home Group Inc.  Case number 25-11120 (JKS)

### Exhibit C: Description of Intercompany Claims

No intercompany claims exist between the Controlled Non-Debtor Entities.

Debtor Name: At Home Group Inc.  
Case number: 25-11120 (JKS)

## Exhibit D: Allocation of Tax Liabilities and Assets

No federal, state, or local taxes, or any tax attributes, refunds, or other benefits, have been allocated between the Controlled Non-Debtor Entities.

Official Form 426    Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability    page 10

Debtor Name: At Home Group Inc.

Case number: 25-11120 (JKS)

| **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |

No such payments have been paid by the Controlled Non-Debtor Entities.