

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

August 20, 2025

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

8/20/2025, NY/NATL, pg B3  _____

_____

_Larnyce Tabron_

Sworn to me this 20th day of August, 2025

[signature]

Shannon Schmidt
Online Notary Public
State of New York
Nassau County
Commission #: 01SC0033223
Commission Expires: 01/28/2029



# OpenAI Deal Could Value It at $500 Billion

By CADE METZ
and NATALLIE ROCHA

SAN FRANCISCO — OpenAI, the maker of ChatGPT, is in talks to sell $6 billion in shares owned by its current and former employees to investors, in a deal that would value the artificial intelligence company at roughly $500 billion, according to two people with knowledge of the discussions.

At $500 billion, OpenAI would become the world's most valuable privately held company, according to data from the start-up tracker CB Insights. The San Francisco-based A.I. lab has raised billions of dollars in recent years from investors including Microsoft, SoftBank and venture capital firms, as it has raced to take the lead in the contest over artificial intelligence.

OpenAI has seen its valuation repeatedly jump higher, from $157 billion in October to $300 billion in March. That month, the company reached an agreement with SoftBank and other investors for a new funding, which was set to raise $40 billion by the end of the year.

In this latest deal, known as a secondary market sale, OpenAI's current and former employees would agree to sell company shares to SoftBank, Thrive Capital and its other investors, the people with knowledge of the discussions said. The talks over the transaction are ongoing and the particulars could change.

The discussions over a secondary market sale were earlier reported by Bloomberg.

Across Silicon Valley, A.I. companies have been deluged by investor interest amid an escalation in the race over the technology. Meta, Google, Amazon, Microsoft and OpenAI are spending billions to hire A.I. researchers to advance the technology, as well as building out data centers and other infrastructure to power the development of A.I.

Investors are eager to get a piece of the action. Venture capital deals for A.I. start-ups reached $129 billion this year through Aug. 18, up $106 billion for all of 2024, according to data from PitchBook, which tracks startups.

On Tuesday, Databricks, a San Francisco company that makes software to help businesses store and analyze data using A.I., announced a new funding that it said valued it at more than $100 billion, up from $62 billion previously. Ali Ghodsi, a co-founder and the chief executive of Databricks, said the company had not actively been looking to raise money but had recently started receiving calls, texts, emails and WhatsApp messages from investors.

He said the flood of interest followed the initial public offering of Figma, a design software start-up that exceeded expectations by soaring to a $67.7 billion market capitalization on its first trading day last month.

"Everybody thinks it's a big market opportunity," Mr. Ghodsi said. "It wouldn't be smart for me to say let's wait another two years before we do that investment."

He said Databricks has "no immediate plans" to go public. Before this latest financing, the start-up, which was founded in 2013, had raised $19 billion from investors including Thrive Capital and Andreessen Horowitz. The company did not disclose the funding amount it raised on Tuesday because the round has not closed.

OpenAI has been raising money as it competes fiercely with rivals like Google. In its March fundraising for $40 billion, SoftBank is providing 75 percent of the funding, with other investors chipping in the rest.

(The New York Times has sued OpenAI and its partner, Microsoft, accusing them of copyright infringement of news content related to A.I. systems. OpenAI and Microsoft have denied those claims.)

## *The world's most valuable privately held company.*

---

# Zuckerberg Is Shaking Up Meta's A.I. Efforts, Again

FROM FIRST BUSINESS PAGE

"open-source" A.I. models, which are freely available, or licensing "closed-source" models from other companies.

The changes follow months of tumult and restructuring at Meta over its A.I. strategy. Mr. Zuckerberg, 41, is sparing no expense and is willing to upend his company to stay relevant in A.I. as the leading edge of the sector has boiled down to a few key players. How Meta will fare is being closely watched, as the A.I. race creates new winners and losers.

Mr. Zuckerberg's determination was evident in June after Meta struggled to advance its newest A.I. models. That month, the company announced a superintelligence lab dedicated to creating an A.I. more powerful than the human brain. Meta invested $14.3 billion in the start-up Scale AI and brought on Alexandr Wang, its chief executive, as its new chief A.I. officer. Meta also offered some nine-figure pay packages to hire researchers from rivals like OpenAI and Google, igniting a Silicon Valley poaching war.

In an investor call last month, Mr. Zuckerberg said he was betting on superintelligence to usher in "a new era of individual empowerment," adding that A.I. has already improved Meta's core advertising business. The company said its capital expenditures could be as much as $72 billion this year, most of which would go toward building data centers and hiring A.I. researchers.

A Meta spokeswoman declined to comment. Some details of the restructuring were previously reported by The Information.

Since Mr. Zuckerberg created the superintelligence team under Mr. Wang, tensions have surfaced. Mr. Wang's team is focused on creating the company's most powerful A.I. model, known as a "frontier model," two people with knowledge of the matter said.

The new team has discussed making Meta's next A.I. model "closed," which would be a departure from the company's longtime philosophy of "open sourcing" its models. A closed model keeps its underlying technology secret, while an open-source model can be built upon by other developers. The new team has chosen to abandon Meta's previous frontier model, called Behemoth, and start from scratch on a new model, the people said. Behemoth's release was delayed last spring after disappointing performance tests, one person said.

As Meta has spent billions to bring in A.I. talent, some members of the old guard have chafed at the new hires, three people with knowledge of the matter said.

