# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) |
|  | ) Case No. 25-11120 (JKS) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) **Re:  Docket Nos. 15, 126, 345** |

## NOTICE OF FILING OF ADDITIONAL STORE CLOSING LIST

**PLEASE TAKE NOTICE** that on July 18, 2025, the Court entered the *Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 345] (the "<u>Final Order</u>").[2]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is:  9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 15].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 36 the Final Order, the Debtors may seek to conduct Sales at Additional Closing Stores by filing a "list including such Additional Closing Stores (as well as the date by which the Debtors anticipate Sales to conclude at such Additional Closing Store) with [the] Court." *See* Final Order ¶ 36.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby notify you by this written notice (this "Store Closing Notice") of the Debtors' intent to conduct the Sales at the Stores listed on the Additional Closing Store List attached hereto as **Exhibit A** (the "Additional Closing Store List").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 37 of the Final Order, parties seeking to object to the application of the Final Order to the Additional Closing Store must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is *actually received* by the following parties no later than seven calendar days after the date that the Debtors served this Store Closing Notice:  (a) the Debtors, At Home Group Inc., 9000 Cypress Waters Blvd, Coppell, Texas 75019, Attn.: Meredith Hampton; (b) counsel to the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.:  Nicole L. Greenblatt, P.C. (nicole.greenblatt@kirkland.com); Matthew C. Fagen, P.C. (matthew.fagen@kirkland.com); and Elizabeth H. Jones (elizabeth.jones@kirkland.com); and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn.: Robert S. Brady (rbrady@ycst.com); Edwin J. Harron (eharron@ycst.com); and Joseph A. Mulvihill (jmulvihill@ycst.com); (c) counsel to the Prepetition ABL Agent, (i) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn.: Kevin J. Simard (ksimard@choate.com) and Mark D. Silva (msilva@choate.com); and (ii) Reed Smith LLP, 1201 North Market Street, Suite

1500, Wilmington, DE 19801, Attn.: Kurt F. Gwynne (kgwynne@ReedSmith.com); (d) Counsel to the Agent, (i) Riemer Braunstein LLP, Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, Attn.: Steven Fox (SFox@riemerlaw.com); and (ii) Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 N. Market Street, Suite 5400, Wilmington, Delaware 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); (e) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Jon Lipshie (jon.lipshie@usdoj.gov) and Megan Seliber (megan.seliber@usdoj.gov); and (f) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Bradford J. Sandler (bsandler@pszjlaw.com), Shirley S. Cho (scho@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com), and Theodore S. Heckel (theckel@pszjlaw.com) (collectively, the "Notice Parties"). *See* Final Order ¶ 37.

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 37 of the Final Order, absent an objection being timely filed, "the Debtors are authorized, pursuant to sections 105(a), and 363(b) and (f) of the Bankruptcy Code, to proceed with conducting the Sales at the Additional Closing Stores in accordance with [the] Final Order, the Sale Guidelines, the Agency Agreement, and any Side Letter, if applicable." *See* Final Order ¶ 37. The Sale Termination Date at the Additional Closing Stores shall be no later than October 25, 2025. For the avoidance of doubt, the changes to the customer policies set forth in paragraphs 38–42 of the Final Order shall apply to the Additional Closing Stores.

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 37 of the Final Order, if an objection to the application of the Final Order to any Store or Stores included on the Additional Closing Store List is timely filed and not resolved, the application of the Final Order to

such Store or Stores will be considered by the Court at the next regularly scheduled omnibus hearing, subject to the rights of any party to seek relief on an emergency basis on shortened notice, to the extent necessary.  *See* Final Order ¶ 37.

Dated:  August 21, 2025
Wilmington, Delaware

/s/ Joseph A. Mulvihill

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert S. Brady (DE Bar No. 2847) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Edwin J. Harron (DE Bar No. 3396) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Joseph A. Mulvihill (DE Bar No. 6061) | Elizabeth H. Jones (admitted *pro hac vice*) |
| Rodney Square | 601 Lexington Avenue |
| 1000 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:     (212) 446-4800 |
| Telephone:     (302) 571-6600 | Facsimile:     (212) 446-4900 |
| Facsimile:     (302) 571-1253 | Email:          nicole.greenblatt@kirkland.com |
| Email:          rbrady@ycst.com | matthew.fagen@kirkland.com |
| eharron@ycst.com | elizabeth.jones@kirkland.com |
| jmulvihill@ycst.com | |

*Co-Counsel for the Debtors and Debtors in Possession*          *Co-Counsel for the Debtors and Debtors in Possession*

## **Exhibit A**

**Additional Closing Store List**

| Count | Store # | Store Address | City | State | Zip | Landlord |
|-------|---------|---------------|------|-------|-----|----------|
| 1 | 189 | 2100 South Randall Road | Geneva | Illinois | 60134 | Geneva Center 2015 LLC |
| 2 | 263 | 2201 Zeier Road | Madison | Wisconsin | 53704 | Slow, LLC (Flintlock Capital, LLC) |