IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: Docket No. 346 & 476 |

**NOTICE OF REMOVAL OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES FROM THE NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON SCHEDULE 1 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on July 18, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 346] (the "Procedures Order").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contacts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 21].

**PLEASE TAKE FURTHER NOTICE** that, on August 6, 2025, the Debtors filed the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 476] (the "First Rejection Notice"), by which the Debtors gave notice that the Contracts set forth on Schedule 2 attached thereto are rejected as of August 30, 2025 (the "Rejection Date").[3]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, no Contract shall be deemed rejected absent entry of an applicable Rejection Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2.g. of the Procedures Order, "the Debtors reserve the right to remove any Contract from the schedule to a Rejection Notice at any time prior to the applicable Rejection Date but shall provide any affected Rejection Counterparty and the Master Notice Parties with notice of the removal of any Contract from the Rejection Notice (email being sufficient) as soon as reasonably practicable after such removal, but in any event, no more than two business days after such removal."

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby notify you that they have determined that, in an exercise of their business judgement, each Contract set forth on **Schedule 1** attached hereto, is hereby removed from Schedule 2 of the First Rejection Notice and deemed to not be rejected.

---

[3] Contemporaneously herewith the Debtors filed the *Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* which provides that the Contracts set forth on Schedule 2 attached thereto, which are the same Contracts set forth on **Schedule 1**, are rejected as of September 30, 2025.

Dated: August 27, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

Robert S. Brady (DE Bar No. 2847)  
Joseph M. Mulvihill (DE Bar No. 6061)  
Timothy R. Powell (DE Bar No. 6894)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone:  (302) 571-6600  
Facsimile:  (302) 571-1253  
Email:  rbrady@ycst.com  
  jmulvihill @ycst.com  
  tpowell@ycst.com  

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)  
Matthew C. Fagen, P.C. (admitted *pro hac vice*)  
Elizabeth H. Jones (admitted *pro hac vice*)  
601 Lexington Avenue  
New York, New York 10022  
Telephone:  (212) 446-4800  
Facsimile:  (212) 446-4900  
Email:  nicole.greenblatt@kirkland.com  
  matthew.fagen@kirkland.com  
  elizabeth.jones@kirkland.com  

*Co-Counsel for the Debtors and Debtors in Possession*     *Co-Counsel for the Debtors and Debtors in Possession*

**Schedule 1**

| Counterparty | Description of Contract[1] | Store Number | Physical Address |
|---|---|---|---|
| Transform Leaseco LLC | Sublease dated March 15, 2021 | 318 | 2505 El Camino Real Tustin, CA 92782 |
| Transform Lease OpCo LLC | Sublease dated February 8, 2021 | 265 | 2200 Harbor Blvd Costa Mesa, CA 92627 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.