# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. Docket Nos. 346 & 476 |

## CERTIFICATION OF COUNSEL REGARDING *REVISED* PROPOSED ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

On August 6, 2025, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [D.I. 476] (the "Notice") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order approving the Notice was attached thereto as Schedule 3 (the "Proposed Order").

Pursuant to the Notice, any objections or responses to entry of the Proposed Order were to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

be filed and served by August 20, 2025, at 4:00 p.m. (ET) (as may have been extended by the Debtors for any party, the "Objection Deadline"). No answer, objection, or other responsive pleading to the Notice has been received prior to the Objection Deadline. The Debtors have removed two unexpired leases from the "Rejection Schedule" attached to the Proposed Order as Exhibit 1 (the "Rejection Schedule") pursuant to the *Notice of Removal of Certain Executory Contracts and/or Unexpired Leases from the Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [D.I. 562]. The Proposed Order with the revised Rejection Schedule, attached thereto as Exhibit 1 (the "Revised Rejection Schedule"), is attached hereto as **Exhibit A** (the "Revised Proposed Order"). For the convenience of the Court and other interested parties, a blackline comparing the Revised Rejection Schedule against the Rejection Schedule is attached hereto as **Exhibit B**.

As no objections or responses to the Notice have been received, it is hereby respectfully requested that the Revised Proposed Order be entered at the earliest convenience of the Court.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 28, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert S. Brady (DE Bar No. 2847) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Joseph M. Mulvihill (DE Bar No. 6061) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Timothy R. Powell (DE Bar No. 6894) | Elizabeth H. Jones (admitted *pro hac vice*) |
| Rodney Square | 601 Lexington Avenue |
| 1000 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 571-6600 | Telephone: (212) 446-4800 |
| Facsimile: (302) 571-1253 | Facsimile: (212) 446-4900 |
| Email: rbrady@ycst.com | Email: nicole.greenblatt@kirkland.com |
| jmulvihill@ycst.com | matthew.fagen@kirkland.com |
| tpowell@ycst.com | elizabeth.jones@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*   *Co-Counsel for the Debtors and Debtors in Possession*

# EXHIBIT A

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re:  Docket No. 346, 476** |

ORDER APPROVING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 346] (the "Procedures Order")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the United States Bankruptcy Court for the District of Delaware (the "Court") under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is:  9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the schedule attached hereto as **Exhibit 1** (the "Rejection Schedule"), in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the applicable Rejection Date or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided* that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) of the Debtors' surrender of the premises as of the date of such writing and, as applicable, (a) turning over keys issued by the landlord, key codes, and/or security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) that the property has been surrendered and that the keys, key codes, and security codes,

if any, are not available, but the landlord may rekey the leased premises; *provided*, *further*, that the Rejection Date for a lease of non-residential real property rejected pursuant to the Rejection Procedures shall not occur earlier than the date the Debtors filed and served the applicable Rejection Notice.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract. The personal property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such personal property without notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. The rights of the counterparties to each Contract to assert claims for the disposition of the Abandoned Property are reserved, as are all parties' rights to object to such claims. Notwithstanding any other provision of this Order, (a) the Debtors are not authorized to abandon, and are directed to remove, any hazardous materials as defined under applicable law from any leased premises as and to the extent they are required to do so by applicable law, and (b) to the extent the Debtors seek to abandon personal property that contains any "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code, or other personal or confidential information about the Debtors' employees or customers, or any other individual (the "Confidential Information"), the Debtors shall remove the Confidential Information from such property before abandonment.

4. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (b) 11:59 p.m., prevailing Eastern Time, on the date that is 30 days after the later of (i) the Rejection Date, and (ii) the date of entry of an order rejecting the Contract. If no proof of claim is timely filed, such claimant may be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases. Within two business days, or as soon as reasonably practicable thereafter, after entry of this Order, the Debtors will serve this Order on the counterparties to each of the rejected Contracts.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

## Rejection Schedule

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| Kohl's Department Stores, Inc. | Sublease dated January 21, 2020 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 276 | 6135 Junction Blvd, Rego Park, NY 11374 |
| Transform Operating Stores LLC | Sublease dated September 7, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 295 | 300 Baychester Ave, Bronx, NY 10475 |
| Lowe's Home Centers, LLC | Sublease dated March 1, 2020 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 296 | 750 Newhall Dr., San Jose, CA 95110-1106 |
| Transform Lease OPCO LLC | Sublease dated January 29, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 330 | 3795 E Foothills Blvd Pasadena, CA 91107 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] For the avoidance of doubt, the Debtors may in certain instance abandon owned property including the following categories: machinery, material handling, display, storage, processing, IT and electronics, service area, supplies and electronics, and leasehold improvement fixtures, furniture, and equipment.

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| ECP / TPB1, LLC | Lease dated September 2, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 338 | 1982 E 20th St Chico, CA 95928 |
| Pergola LLC and Abraham Properties LLC | Lease dated May 27, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 324 | 2820 Hwy 63 South Rochester, MN 55904-5571 |
| Che Chen Liu & Shu Fen Liu Revocable Trust | Lease dated November 30, 2018 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 223 | 26532 Towne Center Drive Suites A-B Foothill Ranch, CA 92610 |
| BLI Sunset Square LLC | Lease dated January 25, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 234 | 1001 E Sunset Drive Bellingham, WA 98226 |
| Spirit Realty LP | Lease dated July 8, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 257 | 8320 Delta Shores Circle S. Sacramento, CA 95832 |
| Brixmor Middletown Plaza Owner, LLC | Lease dated August 31, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 342 | 1361 NJ-35 Middletown Township, NJ 07748 |

