**IN THE U.S. Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| At Home Group, Inc. | ) Case Number: 25-11120 |
| | ) |
| Debtors. | ) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>Show-Me Plastics, Inc.</u>
Name of Transferor

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule Amount: <u>$9,130.22</u>

Phone: (816) 898-2545
Last four digits of Acct.#   N/A

<u>Name and Current Address of Transferor</u>:
Show-Me Plastics, LLC.
7333 Jack Newell Blvd N, Suite 200
FT Worth, TX 76118

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                             Date: <u>August, 28, 2025</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: At Home Stores LLC
Case No. 25-11157 (the "Debtor")
(Jointly administered under At Home Group, Inc. et al., Case No. 25-11120)

Claim #N/A

**Show-Me Plastics, LLC,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its claim in the amount of **USD$9,130.22** ("Claim"), as listed in the Debtors schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28th DAY OF August, 2025.

**ASSIGNOR: Show-Me Plastics, LLC**

*Signed by: Sean Coleman*
(Signature)

Sean Coleman
(Print Name)

Owner
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|
| 3.856 | SHELL ENERGY ITA : STORE 197 MANCHESTER, CT PO BOX 21240 NEW YORK, NY 10087 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $969.39 |
| 3.857 | SHELL ENERGY ITA : STORE 198 EVANSVILLE, IN PO BOX 21240 NEW YORK, NY 10087 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $1,621.80 |
| 3.858 | SHELL ENERGY NORTH AMERICA - UNITED STATES : STORE 291 NORTH HAVEN, CT PO BOX 21240 NEW YORK, NY 10087 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $2,838.38 |
| 3.859 | SHI INTERNATIONAL CORP PO BOX 952121 DALLAS, TX 75395 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $10,396.63 |
| 3.860 | SHOPPERTRAK RCT CORPORATION 6564 SOLUTION CENTER CHICAGO, IL 60677-6005 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $83,060.26 |
| 3.861 | SHOW-ME PLASTICS 7333 JACK NEWELL BLVD N STE 200 FT WORTH, TX 76118 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $9,130.22 |
| 3.862 | SIERRA WIRELESS AMERICA INC PO BOX 123327 DALLAS, TX 75312-3327 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $59,951.61 |
| 3.863 | SIOUX FALLS UTILITIES : STORE 273 SIOUX FALLS, SD PO BOX 7401 SIOUX FALLS, SD 571177401 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $1,093.56 |
| 3.864 | SOOTER PLUMBING AND MECHANICAL LLC 204 E 5TH AVE AUGUSTA, KS 67010 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $1,418.04 |
| 3.865 | SOUTHERN BOTANICAL 3151 HALIFAX ST, SUITE 100 DALLAS, TX 75247 | | ☐ ☑ ☐ | TRADE PAYABLE | ☐ | $9,890.11 |
| 3.866 | SOUTHERN CALIFORNIA EDISON : STORE 229 LONG BEACH, CA PO BOX 1897 HATTIESBURG, MS 394031897 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $10,146.07 |
| 3.867 | SOUTHERN CALIFORNIA EDISON : STORE 237 TEMECULA, CA PO BOX 1897 HATTIESBURG, MS 394031897 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $8,562.55 |
| 3.868 | SOUTHERN CALIFORNIA EDISON : STORE 318 TUSTIN, CA | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $17,373.04 |