IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

STATE OF CALIFORNIA    }
                                } ss.:
COUNTY OF LOS ANGELES }

Darleen Sahagun, being duly sworn, deposes and says:

1. I am employed by Omni Agent Solutions, Inc., located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2025, I caused to be served the:

   a. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [Docket No. 536],

   b. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [Docket No. 537], (The "Confirmation Hearing Notice"),

   c. Company Cover Letter with a QR Code and URL to the Order, and Combined Disclosure Statement and Plan of Liquidation of At Home Group Inc. Under Chapter 11 of the Bankruptcy Code (the "Company Cover Letter"),

   d. Committee Plan Support Letter, (the "Committee Plan Support Letter"),

   (2a – 2d referred to as the "Solicitation Package")

   e. Ballot For Voting to Accept or Reject the Joint Plan Reorganization of At Home Group Inc. and Its Debtor Affiliates, (the "Class 9 Ballot"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

By causing true and correct copies to be served via the method set forth to the names and addresses of the parties listed as follows:

- The Solicitation Package, Class 9 Ballot, and Envelope to those parties on the annexed **Exhibit A**.

Dated: September 2, 2025

_____
Darleen Sahagun
Omni Agent Solutions, Inc.

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 2nd day of September, 20 25 by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| AEI Exchange Services Inc. as Administrator | c/o Fredrikson & Byron, P.A. | Attn: Sam Andre | 60 S 6th St, Ste 1500 | Minneapolis, MN 55402 | First Class Mail |
| AEI Exchange Services Inc. as Administrator | c/o Fredrikson & Byron, P.A. | Attn: Sam Andre | 60 S 6th St, Ste 1500 | Minneapolis, MN 55402 | First Class Mail |
| Ameren Illinois | 2105 E State Rte 104 | Pawnee, IL 62558 | | | First Class Mail |
| Bml Rec, LLC | 14301 Fnb Pkwy, Ste 100 | Omaha, NE 68154 | | | First Class Mail |
| BrightRidge | 2600 Boones Creek Rd | Johnson City, TN 37615 | | | First Class Mail |
| CDE Lightband | 2021 Wilma Rudolph Blvd | Clarksville, TN 37040 | | | First Class Mail |
| Cellco Partnership d/b/a Verizon Wireless | Attn: William M Vermette | 22001 Loudoun County Pkwy | Ashburn, VA 20147 | | First Class Mail |
| City of Corpus Christi | Attn: Bankruptcy Attorney | P.O. Box 9277 | Corpus Christi, TX 78469 | | First Class Mail |
| Cornell Storefront Systems, Inc | c/o Coface North America Insurance Company | 600 College Rd E, Ste 1110 | Princeton, NJ 08540 | | First Class Mail |
| ECM Transport | c/o Citizens | 1 Citizens Dr | Riverside, RI 02915 | | First Class Mail |
| Everon, LLC | 4221 W John Carpenter Fwy | Irving, TX 75063 | | | First Class Mail |
| Geneva Center 2015 LLC | 3333 Richmond Rd, Ste 350 | Beachwood, OH 44122 | | | First Class Mail |
| Global Security Solutions LLC | 598 Hillsboro Technology Dr | Deerfield, FL 33441 | | | First Class Mail |
| Goodrich New Hartford LLC Store 183 | 560 Sylvan Ave, Ste 2100 | Englewood Cliffs, NJ 07632 | | | First Class Mail |
| Horizon Real Estate Group, Inc Store 177 | 2944 N 44th St, Ste 200 | Phoenix, AZ 85018 | | | First Class Mail |
| Hub Group, Inc. | Attn: William O'Hara | 2001 Hub Group Way | Oak Brook, IL 60523 | | First Class Mail |
| Jersey Central Power & Light | 101 Crawford's Corner Rd, Bldg 1, Ste 1-511 | Holmdel, NJ 07733 | | | First Class Mail |
| KB Riverdale, LLC | P.O. Box 212839 | Augusta, GA 30917 | | | First Class Mail |
| Kid Toc LLC Dba Villa Imports | 5006 Arthur St | Hollywood, FL 33021 | | | First Class Mail |
| Mediterranea Lifestyle SL | c/o Coface North America Insurance Company | 600 College Rd E, Ste 1110 | Princeton, NJ 08540 | | First Class Mail |
| Occupancy Cost Audit Group, Inc | 16400 Pacific Coast Hwy, Ste 221 | Huntington Beach, CA 92649 | | | First Class Mail |
| Pal Associates Harrisburg LLC | 1 Wayne Hills Mall | Wayne, NJ 07470 | | | First Class Mail |
| Penelec | 101 Crawfords Corner Rd, Bldg 1, Ste 1-511 | Holmdel, NJ 07733 | | | First Class Mail |
| Rebecca Sabo | c/o Marthis Marifian & Richter Ltd | Attn: Robert Breidenbach | 23 Public Sq, Ste 300 | Belleville, IL 62222 | First Class Mail |
| Redacted Name | Address Redacted | | | | First Class Mail |
| Rimini Street, Inc. | Attn: Scott S Hoffmann | 1700 S Pavilion Ctr Dr, Ste 330 | Las Vegas, NV 89135 | | First Class Mail |
| Shelby County Trustee | P.O. Box 2751 | Memphis, TN 38101 | | | First Class Mail |
| Sobel Westex | Attn: Rubi Felix | 2670 S Western Ave | Las Vegas, NV 89109 | | First Class Mail |
| Solo Brands, LLC | 1001 Mustang Dr | Grapevine, TX 76051 | | | First Class Mail |
| Spectrum | 1600 Dublin Rd | Columbus, OH 43215 | | | First Class Mail |
| The NCC NY LLC | 57 Girard Ave | W Long Branch, NJ 07764 | | | First Class Mail |
| USA Debt Recovery Solution, Inc. assignee of Hangzhou Tianyuan Pet Products Co., Ltd | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | | First Class Mail |
| USA Debt Recovery Solutions, Inc. assignee of Sun Rich (Asia) Ltd | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | | First Class Mail |
| Wayne West Realty LLC | 10689 N Pennsylvania St, Ste 100 | Indianapolis, IN 46280 | | | First Class Mail |
| Werner Enterprises Inc | 39365 Treasury Ct | Chicago, IL 60694 | | | First Class Mail |
| WGSN LLC | 1411 Broadway 17th Fl | New York, NY 10018 | | | First Class Mail |

AT HOME GROUP INC., et al., (Case No. 25-11120)