**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

STATE OF CALIFORNIA      }
                                         } ss.:
COUNTY OF LOS ANGELES }

Randy Lowry, being duly sworn, deposes and says:

1.  I am employed by Omni Agent Solutions, Inc., located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 27, 2025, I caused to be served the:

    a.  Order Approving (I) the Adequacy of the Disclosure Statement, (II) The Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [Docket No. 536],

    b.  Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [Docket No. 537], (The "Confirmation Hearing Notice"),

    c.  Company Cover Letter with a QR Code and URL to the Order, and Combined Disclosure Statement and Plan of Liquidation of At Home Group Inc. Under Chapter 11 of the Bankruptcy Code (the "Company Cover Letter"),

    d.  Committee Plan Support Letter, (the "Committee Plan Support Letter"),

    (2a – 2d referred to as the "Solicitation Package")

    e.  Ballot For Voting to Accept or Reject the Joint Plan Reorganization of At Home Group Inc. And Its Debtor Affiliates, (the "Class 9 Ballot"),

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

By causing true and correct copies to be served via the method set forth to the names and addresses of the parties listed as follows:

- The Solicitation Package, Class 9 Ballot, and Envelope to those parties on the annexed **Exhibit A**.

Dated: September 3, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.

{State of California            }
{                               } ss.
{County of Los Angeles          }

Subscribed and sworn to (or affirmed) before me on this 3rd day of September 2025, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|------|---------|---|---|-------------------|
| Arch Painting, Inc | 1 Presidential Way, Ste 109 | Woburn, MA 01801 | | First Class Mail |
| Better Home Plastics Corp. | 439 Commercial Ave | Palisades Park, NJ 07650 | | First Class Mail |
| CrossCom National LLC | 900 Deerfield Pkwy | Buffalo Grove, IL 60089 | | First Class Mail |
| Elsie Muse | Address Redacted | | | First Class Mail |
| Glenda Wagner | c/o Babcock Moore & Lambert, PLC | Attn: Tina Carmen Babcock | 4460 Corporation Ln, Ste 210 | Virginia Beach, VA 23462 | First Class Mail |
| Jeffrey Evans | Address Redacted | | | First Class Mail |
| Life Safety Engineered Systems | 60 Sonwil Dr | Buffalo, NY 14225 | | First Class Mail |
| Mary Jane Broussard | Address Redacted | | | First Class Mail |
| National Cart Co LLC | 3125 Boschertown Rd | St Charles, MO 63301 | | First Class Mail |
| Neal Cohen Law LLC | 6930 Carroll Ave, Ste 423 | Takoma Park, MD 20912 | | First Class Mail |
| Open Road Brands, LLC | 3718 N Rock Rd, Ste 500 | Wichita, KS 67226 | | First Class Mail |
| Pal Assoc Harrisburg LLC Store 212 | 1 Wayne Hills Mall | Wayne, NJ 07470 | | First Class Mail |
| Pebb PBG, LLC | c/o Shraiberg Page PA | Attn: Bradley Shraiberg, Esq | 2385 NW Executive Center Dr, Ste 300 | Boca Raton, FL 33431 | First Class Mail |
| R and M Retail, LP | c/o V3 Capital Group, LLC | 496 S Hunt Club Blvd | Apopka, FL 32703 | First Class Mail |
| Smartworks Consumer Products | 800-B Apgar Dr | Somerset, NJ 08873 | | First Class Mail |
| Superclean Service Company, Inc. | P.O. Box 551802 | Dallas, TX 75355 | | First Class Mail |
| Totes Isotoner Corp | 9655 International Blvd | Cincinnati, OH 45246 | | First Class Mail |
| Trussville Gas & Water, AL | Store 155 Trussville, AL | P.O. Box 836 | Trussville, AL 35173-0836 | First Class Mail |
| Ty Inc (Dom) | 280 Chestnut Ave | Westmont, IL 60559 | | First Class Mail |
| Wayne West Realty LLC | 10689 N Pennsylvania St, Ste 100 | Indianapolis, IN 46280 | | First Class Mail |
| Whitehall Township Authority | 1901 Schadt Ave | Whitehall, PA 18052-3728 | | First Class Mail |