# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) |
|  | ) Case No. 25-11120 (JKS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

## NOTICE OF AMENDMENT TO THE SCHEDULES OF ASSETS AND LIABILITIES FOR AT HOME PROCUREMENT INC.

**PLEASE TAKE NOTICE** that, on August 4, 2025, At Home Procurement Inc. ("Debtor Procurement") filed its *Schedules of Assets and Liabilities* [Docket No. 465] (the "Schedule") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that Debtor Procurement hereby amends Schedule E/F, Part 2 to update the name of Home Fashions International, listed at 3.154 of the Schedule (the "Schedule Amendment"). The amended Schedule (the "Amended Schedule") is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that the Amended Schedule remains subject in all respects to the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed with the Schedule.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the bar date order [Docket No. 449], any creditor affected by the Amended Schedule may file a proof of claim or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

amend any previously filed proof of claim in respect of the Amended Schedule on or before October 3, 2025.  For the avoidance of doubt, *only* the creditors affected by the Amended Schedule shall be permitted to file a proof of claim or amend any previously filed proof of claim on or before October 3, 2025.

**PLEASE TAKE FURTHER NOTICE** that, except for the Schedule Amendment, no changes have been made to the Schedule since it was originally filed.  Debtor Procurement reserves all rights with respect to the Amended Schedule.

Dated:  September 3, 2025

Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Robert S. Brady (DE Bar No. 2847) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Joseph M. Mulvihill (DE Bar No. 6061) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Timothy R. Powell (DE Bar No. 6894) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Rodney Square | Elizabeth H. Jones (admitted *pro hac vice*) |
| 1000 North King Street | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone:    (302) 571-6600 | Telephone:    (212) 446-4800 |
| Facsimile:    (302) 571-1253 | Facsimile:    (212) 446-4900 |
| Email:           rbrady@ycst.com | Email:           nicole.greenblatt@kirkland.com |
|                       jmulvihill@ycst.com |                       matthew.fagen@kirkland.com |
|                       tpowell@ycst.com |                       elizabeth.jones@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

## Exhibit 1

**Amended Schedule**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|

**Trade Payable**

| | | | | | |
|---|---|---|---|---|---|
| 3.1 HOME FASHIONS INTERNATIONAL LLC / SHANGHAI ORIENT WEST DECORATIVE FABRICS CO., LTD<br>859 VICTORY TRAIL ROAD<br>GAFFNEY, SC 29340 | | ☐ ☐ ☐ | TRADE PAYABLE | ☐ | $2,188,773.51 |

**Trade Payable Total:** $2,188,773.51

3. **Total: All Creditors with NONPRIORITY Unsecured Claims** — **$2,188,773.51**

| **Fill in this information to identify the case and this filing:** |
|---|
| Debtor Name: At Home Procurement Inc. |
| United States Bankruptcy Court: DELAWARE |
| Case Number (if known): 25-11154 (JKS) |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571**

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- [ ] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [x] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [ ] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- [ ] Schedule H: Codebtors (Official Form (206H)
- [ ] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [x] Amended Schedule
- [ ] Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** 09/03/2025

**Signature:** /s/ Jeremy Aguilar        Jeremy Aguilar, Chief Financial Officer
                                        **Name and Title**

Declaration and Signature - Page 1 of 1