IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 29, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **First Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From June 16, 2025 Through July 31, 2025 [Docket No. 582]**

- **First Monthly Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors In Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of June 16, 2025 Through July 31, 2025 [Docket No. 584]**

Dated: September 4, 2025

_____
Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 4th day of September, 20 25, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Attention | Address | | Email | Method of Service |
|---|---|---|---|---|---|
| At Home Group Inc. | Attn: Meredith Hampton | 9000 Cypress Waters Blvd | Coppell, TX 75019 | | First Class Mail |
| Choate, Hall & Stewart LLP | Kevin J. Simard | | | ksimard@choate.com | Email |
| Choate, Hall & Stewart LLP | Mark D. Silva | | | msilva@choate.com | Email |
| Dechert LLP | Stephen Zide | | | stephen.zide@dechert.com | Email |
| Dechert LLP | Eric Hilmo | | | eric.hilmo@dechert.com | Email |
| Kirkland & Ellis LLP | Nicole L. Greenblatt | | | nicole.greenblatt@kirkland.com | Email |
| Kirkland & Ellis LLP | Matthew C. Fagen | | | matthew.fagen@kirkland.com | Email |
| Kirkland & Ellis LLP | Elizabeth H. Jones | | | elizabeth.jones@kirkland.com | Email |
| Office of the United States Trustee for the District of Delaware | Jon Lipshie | | | jon.lipshie@usdoj.gov | Email |
| Office of the United States Trustee for the District of Delaware | Megan Seliber | | | megan.seliber@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler | | | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Shirley S. Cho | | | scho@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Peter J. Keane | | | pkeane@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Theodore S. Heckel | | | theckel@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Edward A. Corma | | | ecorma@pszjlaw.com | Email |
| Potter Anderson & Corroon LLP | M. Blake Cleary | | | bcleary@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Brett M. Haywood | | | bhaywood@potteranderson.com | Email |
| Reed Smith LLP | Kurt F. Gwynne | | | kgwynne@ReedSmith.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Robert S. Brady | | | rbrady@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Edwin J. Harron | | | eharron@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Joseph M. Mulvihill | | | jmulvihill@ycst.com | Email |

AT HOME GROUP INC., et al., (Case No. 25-11120)