IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) ) | Case No. 25-11120 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered)<br>**Re: Docket Nos. 346, 553** |

**NOTICE OF REMOVAL
OF CERTAIN EXECUTORY CONTRACTS AND/OR
UNEXPIRED LEASES FROM THE THIRD NOTICE OF REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on July 18, 2025, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered the *Order (I) Authorizing and Approving*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

*Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 346] (the "Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on August 21, 2025, the Debtors filed the *Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 553] (the "Third Rejection Notice"), by which the Debtors gave notice that the Contracts set forth on Schedule 2 attached thereto are rejected as of October 24, 2025 (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, no Contract shall be deemed rejected absent entry of an applicable Rejection Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2.g. of the Procedures Order, "the Debtors reserve the right to remove any Contract from the schedule to a Rejection Notice at any time prior to the applicable Rejection Date but shall provide any affected Rejection Counterparty and the Master Notice Parties with notice of the removal of any Contract from the Rejection Notice (email being sufficient) as soon as reasonably practicable after such removal, but in any event, no more than two business days after such removal."

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby notify you that they have determined that, in an exercise of their business judgement, each Contract set forth on **Schedule 1** attached hereto, is hereby removed from Schedule 2 of the Third Rejection Notice and deemed to not be rejected.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contacts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 21].

Dated: September 5, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:    (302) 571-1253
Email:          rbrady@ycst.com
                    jmulvihill @ycst.com
                    tpowell@ycst.com

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          nicole.greenblatt@kirkland.com
                    matthew.fagen@kirkland.com
                    elizabeth.jones@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*        *Co-Counsel for the Debtors and Debtors in Possession*

## Schedule 1

| Counterparty | Description of Contract[1] | Store Number | Physical Address |
|---|---|---|---|
| Agree Provo UT, LLC | Lease dated May 11, 2015 | 128 | 1165 S University Ave, Provo, UT 84601 |
| BT Granite Run, LP | Lease dated April 25, 2022 | 366 | 1105 W Baltimore Pike, Media, PA 19063 |
| Daniel G. Kamin Dale City Enterprises | Lease dated February 8, 2019 | 256 | 5000 San Dario Ave, Laredo, TX 78041 |
| Deck Oakley, LLC | Lease dated July 10, 2020 | 238 | 4825 Marburg Ave, Cincinnati, OH 45209 |
| Jabbel Holdings, LLC | Master Lease dated September 25, 2019 | 206 | 1050 W Elliot Rd, Tempe, AZ 85284 |
| Transform Operating Stores LLC | Sublease dated April 28, 2021 | 316 | 8250 Day Creek Blvd., Rancho Cucamonga, CA 91739 |
| Transform Operating Stores LLC | Sublease dated April 25, 2022 | 358 | 14091 SW 88th St, Miami, FL 33186 |
| Willow Grove, PA Retail LLC | Lease dated February 28, 2019 | 259 | 2620 Moreland Rd, Willow Grove, PA 19090 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.