# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) ) ) | Case No. 25-11120 (JKS) |
| Debtors. | ) ) | (Jointly Administered) |

### DECLARATION OF JEREMY AGUILAR, CHIEF FINANCIAL OFFICER OF AT HOME GROUP INC. AND CERTAIN OF ITS AFFILIATES, IN SUPPORT OF THE DEBTORS' OBJECTION TO CERTAIN CLAIMS FILED BY MARY JANE BROUSSARD ON GROUNDS THAT SUCH CLAIMS ARE (I) AMENDED BY LATER PROOFS OF CLAIMS AND (II) INTERESTS NOT CLAIMS

I, Jeremy Aguilar, Chief Financial Officer of At Home Group Inc., a Delaware corporation (collectively, with its Debtor affiliates, the "Debtors" and, together with their non-Debtor affiliates, "At Home" or the "Company"), hereby declare under penalty of perjury:[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is:  9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection (as defined herein) and the *Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 541] (as may be amended, modified, or supplemented from time to time), as applicable.

1.  I am the Chief Financial Officer of the Company. I joined At Home as Chief Financial Officer in December 2024, with over 19 years of experience in the retail space. Prior to my tenure with At Home, I worked as Chief Financial Officer at Trinity Solar, Inc. for approximately 11 months. Before that, I worked as Chief Financial Officer at Bob's Discount Furniture, LLC from July 2016 to June 2023. In addition, I held Chief Financial Officer roles at The Sports Authority, Inc. from January 2014 to July 2016 and at H. H. Gregg from February 2009 to January 2014, where I originally began as Vice President in August 2005. I began my career working as a Manager for KPMG US. I hold a Bachelor's Degree in Accounting and Computer Information Systems from Indiana University, Kelley School of Business.

2.  As Chief Financial Officer, I am generally familiar with the Debtors' business and financial affairs, day-to-day operations, Schedules and Statements, and Books and Records. Such documents reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors as of the Petition Date. Except as otherwise indicated, all facts set forth in this declaration (this "Declaration") are based on my personal knowledge, my discussions with other members of the Debtors' management team, employees, and advisors, my review of relevant documents, or my opinion based on my experience, knowledge, and information concerning the Debtors' operations and financial condition. Any references to the Bankruptcy Code, the chapter 11 process, and related legal matters herein reflect my understanding of such matters based on the explanations and advice counsel to the Debtors have provided. I submit this Declaration in support of the *Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims Are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims*, filed contemporaneously herewith. If I were called upon to testify, I could and would testify

competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of the Debtors.

3. The Debtors and their advisors have reviewed the Proofs of Claim Filed in these Chapter 11 Cases and have identified two Proofs of Claim—Disputed Claim Six and Disputed Claim Seven—Filed by the Claimant that are subject to the Objection. After reviewing the Disputed Claims, the Debtors believe that Disputed Claim Six is superseded by Disputed Claim Seven, and further, do not believe that either Ambience or its estate has any liability for Disputed Claim Seven as an unsecured claim.

4. I understand that Disputed Claim Seven asserts an unsecured claim against Ambience in the amount of $1,151,644.50. I also understand that the Claimant Filed a Proof of Claim against Debtor At Home RMS Inc. (*i.e.*, the RMS POC) that is identical to Disputed Claim Seven. The RMS POC is consistent with the type of claim and dollar amount listed on the RMS Schedule E/F, where I understand the Debtors scheduled the Claimant with an unsecured claim of $1,151,644.50—the same amount claimed in Disputed Claim Seven.

5. RMS Schedule E/F attributes the entirety of the $1,151,644.50 claim amount to severance obligations owed to the Claimant, all of which are cash-pay obligations reflected as owing to the Claimant by Debtor At Home RMS Inc. in the Debtors' Books and Records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: September 12, 2025         */s/ Jeremy Aguilar*
                                  Jeremy Aguilar
                                  Chief Financial Officer