## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 9, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Additional Engagement Letter Related to the Retention and Employment of Ernst & Young LLP as Tax Advisory Services Provider [Docket No. 604]**

Dated: September 15, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 15th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# EXHIBIT A

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Office of the US Trustee | Attn: Jon Lipshie | jon.lipshie@usdoj.gov | Email |
| Office of the US Trustee | Attn: Megan Seliber | megan.seliber@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Peter J Keane | pkeane@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein | rfeinstein@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Shirley S Cho | scho@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Theodore S Heckel | theckel@pszjlaw.com | Email |