## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

STATE OF CALIFORNIA    }
                              } ss.:
COUNTY OF LOS ANGELES }

Randy Lowry, being duly sworn, deposes and says:

1. I am employed by Omni Agent Solutions, Inc., located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 3, 2025, I caused to be served the:

   a. Order Approving (I) the Adequacy of the Disclosure Statement, (II) The Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [Docket No. 536],

   b. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [Docket No. 537], (The "Confirmation Hearing Notice"),

   c. Company Cover Letter with a QR Code and URL to the Order, and Combined Disclosure Statement and Plan of Liquidation of At Home Group Inc. Under Chapter 11 of the Bankruptcy Code (the "Company Cover Letter"),

   d. Committee Plan Support Letter, (the "Committee Plan Support Letter"),

(2a – 2d referred to as the "Solicitation Package")

   e. Ballot For Voting to Accept or Reject the Joint Plan Reorganization of At Home Group Inc. And Its Debtor Affiliates, (the "Class 9 Ballot"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

By causing true and correct copies to be served via the method set forth to the names and addresses of the parties listed as follows:

- The Solicitation Package, Class 9 Ballot, and Envelope to those parties on the annexed **Exhibit A**.

Dated: September 17, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.

{State of California          }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 20 25, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|------|---------|---|---|---|------------------|
| Amanda Shivers | c/o Thomas Law Offices | Attn: David Bryce Barber | 9418 N Commons Blvd, Ste 200 | Prospect, KY 40059 | First Class Mail |
| Bryan Rental Inc & Crane of Indiana, LLC | Bryan Rental Inc Store 254 | 1440 S Liberty Dr | Bloomington, IN 47403 | | First Class Mail |
| CenturyLink Communications, LLC fka Qwest Communications Company, LLC | c/o Lumen Technologies Group | Attn: Legal-BKY | 931 14th St, 9th Fl | Denver, CO 80202 | First Class Mail |
| Christmas Ocean Novelty Co. , Limite | Flat/Rm 1 7/F Royal Commer 56 Parkers Street Jordan | Hongkong China 000000 | China | | First Class Mail |
| GCSED | 667 Dayton Xenia Rd | Xenia, OH 45385 | | | First Class Mail |
| Georgia Department of Revenue | c/o Bankruptcy | 2595 Century Pkwy NE, Ste 339 | Atlanta, GA 30345-3173 | | First Class Mail |
| Irvine Ranch Water District | 15600 Sand Canyon Ave | Irvine, CA 92618 | | | First Class Mail |
| Karyne Nguyen | 2013 Denton Dr | Carrollton, TX 75006 | | | First Class Mail |
| Laura Anderson | c/o Silverman Trotman Schneider & Lalli, LLC | Attn: Michael Lalli | 1515 Market St, Ste 1940 | Philadelphia, PA 19102 | First Class Mail |
| Level 3 Communications, LLC a CenturyLink Company | c/o Lumen Technologies Group | Attn: Legal-BKY | 931 14th St, 9th Fl | Denver, CO 80202 | First Class Mail |
| Murray and Sena LLC | 14 Jackson Ave | Syosset, NY 11791 | | | First Class Mail |
| NAI Horizon fbo San Tan AZ LLC | 2944 N 44th St, Unit 200 | Phoenix, AZ 85018 | | | First Class Mail |
| New Braunfels Utilities | c/o Cavazos Hendricks Poirot, PC | Attn: Steven T Holmes | 900 Jackson St, Ste 570 | Dallas, TX 75202 | First Class Mail |
| New York State Department of Tax and Finance | c/o CED - Bankruptcy | P.O. Box 5300 | Albany, NY 12205 | | First Class Mail |
| Tanchena Gregory | c/o Law Office of Stephen C Buser, Ltd | Attn: Stephen C Buser, Ltd | P.O. Box 797 | Columbia, IL 62236 | First Class Mail |
| The City of Oklahoma City Water Utilities | 1 N Walker Ave | Oklahoma City, OK 73102 | | | First Class Mail |
| The Cole Law Firm, PLLC | 14053 Memorial Dr, Unit 298 | Houston, TX 77079 | | | First Class Mail |