# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 8, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice Regarding Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan**

Dated: September 17, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| 1100 Jefferson Partners LLC | 2213 Brighton Henrietta Town Line Rd | Rochester, NY 14623 | | | First Class Mail |
| 1100 Jefferson Partners LLC | 130 Linden Oaks Dr | Rochester, NY 14625 | | TMILLIMAN@THECABOTGROUP.COM | Email; First Class Mail |
| 4833 Waterview Meadow LLC | 575 Julie Rivers Dr | Sugarland, TX 77478 | | YMEGHANI@MOBILELINKUSA.COM | Email; First Class Mail |
| Airport Holdings LLC | 9101 Varnia Rd | Henrico, VA 23231 | | KIDDRV@GMAIL.COM | Email; First Class Mail |
| Alphasense, Inc | 24 Union Sq E, 6th Fl S | New York, NY 10003 | | BILLING@ALPHA-SENSE.COM | Email; First Class Mail |
| Alphasense, Inc. | 24 Union Square East, 6th Floor | New York, NY 10003 | | | First Class Mail |
| Ams Audit Services, LLC | 6920 Cannon Falls Dr | Plano, TX 75024 | | AMBERMS81@YAHOO.COM | Email; First Class Mail |
| Arc Nphubobo001, LLC | 405 Park Ave | New York, NY 10022 | | | First Class Mail |
| Arc Nphuboh001, LLC | P.O. Box 74552 | Cleaveland, OH 44194-4552 | | mfoley@hiffman.com; mcopas@hiffman.com; mcopas@hiffman.com; | Email; First Class Mail |
| August America, LLC | 734 Hebron Ave | Glastonbury, CT 06033 | | | First Class Mail |
| August America, LLC | 206 New London Turnpike | Glastonbury, CT 06033 | | Miranda@metropmct.com; Miranda@metropmct.com | Email; First Class Mail |
| Balkan Express LLC | 7333 Jack Newell Blvd N, Ste 200 | Fort Worth, TX 76118 | | | First Class Mail |
| Balkan Express LLC | c/o Compass Funding Solutions LLC | 115 W 55th St, Ste 301 | Clarendon Hills, IL 60514 | | First Class Mail |
| Balkan Express, LLC | 2560 E Long Ave | Ft Worth, TX 76137 | | daniel@balkanexpressllc.com; pod@balkanexpressllc.com | Email; First Class Mail |
| Barkley, Inc | 1740 Main St | Kansas City, MO 64108 | | INVOICES@BARKLEYUS.COM | Email; First Class Mail |
| Barkley, Inc. | 79 Fifth Avenue, 3rd Floor | New York, NY 10003 | | | First Class Mail |
| Barkley, LLC | 79 Fifth Avenue, 3rd Floor | New York, NY 10003 | | | First Class Mail |
| Bazaarvoice, Inc | 10901 Stonelake Blvd | Austin, TX 78759 | | JIGNASHA.PATEL@BAZAARVOICE.COM | Email; First Class Mail |
| Bpo Worx Consulting | 1275 Susek Dr | Pineville, LA 71360 | | JHAMLIN@BPOWORXCONSULTING.COM; JHAMLIN@BPOWORXCONSULTING.COM | Email; First Class Mail |
| Brandpoint Services | 820 Adams Ave | Trooper, PA 19403 | | | First Class Mail |
| Brandpoint Services | 820 Adams Avenue, Suite 130 | Trooper, PA 19403 | | | First Class Mail |
| Champion Elevator Corp | 1450 Broadway, 5th Fl | New York, NY 10018 | | AR@champion-elevator.com; d.debose@champion-elevator.com | Email; First Class Mail |
| CJ Northsight, LLC | 15821 N 79th St | Scottsdale, AZ 85260 | | | First Class Mail |
| Cj Northsight, LLC | | | | CATHY.JOHNSON@DERITO.COM | Email |
| Cosco Shipping Lines, Inc | 100 Lighting Way | Secaucus, NJ 07094 | | HOUACCTG@COSCO-USA.COM | Email; First Class Mail |
