**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SUPPLEMENTAL SERVICE**

STATE OF CALIFORNIA }
} ss.:
COUNTY OF LOS ANGELES }

Randy Lowry , being duly sworn, deposes and says:

1. I am employed by Omni Agent Solutions, Inc., located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2025, I caused to be served the:

   a. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [Docket No. 536],

   b. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [Docket No. 537], (The "Confirmation Hearing Notice"),

   c. Company Cover Letter with a QR Code and URL to the Order, and Combined Disclosure Statement and Plan of Liquidation of At Home Group Inc. Under Chapter 11 of the Bankruptcy Code (the "Company Cover Letter"),

   d. Committee Plan Support Letter, (the "Committee Plan Support Letter"),

(2a – 2d referred to as the "Solicitation Package")

   e. Ballot For Voting to Accept or Reject the Joint Plan Reorganization of At Home Group Inc. and Its Debtor Affiliates, (the "Class 9 Ballot"),

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

By causing true and correct copies to be served via the method set forth to the names and addresses of the parties listed as follows:

- The Solicitation Package, Class 9 Ballot, and Envelope to those parties on the annexed **Exhibit A**.

Dated: September 17, 2025

Randy Lowry
Omni Agent Solutions, Inc.

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**
**Service List**

| Name | Address | | | | | Method of Service |
|---|---|---|---|---|---|---|
| 1401 Memorial Park Huntsville LLC | c/o Burr & Forman LLP | Attn: James H Haithcock, Jr III | 420 N 20th St, Ste 3400 | Birmingham, AL 35203 | | First Class Mail |
| American Textile Company Incorporated | c/o Saul Ewing LLP | Attn: Turner N Falk, Esq | 1500 Market St, 38th Fl | Philadelphia, PA 19102 | | First Class Mail |
| Apollo Sheet Metal Inc | 1133 W Columbia Dr | Kennewick, WA 99336 | | | | First Class Mail |
| ARC Mesa 1994, LLC | c/o Dorsey & Whitney LLP | Attn: Michael Galen | 2325 E Camelback Rd, Unit 900 | Phoenix, AZ 85016 | | First Class Mail |
| Arch Painting, Inc | 1 Presidential Way, Ste 109 | Woburn, MA 01801 | | | | First Class Mail |
| Arett Sales Corporation | 9285 Commerce Hwy | Pennsauken, NJ 08110 | | | | First Class Mail |
| Beatrice Home Fashions Inc | 151 Helen St | S Plainfield, NJ 07080 | | | | First Class Mail |
| Betty Thomas | Address Redacted | | | | | First Class Mail |
| Bp Framing LLC (Imp) | 5300 E Concours St | Ontario, CA 91764 | | | | First Class Mail |
| BreakthroughFuel LLC | Attn: Chief Legal Officer | 425 Better Way | Appleton, WI 54915 | | | First Class Mail |
| CAB assignee of Jiangyin Hongliu Bedsheet Co Ltd | Sherman Oaks, CA 91423 | 4340 Fulton Ave, 3rd Fl | | | | First Class Mail |
| Chad Stauffer | Address Redacted | | | | | First Class Mail |
| City of Bloomington IN | c/o Store 254 Bloomington, IN | P.O. Box 2500 | Bloomington, IN 47402-2500 | | | First Class Mail |
| Connecticut Natural Gas Corp | 76 Meadow St | E Hartford, CT 06108 | | | | First Class Mail |
| Constellation NewEnergy - Gas Division, LLC | 1310PointSt | Baltimore, MD 21231 | | | | First Class Mail |
| Constellation NewEnergy, Inc. | 1310 Point St | Baltimore, MD 21231 | | | | First Class Mail |
| CTO Realty Growth Inc | c/o Burr & Forman LLP | Attn: J Ellsworth Summers, Jr | 50 N Laura St, Ste 3000 | Jacksonville, FL 32202 | | First Class Mail |
| Daniel G Kamin Chattanooga LLC | P.O. Box 10234 | Pittsburgh, PA 15232 | | | | First Class Mail |
| Daniel G Kamin Dale City Enterprises | 490 S Highland Ave | Pittsburgh, PA 15206 | | | | First Class Mail |
| Daniel G Kamin Farmers Branch LLC | 490 S Highland Ave | Pittsburgh, PA 15206 | | | | First Class Mail |
| Daniel G Kamin Laredo LLC Store 256 | P.O. Box 10234 | Pittsburgh, PA 15232 | | | | First Class Mail |
| Darling Realty Inc | c/o Holland & Knight LLP | Attn: Lynne Xerras, Esq | 10 St James Ave | Boston, MA 02116 | | First Class Mail |
| Dina Terranova | Address Redacted | | | | | First Class Mail |
| Direct Energy Business LLC | c/o McDowell Hetherington LLP | Attn: Randy Duncan | 1001 Fannin St, Ste 2400 | Houston, TX 77002 | | First Class Mail |
| Down-Lite Int'l Inc | 8153 Duke Blvd | Mason, OH 45040 | | | | First Class Mail |
| Elizabeth Messenger | Address Redacted | | | | | First Class Mail |
| Evo Door & Window LLC | Attn: Paula Antonelli | 6250 N Military Trl, Ste 204 | W Palm Beach, FL 33407 | | | First Class Mail |
| Express Employment Professionals | 402 W McDermott Dr | Allen, TX 75013 | | | | First Class Mail |
