IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

STATE OF CALIFORNIA    }
                                             } ss.:
COUNTY OF LOS ANGELES }

Randy Lowry, being duly sworn, deposes and says:

1. I am employed by Omni Agent Solutions, Inc., located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2025, I caused to be served the:

    a. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [Docket No. 536],

    b. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [Docket No. 537], (The "Confirmation Hearing Notice"),

    c. Company Cover Letter with a QR Code and URL to the Order, and Combined Disclosure Statement and Plan of Liquidation of At Home Group Inc. Under Chapter 11 of the Bankruptcy Code (the "Company Cover Letter"),

    d. Committee Plan Support Letter, (the "Committee Plan Support Letter"),

    (2a – 2d referred to as the "Solicitation Package")

    e. Ballot For Voting to Accept or Reject the Joint Plan Reorganization of At Home Group Inc. and Its Debtor Affiliates, (the "Class 9 Ballot"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

By causing true and correct copies to be served via the method set forth to the names and addresses of the parties listed as follows:

- The Solicitation Package, Class 9 Ballot, and Envelope to those parties on the annexed **Exhibit A**.

Dated: September 17, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2025, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| 4833 Waterview Meadow LLC | 575 Julie Rivers Dr | Sugarland, TX 77478 | | | First Class Mail |
| Airport Holdings LLC | 9101 Varnia Rd | Henrico, VA 23231 | | | First Class Mail |
| Alphasense, Inc | 24 Union Sq E, 6th Fl S | New York, NY 10003 | | | First Class Mail |
| Alphasense, Inc. | 24 Union Square East, 6th Floor | New York, NY 10003 | | | First Class Mail |
| Ams Audit Services, LLC | 6920 Cannon Falls Dr | Plano, TX 75024 | | | First Class Mail |
| Barkley, Inc | 1740 Main St | Kansas City, MO 64108 | | | First Class Mail |
| Barkley, Inc. | 79 Fifth Avenue, 3rd Floor | New York, NY 10003 | | | First Class Mail |
| Barkley, LLC | 79 Fifth Avenue, 3rd Floor | New York, NY 10003 | | | First Class Mail |
| Bazaarvoice, Inc | 10901 Stonelake Blvd | Austin, TX 78759 | | | First Class Mail |
| Bpo Worx Consulting | 1275 Susek Dr | Pineville, LA 71360 | | | First Class Mail |
| Brandpoint Services | 820 Adams Ave | Trooper, PA 19403 | | | First Class Mail |
| Brandpoint Services | 820 Adams Avenue, Suite 130 | Trooper, PA 19403 | | | First Class Mail |
| Cosco Shipping Lines, Inc | 100 Lighting Way | Secaucus, NJ 07094 | | | First Class Mail |
| Cs Business Solutions, LLC | P.O. Box 115 | Closter, NJ 07624 | | | First Class Mail |
| CS Business Solutions, LLC | d/b/a PriceManager | 300 Frank W. Burr Boulevard | Teaneck, NJ 07666 | | First Class Mail |
| DTS Properties, LLC | 1111 N Plaza Dr, Ste 20 | Schaumburg, IL 60173 | | | First Class Mail |
| Dts Properties, LLC | 1111 N Plaza Dr, Ste 200 | Schaumburg, IL 60173 | | | First Class Mail |
| FAF, Inc | 1915 Snapps Ferry Rd | Greeneville, TN 37745 | | | First Class Mail |
| Freightwaves, Inc | 405 Cherry St | Chattanooga, TN 37402 | | | First Class Mail |
| Glade Inline 3, LLC | 4001 N Perryville Rd, Ste D201 | Loves Park, IL 61111 | | | First Class Mail |
