**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related Docs.: 601 & 611** |

**OBJECTION AND RESERVATION OF RIGHTS OF THE RETAIL EQUATION, INC.
TO THE PLAN SUPPLEMENT FOR THE JOINT PLAN OF REORGANIZATION OF
AT HOME GROUP INC. AND ITS DEBTOR AFFILIATES PURSUANT TO
<u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

The Retail Equation, Inc. ("<u>TRE</u>"), hereby files this objection and reservation of rights (this "<u>Objection</u>") to the *Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 601] and the *First Amended Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 611].[2] In support of this Objection, TRE respectfully states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan Supplement and the Plan (as subsequently defined herein).

**BACKGROUND**

1. On June 16, 2025 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (this "Court").

2. Prior to the Petition Date, At Home Stores LLC and TRE entered into that certain (i) Master License and Services Agreement dated January 29, 2024 (the "MLSA"), (ii) Data Processing Addendum to the MLSA (the "Addendum"), and (iii) Appriss Retail Engage Order Form issued pursuant to and as part of the MLSA (the "Order Form" and collectively with the MLSA, Addendum, and all other subsequently executed documents and amendments, the "Service Agreement") under which TRE provides data analytics and related technological services. At Home Stores LLC and TRE are also parties to those certain Non-Disclosure Agreements dated June 20, 2023 (together with the Service Agreement, the "Agreements").

3. On August 16, 2025, the Debtors filed the *Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 532] (the "Disclosure Statement") and the *Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan") [Docket No. 531]. The Plan contemplates the assumption of certain executory contracts and unexpired leases held by the Debtors in connection with its reorganization.

4. On August 18, 2025, the Court entered an order: (a) authorizing the Debtors to solicit votes on the Plan, (b) approving the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; (d) approving procedures for soliciting,

receiving, and tabulating votes on the Plan and for filing objections to the Plan; and (e) granting related relief [Docket No. 536] (the "Disclosure Statement Order").

5. On September 5, 2025, the Debtors filed the *Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 601] and on September 12, 2025, the Debtors filed the *First Amended Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 611] (together, the "Plan Supplement"), pursuant to which the Debtors seek to assume the Agreements. The Plan Supplement provides that the proposed cure amount for each of the Agreements is $0.00 (the "Proposed Cure Amount").[3]

6. On September 5, 2025, Appriss Inc., an entity formally affiliated with TRE, timely and properly filed a proof of claim for amounts due and owing under the Service Agreement. Specifically, Appriss Inc. filed a claim, identified as Claim No. 296 on the claims register, asserting $99,322.12 as the aggregate amount due and owing under the Service Agreement, which includes both pre-Petition Date and post-Petition Date amounts due and owing under the Agreements.

## OBJECTION AND RESERVATION OF RIGHTS

7. While TRE does not generally oppose the assumption of the Agreements, TRE objects to the Proposed Cure Amount because it does not cure all amounts due and owing under the Agreements. Any assumption and assignment of the Agreements must be conditioned on the Debtors' strict compliance with the requirements of Section 365 of the Bankruptcy Code and the Agreements, including, but not limited to, curing all defaults under the Agreements through the effective date of the assumption of the Agreements.

---

[3] The Plan Supplement lists Appriss Retail, an affiliate of TRE, as the counterparty to the Agreements. However, TRE is the proper counterparty to the Agreements.

3

8. As of the date of this Objection, the aggregate amount due and owing under the Agreements is $99,322.12 (the "Cure Amount"). This represents only the known amounts due and owing under the Agreements. The Cure Amount may increase prior to the actual date of assumption of the Agreements if the Debtors do not timely and properly pay all amounts that accrue or come due pursuant to the terms of the Agreements as required by Section 365 of the Bankruptcy Code.

9. The Order Form is not scheduled for assumption on the Plan Supplement. However, the Order Form is part of the MLSA and cannot be severed from the MLSA. Thus, the assumption of the MLSA includes assumption of the Order Form. "Section 365(f) requires a debtor to assume a contract subject to the benefits and burdens thereunder. . . If he accepts the contract he accepts it *cum onere*." *In re Fleming Companies, Inc.*, 499 F.3d 300, 308 (3d Cir. 2007) (internal quotations omitted); *see also Huron Consulting Servs., LLC v. Physiotherapy Holdings, Inc. (In re Physiotherapy Holdings, Inc.)*, 538 B.R. 225, 233 (D. Del. 2015) (holding that multiple agreements formed one complete contract such that it would violate the principle of *cum onere* to assume one agreement without the other agreements).

10. TRE reserves the right to amend or supplement this Objection and the Cure Cost from time to time and at any time, and requests that the Debtors remain liable for, among other things: (a) certain amounts accruing under the Agreements which may be unbilled as of the date hereof or are otherwise undetermined as of the date hereof, (b) any regular or periodic adjustment of charges under the Agreements which were not due or had not been determined as of the date of this Objection; and/or (c) other contractual obligations under the Agreements.

11. Nothing in this Objection is intended to be, or should be construed as, a waiver by TRE of any of its rights under the Agreements, the Bankruptcy Code, or applicable law. TRE expressly reserves all such rights, including, without limitation, the right to: (a) supplement or amend

this Objection and to assert any additional objections with respect to the Cure Cost and any proposed assumption of the Agreements on any and all grounds; (b) amend the Cure Cost; (c) assert any nonmonetary defaults under the Agreements; (d) assert any rights for indemnification or contribution against the Debtors arising under the Agreements; and (e) assert any further objections as it deems necessary or appropriate

**WHEREFORE**, TRE respectfully requests that this Court enter an order: (a) sustaining this Objection; (b) affirmatively requiring the Debtors to pay all amounts owing to TRE under the Agreements through the effective date of any assumption of the Agreements plus attorneys' fees; (c) requiring that the Debtors comply with all terms and conditions of the Agreements; and (d) granting TRE such other and further relief as this Court deems just and appropriate under the circumstances.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: September 18, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Katherine S. Dute*<br>Kimberly A. Brown (No. 5138)<br>Katherine S. Dute (No. 6788)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  brown@lrclaw.com<br>            dute@lrclaw.com<br>– and –<br><br>**FROST BROWN TODD LLP**<br>A.J. Webb (*pro hac vice* pending)<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Telephone: (513) 651-6800<br>Facsimile: (513) 651-6981<br>Email: awebb@fbtlaw.com<br><br>*Counsel to The Retail Equation, Inc.* |