IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| At Home Stores, LLC & At Home Group, Inc. | Chapter 11<br>Case No. 25-11157 JKS |
| Debtor(s) | POC# 122 |

## LINE WITHDRAWING
## PRINCE GEORGE'S COUNTY, MARYLAND'S
## PROOF OF CLAIM FILED 8/15/2025 IN THE AMOUNT OF $22,483.45
## FOR FISCAL YEAR 2026 PERSONAL PROPERTY TAXES
## ASSIGNED TAX ACCOUNT NO. 32 4345286 05

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 8/15/2025 in the amount of $22,483.45 for Fiscal Year 2026 Personal Property Taxes assigned Tax Account No. 32 4345286 05 filed herein.

                          MEYERS, RODBELL & ROSENBAUM, P.A.

                          By: /s/Nicole C. Kenworthy
                              Nicole C. Kenworthy
                              6801 Kenilworth Avenue, Suite 400
                              Riverdale, Maryland 20737-1385
                              301-699-5800
                              Attorneys for Prince George's County, Maryland

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2025 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Joseph M. Mulvihill, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 N. King St.
Wilmington, DE 19801-

                              /s/Nicole C. Kenworthy
                              Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net

LAW OFFICES
# MEYERS, RODBELL & ROSENBAUM, P.A.

*Nicole C. Kenworthy*
6801 KENILWORTH AVENUE, SUITE 400
RIVERDALE PARK, MARYLAND 20737-1385
DIRECT DIAL (301) 209-2546
MAIN (301) 699-5800
FAX (301) 779-5746
EMAIL: nkenworthy@mrrlaw.net

September 15, 2025

At Home Group, Inc. Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA  91367

RE:    25-11120 JKS, *At Home Group, Inc.*

Dear Sir or Madam:

    Enclosed please find the following on behalf of Prince George's County, Maryland:

25-11157 JKS, *At Home Stores, LLC*:        One (1) Line Withdrawing Claim
(Proof of Claim #122)

    A copy of the line is also enclosed.  Please date-stamp and return the extra copy in the enclosed self-addressed stamped envelope.  Thank you for your assistance with this matter.

Thank you,

Nicole C. Kenworthy

*Enclosures*

FIRST-CLASS

US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 20737
02 7H    $ 001.90⁰
0006044890    SEP 15 2025

RECEIVED
SEP 18 2025
Omni Agent Solutions



LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM P.A.

6801 KENILWORTH AVENUE • SUITE 400
RIVERDALE PARK, MARYLAND 20737-1385

**TO:** At Home Group, Inc. Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA  91367

FIRST CLASS MAIL