IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No.: 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF REVISED RATES BY FTI CONSULTING, INC.**
(Related Docket No. 599)

1.  On September 5, 2025, this Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 599] (the "Retention Order"), which authorized the Official Committee of Unsecured Creditors of the above captioned debtors and debtors in possession (the "Committee") to retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Committee, for the specific purposes detailed in the *Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

4902-6262-1802.1 05563.00002

*as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of July 2, 2025* [Docket No. 428] (the "Application").

2. Paragraph 15 of the Application disclosed the range of hourly rates charged by FTI for professional services and stated that FTI's hourly rates are subject to periodic adjustments. *See* Application ¶ 15. In the ordinary course of business, FTI has adjusted the hourly rates charged by its professionals and, therefore, submits this notice of revised rates. This notice shall constitute notice that, as of October 1, 2025, the hourly rates charged for FTI professionals anticipated to be assigned to this case will be as follows:

   a. Senior Managing Directors: $1,270 to $1,580
   b. Directors, Senior Directors, Managing Directors: $940 to $1,195
   c. Consultants, Senior Consultants: $535 to $850
   d. Paraprofessionals: $365 to $395

3. As set forth in the Application, these rates are, and will continue to be, based on FTI's standard and customary billing arrangements. These rates continue to be subject to periodic adjustment.

Dated: September 19, 2025
      New York, New York

Respectfully submitted,

By:  */s/ Liz Hu*
Liz Hu
Senior Managing Director
FTI CONSULTING, INC.
1166 Avenue of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-841-9355
E-mail: liz.hu@fticonsulting.com

*Financial Advisor to the Official Committee of Unsecured Creditors of At Home Group Inc.*