## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 12, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [Docket No. 615]**

- **Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [Docket No. 616]**

- **Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of its Affiliates, in Support of the Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [Docket No. 617]**

- **Debtors' Objection to Certain Claims Filed by Laura Anderson on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket No. 618]**

- **Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of its Affiliates, in Support of the Debtors' Objection to Certain Claims Filed by Laura Anderson on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket Nos. 619]**

- **Debtors' Objection to Certain Claims Filed by Rebecca Sabo on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket Nos. 620]**

- **Declaration of Jeremy Aguilar, Chief financial Officer of At Home Group Inc. and Certain of its Affiliates, in Support of the Debtors' Objection to Certain Claims Filed by Rebecca**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

**Sabo on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket Nos. 621]**

- **Notice of Non-Voting Status and Opt-In Form Regarding Releases to Holders of Impaired Claims or Interests Conclusively Deemed to Reject the Plan**

On September 12, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtors' Objection to Certain Claims Filed by Rebecca Sabo on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket Nos. 620]**

- **Declaration of Jeremy Aguilar, Chief financial Officer of At Home Group Inc. and Certain of its Affiliates, in Support of the Debtors' Objection to Certain Claims Filed by Rebecca Sabo on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket Nos. 621]**

- **Notice of Non-Voting Status and Opt-In Form Regarding Releases to Holders of Impaired Claims or Interests Conclusively Deemed to Reject the Plan**

On September 12, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Debtors' Objection to Certain Claims Filed by Laura Anderson on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket No. 618]**

- **Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of its Affiliates, in Support of the Debtors' Objection to Certain Claims Filed by Laura Anderson on Grounds that Such Claims are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently Supported Claims [Docket Nos. 619]**

- **Notice of Non-Voting Status and Opt-In Form Regarding Releases to Holders of Impaired Claims or Interests Conclusively Deemed to Reject the Plan**

On September 12, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

- **Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [Docket No. 615]**

- **Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [Docket No. 616]**

- **Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. and Certain of its Affiliates, in Support of the Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [Docket No. 617]**

- **Notice of Non-Voting Status and Opt-In Form Regarding Releases to Holders of Impaired Claims or Interests Conclusively Deemed to Reject the Plan**

Dated: September 17, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                              } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public · California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**

**Service List**

| Name | Attention | Email | Method of Service |
|---|---|---|---|
| Office of the US Trustee | Attn: Jon Lipshie, Megan Seliber | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov | Email |

## EXHIBIT B

**Exhibit B**
Service List

| Name | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Rebecca Sabo | c/o Robert Breidenbach | Marthis Marifian & Richter Ltd. | 23 Public Square 300 | Belleville, IL 62222 | rbreidenbach@mmrltd.com | Email<br>First Class Mail<br>Overnight Mail |
| Rebecca Sabo | c/o Micah Summers | 209 E. Schwarz St. | Edwardsville, IL 62025 | | lmsummers@wlatontelken.com | Email<br>First Class Mail<br>Overnight Mail |

# EXHIBIT C

**Exhibit C**
Service List

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Laura Anderson | c/o Michael Lalli | Silverman, Trotman, Schneider & Lalli, LLC | 1515 Market Street,  Suite 1940 Philadelphia, PA 19102 | mlalli@stslawfirm.com | Email First Class Mail Overnight Mail |

# **EXHIBIT D**

**Exhibit D**

**Service List**

| Name | Address | | Email | Method of Service |
|------|---------|--|-------|-------------------|
| Mary Jane Broussard | Address Redacted | | Email Address Redacted | Email<br>First Class Mail<br>Overnight Mail |