**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SUPPLEMENTAL SERVICE**

STATE OF CALIFORNIA     }
                        } ss.:
COUNTY OF LOS ANGELES }

Randy Lowry, being duly sworn, deposes and says:

1. I am employed by Omni Agent Solutions, Inc., located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 12, 2025, I caused to be served the:

   a. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [Docket No. 536],

   b. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [Docket No. 537], (The "Confirmation Hearing Notice"),

   c. Company Cover Letter with a QR Code and URL to the Order, and Combined Disclosure Statement and Plan of Liquidation of At Home Group Inc. Under Chapter 11 of the Bankruptcy Code (the "Company Cover Letter"),

   d. Committee Plan Support Letter, (the "Committee Plan Support Letter"),

   (2a – 2d referred to as the "Solicitation Package")

   e. Ballot for Voting to Accept or Reject the Joint Plan Reorganization of At Home Group Inc. and Its Debtor Affiliates, (the "Class 9 Ballot"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

By causing true and correct copies to be served via the method set forth to the names and addresses of the parties listed as follows:

- The Solicitation Package, Class 9 Ballot, and Envelope to those parties on the annexed **Exhibit A**.

Dated: September 22, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 22nd day of September, 20 25, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| 1323 Augusta West Parkway Leasing LLC | c/o Stark & Stark, PC | Attn: Thomas Onder, Esq | P.O. Box 5315 | Princeton, NJ 08543 | First Class Mail |
| 4833 Waterview Meadow LLC | 575 Julie Rivers Dr | Sugarland, TX 77478 | | | First Class Mail |
| 651 Sleater Kinney LLC | c/o Bean, Gentry, Wheeler, Peternell, PLLC | Attn: James Randall, Esq | 910 Lakeridge Way SW | Olympia, WA 98502 | First Class Mail |
| 93 SCRPT LLC | 570 Delaware Ave | Buffalo, NY 14202 | | | First Class Mail |
| Acquiom Agency Services LLC, as Administrative Agent | 950 17th Str, Ste 1400 | Denver, CO 80202 | | | First Class Mail |
| Adelina Maldonado as Class Rep | c/o Worrell Law Firm, APC | 1717 Old Tustin Ave, Unit E | Santa Ana, CA 92705 | | First Class Mail |
| Adelina Maldonado as PAGA | c/o Worrell Law Firm, APC | 1717 Old Tustin Ave, Unit E | Santa Ana, CA 92705 | | First Class Mail |
| AES Indiana | Attn: Payments | 1 Monument Cir, 2nd Fl | Indianapolis, IN 46204 | | First Class Mail |
| AES Ohio | Attn: Bankruptcy | 1065 Woodman Dr | Dayton, OH 45432 | | First Class Mail |
| AIG Property Casualty, Inc | Attn: Kevin J Larner, Esq | 28 Liberty St, 22nd Fl | New York, NY 10005 | | First Class Mail |
| AIG Property Casualty, Inc. and its affiliates identified on the Addendum hereto | Attn: Kevin J Larner, Esq | 28 Liberty St, 22nd Fl | New York, NY 10005 | | First Class Mail |
| Airport Holdings LLC | 9101 Varnia Rd | Henrico, VA 23231 | | | First Class Mail |
| Akamai Technologies Inc | 145 Broadway | Cambridge, MA 02142 | | | First Class Mail |
| Alabama Power Company | c/o Balch & Bingham LLP | Attn: Jeremy L Retherford | 1901 6th Ave N, Ste 1500 | Birmingham, AL 35203 | First Class Mail |
| Al-Jathiyah Campbell | Address Redacted | | | | First Class Mail |
