**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re Docket No: 542** |

**NOTICE OF FILING REVISED FINANCIAL**
**PROJECTIONS AS AN EXHIBIT TO THE DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that on August 18, 2025, the Court entered the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form and Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief* [Docket No. 536] (the "Disclosure Statement Order") approving the *Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is:  9000 Cypress Waters Blvd, Coppell, Texas 75019.

No. 532] (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on August 19, 2025, the Debtors filed the solicitation version of the Disclosure Statement [Docket No. 542], which included financial projections as Exhibit B thereto (the "Financial Projections").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Disclosure Statement and the Financial Projections, the "Financial Projections contained herein are subject to change in advance of the Confirmation Hearing to account for any outstanding analyses, including, but not limited, a financial tax analysis.  Additionally, if applicable, the Debtors will file revised Financial Projections prior to the Confirmation Hearing."  Financial Projections, n. 2.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file the following revised Financial Projections to the Disclosure Statement, attached hereto as **Exhibit A** (as may be modified, amended, or supplemented from time to time, the "Revised Financial Projections").

**PLEASE TAKE FURTHER NOTICE** that a blackline between the Financial Projections and the Revised Financial Projections are attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that you would like to obtain a copy of the Disclosure Statement, the exhibits thereto, or related documents, you should contact Omni Agent Solutions, Inc., the claims and noticing agent retained by the Debtors in these chapter 11 cases (the "Claims and Noticing Agent"), by: (a) writing via first class mail, to At Home Group Inc. Ballot Processing, c/o Omni Agent Solutions, Inc., 5955 De Soto Ave., Ste 100, Woodland Hills, CA 91367 (b) writing via electronic mail to AtHomeInquiries@OmniAgnt.com, referencing "At Home Group Inc. – Solicitation Inquiry" in the subject line; or (c) calling the Debtors' restructuring hotline at 1 (888) 818-9346 (Toll Free/Domestic) or +1 (747) 293-0014 (International).  You may

also obtain copies of any pleadings filed in these chapter 11 cases (a) for a fee via PACER at: http://www.deb.uscourts.gov; or (b) at no charge from Omni Agent Solutions, Inc. by accessing the Debtors' restructuring website at https://omniagentsolutions.com/AtHome.

Dated:  September 24, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 571-6600
Facsimile:      (302) 571-1253
Email:          rbrady@ycst.com
                jmulvihill@ycst.com
                tpowell@ycst.com


*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          nicole.greenblatt@kirkland.com
                matthew.fagen@kirkland.com
                elizabeth.jones@kirkland.com


*Co-Counsel for the Debtors and Debtors in Possession*

## Exhibit A

### FINANCIAL PROJECTIONS

**Introduction to Financial Projections**

      As a condition to Confirmation, the Bankruptcy Code requires, among other things, the Bankruptcy Court to find that entry of a Confirmation Order is not likely to be followed by either a liquidation or the need to further reorganize the Debtors or any successor to the Debtors.  In accordance with this condition and in order to assist each Holder of a Claim in determining whether to vote to accept or reject the Plan, the Debtors' management team ("Management"), with the assistance of its advisors, developed financial projections (the "Financial Projections") to support the feasibility of the Plan.[1]  The Debtors prepared the Financial Projections presented herein to show the next five years (2025-2029) of projected financial statements as of the Debtors' fiscal year-end on January 25, 2025.

      The Financial Projections were prepared in good faith by Management, with the assistance of its advisors, and are based on a number of assumptions made by Management, within the bounds of Management's knowledge of the Debtors' business and operations, with respect to the future performance of the Debtors' operations.  Forward-looking statements in these projections include the intent, belief, or current expectations of the Debtors and members of its Management with respect to the timing of, completion of, and scope of the current restructuring, the Plan, the Debtors' strategic business plan, bank financing, debt and equity market conditions, and the Debtors' future liquidity, as well as the assumptions upon which such statements are based.  Although Management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will be realized.  Because future events and circumstances may well differ from those assumed and unanticipated events or circumstances may occur, the Debtors expect that the actual and projected results will differ and the actual results may be materially greater or less than those contained in the Financial Projections herein and from those contemplated by such forward-looking statements.  No representations can be made as to the accuracy of the Financial Projections or the Debtors' ability to achieve the projected results.  Therefore, the Financial Projections may not be relied upon as a guarantee or as any other form of assurance as to the actual results that will occur.  The inclusion of the Financial Projections herein should not be regarded as an indication that the Debtors considered or consider the Financial Projections to reliably predict future performance.  Accordingly, in deciding whether to vote to accept or reject the Plan, creditors should review the Financial Projections in conjunction with a review of the risk factors set forth in the Disclosure Statement and the assumptions and risks described herein, including all relevant qualifications and footnotes.

      The Debtors believe that the Plan meets the feasibility requirements set forth in section 1129(a)(11) of the Bankruptcy Code, as confirmation of the Plan is not likely to be followed by a liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan.  In connection with the planning and development of the Plan and for the purposes of determining whether the Plan would satisfy this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources.

