## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 13, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Motion of Debtors for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Docket No. 626]**

Dated: September 24, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

**Exhibit A**

Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Adelina Maldonado | Address Redacted | | | | | First Class Mail |
| Adelina Maldonado | | | | | Email Redacted | Email |
| Adelina Maldonado | | | | | Email Redacted | Email |
| Adelina Maldonado as Class Rep | | | | | Email Redacted | Email |
| Adelina Maldonado as Class Rep | | | | | Email Redacted | Email |
| Adelina Maldonado as PAGA | | | | | Email Redacted | Email |
| Adelina Maldonado as PAGA | | | | | Email Redacted | Email |
| Alan Tobias | | | | | Email Redacted | Email |
| Alesha Davis | Address Redacted | | | | | First Class Mail |
| Alexandra Rosenard | Address Redacted | | | | | First Class Mail |
| Alexandra Rosenard | c/o Law Office Of Phil W Felice PC | 333 Sunrise Hwy | W Islip, NY 11706 | | | First Class Mail |
| Amanda Shivers | Address Redacted | | | | | First Class Mail |
| Amanda Shivers | c/o Thomas Law Offices | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | First Class Mail |
| Amanda Shivers | | | | | Email Redacted | Email |
| Amp Ip LLC | Address Redacted | | | | | First Class Mail |
| Angeliki Petropolos | Address Redacted | | | | | First Class Mail |
| Anita Macomber | Address Redacted | | | | | First Class Mail |
| Anita Macomber | c/o Georges Cottes Llp | 235 Marginal St | Chelsea, MA 02150 | | | First Class Mail |
| Audrey Kallander | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Aviles | Address Redacted | | | | | First Class Mail |
| Becky Sabo | Address Redacted | | | | | First Class Mail |
| Beth Krygier | Address Redacted | | | | | First Class Mail |
| Betty Thomas | | | | | Email Redacted | Email |
| Borst Mackenzie | Address Redacted | | | | | First Class Mail |
| Brenna Edmunds | Address Redacted | | | | | First Class Mail |
| Briar Bolinger | Address Redacted | | | | | First Class Mail |
| Brielle Taylor | Address Redacted | | | | | First Class Mail |
| Brielle Taylor | c/o Ricardo L Ramos PLLC | River Oaks Bank Bldg | 2001 Kirby Dr, Ste 340 | Houston, TX 77019 | | First Class Mail |
| Calondra Brown | Address Redacted | | | | | First Class Mail |
| Calondra Brown and Nahon Saharovich & Trots Personal Injury Attorneys | | | | | nwatson@nstlaw.com | Email |
| Calondra Brown and Nahon Saharovich & Trots Personal Injury Attorneys | | | | | nwatson@nstlaw.com | Email |
| Catheryn Bowersox | Address Redacted | | | | | First Class Mail |
| Catheryn Bowersox | | | | | Email Redacted | Email |
| Charleigh Kells | Address Redacted | | | | | First Class Mail |
| Charleigh Kells | Address Redacted | | | | | First Class Mail |
| Charleigh Kells | c/o Henke Law Office, PLLC | Attn: Lawrence E Henke | 6 Summer Gulch Rd | Philipsburg, MT 59858 | | First Class Mail |
| Christine Woodard | Address Redacted | | | | | First Class Mail |
| Christine Woodard | | | | | Email Redacted | Email |
| Christine Woodard | | | | | Email Redacted | Email |
| Class Action Refund | | | | | taradelgatto@classactionrefund.com | Email |
| Class Action Refund | | | | | mgiansante@classactionrefund.com | Email |
| Claudia & Juan Portuondo | Address Redacted | | | | | First Class Mail |
| Claudia Portuondo | Address Redacted | | | | | First Class Mail |
| Claudia Portuondo | | | | | Email Redacted | Email |
| Corine Hart | Address Redacted | | | | | First Class Mail |
