IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

**DECLARATION OF SCOTT MATES
IN SUPPORT OF CONFIRMATION OF THE AMENDED
JOINT PLAN OF REORGANIZATION OF AT HOME GROUP INC. AND ITS
DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Scott Mates, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a Managing Director in the Restructuring & Special Situations Group at PJT Partners LP ("PJT"). PJT is a global investment banking firm listed on the New York Stock Exchange and has its principal offices at 280 Park Avenue, New York, New York 10017. PJT has been engaged as the investment banker for the debtors and debtors-in-possession in the above-captioned Chapter 11 Cases (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

2. I submit this declaration (this "Declaration") in support of confirmation of the *Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, supplemented, or otherwise modified from time to time, the "Plan"), filed contemporaneously herewith.[2]

3. Except as otherwise indicated, all statements set forth in this Declaration are based on my experience, my personal knowledge of the Debtors' operations, finances, and restructuring initiatives, information I have learned from my review of relevant documents, information supplied to me by employees and members of the Debtors' management and/or their other advisors, or information that I have received from employees of PJT working directly with me or under my supervision or direction. I am not being compensated specifically for this testimony other than through payments received by PJT as a professional that has been retained by the Debtors in these Chapter 11 Cases.[3] If called to testify as a witness, I would testify competently to the statements set forth herein.

### Background and Qualifications

4. PJT is a leading global financial advisory firm with more than 1,100 employees in fifteen offices in the United States, Europe, and Asia. The firm offers integrated advisory services for mergers and acquisitions, restructuring and special situations, and fund placement. PJT is an industry leader and has advised companies and creditors in all aspects of complex restructurings and bankruptcies. The firm has extensive experience providing financial advisory and investment

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 542] (as may be amended, supplemented, or otherwise modified from time to time, the "Disclosure Statement"), and the *Debtors' Memorandum of Law in Support of an Order Confirming the Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* filed contemporaneously herewith, as applicable.

[3] Pursuant to PJT's engagement letter with the Debtors, which has been approved by the Court, PJT will be entitled to receive certain fees in connection with consummation of the transactions described herein and in the Plan.

2

banking services to financially distressed companies. PJT is a registered broker-dealer with the United States Securities and Exchange Commission, is a member of the Securities Investor Protection Corporation, and is regulated by the Financial Industry Regulatory Authority.

5. Since joining The Blackstone Group ("Blackstone") in 2011, and continuing at PJT subsequent to its spinoff from Blackstone on October 1, 2015, I have worked on a broad range of restructuring and reorganization matters for companies and various creditor groups. Over the course of my career, I have advised senior management and boards of directors of companies in a wide variety of industries in connection with restructuring and financing transactions, both outside of court and within chapter 11 proceedings. In particular, I have been involved in numerous restructurings, including, among others, the following publicly disclosed engagements: Aceto Corporation; Arch Coal, Inc.; Del Monte Foods Corporation II, Inc.; Endo International Plc.; Energy & Exploration Partners, LLC; H-Food Holdings, LLC; Harvey Gulf International Marine, LLC; Hostess Brands, Inc.; Indianapolis Downs LLC; LINN Energy, Inc.; Pennsylvania Real Estate Investment Trust; Residential Capital, LLC.; and Revlon, Inc.

6. I hold a Bachelor of Science degree from Babson College, where I graduated *summa cum laude* from the Honors Program, and an MBA with a concentration in Finance from The Wharton School of the University of Pennsylvania, where I graduated as a Palmer Scholar. Prior to joining Blackstone, I served as a Research Analyst at Southpaw Asset Management, an Associate at Citi Private Equity, and an Analyst at Salomon Smith Barney. In these capacities, I have helped invest in and advise companies in a number of mergers and acquisitions and financing transactions across various industries.

7. PJT was initially retained by the Debtors on or around February 2023 to provide financial advisory services in connection with a liability management transaction that was

ultimately consummated in May 2023. Subsequently, the Debtors engaged PJT as investment banker on or around February 11, 2025, to provide advisory and investment banking services in connection with the Debtors' review of strategic alternatives to address their capital structure and liquidity needs, which led to the Debtors' decision to file for these chapter 11 cases. In that capacity, I, along with other members of the PJT team, have been directly involved in the matters leading up to the Debtors' chapter 11 filings. Based on PJT's work for the Debtors over approximately the past seven months, I am familiar with the Debtors' day-to-day operations, business affairs, financial performance, and restructuring efforts.