In July, Meta named Shengjia Zhao, an OpenAI researcher and co-creator of its ChatGPT chatbot, as its chief A.I. scientist. In recent weeks, Mr. Zhao has had a line of Meta's old A.I. researchers and employees outside his office, where he has questioned them about their past work while interviewing them for new roles, one person said.

Nat Friedman, the former chief executive of GitHub, and Daniel Gross, who previously ran a start-up called Safe Superintelligence, will lead development of new A.I. features under the products and applied research division, two of the people said.

There has been personnel churn. Joelle Pineau, a leading computer scientist at Meta, left the company this year and later joined Cohere, an A.I. start-up. Angela Fan, a research scientist who worked on Meta's open source A.I. model known as Llama, recently left for OpenAI. Loredana Crisan, a vice president of generative A.I., is also leaving the company to join the software company Figma as chief design officer, two people said.

Some longtime A.I. leaders have stayed put. Rob Fergus, who co-founded Meta's A.I. research division in 2014, will continue as day-to-day head of the company's Fundamental AI Research lab, or FAIR, the people said. The FAIR division is responsible for advancing A.I. technology through open-source research. Ahmad Al-Dahle and Amir Frenkel, who worked on generative A.I. products, are reporting to Mr. Wang and focusing on strategic A.I. initiatives.

## *Some of the old guard are said to be chafing at the new hires.*

---

# For Now, No Tariff Exemption for Europe's Wine and Spirits

By Jeanna Smialek, Tony Romm
and Julie Creswell

European Union negotiators have been arguing for weeks that America should not apply a 15 percent tariff to wine and spirits and instead maintain a longstanding tradition of keeping alcohol tariffs at zero on both sides of the Atlantic.

But as the United States and the 27-nation bloc move closer to a final text of their recently struck trade agreement, it looks increasingly unlikely that alcohol will catch a break.

Irish whiskey, Italian Prosecco, French Cognac and all other alcohol imports from the European Union will still face tariffs for now, according to a White House official who spoke on the condition of anonymity, adding that the two sides will not carve out those products in their initial deal.

The written draft of the trade agreement is still under negotiation and isn't final. But this deep into the process, the reality that no exemption has been agreed to does not bode well for the alcohol industry. For many spirits producers in Europe, America has a major — if not the single most important — customer base.

President Trump and Ursula von der Leyen, the president of the European Union's executive branch, agreed last month to a trade deal that would apply 15 percent across-the-board tariffs to a range of products coming from the bloc's member countries into the United States. But from the start, European Union officials have made it clear that they would continue to push for an exemption for alcohol and spirits. While European leaders expected some products to get exemptions and face lower tariffs, alcohol was not initially on that list.

Negotiators have spent weeks haggling over the specifics of the deal, as they have tried to formalize what Mr. Trump and Ms. von der Leyen agreed to orally into text. That document would not be legally binding, but it would be the first step toward making the handshake agreement concrete.

That process is now drawing closer to completion. The American side recently sent its European counterparts a draft outline,


STEPHANE MAHE/REUTERS
It looks like alcohol from Europe will be subject to a 15 percent tariff.

and Olof Gill, a spokesman for the European Commission, said at a news conference on Tuesday in Brussels that European trade negotiators had sent an edited version of the text back to Washington.

But alcohol is still not part of the agreed-upon deal, and it increasingly appears that European negotiators are giving up on getting an exemption into this round of negotiations.

While 15 percent tariffs would be nowhere near as crippling as the 200 percent levies Mr. Trump at one point threatened to impose on European alcohol exporters, they are a major departure from nearly three decades of the industry's typically facing no tariffs. And they would come after weeks in which industry groups said they were optimistic that some sort of carve-out for wine and spirits could be achieved.

Asked to comment, Mr. Gill said that "the European Commission remains determined to secure the maximum number of carve-outs."

European producers have warned that the consequences of leaving alcohol tariffs at 15 percent could be grave. The Federation of French Wine and Spirits Exporters had previously said a failure to secure an exemption would create an "extremely violent shock."

The American liquor industry has also warned that the 15 percent tariff could affect businesses and jobs. American spirits producers often worry that the European Union will hit them with retaliatory tariffs — which has happened before.

Plus, many alcohol companies are multinationals with business lines that span national borders.

"The U.S. hospitality industry thrives with fair and reciprocal trade with zero-for-zero tariffs on spirits," Chris Swonger, the president and chief executive of the Distilled Spirits Council of the United States, said by email. "A 15 percent tariff on E.U. spirits imports will intensify pressure on U.S. restaurants and bars already reeling from rising costs and slowing spirits sales."

Mary Taylor, the owner of Mary Taylor Wine, wasn't surprised by the lack of progress toward lower tariffs, but was certainly frustrated. She has been importing wines from Europe for years, and on Tuesday morning she paid $40,000 in tariffs on an order that had arrived, on top of other fees.

She estimated that the new tariff was a third of her potential profits from the shipment. While she understands the desire to make American wines more competitive, she said they were just not the same.

"For the price point, you cannot replace European wine with American wine," Ms. Taylor said.

---

[Legal notice — In the United States Bankruptcy Court for the District of Delaware, In re: AT HOME GROUP INC., et al., Chapter 11, Case No. 25-11120 (JKS) (Jointly Administered). Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. and related debtor information, claims bar dates, voting procedures, and related bankruptcy notices.]