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| Transform Lease OPCO LLC | Sublease dated November 2, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 229 | 2900 N Bellflower Blvd Long Beach, CA 90815 |
| BT Pleasant Hills LP | Lease dated January 20, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 331 | 720 Clairton Blvd Pittsburgh, PA 15236 |
| YAKIMA THEATRES, INC. | Lease dated September 18, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 290 | 2530 Rudkin Road Yakima, WA 98903 |
| Shrewsbury Crossing II, LLC | Lease dated November 10, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 325 | 571 Boston Turnpike Shrewsbury, MA 1545 |
| Peoria New Mall LLC | Lease dated February 21, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 370 | 5203 W War Memorial Dr Peoria, IL 61615 |
| Manassas Real Estate Ventures, LLC | Lease dated May 12, 2015 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 127 | 8300 Sudley Rd. Manassas, VA 20109 |

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| UE Ledgewood LLC | Lease dated June 9, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 322 | 461 Route 10 East Ledgewood, NJ 07852 |
| 905 South 24th Street West Owner LLC | Lease dated December 11, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 281 | 905 S 24th Street W. Billings, MT 59102 |
| Brixmor SPE 3 LLC | Lease dated April 30, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 266 | 13180 S Cicero Avenue Crestwood, IL 60445 |
| Oleta Partners Biscayne Parcel LLC | Lease dated December 02, 2020 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 274 | 14585 Biscayne Blvd North Miami, FL 33181 |

## **EXHIBIT B**

**Blackline**

**Exhibit 1**

**Rejection Schedule**

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| Kohl's Department Stores, Inc. | Sublease dated January 21, 2020 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 276 | 6135 Junction Blvd, Rego Park, NY 11374 |
| Transform Operating Stores LLC | Sublease dated September 7, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 295 | 300 Baychester Ave, Bronx, NY 10475 |
| Lowe's Home Centers, LLC | Sublease dated March 1, 2020 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the | August 30, 2025 | 296 | 750 Newhall Dr., San Jose, CA 95110-1106 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] For the avoidance of doubt, the Debtors may in certain instance abandon owned property including the following categories: machinery, material handling, display, storage, processing, IT and electronics, service area, supplies and electronics, and leasehold improvement fixtures, furniture, and equipment.

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| ~~Transform Leaseco LLC~~ | ~~Sublease dated March 15, 2021~~ | ~~Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure~~ | ~~August 30, 2025~~ | ~~318~~ | ~~2505 El Camino Real Tustin, CA 92782~~ |
| ~~Transform Operating Stores LLC~~ | ~~Sublease dated February 8, 2021~~ | ~~Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure~~ | ~~August 30, 2025~~ | ~~265~~ | ~~2200 Harbor Blvd Costa Mesa, CA 92627~~ |
| Transform Lease OPCO LLC | Sublease dated January 29, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 330 | 3795 E Foothills Blvd Pasadena, CA 91107 |
| ECP / TPB1, LLC | Lease dated September 2, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 338 | 1982 E 20th St Chico, CA 95928 |
| Pergola LLC and Abraham Properties LLC | Lease dated May 27, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 324 | 2820 Hwy 63 South Rochester, MN 55904-5571 |
| Che Chen Liu & Shu Fen Liu Revocable Trust | Lease dated November 30, 2018 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 223 | 26532 Towne Center Drive Suites A-B Foothill Ranch, CA 92610 |

6

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| BLI Sunset Square LLC | Lease dated January 25, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 234 | 1001 E Sunset Drive Bellingham, WA 98226 |
| Spirit Realty LP | Lease dated July 8, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 257 | 8320 Delta Shores Circle S. Sacramento, CA 95832 |
| Brixmor Middletown Plaza Owner, LLC | Lease dated August 31, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 342 | 1361 NJ-35 Middletown Township, NJ 07748 |
| Transform Lease OPCO LLC | Sublease dated November 2, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 229 | 2900 N Bellflower Blvd Long Beach, CA 90815 |
| BT Pleasant Hills LP | Lease dated January 20, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 331 | 720 Clairton Blvd Pittsburgh, PA 15236 |
| YAKIMA THEATRES, INC. | Lease dated September 18, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 290 | 2530 Rudkin Road Yakima, WA 98903 |
| Shrewsbury Crossing II, | Lease dated | Any miscellaneous furniture, | August 30, 2025 | 325 | 571 Boston |

7

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| LLC | November 10, 2021 | fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | | | Turnpike Shrewsbury, MA 1545 |
| Peoria New Mall LLC | Lease dated February 21, 2022 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 370 | 5203 W War Memorial Dr Peoria, IL 61615 |
| Manassas Real Estate Ventures, LLC | Lease dated May 12, 2015 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 127 | 8300 Sudley Rd. Manassas, VA 20109 |
| UE Ledgewood LLC | Lease dated June 9, 2021 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 322 | 461 Route 10 East Ledgewood, NJ 07852 |
| 905 South 24th Street West Owner LLC | Lease dated December 11, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 281 | 905 S 24th Street W. Billings, MT 59102 |
| Brixmor SPE 3 LLC | Lease dated April 30, 2019 | Any miscellaneous furniture, fixtures, and equipment, as well as de minimis property that was unsold and remain on the premises following store closure | August 30, 2025 | 266 | 13180 S Cicero Avenue Crestwood, IL 60445 |
| Oleta Partners Biscayne Parcel LLC | Lease dated December 02, 2020 | Any miscellaneous furniture, fixtures, and equipment, as well | August 30, 2025 | 274 | 14585 Biscayne Blvd |

| Rejection Counterparty | Description of Contract[1] | Abandoned Property[2] | Rejection Date | Store Number | Physical Address |
|---|---|---|---|---|---|
| | | as de minimis property that was unsold and remain on the premises following store closure | | | North Miami, FL 33181 |