| Cottonwood Square, LLC | 11030 Santa Monica Blvd, Ste 300 | Los Angeles, CA 90025 | | GABY@SAFCOCAPITAL.COM | Email; First Class Mail |
| Crown Ventures I LLC | 1505 Lakes Pkwy | Lawrenceville, GA 30043 | | | First Class Mail |
| Crown Ventures I LLC | 1505 Lakes Pkwy, Ste 190 | Lawrenceville, GA 30043 | | BKICKLIGHTER@ABERNATHYTIMBERLAKE.COM; JEANNIE@BLACKWATERDEVCO.COM | Email; First Class Mail |
| Cs Business Solutions, LLC | P.O. Box 115 | Closter, NJ 07624 | | JOHN@PRICEMANAGER.COM | Email; First Class Mail |
| CS Business Solutions, LLC | d/b/a PriceManager | 300 Frank W. Burr Boulevard | Teaneck, NJ 07666 | | First Class Mail |
| Datasite LLC | The Baker Center | 733 S Marquette Ave, Ste 600 | Minneapolis, MN 55402 | leif.simpson@datasite.com | Email; First Class Mail |
| Datasite LLC | P.O. Box 74007252 | Chicago, IL 60674-7252 | | | First Class Mail |
| Datasite, LLC | | | | NICHOLAS.RENTER@MERRILLCORP.COM | Email |
| Datavail Corp | 11800 Ridge Pkwy, Ste 125 | Broomfield, CO 80021 | | ACCOUNTSRECEIVABLE@DATAVAIL.COM | Email; First Class Mail |
| Datavail Corporation | P.O. Box 75179 | Chicago, IL 60675-5179 | | | First Class Mail |
| Datavail Corporation | Attn: Joan Stone, CFO | 4770 Baseline Rd, Ste 200 | Boulder, CO 80303 | joan.stone@datavail.com | Email; First Class Mail |
| DTS Properties, LLC | 1111 N Plaza Dr, Ste 20 | Schaumburg, IL 60173 | | | First Class Mail |
| Dts Properties, LLC | 1111 N Plaza Dr, Ste 200 | Schaumburg, IL 60173 | | kristinemrozek@sbcglobal.net | Email; First Class Mail |
| Ebr Lake Mary LLC | 200 S Broad St, Ste 415 | Philadelphia, PA 19102 | | DSIMON@EBL-S.COM | Email; First Class Mail |
| FAF, Inc | 1915 Snapps Ferry Rd | Greeneville, TN 37745 | | | First Class Mail |
| Freightwaves, Inc | 405 Cherry St | Chattanooga, TN 37402 | | AR@FREIGHWAVES.COM | Email; First Class Mail |
| Glade Inline 3, LLC | | | | propertymgmt@nrockre.com | Email |
| Goodrich New Hartford LLC | 560 Sylvan Ave, Ste 2100 | Englewood Cliffs, NJ 07632 | | wc2337@yahoo.com; lvega@goodrichmgmt.com; wc2337@yahoo.com; tabraham@goodrichmgmt.com; hgordon@goodrichmgmt.com | Email; First Class Mail |
| Granite Telecommunications, LLC | 100 Newport Ave Ext | Quincy, MA 02171 | | | First Class Mail |
| Granite Telecommunications, LLC | 1 Heritage Drive | Quincy, MA 02171 | | lvaldez@granitenet.com; hbranjehurley@granitenet.com; bankruptcy@granitenet.com | Email; First Class Mail |
| Hub Group, Inc | 2001 Hub Group Way | Oak Brook, IL 60523 | | ARREMITS@HUBGROUP.COM | Email; First Class Mail |
| Hub Group, Inc. | Attn: William O'Hara | 2001 Hub Group Way | Oak Brook, IL 60523 | wohara@hubgroup.com | Email; First Class Mail |
| Hughes-Nelson Painting, Inc | 720 Indigo Ct | Pomona, CA 91767 | | CHARGRAVE@APEXIMAGINGSERVICES.COM | Email; First Class Mail |
| Ignitepost, Inc | 3020 Carrington Mill Blvd, Ste 100 | Morrisville, NC 27560 | | | First Class Mail |
| Ignitepost, Inc | 2285 Massachusetts Ave, 205 | Cambridge MA 02140 | | | First Class Mail |
| It Services 2 (It2) | P.O.Box 25415 | Dallas, TX 75225 | | KJURCA@ITSERVICES2.COM | Email; First Class Mail |