| Georgetown Township | P.O. Box 769 | 1515 Baldwin St | Jenison, MI 49429-0769 | | | First Class Mail |
| Home Expressions Inc. | c/o Armstrong Teasdale LLP | Attn: David L Going, Esq | 7700 Forsyth Blvd, Ste 1800 | St Louis, MO 63105 | | First Class Mail |
| Husch Blackwell LLP | Attn: Mark T Benedict | 4801 Main St, Ste 1000 | Kansas City, MO 64112 | | | First Class Mail |
| Jean Siry | Address Redacted | | | | | First Class Mail |
| Laura Anderson | Address Redacted | | | | | First Class Mail |
| LCG Sales Inc | 10400 W N Ave, Unit 400 | Melrose Park, IL 60160 | | | | First Class Mail |
| Life Safety Engineered Systems | 60 Sonwil Dr | Buffalo, NY 14225 | | | | First Class Mail |
| Louisiana Department of Revenue | Attn: Bankruptcy Section | P.O. Box 66658 | Baton Rouge, LA 70896 | | | First Class Mail |
| Lowe's Home Centers LLC | Attn: VP Operations | 1000 Lowe's Blvd | Mooresville, NC 28117 | | | First Class Mail |
| Madison Gas and Electric | P.O. Box 1231 | Madison, WI 53788 | | | | First Class Mail |
| Main-Culver Associates, LLC | 570 Delaware Ave | Buffalo, NY 14202 | | | | First Class Mail |
| Meredith Taylor | Address Redacted | | | | | First Class Mail |
| National Cart Co LLC | 3125 Boschertown Rd | St Charles, MO 63301 | | | | First Class Mail |
| Nourison Industries | 5 Sampson St | Saddle Brook, NJ 07663 | | | | First Class Mail |
| Oracle America Inc | Buchalter PC | Attn: Shawn M Christianson, Esq | 425 Market St, Ste 2900 | San Francisco, CA 94105 | | First Class Mail |
| Pal Assoc Harrisburg LLC Store 212 | 1 Wayne Hills Mall | Wayne, NJ 07470 | | | | First Class Mail |
| Pebb PBG LLC | c/o Shraiberg Page PA | Attn: Bradley Shraiberg, Esq | 2385 NW Executive Center Dr, Ste 300 | Boca Raton, FL 33431 | | First Class Mail |
| PG&E | c/o Bankruptcy | P.O. Box 8329 | Stockton, CA 95208 | | | First Class Mail |
| Polaris AH LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Melissa S Giberson | 52 E Gay St | Columbus, OH 43215 | | First Class Mail |
| Quanisha Mcgown | Address Redacted | | | | | First Class Mail |
| R&M Retail LP | 1215 Gessner Rd | Houston, TX 77055 | | | | First Class Mail |
| Rogers Water Utilities | c/o Frazier Law Firm, PLC | Attn: Robert A Frazier | 3333 Pinnacle Hills Pkwy, Ste 423 | Rogers, AR 72758 | | First Class Mail |
| SFI 59 LP | 10040 Regency Cir, Ste 200 | Omaha, NE 68114 | | | | First Class Mail |
| Sharrah Dunlap Sawyer Inc | 320 Hartnell Ave | Redding, CA 96002 | | | | First Class Mail |
| Summit Energy Services, Inc. | Attn: Zey Akan, Esq | 70 Mechanic St | Foxboro, MA 02035 | | | First Class Mail |
| Sunbelt Stores Co, LP | 8095 Othello Ave | San Diego, CA 92111 | | | | First Class Mail |
| Sunham Home Inc | 411 5th Ave, 3rd Fl | New York, NY 10016 | | | | First Class Mail |
| Superclean Service Co Inc | P.O. Box 551802 | Dallas, TX 75355 | | | | First Class Mail |
| Tilton Pacific Construction Inc | Attn: Gregg Hall | 595 Menlo Dr | Rocklin, CA 95765 | | | First Class Mail |
| Transform Bohemia NY LLC | c/o Wachtell, Lipton, Rosen & Katz | Attn: Charles K Scott and Isaac G Hudis | 51 W 52nd St | New York, NY 10019 | | First Class Mail |
| Transform Lease Opco LLC | c/o Wachtell, Lipton, Rosen & Katz | Attn: Charles K Scott and Isaac G Hudis | 51 W 52nd St | New York, NY 10019 | | First Class Mail |
| Uber Freight US LLC | c/o Maynard Nexsen, PC | Attn: Evan Parrott | 11 N Water St, Ste 24290 | Mobile, AL 36602 | | First Class Mail |
| United Supply Industries, LLC | 5620 Fulton Industrial Pkwy SW | Atlanta, GA 30336 | | | | First Class Mail |
| Ve Vision Enterprises | 19911 Ravens Thorpe Ln | Spring, TX 77379 | | | | First Class Mail |
| Walmart Inc. | Attn: Lyndel Anne Vargas | Founders Square | 900 Jackson St, Ste 570 | Dallas, TX 75202 | | First Class Mail |
| Wells Fargo Bank National Association | Attn: Meredith Cerosky | 550 S Tryon St, 31st Fl | Charlotte, NC 28202 | | | First Class Mail |
| West Coast Casual Inc | 8675 Purdue Rd | Indianapolis, IN 46268 | | | | First Class Mail |
| West Jordan Collection LLC et al | c/o Connolly Gallagher LLP | Attn: Jeffrey C Wisler, Esq | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | First Class Mail |
| WH ID CDA LLC | c/o Sussman Shank LLP | Attn: Garrett Eggen | 1000 SW Broadway, Ste 1400 | Portland, OR 97205 | | First Class Mail |
| Wilmington Trust National Association | c/o Pryor Cashman LLP | Attn: Andrew S Richmond | 7 Times Sq | New York, NY 10036 | | First Class Mail |
| Yakima Theatres, Inc. | c/o Store 290 | P.O. Box 50 | Yakima, WA 98907 | | | First Class Mail |