| Hughes-Nelson Painting, Inc | 720 Indigo Ct | Pomona, CA 91767 | | | First Class Mail |
| Ignitepost, Inc | 2285 Massachusetts Ave, 205 | Cambridge MA 02140 | | | First Class Mail |
| Ignitepost, Inc | 3020 Carrington Mill Blvd, Ste 100 | Morrisville, NC 27560 | | | First Class Mail |
| It Services 2 (It2) | P.O.Box 25415 | Dallas, TX 75225 | | | First Class Mail |
| IWD LLC | 77 Sands Street | Brooklyn, NY 11201 | | | First Class Mail |
| Iwd New York, LLC | WeWork / Shared Space | 77 Sands St | Brooklyn, NY 11201-1431 | | First Class Mail |
| Kintetsu World Express (USA), Inc | 1 Jericho Plaza | Jericho, NY 11753 | | | First Class Mail |
| Maersk A/S | 9300 Arrowpoint Blvd | Charlotte, NC 28273 | | | First Class Mail |
| Myregistry LLC | 2050 Center Ave, Ste 100 | Fort Lee, NJ 07024 | | | First Class Mail |
| Nantaka Joy, Inc | 3108 Glendale Blvd, 504 | Los Angeles, CA 90039 | | | First Class Mail |
| New Tech Mechanical Systems | 25A Moffitt Blvd | Bay Shore, NY 11706 | | | First Class Mail |
| Ocean Audit Inc | 11957 SW 14th Place | Davie, FL 33325 | | | First Class Mail |
| Onetrust Aka Convercent Inc | 119 W 24th St, 4th Floor, Suite 302 | New York, NY 10011 | | | First Class Mail |
| Point B, LLC | 1420 5th Ave. Suite #2200 | Seattle, WA 98101 | | | First Class Mail |
| Point B, LLC | 290 Davidson Ave | Somerset, NJ 08873 | | | First Class Mail |
| Prolift | 1835 Dale Rd | Buffalo, NY 14225 | | | First Class Mail |
| Realty Income Properties 18, LLC | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Retail Security Services, Inc | 5 Orville Dr, Ste 100 | Bohemia, NY 11716 | | | First Class Mail |
| Saperia Consulting | 43 Cohawney Rd | Scarsdale, NY 10583 | | | First Class Mail |
| Schneider Logistics Transport, A Div Of | Schneider National Carriers, Inc. | 233 South Wacker, Suite 4100 | Chicago, IL 60606 | | First Class Mail |
| Sooter Plumbing And Mechanical, LLC | 204 E 5th Ave | Augusta, KS 67010 | | | First Class Mail |
| Sprinklr, Inc | 29 W 35th St, 7th Fl | Staten Island, NY 10304 | | | First Class Mail |
| Tilton Pacific Construction, Inc | 4150 Citrus Ave | Rocklin, CA 95677 | | | First Class Mail |
| Tilton Pacific Construction, Inc | 595 Menlo Drive | Rocklin, CA 95765 | | | First Class Mail |
| Tilton Pacific Construction, Inc. | Attn: Gregg Hall | 595 Menlo Dr | Rocklin, CA 95765 | | First Class Mail |
| Truno Retail Technology Solutions | 13912 Fm 1730 | Lubbock, TX 79424 | | | First Class Mail |
| Walmart Inc | 702 SW 8th St | Bentonville, AR 72716 | | | First Class Mail |
| Walmart Inc. | 2608 SE J Street | Bentonville, AR 72716 | | | First Class Mail |
| Walmart Inc. | Attn: Lyndel Anne Vargas | Founders Square | 900 Jackson St, Ste 570 | Dallas, TX 75202 | First Class Mail |
| West Techs Chill Water Specialist L | 142 N Clack | Abilene, TX 79603 | | | First Class Mail |
| Winmill Software, Inc | 1501 Broadway, 12th Fl | New York, NY 10036 | | | First Class Mail |
| Winmill Software, Inc | 420 Lexington Avenue, Suite 455 | New York, NY 10170 | | | First Class Mail |
| Yipit Holdings, Inc | 90 5th Ave, 11th Fl | New York, NY 10011 | | | First Class Mail |
| Yipit, Llc | 22 W 19th Street, 7th Floor | New York, NY 10011 | | | First Class Mail |

AT HOME GROUP INC., et al., (Case No. 25-11120)