| Alphasense, Inc | 24 Union Sq E, 6th Fl S | New York, NY 10003 | | | First Class Mail |
| Alteryx Inc | 3347 Michelson Drive, Ste. 400 | Irvine, CA 92612 | | | First Class Mail |
| Amazon Logistics Inc | c/o K&L Gates, LLP | Attn: Brian Peterson | 925 4th Ave, Ste 2900 | Seattle, WA 98104 | First Class Mail |
| Amazon Logistics Inc | c/o K&L Gates, LLP | Attn: Brian Peterson | 925 Fourth Ave, Suite 2900 | Seattle, WA 98104 | First Class Mail |
| American Oak Preserving Company Inc | c/o Barnes & Thornburg LLP | Attn: Jonathan Sundheimer | 11 S Meridian St | Indianapolis, IN 46204 | First Class Mail |
| Ams Audit Services, LLC | 6920 Cannon Falls Dr | Plano, TX 75024 | | | First Class Mail |
| Appriss Inc. | c/o Frost Brown Todd LLP | Attn: AJ Webb | 3300 Great American Tower, Ste 3300 | Cincinnati, OH 45202 | First Class Mail |
| ARC Nphuboh001 LLC | c/o Ballard Spahr LLP | Attn: Dustin P Branch, Esq | 2029 Century Park E, Ste 1400 | Los Angeles, CA 90067-2915 | First Class Mail |
| A-S 93 SH 130-SH 45 LP | c/o Munsch Hardt Kopf & Harr, PC | Attn: Alex Perez | 700 Milam St, Ste 800 | Houston, TX 77002 | First Class Mail |
| Ascot Surety and Casualty Company and Ascot Insurance Company | Attn: Jennifer M Leuschner, Esq | P.O. Box 2240 | Ridgeland, MS 39158 | | First Class Mail |
| Ascot Surety and Casualty Company and Ascot Insurance Company | c/o Ascot US Services Company LLC | Attn: Jennifer M Leuschner, Esq | P.O. Box 2240 | Ridgeland, MS 39158 | First Class Mail |
| Barkley, Inc | 1740 Main St | Kansas City, MO 64108 | | | First Class Mail |
| Bazaarvoice, Inc | 10901 Stonelake Blvd | Austin, TX 78759 | | | First Class Mail |
| BF Timonium LLC et al | c/o Burr & Forman LLP | Attn: Heather A Jamison | 420 N 20th St, Ste 3400 | Birmingham, AL 35203 | First Class Mail |
| Bpo Worx Consulting | 1275 Susek Dr | Pineville, LA 71360 | | | First Class Mail |
| BPP 4040 Forest Owner LP | c/o Singer & Levick, PC | Attn: Michelle E Shriro | 16200 Addison Rd, Ste 140 | Addison, TX 75001 | First Class Mail |
| Bradshaw International Inc | 10760 4th St, Ste 100 | Rancho Cucamonga, CA 91730 | | | First Class Mail |
| Brentwood Originals Inc | c/o Ballard Spahr LLP | Attn: Brian D Huben, Esq | 2029 Century Park E, Ste 1400 | Los Angeles, CA 90067-2915 | First Class Mail |
| Brixton Everett LLC | c/o Ballard Spahr LLP | Attn: Dustin P Branch, Esq | 2029 Century Park E, Ste 1400 | Los Angeles, CA 90067-2915 | First Class Mail |
| Butler Home Products LLC | 10760 4th St, Ste 100 | Rancho Cucamonga, CA 91730 | | | First Class Mail |
| CAB assignee of Qingdao Kingking Applied Chemistry Co Ltd | 4340 Fulton Ave, 3rd Fl | Sherman Oaks, CA 91423 | | | First Class Mail |
| CAB assignee of Yotrio Group Co Ltd | 4340 Fulton Ave, 3rd Fl | Sherman Oaks, CA 91423 | | | First Class Mail |
| Calondra Brown and Nahon Saharovich & Trotz Personal Injury Attorneys | Address Redacted | | | | First Class Mail |
| Capgemini America Inc | 79 5th Ave, 3rd Fl | New York, NY 10003 | | | First Class Mail |
| Case Fms LLC | 356 John L Dietsch Blvd | N Attleboro, MA 02763 | | | First Class Mail |
| Catheryn Bowersox | Address Redacted | | | | First Class Mail |
| Centimark | 12 Grandview Cir | Canonsburg, PA 15317 | | | First Class Mail |