---

[1]    Capitalized terms used but not defined herein have the meanings set forth in the *Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 542] (as may be amended, modified, and/or supplemented from time to time, the "Disclosure Statement"), to which the Financial Projections are attached as Exhibit B, or in the *Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 541] (as may be amended, modified, and/or supplemented from time to time, the "Plan").

The Financial Projections were not prepared with a view toward compliance with published guidelines of the United States Securities and Exchange Commission or the American Institute of Certified Public Accounts for preparation and presentation of prospective financial information. An independent auditor has not examined, compiled, or performed any procedures with respect to the prospective financial information contained in these Financial Projects and accordingly, it does not express an opinion or any other form of assurance on such information or its attainability. The Debtors' independent auditor assumes no responsibility for, and denies any association with, the prospective financial information.

The Debtors do not intend to and disclaim any obligation to: (a) furnish updated Financial Projections to Holders of Claims or Interests prior to the Effective Date or to any other party after the Effective Date, except as required by the Plan; (b) include any such updated information in any documents that may be required to be filed with the Securities and Exchange Commission; or (c) otherwise make such updated information publicly available.

**Assumptions of the Financial Projections**

The Financial Projections are based on, but not limited to, factors such as industry performance, general business, economic, competitive, regulatory, market, and financial conditions, as well as the assumptions detailed below. Many of these factors and assumptions are beyond the control of the Debtors and do not take into account the uncertainty and disruptions of business that may accompany an in-court restructuring. Accordingly, the assumptions should be reviewed in conjunction with a review of the risk factors set forth in the Disclosure Statement.

- **Forecast Methodology:** In light of the form of distributions contemplated by the Plan, the Financial Projections were developed on a consolidated basis rather than on a legal entity basis. The Debtors' projected financial statements represent a consolidated view of the Debtors' long-range business plan ("LRP") developed by Management using a store level forecast across the United States and the Debtors' e-commerce sales through their online website. In creating the LRP, which outlines projected operating and financial performance for the next five fiscal years, such that each fiscal year closes at the end of January of the year for which the fiscal year is named,[2] management analyzed various factors and relevant industry metrics which included, but are not limited to: (i) projected store count; (ii) projected store level unit economics and revenue (*e.g.*, average unit revenue, unit per transaction, store traffic, and traffic conversion rate); (iii) projected store level operating expenses; (iv) projected corporate operating expenses, (v) maintenance and growth capital expenditures; and (vi) various business initiatives, each of which may contribute to revenue growth, operating efficiency, cost reductions, or inventory efficiency.

---

[2]    For example, the Company's fiscal year 2025 ended on January 25, 2025.

The Financial Projections assume 28 store locations will cease contributing to sales by the end of July 2025.[3]  The total number of stores that will ultimately be closed is dependent upon lease negotiations.

The Financial Projections have been prepared using accounting policies that are consistent with the Debtors' historical financial statements.  Upon emergence from chapter 11, the Debtors anticipate that the Reorganized Debtors will implement "fresh start" reporting pursuant to Accounting Standards Codification ("ASC") Topic 852, "Reorganization."  "Fresh start" reporting requires that the reorganization value of the emerging entity be allocated to all of the entity's assets and liabilities in accordance with the guidance in ASC Topic 805, "Business Combinations."  Any portion of the reorganization value not attributable to specific tangible or identifiable intangible assets or liabilities of the emerging entity is required to be reported as goodwill.  The Financial Projections may not reflect all adjustments necessary to implement "fresh start" reporting.

- **Projection Assumptions with Respect to the Income Statement:**

  *Revenue Forecast*:  The Debtors primarily operate through 260 brick-and-mortar retail stores, as of the Petition Date, and their e-commerce sales channels, and developed revenue forecasts by projecting, among other key drivers, future store openings and closings, store comparable performance, omnichannel e-commerce expansion, new loyalty program rollout, and product mix and margin.  The Debtors considered industry trends and target customer purchasing habits within the U.S. home furnishings and décor market.

  *Gross Profit*:  The Debtors' consolidated gross profit is forecasted based on cost of sales expenses projected for product sales margin, distribution center expenses, and store occupancy costs across the brick-and-mortar fleet.  Cost of sales forecasts are consistent with historical cost trends within each respective retail location and distribution center.  Product sales margin incorporates, among other key variables, product cost, damages, outbound freight, shrink, initial markup expansion opportunities, and projected tariff impacts.  Other efficiency initiatives were considered for retail store sizing and distribution center operations.

  *Selling, General & Administrative Expenses ("SG&A")*:  The Debtors' consolidated SG&A expenses are commensurate with forecasted store footprint, headquarter staffing and departmental scope, information technology requirements, and distribution operations.