| Corine Hart | c/o Ogden Associates Attorney At Law PLLC | 500 E Capitol St | Jackson, MS 39201 | | | First Class Mail |
| Cpsc | Address Redacted | | | | | First Class Mail |
| CPSC | 4330 East West Hwy | Bethesda, MD 20814 | | | | First Class Mail |
| Cynthia Galan | Address Redacted | | | | | First Class Mail |
| Cynthia Galan | c/o Law Office Of Keith Miller | 100 E Ferguson, Ste 101 | Tyler, TX 75702 | | | First Class Mail |
| Danah Qasem | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Danah Qasem | | | | | Email Redacted | Email |
| Dayamis Garcia | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| De La Cruz Monica | Address Redacted | | | | | First Class Mail |
| Deletha Carstarphen | Address Redacted | | | | | First Class Mail |
| Deletha Carstarphen | c/o Law Offices Of Underwood Micklin, LLC | 1236-J Brace Rd | Cherry Hill, NJ 8034 | | | First Class Mail |
| Dennis Johnson | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Derek Venable | Address Redacted | | | | | First Class Mail |
| Desiree Taylor | Address Redacted | | | | | First Class Mail |
| Desiree Taylor & Minor BT | Address Redacted | | | | | First Class Mail |
| Dina Terranova | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Dina Terranova | | | | | Email Redacted | Email |
| Dom Finley | Address Redacted | | | | | First Class Mail |
| Dom Finley | c/o Moss & Colella PC | 28411 Northwestern Hwy, Ste 1150 | Southfield, MI 48304 | | | First Class Mail |
| Donald Austin Gillis, Gillis Law Firm, LLC | | | | | austin@gillisfirm.com | Email |
| Donna Hopkin | Address Redacted | | | | | First Class Mail |
| Elizabeth Antolak | Address Redacted | | | | | First Class Mail |
| Elizabeth Messenger | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Elizabeth Messenger | | | | | Email Redacted | Email |
| Elsie Muse | Address Redacted | | | | | First Class Mail |
| Elsie Muse | c/o Skeeters Bennett Wilson & Humphrey Attorneys At Law | 550 W Lincoln Trail Blvd | Radcliff, KY 40160 | | | First Class Mail |
| Elsie Muse | c/o Skeeters Bennett Wilson & Humphrey | Attn: Ambrose K O'Bryan | 550 W Lincoln Trl Blvd | Radcliff, KY 40160 | | First Class Mail |
| Elsie Roselle Muse | | | | | Email Redacted | Email |
| Elsie Roselle Muse | | | | | Email Redacted | Email |
| Elyn Polanco | Address Redacted | | | | | First Class Mail |
| Emily Slyck | Address Redacted | | | | | First Class Mail |
| Emily Slyck | c/o Jon Wright Law Firm | 16 W Main St, Ste 700 | Rochester, NY 14614 | | | First Class Mail |
| Emma Bell | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Ernest Gutierrez | Address Redacted | | | | | First Class Mail |
| Eugene Laurenzi | | | | | Email Redacted | Email |
| Evelyn N Posey | | | | | Email Redacted | Email |
| Faith Miko | Address Redacted | | | | | First Class Mail |
| Gabriel Fierro | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Glenda Wagner | Address Redacted | | | | | First Class Mail |
| Glenda Wagner | c/o Bobcock Moore & Lambert | 4460 Corporation Ln, Ste 210 | Virginia Beach, VA 23462 | | | First Class Mail |
| Glenda Wagner | | | | | Email Redacted | Email |
| Hernandez | Address Redacted | | | | | First Class Mail |
| Holly Friel | Address Redacted | | | | | First Class Mail |
| James Chaley | Address Redacted | | | | | First Class Mail |
| Janice L White | | | | | Email Redacted | Email |
| Janice White | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Janis Rosin | Address Redacted | | | | | First Class Mail |
| Jean Siry | Address Redacted | | | | | First Class Mail |
| Jean Siry | | | | | Email Redacted | Email |
| Jen Kottra | Address Redacted | | | | | First Class Mail |
| Jen Kottra | | | | | Email Redacted | Email |