8.    As a result of the prepetition and postpetition work PJT has performed on the Debtors' behalf, PJT has acquired significant knowledge of the Debtors' financial affairs, business operations, capital structure, assets, key stakeholders, financing documents, and other related materials and information.

## Valuation Analysis

9.    At the Debtors' request, PJT prepared a valuation analysis (the "Valuation Analysis"), a summary of which is attached as Exhibit C to the Disclosure Statement and appended hereto as **Exhibit A**.[4] The Valuation Analysis provides an estimated range of total enterprise value ("Enterprise Value") and implied equity value ("Equity Value") for the Reorganized Debtors *pro forma* for the restructuring transactions contemplated by the Plan. The Valuation Analysis is based on the financial projections and information provided by the Debtors' management and third-party advisors. Additionally, the Valuation Analysis was prepared as of July 1, 2025, solely

---

[4]    The Valuation Analysis was prepared as of July 1, 2025, in support of the Plan and Disclosure Statement, including the analysis of creditor recoveries identified therein. Events and conditions after July 1, 2025, including but not limited to updated financial projections and prevailing market conditions, could have a substantial impact upon the Reorganized Debtors' Enterprise Value. The estimates prepared by PJT are not intended and do not purport to reflect or constitute appraisals, liquidation values, or estimates of the actual market value that may be realized through a sale of any securities to be issued or assets to be sold under the Plan.

for purposes of formulating the Plan and Disclosure Statement, and to analyze implied relative creditor recoveries thereunder. PJT makes no representations as to any changes to such data and information that may have occurred since the date of the Valuation Analysis.

10. The valuation estimates set forth in the Valuation Analysis are based on the application of customary valuation techniques to the extent deemed appropriate by PJT for purposes of this matter. In my opinion, the Reorganized Debtors' Enterprise Value as of an assumed Effective Date of September 30, 2025, is between approximately $500 million and approximately $800 million (with a midpoint of approximately $650 million). Based upon the estimated range of the Reorganized Debtors' Enterprise Value and estimated net debt of approximately $275 million, consisting of total funded indebtedness and capital leases of approximately $285 million and excess cash of approximately $10 million, PJT estimates that the potential range of the Reorganized Debtors' Equity Value as of an assumed Effective Date of September 30, 2025, is between approximately $225 million and approximately $525 million (with a midpoint of approximately $375 million).

11. For purposes of the Valuation Analysis, PJT assumed that no material changes that would affect estimated value occur between the date of the Disclosure Statement and the Effective Date of the Plan. In addition, PJT assumed that there would be no material change in economic, monetary, market, industry, and other conditions that would impact any of the material information made available to PJT, as of the Effective Date.

12. In preparing the Valuation Analysis, PJT, among other things: (a) reviewed certain historical financial information of the Debtors for recent years and interim periods; (b) reviewed certain financial and operating data of the Debtors, including the Financial Projections attached to the Disclosure Statement as <u>Exhibit B</u>; (c) discussed the Debtors' operations and future prospects

with the Debtors' senior management team and other third-party advisors; (d) reviewed certain publicly available financial data for, and considered the market value of, public companies that PJT deemed generally relevant in analyzing the value of the Reorganized Debtors; (e) reviewed certain publicly available data for, and considered the market values implied therefrom, recent transactions in the retail industry involving companies comparable (in certain respects) to the Reorganized Debtors; and (f) considered certain economic and industry information that PJT deemed generally relevant to the Reorganized Debtors.

13.  In preparing the Valuation Analysis, PJT also relied upon the accuracy and completeness of all financial and other information furnished to it by the Debtors' management (including, without limitation, the Financial Projections) and other parties as well as publicly available information.[5]  My understanding is that such Financial Projections were prepared for the next five years (*i.e.*, through the Debtors' fiscal year-ending in January 2030).  Neither I nor PJT independently verified the Financial Projections or other information that PJT used in the Valuation Analysis.  PJT is not offering an opinion as to the attainability of the Financial Projections, and no independent appraisals of the Debtors or their assets were sought or obtained in connection therewith.  In connection with PJT's work providing investment banking and valuation services to companies, PJT frequently relies on projections and financial data provided and prepared by company management or other parties, and it is common for professionals in PJT's field to rely on such projections and data.