| IWD LLC | 77 Sands Street | Brooklyn, NY 11201 | | | First Class Mail |
| Iwd New York, LLC | WeWork / Shared Space | 77 Sands St | Brooklyn, NY 11201-1431 | DEIVI.CASTRO@IWD.IO | Email; First Class Mail |
| Kentlands Square LLC | 7501 Wisconsin Ave, Ste 1500E | Bethesda, MD 20814 | | | First Class Mail |
| Kentlands Square LLC | P.O. Box 38042 | Baltimore, MD 21297-8042 | | PAYMENTS.SCI@SAULCENTERS.COM | Email; First Class Mail |

**Exhibit A**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Kintetsu World Express (USA), Inc | 1 Jericho Plaza | Jericho, NY 11753 | | | ACCOUNTRECEIVABLE@AM.KWE.COM; ahmad.deib@am.kwe.com; kwearreceivables@highradius.com; mariko.brensel@am.kwe.com; MARIKO.BRENSEL@AM.KWE.COM | Email First Class Mail |
| Maersk A/S | 9300 Arrowpoint Blvd | Charlotte, NC 28273 | | | NAMFRCSVCACH@Maersk.com | Email First Class Mail |
| Main-Culver Associates, LLC | 7978 Cooper Creek Blvd | University Park, FL 34201 | | | AchCashreceipts@Benderson.com | Email First Class Mail |
| Main-Culver Associates, LLC | 570 Delaware Ave | Buffalo, NY 14202 | | | laurakryta@benderson.com | Email First Class Mail |
| Midwest Retail Services, Inc | 7920 Industrial Pkwy | Plain City, OH 43064 | | | SANDREWS@MW-RS.COM | Email First Class Mail |
| Miller Zell, Inc | 6100 Fulton Industrial Blvd | Atlanta, GA 30336 | | | | First Class Mail |
| Miller Zell, Inc | 6100 Fulton Industrial Blvd, Sw | Atlanta, GA 30336 | | | JEANIE.SIMMONS@MILLERZELL.COM | Email First Class Mail |
| Myregistry LLC | 2050 Center Ave, Ste 100 | Fort Lee, NJ 07024 | | | | First Class Mail |
| Nantaka Joy, Inc | 3108 Glendale Blvd, 504 | Los Angeles, CA 90039 | | | HELLO@OHJOY.COM | Email First Class Mail |
| New Tech Mechanical Systems | 25A Moffitt Blvd | Bay Shore, NY 11706 | | | PAYMENTS@NEWTECHMECHANICAL.COM | Email First Class Mail |
| Ocean Audit Inc | 11957 SW 14th Place | Davie, FL 33325 | | | | First Class Mail |
| Ocean Network Express Pte Ltd | 8730 Stony Point Pkwy | Richmond, VA 23235 | | | | First Class Mail |
| Ocean Network Express Pte Ltd | 7 Straits View | Singapore, 18936 | Singapore | | NA.FA.INTLREMITS@ONE-LINE.COM | Email First Class Mail |
| Onetrust Aka Convercent Inc | 119 W 24th St, 4th Floor, Suite 302 | New York, NY 10011 | | | | First Class Mail |
| Point B, LLC | 290 Davidson Ave | Somerset, NJ 08873 | | | | First Class Mail |
| Point B, LLC | 1420 5th Ave. Suite #2200 | Seattle, WA 98101 | | | | First Class Mail |
| Prolift | 1835 Dale Rd | Buffalo, NY 14225 | | | | First Class Mail |
| R51PD-120, LLC | c/o Cafardi Ferguson & Wyrick | Attn: Andrew M Gross, Esq | 2605 Nicholson Rd, Ste 2201 | Sewickley, PA 15143 | agross@cfwattorneys.com | Email First Class Mail |
| R51PD-120, LLC | 761 Osage Rd | Pittsburgh, PA 15243 | | | jgenstein@tuskdevelopment.com | Email First Class Mail |
| Rcc Windsor Square, LLC | 66806 Paragon Pl, Ste 120 | Richmond, VA 23230 | | | | First Class Mail |
| Rcc Windsor Square, LLC Store 323 | 6806 Paragon Pl, Ste 120 | Richmond, VA 23230 | | | | First Class Mail |