| Central Hudson Gas & Electric Corp, NY | 284 South Ave | Poughkeepsie, NY 12601 | | | First Class Mail |
| Chain Store Maintenance LLC | Attn: Jon M Lippard | 350 Highland Dr, Ste 100 | Lewisville, TX 75067 | | First Class Mail |
| Charleigh Kells | Address Redacted | | | | First Class Mail |
| Christine Woodard | Address Redacted | | | | First Class Mail |
| City of Niles | 34 W State St | Niles, Ohio 44446 | | | First Class Mail |
| Conversant Group LLC | 1513 Cowart St | Chattanooga, TN 37408 | | | First Class Mail |
| Cosco Shipping Lines, Inc | 100 Lighting Way | Secaucus, NJ 07094 | | | First Class Mail |
| CPV Retail Energy LP | Attn: Read Comstock | 2245 Texas Dr, Ste 400 | Sugar Land, TX 77479 | | First Class Mail |
| Cs Business Solutions, LLC | P.O. Box 115 | Closter, NJ 07624 | | | First Class Mail |
| CSC Delaware Trust Company, as Trustee for the 7.125% Senior Notes due 2029 | c/o Seward & Kissel LLP | Attn: John R Ashmead, Esq; Gregg S Bateman, Esq | 1 Battery Park Plz | New York, NY 10004 | First Class Mail |
| Cui Liu Designs LLC | c/o Wyatt, Tarrant & Combs, LLC | Attn: Daniel E Hitchcock | 250 W Main St, Ste 1600 | Lexinton, KY 40507 | First Class Mail |
| Dakang Holding Co Ltd | Attn: Dundon Advisers LLC | 10 Bank St, Ste 1100 | White Plains, NY 10606 | | First Class Mail |
| Divisions Inc | c/o Frost Brown Todd LLP | Attn: AJ Webb | 3300 Great American Tower, Ste 3300 | Cincinnati, OH 45202 | First Class Mail |
| Dts Properties, LLC | 1111 N Plaza Dr, Ste 200 | Schaumburg, IL 60173 | | | First Class Mail |
| Duquesne Light Company | c/o Bernstein-Burkley, PC | Attn: Keri P Ebeck | 601 Grant St, 9th Fl | Pittsburgh, PA 15219 | First Class Mail |
| Emplifi Inc | 4200 Regent St, Ste 200 | Columbus, OH 43219 | | | First Class Mail |
| Evelyn N. Posey | Address Redacted | | | | First Class Mail |
| Facility Solutions Group Inc | Attn: Tara Visker | 4401 Westgate Blvd, Ste 310 | Austin, TX 78745 | | First Class Mail |
| Forward Air Logistics Services LLC | Attn: Elizabeth Bolka | 3200 Olympus Blvd, Unit 300 | Coppell, TX 75019 | | First Class Mail |
| Freepoint Energy Solutions LLC | 3050 Post Oak Blvd, Ste 1330 | Houston, TX 77056 | | | First Class Mail |
| Freightwaves, Inc | 405 Cherry St | Chattanooga, TN 37402 | | | First Class Mail |
| GCTC Property LP | c/o North American Development Group | Attn: Anna Tonevski | 9903 Gulf Coast Main St, Ste 120 | Fort Myers, FL 33913 | First Class Mail |
| Glade Inline 3, LLC | 4001 N Perryville Rd, Ste D201 | Loves Park, IL 61111 | | | First Class Mail |
| Hangzhou Honor Industry Co Ltd | c/o Dundon Advisers LLC | 10 Bank St, Ste 1100 | White Plains, NY 10606 | | First Class Mail |
| Harbourpoint Investments Inc | c/o Worldwide Registration Service | 10612-D Providence Rd, Unit 257 | Charlotte, NC 28277 | | First Class Mail |
| Hughes-Nelson Painting, Inc | 720 Indigo Ct | Pomona, CA 91767 | | | First Class Mail |
| It Services 2 (It2) | P.O.Box 25415 | Dallas, TX 75225 | | | First Class Mail |
| Iwd New York, LLC | WeWork / Shared Space | 77 Sands St | Brooklyn, NY 11201-1431 | | First Class Mail |
| Janice L White | Address Redacted | | | | First Class Mail |
| Jerry Aviles | Address Redacted | | | | First Class Mail |
| Jimmy Nassour Parkview Partners Ltd & Parkview Partners II Ltd | 3839 Bee Cave Rd, Ste 200 | Austin, TX 78748 | | | First Class Mail |