  *Depreciation and Amortization*:  The Debtors' consolidated depreciation and amortization is forecasted based on anticipated depreciation and amortization on current book values and current accounting methodologies.  Additionally, depreciation expense recognized in fiscal years 2026 through 2030 includes amounts related to projected capital expenditures expected to occur in those

---

[3]    The Financial Projections are based on a business plan that anticipated closing 28 stores by the end of July 2025.  As of date hereof, there are 31 stores on the initial closing list.  *See Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 345] (Ex. A); *Notice of Removal of Closing Stores from the Store Closing List* [Docket No. 303]; *Notice of Filing of Additional Store Closing List* [Docket No. 369]; *Notice of Removal of Closing Stores from the Store Closing List* [Docket No. 542]; *Notice of Filing of Additional Store Closing List* [Docket No. 554]; and *Notice of Filing of Additional Store Closing List* [Docket No. 585].  These changes do not materially change the Financial Projections set forth herein.

years. Depreciation and amortization schedules have not been adjusted for fresh start accounting and could vary pending final accounting analysis of the restructuring.

*Stock Based Compensation & Other*: The Debtors forecast stock-based compensation ("SBC") and other non-core or non-cash expenses from fiscal year 2026 onwards. SBC and other non-core or non-cash expenses are generally consistent with historical trends and forecasted expense recognition.

*Cash Taxes*: The Debtors forecast cash taxes from fiscal year 2026 onwards, as taxable income is generated. The projections account for the potential tax obligations as a result of consummating the plan, and the pro forma Company structure upon emergence from Chapter 11. The cash taxes are an estimate after effectuating the new corporate structure and the resulting federal and state tax attributes of the Company at emergence. These amounts are subject to change and could vary pending final tax analysis of the transaction.

- **Projection Assumptions with Respect to the Cash Flow Statement and Capital Structure:**

*Cash*: Beginning cash balances reflect the Debtors' projected consolidated balance sheet cash at an illustrative effective date of October 25, 2025, reflecting the Debtors' estimated outside emergence date from chapter 11. Such amounts may differ as of the Effective Date depending on the actual results associated with several assumptions, including the Debtors' actual cash balance immediately prior to the Effective Date, actual and projected remaining cash flows and expenses during the bankruptcy, and other related amounts.

*Debt*: The Financial Projections are illustrative and inclusive of a proposed Exit ABL Facility on substantially the same terms as the existing prepetition ABL Loans, drawn in the amount of approximately $255 million upon emergence, which represents the outstanding prepetition balance less any projected liquidation proceeds resulting from the sale of ABL priority collateral over the duration of these Chapter 11 Cases. However, the existence, terms, conditions, commitment amount, and placement of the Exit ABL Facility are subject to ongoing negotiation and availability.

*Working Capital*: The Debtors' consolidated working capital has been forecasted based on working capital needs projected at the store and corporate level, consistent with historical costs and projected needs within each respective retail location and/or distribution center.

*Capital Expenditures*: The Debtors' consolidated capital expenditures are forecasted based on projected capital expenditures at each store and at the corporate level, as presented in the Debtors' long-term forecasts. Projected capital expenditures include required maintenance capital expenditures and growth capital expenditures associated with the strategic initiatives in the LRP projections.

*[Financial Projections follow]*

4

## Projected P&L and Free Cash Flow

| $ in thousands | FY2026Q4[1] | FY2027 | FY2028 | FY2029 | FY2030 |
|---|---|---|---|---|---|
| **Financial Performance** | | | | | |
| **Net Sales** | $ 508,807 | $ 1,719,000 | $ 1,848,979 | $ 1,984,243 | $ 2,128,421 |
| *% YoY* | | | *7.6%* | *7.3%* | *7.3%* |
| **Gross Profit** | $ 154,305 | $ 471,356 | $ 553,231 | $ 654,082 | $ 724,299 |
| *Gross Profit Margin* | *30.3%* | *27.4%* | *29.9%* | *33.0%* | *34.0%* |
| **SG&A** | $ (119,241) | $ (455,232) | $ (465,713) | $ (485,757) | $ (508,007) |
| *SG&A %* | *23.4%* | *26.5%* | *25.2%* | *24.5%* | *23.9%* |
| **Operating Income** | $ 35,064 | $ 16,123 | $ 87,518 | $ 168,325 | 216,292 |
| (+) Depreciation & Amortization | 23,270 | 86,828 | 79,634 | 79,274 | 80,620 |
| (+) SBC / Other | 4,090 | 18,312 | 18,693 | 20,077 | 20,615 |
| **Adjusted EBITDA** | $ 62,423 | $ 121,263 | $ 185,845 | $ 267,676 | $ 317,528 |
| *EBITDA Margin* | *12.3%* | *7.1%* | *10.1%* | *13.5%* | *14.9%* |
| ( - ) Capex | (12,225) | (39,855) | (61,755) | (63,455) | (55,455) |
| ( - ) Cash Taxes | - | (5,353) | (4,929) | (35,152) | (59,637) |
| +/- Changes in WC | 56,098 | (28,029) | 38,650 | (10,636) | 37,063 |
| **Unlevered Free Cash Flow** | $ 106,296 | $ 48,026 | $ 157,810 | $ 158,433 | $ 239,499 |
| ( - ) Cash Interest | (2,959) | (10,307) | (6,064) | (1,418) | (1,350) |
| ( - ) Mandatory Principal Repayment | - | - | - | - | - |
| **Levered Free Cash Flow** | $ 103,337 | $ 37,719 | $ 151,746 | $ 157,015 | $ 238,149 |