| Jermaine Gardner | Address Redacted | | | | | First Class Mail |
| Jerry Aviles | | | | | sferrell@pacifictrialattorneys.com | Email |
| Joselyn Espinosa | Address Redacted | | | | | First Class Mail |
| Joselyn Espinosa | c/o Chopra Nocerino | 100 Quentin Roosevelt Blvd, Unit 107 | Garden City, NY 11530 | | | First Class Mail |
| Joselyn Espinosa | | | | | Email Redacted | Email |
| Juan Carlos Portuondo | | | | | Email Redacted | Email |
| Juan Portuondo | Address Redacted | | | | | First Class Mail |
| Karen Stephens | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Karen Tracy | Address Redacted | | | | | First Class Mail |
| Kathleen Macintosh | Address Redacted | | | | | First Class Mail |
| Kathleen Macintosh | | | | | Email Redacted | Email |
| Kriscia Garcia | River Oaks Bank Bldg | 2001 Kirby Dr, Ste 340 | Houston, TX 77019 | | | First Class Mail |
| Kriscia Garcia | Address Redacted | | | | | First Class Mail |
| Kristen O'Brien | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Kristen O'Brien | | | | | Email Redacted | Email |
| Kyle Butte | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Latana Gillespie | Address Redacted | | | | | First Class Mail |
| Latana Gillespie | c/o Kendall Law Group LLC | W 20th St, Ste 201 | Kansas City, MO 64107 | | | First Class Mail |
| Laura Anderson | Address Redacted | | | | | First Class Mail |
| Laura Anderson | c/o Silverman Trotman Schneider & Lalli Llc | 1515 Market St, Ste 1940 | Philadelphia, PA 19102 | | | First Class Mail |
| Laura Anderson | | | | | Email Redacted | Email |
| Laura Briney | Address Redacted | | | | | First Class Mail |
| Laura Lozano | Address Redacted | | | | | First Class Mail |
| Leisel Lynw-Sang | Address Redacted | | | | | First Class Mail |
| Leisel Lynw-Sang | c/o Thomas Cristadoro Esq | 925 S Federal Hwy, 6th Fl | Boca Raton, FL 33432 | | | First Class Mail |
| Linda Cristman | Address Redacted | | | | | First Class Mail |
| Linda Oldberg | | | | | shamir@sheth-law.com | Email |
| Linda Oldberg | | | | | Email Redacted | Email |
| Linda Urich | Address Redacted | | | | | First Class Mail |
| Liz Pielow | Address Redacted | | | | | First Class Mail |
| Lou Darvesheari | Address Redacted | | | | | First Class Mail |
| Lou Darvesheari | c/o Monge & Associates | 8205 Dunwoody Pl, Bldg 19 | Atlanta, GA 31150 | | | First Class Mail |
| Lukasian House LLC | | | | | hr@jahome.us | Email |
| M4Siz | | | | | bvorv@vorvlawfirm.com | Email |
| Maria Pecillo | Address Redacted | | | | | First Class Mail |
| Maria Pecillo | | | | | Email Redacted | Email |
| Martha Genovesi | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| Mary Beth Pucci | Address Redacted | | | | | First Class Mail |
| Meredith Taylor | Address Redacted | | | | Email Redacted | Email / First Class Mail |

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Meredith Taylor | | | | | | Email Redacted | Email |
| Michael Aram | Address Redacted | | | | | | First Class Mail |
| Michael Lalli | | | | | | Email Redacted | Email |
| Mike Dzurza | Address Redacted | | | | | Email Redacted | Email |
| | | | | | | | First Class Mail |
| Mildred Murphy | Address Redacted | | | | | | First Class Mail |
| Monica De La Cruz | Address Redacted | | | | | | First Class Mail |
| Morristown County | NJ Morristown County | 10 Court St | Morristown, NJ 07963-0315 | | | | First Class Mail |
| Morristown County | Address Redacted | | | | | | First Class Mail |
| Myra Hamilton | Address Redacted | | | | | | First Class Mail |
| Nakia Kelly | Address Redacted | | | | | | First Class Mail |
| Nami Jones | Address Redacted | | | | | | First Class Mail |