---

[5] On September 24, 2025, the Debtors filed revised Financial Projections. *See Notice of Filing Revised Financial Projections as an Exhibit to the Disclosure Statement* [Docket No. 679].  I have reviewed the revised Financial Projections, and I do not believe the revisions made have any effect on the Valuation Analysis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 24, 2025  
New York, New York

*/s/ Scott Mates*  
Scott Mates  
Managing Director  
PJT Partners LP

## **Exhibit A**

**Valuation Analysis**

**Valuation Analysis**[1]

THE INFORMATION CONTAINED HEREIN IS NOT A PREDICTION OR GUARANTEE OF THE ACTUAL MARKET VALUE THAT MAY BE REALIZED FROM ANY FUNDED INDEBTEDNESS OR SECURITIES TO BE ISSUED PURSUANT TO THE PLAN. THE INFORMATION IS PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING ADEQUATE INFORMATION UNDER SECTION 1125 OF THE BANKRUPTCY CODE IN RESPECT OF THE SOLICITATION OF CLAIMS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF CLAIMS AGAINST OR INTEREST IN THE DEBTORS OR ANY OF THEIR AFFILIATES.

    A.    <u>General Methodology</u>

Solely for the purposes of the Plan and the Disclosure Statement, PJT Partners LP ("<u>PJT</u>"), as investment banker to the Debtors, has estimated a potential range of total enterprise value ("<u>Enterprise Value</u>") and implied equity value ("<u>Equity Value</u>") for the Reorganized Debtors *pro forma* for the restructuring transactions contemplated by the Plan (the "<u>Valuation Analysis</u>"). The Valuation Analysis is based on financial and other information provided to PJT by the Debtors' management and third-party advisors, the Financial Projections attached to the Disclosure Statement as <u>Exhibit B</u>, and information provided by other sources. The Valuation Analysis is as of July 1, 2025, with an estimated Effective Date of the Plan of September 30, 2025. The Valuation Analysis utilizes market data as of July 1, 2025. The valuation estimates set forth herein represent valuation analyses generally based on the application of customary valuation techniques to the extent deemed appropriate by PJT.

In preparing its valuation, PJT considered a variety of factors and evaluated a variety of financial analyses, including, among others: (a) comparable companies analysis; (b) discounted cash flow analysis ("<u>DCF</u>"); and (c) precedent transactions analysis. The preparation of a valuation analysis is a complex analytical process involving subjective determinations about which methodologies of financial analysis are most appropriate and relevant to the subject company and the application of those methodologies to particular facts and circumstances in a manner that is not readily susceptible to summary description.

    B.    <u>Enterprise and Equity Value</u>

Based on the aforementioned analyses and other information described herein and solely for purposes of the Plan, the estimated range of Enterprise Value of the Reorganized Debtors,

---

[1] Capitalized terms used but not defined herein have the meanings set forth in the *Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 542] (as may be amended, modified, and/or supplemented from time to time, the "<u>Disclosure Statement</u>"), to which the Liquidation Analysis is attached as <u>Exhibit D</u>, or in the *Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 541] (as may be amended, modified, and/or supplemented from time to time, the "<u>Plan</u>").

collectively, as of July 1, 2025, is approximately $500 million to approximately $800 million (with the mid-point of such range being approximately $650 million).

In addition, based on the estimated range of Enterprise Value of the Reorganized Debtors and other information described herein and solely for purposes of the Plan, PJT estimated a potential range of Equity Value of the Reorganized Debtors, which consists of the Enterprise Value less net funded indebtedness and capital leases on the estimated Effective Date of the Plan. The Reorganized Debtors are projected to have funded indebtedness and capital leases on the estimated Effective Date consisting of approximately $255 million from the Exit ABL Facility and approximately $30 million of capital leases. PJT has thus assumed that, as of the estimated Effective Date, the Reorganized Debtors will have approximately $285 million of total funded indebtedness and capital leases, balance sheet excess cash of approximately $10 million, and net debt of approximately $275 million.

Based on the above, PJT estimated that the potential range of Equity Value for the Reorganized Debtors, as of the estimated Effective Date, is between approximately $225 million and approximately $525 million (with the mid-point of such range being approximately $375 million).