| Realty Income Properties 18, LLC | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Retail Security Services, Inc | 5 Orville Dr, Ste 100 | Bohemia, NY 11716 | | | LRIVERA@RETAILSECURITYSERVICES.COM | Email First Class Mail |
| Rkb Handyman Svc, Inc | | | | | accountsreceivable@rkb247.com; ACCOUNTSRECEIVABLE@RKB247.COM | Email |
| Saperia Consulting | 43 Cohawney Rd | Scarsdale, NY 10583 | | | | First Class Mail |
| Schneider Logistics Transport, A Div Of | Schneider National Carriers, Inc. | 233 South Wacker, Suite 4100 | Chicago, IL 60606 | | | First Class Mail |
| Schneider National Carriers, Inc | 233 S Wacker, Ste 4100 | Chicago, IL 60606 | | | | First Class Mail |
| Schneider National Carriers, Inc | 3101 S Packerland Dr | Green Bay, WI 54313 | | | accountsreceivable@schneider.com | Email First Class Mail |
| Sooter Plumbing And Mechanical, LLC | 204 E 5th Ave | Augusta, KS 67010 | | | contact.us@sooterpm.com | Email First Class Mail |
| South Hills Owner LLC | 565 Taxter Rd | Elmsford, NY 10523 | | | | First Class Mail |
| South Hills Owner LLC | P.O. Box 847693 | Boston, MA 02284 | | | ARC@DLCMGMT.COM | Email First Class Mail |
| Sprinklr, Inc | | | | | JENIFER.CORTES@SPRINKLR.COM; AR@SPRINKLR.COM | Email |
| Sti Global, Inc | 1001 W Euless Dr | Euless, TX 76040 | | | | First Class Mail |
| STI Global, Inc | 1001 W Euless Dr, Ste 340 | Euless, TX 76040 | | | | First Class Mail |
| STI Global, Inc | 5105 Walden Ln | Brunswick, OH 44212 | | | ap@stiglobalinc.com | Email First Class Mail |
| STI Global, Inc | Attn: Ray Smith | 1001 W Euless Blvd, Ste 212 | Euless, TX 76040 | | ray.smith@stiglobalinc.com | Email First Class Mail |
| Sunbelt Stores Co, LP | 455 N Cityfront Plz D, Ste 2400 | Chicago, IL 60611 | | | BWarth@sunbeltinv.com | Email First Class Mail |
| Sunbelt Stores Co, LP | 8095 Othello Ave | San Diego, CA 92111 | | | gerald.kennedy@procopio.com | Email First Class Mail |
| Sunbelt Stores Co, LP | Attn: Matthew Berger | 8095 Othello Ave | San Diego, CA 92111 | | mberger@sunbeltinv.com | Email First Class Mail |
| Sunbelt Stores Co, LP Store 292 | 455 N City Front Plz Dr | Chicago, IL 60611 | | | | First Class Mail |
| The Workforce Pro, Inc | 8939 S Sepulveda Blvd, Ste 110 | Los Angeles, CA 90045 | | | | First Class Mail |
| The Workforce Pro, Inc | 8939 S Sepulveda Blvd, Ste 110, Unit 273 | Los Angeles, CA 90045 | | | TY@WORKFORCEPRO.COM | Email First Class Mail |
| Tilton Pacific Construction, Inc | | | | | LISA@TILTONPACIFIC.COM | Email |
| Tilton Pacific Construction, Inc | 595 Menlo Drive | Rocklin, CA 95765 | | | | First Class Mail |
| Tilton Pacific Construction, Inc. | Attn: Gregg Hall | 595 Menlo Dr | Rocklin, CA 95765 | | ghall@tiltonpacific.com | Email First Class Mail |
| Truno Retail Technology Solutions | 13912 Fm 1730 | Lubbock, TX 79424 | | | AR@TRUNO.COM | Email First Class Mail |
| VSS Transportation Group | c/o Triumph Business Capital | P.O. Box 610028 | Dallas, TX 75261 | | ASanchez@tfin.com | Email First Class Mail |
| VSS Transportation Group | | | | | bella@vsstg.com | Email |
| Vss Transportation Group, Inc | 1 Rich Hill Rd | Cheswick, PA 15024 | | | | First Class Mail |
| Vss Transportation Group, Inc | | | | | KATHRYN@VSSTG.COM; Payments@tbcap.com | Email |