| Johnson Controls Security Solutions LLC | 5757 N Green Bay Ave | Glendale, WI 53209 | | | First Class Mail |
| JSK JJ Investments LLC | c/o Downey Brand LLP | Attn: Galen M Gentry | 621 Capitol Mall, 18th Fl | Sacramento, CA 95814 | First Class Mail |
| King Energy | 1005 Court St, Ste 210 | San Luis Obispo, CA 93401 | | | First Class Mail |
| Kintetsu World Express (USA), Inc | 1 Jericho Plaza | Jericho, NY 11753 | | | First Class Mail |
| Kraus-Anderson Incorporated | c/o Warner Law, LLC | Attn: George E Warner | 120 S 6th St, Ste 1515 | Minneapolis, MN 55402 | First Class Mail |
| Kristen O'Brien | Address Redacted | | | | First Class Mail |
| Lago Bello LLC | 1215 Gessner Rd | Houston, TX 77055 | | | First Class Mail |
| Liberty Mutual Insurance Company | Attn: Justin Gauthier | 225 Borthwick Ave | Portsmouth, NH 03801 | | First Class Mail |
| Loloi Inc | c/o McDermott Will & Schulte LLP | Attn: Marcus Helt | 2801 N Harwood St, Ste 2600 | Dallas, TX 75201 | First Class Mail |
| Maersk A/S | 9300 Arrowpoint Blvd | Charlotte, NC 28273 | | | First Class Mail |
| Manassas Real Estate Ventures LLC | 200 W Cypress Creek Rd, Ste 500 | Fort Lauderdale, FL 33309 | | | First Class Mail |
| Mp2 Energy LLC | dba Shell Energy Solutions | 909 Fannin St, Ste 3500 | Houston, TX 77010 | | First Class Mail |
| Nantaka Joy, Inc | 3108 Glendale Blvd, 504 | Los Angeles, CA 90039 | | | First Class Mail |
| Nashville Electric Service | 1214 Church St | Nashville, TN 37246 | | | First Class Mail |
| New Tech Mechanical Systems | 25A Moffitt Blvd | Bay Shore, NY 11706 | | | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Ocean Network Express Pte Ltd | c/o Ocean Network Express (North America) Inc. | 8730 Stony Point Pkwy, Ste 400 | Richmond, VA 23235 | | First Class Mail |
| Outlet Mall of Savannah LLC | Attn: Jennifer Himes | 3200 Northline Ave, Ste 360 | Greensboro, NC 27408 | | First Class Mail |
| Pacific Midway LLC | 12303 E Mississippi Ave, Unit 143 | Aurora, CO 80012 | | | First Class Mail |
| Peak Technologies LLC | 265 Foster St | Littleton, MA 01460 | | | First Class Mail |
| PepsiCo Sales Inc | c/o Burke, Warren, MacKay & Serritella, PC | Attn: Jeremy C Kleinman | 330 N Wabash Ave, Ste 2100 | Chicago, IL 60611 | First Class Mail |
| Retail Security Services, Inc | 5 Orville Dr, Ste 100 | Bohemia, NY 11716 | | | First Class Mail |
| Rogers Water Utilities | c/o Frazier Law Firm, PLC | Attn: Robert A Frazier | 3333 Pinnacle Hills Pkwy, Ste 423 | Rogers, AR 72758 | First Class Mail |
| Shelby County Trustee | P.O. Box 2751 | Memphis, TN 38101 | | | First Class Mail |
| ShopperTrak RCT LLC | 5757 N Green Bay Ave | Glendale, WI 53209 | | | First Class Mail |
| Sooter Plumbing And Mechanical, LLC | 204 E 5th Ave | Augusta, KS 67010 | | | First Class Mail |
| Spire Energy | c/o Spire Bankruptcy | 605 Richard Arrington Jr Blvd N | Birmingham, AL 35203 | | First Class Mail |
| Sprinklr, Inc | 29 W 35th St, 7th Fl | Staten Island, NY 10304 | | | First Class Mail |
| Starlight Sugar Land Texas LP | c/o Greenberg Glusker LLP | Attn: Brian H Kang | 2049 Century Park E, Ste 2600 | Los Angeles, CA 90067 | First Class Mail |
| Sterling Lexicon | 815 S Main St | Jacksonville, FL 32207 | | | First Class Mail |