*(1) FY2026 illustratively reflects performance beginning in Q4 (10/25/2025), the Debtors' estimated outside exit date from chapter 11*

## Projected Cash Flow Statement

| $ in thousands | FY2026Q4[1] | FY2027 | FY2028 | FY2029 | FY2030 |
|---|---|---|---|---|---|
| **Cash Flow** | | | | | |
| **Net Income** | $ 32,104 | $ 463 | $ 76,524 | $ 131,755 | $ 155,306 |
| ( + ) Depreciation & Amortization | 23,270 | 86,828 | 79,634 | 79,274 | 80,620 |
| ( + ) Other | 4,090 | 18,312 | 18,693 | 20,077 | 20,615 |
| **Change in Working Capital** | | | | | |
| Accounts Receivable | 5,531 | (335) | (1,112) | (1,201) | (1,231) |
| Inventory | 78,216 | (53,813) | 36,211 | (15,383) | 26,396 |
| Accounts Payable | (27,649) | 26,119 | 3,551 | 5,949 | 11,898 |
| **Cash Flow from Operating Activities** | $ 115,562 | $ 77,574 | $ 213,501 | $ 220,470 | $ 293,604 |
| **Investing Activity** | | | | | |
| Capital Expenditures | (12,225) | (39,855) | (61,755) | (63,455) | (55,455) |
| **Cash Flow from Investing Activities** | (12,225) | (39,855) | (61,755) | (63,455) | (55,455) |
| **Financing Activity** | | | | | |
| New Borrowings | - | - | - | - | - |
| Net Revolver Draw (Repayment)[2] | (103,337) | (37,719) | (133,215) | - | - |
| **Cash Flow from Financing Activities** | (103,337) | (37,719) | (133,215) | - | - |
| **Net Change in Cash** | $ 0 | $ (0) | $ 18,531 | $ 157,015 | $ 238,149 |
| Beginning Book Cash Balance | $ 10,000 | $ 10,000 | $ 10,000 | $ 28,531 | 185,545 |
| Net Change in Cash | 0 | (0) | 18,531 | 157,015 | 238,149 |
| **Ending Book Cash Balance** | $ 10,000 | $ 10,000 | $ 28,531 | $ 185,545 | 423,694 |

*(1) FY2026 illustratively reflects performance beginning in Q4 (10/25/2025), the Debtors' estimated outside exit date from chapter 11*
*(2) Assumes discretionary deleveraging monthly based on available amounts in excess of an illustrative $10.0 million minimum cash balance*

## Summary Capital Structure

*$ in thousands*

| | FY2026 | FY2027 | FY2028 | FY2029 | FY2030 |
|---|---|---|---|---|---|
| **Rolling Capital Structure** | | | | | |
| New Revolver[1] | 170,934 | 133,215 | - | - | - |
| Gross Debt[1] | $ 170,934 | $ 133,215 | - | - | - |
| (-) Cash | (10,000) | (10,000) | (28,531) | (185,545) | (423,694) |
| Net Debt | $ 160,934 | $ 123,215 | (28,531) | (185,545) | (423,694) |

*(1) Assumes discretionary deleveraging monthly based on available amounts in excess of an illustrative $10.0 million minimum cash balance*

## Select Balance Sheet and Cash Flow Items[1]

*$ in thousands*

| | FY2026Q4[2] | FY2027 | FY2028 | FY2029 | FY2030 |
|---|---|---|---|---|---|
| **Net Working Capital** | | | | | |
| Accounts Receivable | 11,260 | 11,595 | 12,707 | 13,908 | 15,139 |
| Inventory | 407,319 | 461,132 | 424,921 | 440,305 | 413,909 |
| Accounts Payable | 66,925 | 93,045 | 96,595 | 102,544 | 114,442 |
| Net Working Capital | $ 351,653 | $ 379,682 | $ 341,033 | $ 351,668 | $ 314,606 |
| Change in Net Working Capital | (56,098) | $ 28,029 | (38,650) | $ 10,636 | (37,063) |
| | | | | | |
| Fixed Assets | $ 517,250 | $ 451,965 | $ 415,393 | $ 379,498 | $ 333,717 |

*(1) Figures shown are prior to any chapter 11-related adjustments, if applicable*
*(2) FY2026 illustratively reflects performance beginning in Q4 (10/25/2025), the Debtors' estimated outside exit date from chapter 11*

**<u>Exhibit B</u>**

**Blackline**

**FINANCIAL PROJECTIONS**

**Introduction to Financial Projections**

As a condition to Confirmation, the Bankruptcy Code requires, among other things, the Bankruptcy Court to find that entry of a Confirmation Order is not likely to be followed by either a liquidation or the need to further reorganize the Debtors or any successor to the Debtors.  In accordance with this condition and in order to assist each Holder of a Claim in determining whether to vote to accept or reject the Plan, the Debtors' management team ("Management"), with the assistance of its advisors, developed financial projections (the "Financial Projections") to support the feasibility of the Plan.[1]  The Debtors prepared the Financial Projections presented herein to show the next five years (2025-2029) of projected financial statements as of the Debtors' fiscal year-end on January 25, 2025.