| Nawal Sharrak | Address Redacted | | | | | | First Class Mail |
| Nawal Sharrak | c/o Mindell Law | 32500 Telegraph Rd | Bingham Farms, MI 48021 | | | | First Class Mail |
| Nicole Mcmillion | Address Redacted | | | | | | First Class Mail |
| Nicole Mcmillion | c/o My 25% | 3355 Lenox Rd NE, Ste 750D | Atlanta, GA 30326 | | | | First Class Mail |
| Nirian Hernandez | Address Redacted | | | | | | First Class Mail |
| Nirian Hernandez | c/o The Law Offices Of John Redmann LLC | 1101 Westbank Expwy | Gretna, LA 70053 | | | | First Class Mail |
| Orange County AG | 405 W 5th St, Ste 600 | Santa Ana, CA 92701-4536 | | | | | First Class Mail |
| Orange County AG | Address Redacted | | | | | | First Class Mail |
| Philemon Turner | Address Redacted | | | | | | First Class Mail |
| Quanisha McGown | | | | | | Email Redacted | Email |
| Quanisha Mcgown | Address Redacted | | | | | | First Class Mail |
| Quanisha Mcgown | c/o Ron Austin Law LLC | Attn: Ron Austin | 400 Manhattan Blvd | Harvey, LA 70058 | | | First Class Mail |
| Quannah Mcgrown | Address Redacted | | | | | | First Class Mail |
| Rahsheilah Harper | | | | | | Email Redacted | Email |
| Rahsheilah Harper | Address Redacted | | | | | | First Class Mail |
| Rainier Salcedo | Address Redacted | | | | | | First Class Mail |
| Rebecca Sabo | | | | | | Email Redacted | Email |
| Rebecca Sabo | | | | | | Email Redacted | Email |
| Rebecca Sabo | | | | | | Email Redacted | Email |
| Riley Knox | Address Redacted | | | | | | First Class Mail |
| Roberta Block | | | | | | Email Redacted | Email |
| Roberta Block | Address Redacted | | | | | | First Class Mail |
| Rosa Garcia | Address Redacted | | | | | | First Class Mail |
| Shakilah Verner | Address Redacted | | | | | | First Class Mail |
| Shepitiya Harris | Address Redacted | | | | | | First Class Mail |
| Silvia Tlapa | | | | | | dbause@lawnj.net | Email |
| Smartworks Consumer Products | Address Redacted | | | | | | First Class Mail |
| Somnaram Suraj | Address Redacted | | | | | | First Class Mail |
| Stephanie Vanzandt | Address Redacted | | | | | | First Class Mail |
| Stephanie Vanzandt | c/o Bernard Staczynski Barnett & Lager | 234 W 6th St | Erie, PA 16507 | | | | First Class Mail |
| Tanchena Gregory | | | | | | Email Redacted | Email |
| Terrence Edwards | Address Redacted | | | | | Email Redacted | Email |
| | | | | | | | First Class Mail |
| Thomas Betty | Address Redacted | | | | | | First Class Mail |
| Tiffany S James | Address Redacted | | | | | | First Class Mail |
| Timothy Yarberry | Address Redacted | | | | | | First Class Mail |
| Tlaja Sylvia | Address Redacted | | | | | | First Class Mail |
| Traci Fischer | Address Redacted | | | | | | First Class Mail |
| Tremayne Shields | Address Redacted | | | | | | First Class Mail |
| Trisa Thomas | Address Redacted | | | | | | First Class Mail |
| Tyler Hardy | Address Redacted | | | | | | First Class Mail |
| UT Dept of Ag & Food (Bedding) | Address Redacted | | | | | | First Class Mail |
| Utah Dept of Ag and Food (Bedding) | 4315 S 2700 W, 2nd Fl, Ste 2200 | Taylorsville, UT 84129 | | | | | First Class Mail |
| Utica Park Blvd | Address Redacted | | | | | | First Class Mail |
| Valarie Johnson | Address Redacted | | | | | | First Class Mail |
| Valerie Johnson | Address Redacted | | | | | | First Class Mail |
| Veronica Davis | Address Redacted | | | | | | First Class Mail |
| Virginia Prada | Address Redacted | | | | | | First Class Mail |
| Willie Cansdale | Address Redacted | | | | | | First Class Mail |
| Yvette Lopez | Address Redacted | | | | | Email Redacted | Email |
| | | | | | | | First Class Mail |