    C.    <u>Additional Considerations</u>

For purposes of the Valuation Analysis, PJT assumed that no material changes that would affect estimated value occur between the date of the Disclosure Statement and the estimated Effective Date of the Plan. PJT's Valuation Analysis does not constitute an opinion as to the fairness from a financial point of view of the consideration to be received or paid under the Plan, of the terms and provisions of the Plan, or with respect to any other matters.

The Financial Projections include certain illustrative assumptions regarding expected cash tax liabilities. The impact of any changes to these illustrative assumptions regarding cash tax liabilities, including as a result of the tax consequences of the Restructuring Transactions (which could include elimination of or limitation of tax attributes, changes to the tax basis of assets, and the triggering of other tax implications) could materially impact the Valuation Analysis. Such matters are subject to many uncertainties and contingencies that are difficult to predict, certain of which rely on the form of the Restructuring Transactions, and some of which cannot be determined with certainty until after the Restructuring Transactions are consummated.

THE VALUATION ANALYSIS REFLECTS WORK PERFORMED BY PJT ON THE BASIS OF INFORMATION IN RESPECT OF THE BUSINESSES AND ASSETS OF THE DEBTORS AVAILABLE TO PJT AS OF JULY 1, 2025. IT SHOULD BE UNDERSTOOD THAT, ALTHOUGH SUBSEQUENT DEVELOPMENTS MAY HAVE AFFECTED OR MAY AFFECT PJT'S CONCLUSIONS IN RESPECT OF THE VALUATION ANALYSIS, PJT DOES NOT HAVE ANY OBLIGATION TO UPDATE, REVISE, OR REAFFIRM ITS ESTIMATES OR THE VALUATION ANALYSIS AND DOES NOT INTEND TO DO SO.

PJT DID NOT INDEPENDENTLY VERIFY THE FINANCIAL PROJECTIONS OR OTHER INFORMATION THAT PJT USED IN THE VALUATION ANALYSIS, AND NO INDEPENDENT VALUATIONS OR APPRAISALS OF THE DEBTORS OR THEIR ASSETS

OR LIABILITIES WERE SOUGHT OR OBTAINED IN CONNECTION THEREWITH. THE VALUATION ANALYSIS WAS DEVELOPED SOLELY FOR PURPOSES OF THE PLAN AND THE ANALYSIS OF POTENTIAL RELATIVE RECOVERIES TO CREDITORS THEREUNDER. THE VALUATION ANALYSIS REFLECTS THE APPLICATION OF VARIOUS VALUATION TECHNIQUES, DOES NOT PURPORT TO BE AN OPINION AND DOES NOT PURPORT TO REFLECT OR CONSTITUTE AN APPRAISAL, LIQUIDATION VALUE, OR ESTIMATE OF THE ACTUAL MARKET VALUE THAT MAY BE REALIZED THROUGH THE SALE OF ANY SECURITIES OR FUNDED DEBT TO BE ISSUED PURSUANT TO, OR ASSETS SUBJECT TO, THE PLAN, WHICH MAY BE SIGNIFICANTLY DIFFERENT THAN THE AMOUNTS SET FORTH IN THE VALUATION ANALYSIS.

THE VALUE OF AN OPERATING BUSINESS IS SUBJECT TO NUMEROUS UNCERTAINTIES AND CONTINGENCIES THAT ARE DIFFICULT TO PREDICT AND WILL FLUCTUATE WITH CHANGES IN FACTORS AFFECTING THE FINANCIAL CONDITION AND PROSPECTS OF SUCH A BUSINESS. AS A RESULT, THE VALUATION ANALYSIS IS NOT NECESSARILY INDICATIVE OF ACTUAL OUTCOMES, WHICH MAY BE SIGNIFICANTLY MORE OR LESS FAVORABLE THAN THOSE SET FORTH HEREIN. BECAUSE SUCH ESTIMATES ARE INHERENTLY SUBJECT TO UNCERTAINTIES, NONE OF THE DEBTORS, PJT, OR ANY OTHER PERSON ASSUMES RESPONSIBILITY FOR THEIR ACCURACY. IN ADDITION, THE POTENTIAL VALUATION OF NEWLY ISSUED OR INCURRED FUNDED DEBT AND SECURITIES IS SUBJECT TO ADDITIONAL UNCERTAINTIES AND CONTINGENCIES, ALL OF WHICH ARE DIFFICULT TO PREDICT. ACTUAL MARKET PRICES OF SUCH FUNDED DEBT AND SECURITIES AT ISSUANCE WILL DEPEND UPON, AMONG OTHER THINGS, PREVAILING INTEREST RATES, CONDITIONS IN THE FINANCIAL MARKETS, THE ANTICIPATED INITIAL FUNDED DEBT AND SECURITIES HOLDINGS OF PREPETITION CREDITORS AND EQUITYHOLDERS, SOME OF WHICH MAY PREFER TO LIQUIDATE THEIR INVESTMENT IMMEDIATELY RATHER THAN HOLD THEIR INVESTMENT ON A LONG-TERM BASIS, THE POTENTIALLY DILUTIVE IMPACT OF CERTAIN EVENTS, INCLUDING THE ISSUANCE OF EQUITY SECURITIES PURSUANT TO ANY MANAGEMENT INCENTIVE PLAN ESTABLISHED, AND OTHER FACTORS THAT GENERALLY INFLUENCE THE PRICES OF FUNDED DEBT AND SECURITIES.