| Wakefern Food Corp | 10096 Red Run Blvd, Ste 300 | Owings Mills, MD 21117 | | | | First Class Mail |
| Wakefern Food Corp | 33 Northfield Ave | Edison, NJ 08837 | | | MARCY.REHL@WAKEFERN.COM | Email First Class Mail |
| Walmart Inc | 702 SW 8th St | Bentonville, AR 72716 | | | GUARAV.AGRAWAL1@WALMART.COM; CASHWIRES@WAL-MART.COM | Email First Class Mail |
| Walmart Inc. | Attn: Lyndel Anne Vargas | Founders Square | 900 Jackson St, Ste 570 | Dallas, TX 75202 | lvargas@chfirm.com | Email First Class Mail |
| Walmart Inc. | 2608 SE J Street | Bentonville, AR 72716 | | | | First Class Mail |
| Wayne West Realty LLC | 10689 N Pennsylvania St, Ste 100 | Indianapolis, IN 46280 | | | tburris@sandordev.com; cleibering@sandordev.com | Email First Class Mail |
| West Jordan Collection LLC, South Plaza Center LLC, and 7453 South Plaza Center LLC, as tenants in common | c/o Connolly Gallagher LLP | Attn: Jeffrey C Wisler, Esq | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | First Class Mail |

**Exhibit A**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| West Jordan Collection LLC, South Plaza Center LLC, and 7453 South Plaza Center LLC, as tenants in common | Attn: Jason Cheng | 1717 Woodstead Ct, Ste 298 | The Woodlands, TX 77380 | | jay.c.cheng@gmail.com; transnationalmgt@gmail.com | Email First Class Mail |
| West Jordan Collection, LLC | P.O. Box 209420 | Austin, TX 78720 | | | CJOHNSON@FORZACOMMERCIAL.COM | Email First Class Mail |
| West Ridge K Center LLC | 550 Latona Rd, Bldg E, Ste 50 | Rochester, NY 14626 | | | | First Class Mail |
| West Ridge K Center LLC | 550 Latona Rd, Bldg E, Ste 501 | Rochester, NY 14626 | | | | First Class Mail |
| West Techs Chill Water Specialist L | 142 N Clack | Abilene, TX 79603 | | | CHRISTY@WESTTECHS.COM | Email First Class Mail |
| Western Express | 7135 Centennial Pl | Nashville, TN 37209 | | | angonzalez@westernexp.com | Email First Class Mail |
| William E Connor & Asociates | | | | | JOHNCHAN@WECONNOR.COM | Email |
| William E Connor & Asociates | 15/F The Harbourfront | Kowloon, KLN | Hong Kong | | | First Class Mail |
| William E. Connor & Associates Ltd. | 6/F, The Harbourfront, Tower II | 18-22 Tak Fung Street | Hunghom, Kowloon | Hong Kong | | First Class Mail |
| William E. Connor and Associates Ltd. | 10/F, Kader Building, 22 Kai Cheung Road, | Kowloon Bay, Hong Kong | China | | johnchan@weconnor.com | Email First Class Mail |
| Winmill Software, Inc | 1501 Broadway, 12th Fl | New York, NY 10036 | | | KMANZANET@WINMILL.COM | Email First Class Mail |
| Winmill Software, Inc | 420 Lexington Avenue, Suite 455 | New York, NY 10170 | | | | First Class Mail |
| Yelp Inc | 9th Fl 140 New Montgomery St | San Francisco, CA 94105 | | | | First Class Mail |
| Yelp Inc. | 350 Mission Street, 10th Floor | San Francisco, CA 94105 | | | | First Class Mail |
| Yelp, Inc | | | | | FINANCE@YELP.COM | Email First Class Mail |
| Yipit Holdings, Inc | | | | | BILLING@YIPITDATA.COM | Email |
| Yipit, Llc | 22 W 19th Street, 7th Floor | New York, NY 10011 | | | | First Class Mail |

AT HOME GROUP INC., et al., (Case No. 25-11120)