| STJ Wisteria Shopping Center LLC | c/o Levin Gann PA | Attn: Jessica Duvall | 1 W Pennsylvania Ave, Ste 900 | Towson, MD 21204 | First Class Mail |
| Stratus Unlimited LLC | Attn: Bob Icsman | 8959 Tyler Blvd | Mentor, OH 44060 | | First Class Mail |
| Stupell Industries Ltd Inc | 14 Industrial Ln | Johnston, RI 02919 | | | First Class Mail |
| Sumit Anand | Address Redacted | | | | First Class Mail |
| The Travelers Indemnity Company and those certain of its Property Casualty Insurance Affiliates | c/o Account Resolution | Attn: Katie A Beliveau | 40 Media Dr, Ste 100 | Queensbury, NY 12804 | First Class Mail |
| Tilton Pacific Construction, Inc | 4150 Citrus Ave | Rocklin, CA 95677 | | | First Class Mail |
| Tilton Pacific Construction, Inc. | Attn: Gregg Hall | 595 Menlo Dr | Rocklin, CA 95765 | | First Class Mail |
| TKC XXXIX LLC | c/o Moore & Van Allen PLLC | Attn: William Curtis | 100 N Tryon St, Ste 4700 | Charlotte, NC 28202 | First Class Mail |
| Toshiba Global Commerce Solutions Inc | Attn: Legal Department | 3901 S Miami Blvd | Durham, NC 27703 | | First Class Mail |
| Tower Peoria LLC | P.O. Box 1200 | Woodland, CA 95776 | | | First Class Mail |
| Town of Leesburg VA | Attn: Christopher Spera | 25 W Market St | Leesburg, VA 20176 | | First Class Mail |
| TQL Global LLC | 4289 Ivy Pointe Blvd | Cincinnati, OH 45245 | | | First Class Mail |
| Truno Retail Technology Solutions | 13912 Fm 1730 | Lubbock, TX 79424 | | | First Class Mail |
| Trustees Main/270 LLC | Attn: Karen Graham | 4300 E 5th Ave | Columbus, OH 43219 | | First Class Mail |
| Upper Canada Soap and Candle Makers Corporation | Attn: Jeff Kobric | 5875 Chedworth Way | Mississauga, ON, L5R3L9 | Canada | First Class Mail |
| USA Debt Recovery Solutions, Inc. assignee of Fuzhou Jialihua Arts and Crafts Co.Ltd | Attn: Artur Tretiakov | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | First Class Mail |
| USA Debt Recovery Solutions, Inc. assignee of Home Creations Group Limited | Attn: Artur Tretiakov | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | First Class Mail |
| USA Debt Recovery Solutions, Inc. assignee of Teammann Co., LTD | Attn: Artur Tretiakov | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | First Class Mail |
| USA Debt Recovery Solutions, Inc. assignee of Zhejiang Wangbin Decorative Material Co.,LTD | Attn: Artur Tretiakov | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | First Class Mail |
| Wakefern Food Corp | c/o McGrail & Bensinger LLP | Attn: Ilana Volkov, Esq | 888-C 8th Ave, Ste 107 | New York, NY 10019 | First Class Mail |
| Walmart Inc | 702 SW 8th St | Bentonville, AR 72716 | | | First Class Mail |
| Walmart Inc. | 2608 SE J Street | Bentonville, AR 72716 | | | First Class Mail |
| West Techs Chill Water Specialist L | 142 N Clack | Abilene, TX 79603 | | | First Class Mail |
| Winmill Software | 1501 Broadway, Ste 12060 | New York, NY 10036 | | | First Class Mail |
| Winmill Software, Inc | 1501 Broadway, 12th Fl | New York, NY 10036 | | | First Class Mail |
| Worrell Law Firm APC | 1717 Old Tustin Ave, Unit E | Santa Ana, CA 92705 | | | First Class Mail |
| Yipit Holdings, Inc | 90 5th Ave, 11th Fl | New York, NY 10011 | | | First Class Mail |

AT HOME GROUP INC., et al., (Case No. 25-11120)