The Financial Projections were prepared in good faith by Management, with the assistance of its advisors, and are based on a number of assumptions made by Management, within the bounds of Management's knowledge of the Debtors' business and operations, with respect to the future performance of the Debtors' operations.  Forward-looking statements in these projections include the intent, belief, or current expectations of the Debtors and members of its Management with respect to the timing of, completion of, and scope of the current restructuring, the Plan, the Debtors' strategic business plan, bank financing, debt and equity market conditions, and the Debtors' future liquidity, as well as the assumptions upon which such statements are based.  Although Management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will be realized.  Because future events and circumstances may well differ from those assumed and unanticipated events or circumstances may occur, the Debtors expect that the actual and projected results will differ and the actual results may be materially greater or less than those contained in the Financial Projections herein and from those contemplated by such forward-looking statements.  No representations can be made as to the accuracy of the Financial Projections or the Debtors' ability to achieve the projected results.  Therefore, the Financial Projections may not be relied upon as a guarantee or as any other form of assurance as to the actual results that will occur.  The inclusion of the Financial Projections herein should not be regarded as an indication that the Debtors considered or consider the Financial Projections to reliably predict future performance.  Accordingly, in deciding whether to vote to accept or reject the Plan, creditors should review the Financial Projections in conjunction with a review of the risk factors set forth in the Disclosure Statement and the assumptions and risks described herein, including all relevant qualifications and footnotes.

The Debtors believe that the Plan meets the feasibility requirements set forth in section 1129(a)(11) of the Bankruptcy Code, as confirmation of the Plan is not likely to be followed by a liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan.  In connection with the planning and development of the Plan and for the purposes of determining whether the Plan would satisfy this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources.[2]

---

[1]   Capitalized terms used but not defined herein have the meanings set forth in the *Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and ~~Its~~its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 54~~250~~] (as may be amended, modified, and/or supplemented from time to time, the "Disclosure Statement"), to which the Financial Projections are attached as Exhibit B, or in the *Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2~~54~~91] (as may be amended, modified, and/or supplemented from time to time, the "Plan").

[2]   ~~The Financial Projections contained herein are subject to change in advance of the Confirmation Hearing to account for any outstanding analyses, including but not limited, a final tax analysis.  Additionally, if applicable,~~

The Financial Projections were not prepared with a view toward compliance with published guidelines of the United States Securities and Exchange Commission or the American Institute of Certified Public Accounts for preparation and presentation of prospective financial information.  An independent auditor has not examined, compiled, or performed any procedures with respect to the prospective financial information contained in these Financial Projects and accordingly, it does not express an opinion or any other form of assurance on such information or its attainability.  The Debtors' independent auditor assumes no responsibility for, and denies any association with, the prospective financial information.

The Debtors do not intend to and disclaim any obligation to:  (a) furnish updated Financial Projections to Holders of Claims or Interests prior to the Effective Date or to any other party after the Effective Date, except as required by the Plan; (b) include any such updated information in any documents that may be required to be filed with the Securities and Exchange Commission; or (c) otherwise make such updated information publicly available.

**Assumptions of the Financial Projections**

The Financial Projections are based on, but not limited to, factors such as industry performance, general business, economic, competitive, regulatory, market, and financial conditions, as well as the assumptions detailed below.  Many of these factors and assumptions are beyond the control of the Debtors and do not take into account the uncertainty and disruptions of business that may accompany an in-court restructuring.  Accordingly, the assumptions should be reviewed in conjunction with a review of the risk factors set forth in the Disclosure Statement.

- **Forecast Methodology:**  In light of the form of distributions contemplated by the Plan, the Financial Projections were developed on a consolidated basis rather than on a legal entity basis.  The Debtors' projected financial statements represent a consolidated view of the Debtors' long-range business plan ("LRP") developed by Management using a store level forecast across the United States and the Debtors' e-commerce sales through their online website.  In creating the LRP, which outlines projected operating and financial performance for the next five fiscal years, such that each fiscal year closes at the end of January of the year for which the fiscal year is named,[32] management analyzed various factors and relevant industry metrics which included, but are not limited to:  (i) projected store count; (ii) projected store level unit economics and revenue (*e.g.*, average unit revenue, unit per transaction, store traffic, and traffic conversion rate); (iii) projected store level operating expenses; (iv) projected corporate operating expenses, (v) maintenance and growth capital expenditures; and (vi) various business initiatives, each of which may contribute to revenue growth, operating efficiency, cost reductions, or inventory efficiency.

---

account for any outstanding analyses, including but not limited, a final tax analysis.  Additionally, if applicable, the Debtors will file revised Financial Projections prior to the Confirmation Hearing.

[32]    For example, the Company's fiscal year 2025 ended on January 25, 2025.

The Financial Projections assume 28 store locations will cease contributing to sales by the end of July 2025.[43]  The total number of stores that will ultimately be closed is dependent upon lease negotiations.