The Debtors' management advised PJT that the Financial Projections were reasonably prepared in good faith and on a basis reflecting the Debtors' best estimates and judgments as to the future operating and financial performance of the Reorganized Debtors. The Valuation Analysis assumed that the actual performance of the Reorganized Debtors will correspond to the Financial Projections in all material respects. If the business performs at levels below or above those set forth in the Financial Projections, such performance may have a materially negative or positive impact, respectively, on the Valuation Analysis, estimated potential ranges of valuation of the Reorganized Debtors, and the Enterprise Value thereof.

In preparing the Valuation Analysis, PJT: (a) reviewed certain historical financial information of the Debtors for recent years and interim periods; (b) reviewed certain financial and operating data of the Debtors, including the Financial Projections; (c) discussed the Debtors' operations and future prospects with the Debtors' senior management team and third-party

advisors; (d) reviewed certain publicly available financial data for, and considered the market value of, public companies that PJT deemed generally relevant in analyzing the value of the Reorganized Debtors; (e) reviewed certain publicly available data for, and considered the market values implied therefrom, recent transactions in the retail industry involving companies comparable (in certain respects) to the Reorganized Debtors; and (f) considered certain economic and industry information that PJT deemed generally relevant to the Reorganized Debtors. PJT assumed and relied on the accuracy and completeness of all financial and other information furnished to it by the Debtors' management and other parties as well as publicly available information.

The Valuation Analysis does not constitute a recommendation to any Holder of Allowed Claims, or any other person as to how such person should vote or otherwise act with respect to the proposed Restructuring Transactions provided in the Plan. PJT has not been requested to, and does not express any view as to, the potential value of the Reorganized Debtors' funded debt and securities on issuance or at any other time.

THE SUMMARY SET FORTH HEREIN DOES NOT PURPORT TO BE A COMPLETE DESCRIPTION OF THE VALUATION ANALYSIS PERFORMED BY PJT. THE PREPARATION OF A VALUATION ANALYSIS INVOLVES VARIOUS DETERMINATIONS AS TO THE MOST APPROPRIATE AND RELEVANT METHODS OF FINANCIAL ANALYSIS AND THE APPLICATION OF THESE METHODS IN THE PARTICULAR CIRCUMSTANCES AND, THEREFORE, SUCH AN ANALYSIS IS NOT READILY SUITABLE TO SUMMARY DESCRIPTION. THE VALUATION ANALYSIS PERFORMED BY PJT IS NOT NECESSARILY INDICATIVE OF ACTUAL VALUES OR FUTURE RESULTS, WHICH MAY BE SIGNIFICANTLY MORE OR LESS FAVORABLE THAN THOSE DESCRIBED HEREIN.

PJT IS ACTING AS INVESTMENT BANKER TO THE DEBTORS, AND HAS NOT BEEN AND WILL NOT BE RESPONSIBLE FOR, AND HAS NOT AND WILL NOT PROVIDE ANY TAX, ACCOUNTING, ACTUARIAL, LEGAL, OR OTHER SPECIALIST ADVICE TO THE DEBTORS OR ANY OTHER PARTY IN CONNECTION WITH THE DEBTORS' CHAPTER 11 CASES, THE PLAN OR OTHERWISE.