The Financial Projections have been prepared using accounting policies that are consistent with the Debtors' historical financial statements.  Upon emergence from chapter 11, the Debtors anticipate that the Reorganized Debtors will implement "fresh start" reporting pursuant to Accounting Standards Codification ("ASC") Topic 852, "Reorganization."  "Fresh start" reporting requires that the reorganization value of the emerging entity be allocated to all of the entity's assets and liabilities in accordance with the guidance in ASC Topic 805, "Business Combinations."  Any portion of the reorganization value not attributable to specific tangible or identifiable intangible assets or liabilities of the emerging entity is required to be reported as goodwill.  The Financial Projections may not reflect all adjustments necessary to implement "fresh start" reporting.

- **Projection Assumptions with Respect to the Income Statement:**

  _Revenue Forecast_:  The Debtors primarily operate through 260 brick-and-mortar retail stores, as of the Petition Date, and their e-commerce sales channels, and developed revenue forecasts by projecting, among other key drivers, future store openings and closings, store comparable performance, omnichannel e-commerce expansion, new loyalty program rollout, and product mix and margin.  The Debtors considered industry trends and target customer purchasing habits within the U.S. home furnishings and décor market.

  _Gross Profit_:  The Debtors' consolidated gross profit is forecasted based on cost of sales expenses projected for product sales margin, distribution center expenses, and store occupancy costs across the brick-and-mortar fleet.  Cost of sales forecasts are consistent with historical cost trends within each respective retail location and distribution center.  Product sales margin incorporates, among other key variables, product cost, damages, outbound freight, shrink, initial markup expansion opportunities, and projected tariff impacts.  Other efficiency initiatives were considered for retail store sizing and distribution center operations.

  _Selling, General & Administrative Expenses ("SG&A")_:  The Debtors' consolidated SG&A expenses are commensurate with forecasted store footprint, headquarter staffing and departmental scope, information technology requirements, and distribution operations.

  _Depreciation and Amortization_:  The Debtors' consolidated depreciation and amortization is forecasted based on anticipated depreciation and amortization on current book values and current accounting methodologies.  Additionally, depreciation expense recognized in fiscal years 2026

---

[43]  The Financial Projections are based on a business plan that anticipated closing 28 stores by the end of July 2025.  As of the ~~the~~ date hereof, there are 3~~0~~1 stores on the initial closing list.  _See_ ~~Interim~~Final _Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief_ [Docket No. ~~126~~345] (Exh~~b~~. A); _Notice of Removal of Closing Stores from the Store Closing List_ [Docket No. 303]; ~~and~~ _Notice of Filing of Additional Store Closing List_ [Docket No. 369]; _Notice of Removal of Closing Stores from the Store Closing List_ [Docket No. 542]; _Notice of Filing of Additional Store Closing List_ [Docket No. 554]; and _Notice of Filing of Additional Store Closing List_ [Docket No. 585].  These changes do not materially change the Financial Projections set forth herein.

through 2030 includes amounts related to projected capital expenditures expected to occur in those years. Depreciation and amortization schedules have not been adjusted for fresh start accounting and could vary pending final accounting analysis of the restructuring.

_Stock Based Compensation & Other_: The Debtors forecast stock-based compensation ("SBC") and other non-core or non-cash expenses from fiscal year 2026 onwards. SBC and other non-core or non-cash expenses are generally consistent with historical trends and forecasted expense recognition.

_Cash Taxes_: The Debtors forecast cash taxes from fiscal year 2026 onwards, as taxable income is generated. The projections ~~do not~~ account for ~~any~~the potential tax obligations as a result of consummating the ~~P~~plan, and the pro forma Company structure upon emergence from Chapter 11. The cash taxes are an estimate after effectuating the new corporate structure and the resulting federal and state tax attributes of the Company at emergence. These amounts are subject to change and could vary ~~significantly~~ pending final tax analysis of the transaction.

- **Projection Assumptions with Respect to the Cash Flow Statement and Capital Structure:**

  _Cash_: Beginning cash balances reflect the Debtors' projected consolidated balance sheet cash at an illustrative effective date of October 25, 2025, reflecting the Debtors' estimated outside emergence date from chapter 11. Such amounts may differ as of the Effective Date depending on the actual results associated with several assumptions, including the Debtors' actual cash balance immediately prior to the Effective Date, actual and projected remaining cash flows and expenses during the bankruptcy, and other related amounts.

  _Debt_: The Financial Projections are illustrative and inclusive of a proposed Exit ABL Facility on substantially the same terms as the existing prepetition ABL Loans, drawn in the amount of approximately $255 million upon emergence, which represents the outstanding prepetition balance less any projected liquidation proceeds resulting from the sale of ABL priority collateral over the duration of these Chapter 11 Cases. However, the existence, terms, conditions, commitment amount, and placement of the Exit ABL Facility are subject to ongoing negotiation and availability.

  _Working Capital_: The Debtors' consolidated working capital has been forecasted based on working capital needs projected at the store and corporate level, consistent with historical costs and projected needs within each respective retail location and/or distribution center.

  _Capital Expenditures_: The Debtors' consolidated capital expenditures are forecasted based on projected capital expenditures at each store and at the corporate level, as presented in the Debtors' long-term forecasts. Projected capital expenditures include required maintenance capital expenditures and growth capital expenditures associated with the strategic initiatives in the LRP projections.

_[Financial Projections follow]_

(Modified) Levered Cash Flow

*$ in thousands*

| Financial Performance | FY2026Q4(1) | FY2027 | FY2028 | FY2029 | FY2030 |
|---|---|---|---|---|---|
| Net Sales | $ 508,807 | $ 1,719,000 | $ 1,848,979 | $ 1,984,243 | $ 2,128,421 |
| % YoY | | | 7.6% | 7.3% | 7.3% |
| Gross Profit | $ 154,305 | $ 471,356 | $ 553,231 | $ 654,082 | $ 724,299 |
| *Gross Profit Margin* | 30.3% | 27.4% | 29.9% | 33.0% | 34.0% |
| SG&A | $ (119,241) | $ (455,232) | $ (465,713) | $ (485,757) | $ (508,007) |
| *SG&A %* | 23.4% | 26.5% | 25.2% | | |
| Operating Income | $ 35,064 | $ 16,123 | $ 87,518 | $ 168,325 | $ 216,292 |
| (+) Depreciation & Amortization | 23,270 | 86,828 | 79,634 | 79,274 | 80,620 |
| (+) SBC / Other | 4,090 | 18,312 | 18,693 | 20,077 | 20,615 |
| Adjusted EBITDA | $ 62,423 | $ 121,263 | $ 185,845 | $ 267,676 | $ 317,528 |
| *EBITDA Margin* | 12.3% | 7.1% | 10.1% | 13.5% | 14.9% |
| +/- Changes in WC | 56,098 | (39,353) | (28,029) | (18,542) | (59,883) |
| (−) Cash Taxes | (1,565) | (2,051) | (3,030) | (5,029) | (6,342) |
| Unlevered Free Cash Flow | $ 106,296 | $ 48,026 | $ 157,810 | $ 158,433 | $ 239,499 |
| (−) Cash Interest | (2,959) | (10,307) | (38,664) | (10,039) | (3,659) |
| Mandatory Principal Repayment | | | | | |
| Levered Free Cash Flow | $ 103,337 | $ 37,719 | $ 151,746 | $ 157,015 | $ 238,149 |
| (−) Cash Interest | (2,976) | (10,428) | (6,041) | (1,397) | (1,350) |
| Levered Free Cash Flow | $ 101,752 | $ 40,870 | $ 153,609 | $ 187,160 | $ 291,444 |

*(1) FY2026 illustratively reflects performance beginning in Q4 (10/25/2025), the Debtors' estimated outside exit date from chapter 11*

(Added) Flow Statement

*$ in thousands*

| | FY2026Q4[1] | FY2027 | FY2028 | FY2029 | FY2030 |
|---|---|---|---|---|---|
| **Cash Flow** | | | | | |
| | | | | | |
| **Net Income** | $ 32,104 | $ 463 | $ 76,524 | $ 131,755 | $ 155,306 |
| ( + ) Depreciation & Amortization | 23,270 | 86,828 | 79,634 | 79,274 | 80,620 |
| ( + ) Other | 4,090 | 18,312 | 18,693 | 20,077 | 20,615 |
| | | | | | |
| **Change in Working Capital** | | | | | |
| Accounts Receivable | 5,531 | (335) | (1,112) | (1,201) | (1,231) |
| Inventory | 78,216 | (53,813) | 36,211 | (15,383) | 26,396 |
| Accounts Payable | (27,649) | 26,119 | 3,551 | 5,949 | 11,898 |
| **Cash Flow from Operating Activities** | $ 115,562 | $ 77,574 | $ 213,501 | $ 220,470 | $ 293,604 |
| | | | | | |
| **Investing Activity** | | | | | |
| Capital Expenditures | (12,225) | (39,855) | (61,755) | (63,455) | (55,455) |
| **Cash Flow from Investing Activities** | (12,225) | (39,855) | (61,755) | (63,455) | (55,455) |
| | | | | | |
| **Financing Activity** | | | | | |
| New Borrowings | - | - | - | - | - |
| Net Revolver Draw (Repayment)[2] | (103,337) | (37,719) | (133,215) | - | - |
| **Cash Flow from Financing Activities** | (103,337) | (37,719) | (133,215) | - | - |
| | | | | | |
| **Net Change in Cash** | $ 0 | $ (0) | $ 18,531 | $ 157,015 | $ 238,149 |
| | | | | | |
| Beginning Book Cash Balance | $ 10,000 | $ 10,000 | $ 10,000 | $ 28,531 | $ 185,545 |
| Net Change in Cash | 0 | (0) | 18,531 | 157,015 | 238,149 |
| | | | | | |
| **Ending Book Cash Balance** | $ 10,000 | $ 10,000 | $ 28,531 | $ 185,545 | $ 423,694 |

*(1) FY2026 illustratively reflects performance beginning in Q4 (10/25/2025), the Debtors' estimated outside exit date from chapter 11*
*(2) Assumes discretionary deleveraging monthly based on available amounts in excess of an illustrative $10.0 million minimum cash balance*

## (Modified) Cash Flow Statement

*$ in thousands*

| Rolling Capital Structure | FY 2026 Q4 | FY 2027 | FY 2028 | FY 2029 | FY 2030 |
|---|---|---|---|---|---|
| New Revolver | 170,934 | 133,215 | - | - | - |
| Gross Debt [1] | $ 170,934 | $ 133,215 | - | - | - |
| | | | | | |
| **Cash Flow** | | | | | |
| Net Income | $ 30,520 | $ 3,616 | 78,353 | 161,801 | 218,684 |
| (+) Depreciation & Amortization | $ 23,271 | 86,825 | 79,531 | 75,545 | 43,654 |
| (+) Other | 4,090 | 18,312 | 18,693 | 20,077 | 20,615 |
| | | | | | |
| **Change in Working Capital** | | | | | |
| Accounts Receivable | 5,531 | (335) | (1,112) | (1,201) | (1,231) |
| Inventory | 78,216 | (53,813) | 36,211 | (15,383) | 26,396 |
| Accounts Payable | (27,649) | 26,119 | 3,551 | 5,949 | 11,898 |
| **Cash Flow from Operating Activities** | $ 113,977 | $ 80,726 | $ 215,364 | $ 250,615 | $ 346,899 |
| | | | | | |
| **Investing Activity** | | | | | |
| Capital Expenditures | (12,225) | (39,855) | (61,755) | (63,455) | (55,455) |
| **Cash Flow from Investing Activities** | (12,225) | (39,855) | (61,755) | (63,455) | (55,455) |
| | | | | | |
| **Financing Activity** | | | | | |
| New Borrowings | - | - | - | - | - |
| Net Revolver Draw / (Repayment) [2] | (101,752) | (40,870) | (132,239) | - | - |
| **Cash Flow from Financing Activities** | (101,752) | (40,870) | (132,239) | - | - |
| | | | | | |
| **Net Change in Cash** | - | $ (0) | $ 21,370 | $ 187,160 | $ 291,444 |
| | | | | | |
| Beginning Book Cash Balance | $ 10,000 | $ 10,000 | $ 10,000 | $ 31,370 | $ 218,530 |
| Net Change in Cash | - | (0) | 21,370 | 187,160 | 291,444 |
| | | | | | |
| **Ending Book Cash Balance** | $ 10,000 | $ 10,000 | $ 31,370 | $ 218,530 | $ 509,973 |

*(1) FY2026 illustratively reflects performance beginning in Q4 (10/25/2025), the Debtors' estimated outside exit date from chapter 11*
*(2) Assumes discretionary deleveraging monthly based on available amounts in excess of an illustrative $10.0 million minimum cash balance*

## (Modified) Free Cash Flow Items [1]

*$ in thousands*

| Rolling Capital Structure | FY 2026 Q4 [2] | FY 2027 | FY 2028 | FY 2029 | FY 2030 |
|---|---|---|---|---|---|
| New Revolver [1] | 173,109 | 132,239 | - | - | - |
| Gross Debt [1] | $ 173,109 | 132,239 | - | - | - |
| | | | | | |
| **Net Working Capital** | | | | | |
| Accounts Receivable | 11,280 | 11,595 | 12,707 | 13,908 | 15,139 |
| Inventory | 407,319 | 461,132 | 424,921 | 440,305 | 413,909 |
| Accounts Payable | 36,525 | 62,045 | 96,595 | 102,544 | 114,442 |
| (+) Cash Working Capital | $ (41,653) | $ (41,682) | (31,033) | (21,343) | (24,838) |
| **Rolling Net Working Capital** | 163,106 | 122,239 | (31,350) | (218,630) | (503,963) |
| | | | | | |
| Fixed Assets | 517,250 | 451,965 | 415,293 | 373,498 | 333,717 |

*(1) Figures shown are prior to any chapter 11-related adjustments, if applicable*
*(2) FY2026 illustratively reflects performance beginning in Q4 (10/25/2025), the Debtors' estimated outside exit date from chapter 11*

*[Different first page link-to-previous setting changed from off in original to on in modified.].*

## **Exhibit B**

(Deleted)Sheet and Cash Flow Items[1]

| $ in thousands | FY 2026 | FY 2027 | FY 2028 | FY 2029 | FY 2030 |
|---|---|---|---|---|---|
| **Net Working Capital** | | | | | |
| Accounts Receivable | 11,260 | 11,595 | 12,707 | 13,908 | 15,139 |
| Inventory | 407,319 | 461,132 | 424,921 | 440,305 | 413,909 |
| Accounts Payable | 66,925 | 93,045 | 96,595 | 102,544 | 114,442 |
| Net Working Capital | $ 351,653 $ | 379,682 $ | 341,033 $ | 351,668 $ | 314,606 |
| Change in Net Working Capital | (56,098) $ | 28,029 | (38,650) $ | 10,636 | (37,063) |
| Fixed Assets | $ 517,250 $ | 451,965 $ | 415,393 $ | 379,498 $ | 333,717 |

*(1) Figures shown are prior to any chapter 11-related adjustments, if applicable*

## **Blackline**