## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  AT HOME GROUP INC., *et al.*,[1]  Debtors. | Chapter 11  Case No. 25-11120 (JKS)  (Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

STATE OF CALIFORNIA  }
                                 } ss.:
COUNTY OF LOS ANGELES }

Randy Lowry, being duly sworn, deposes and says:

1. I am employed by Omni Agent Solutions, Inc., located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 16, 2025, I caused to be served the:

   a. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [Docket No. 536],

   b. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [Docket No. 537], (The "Confirmation Hearing Notice"),

   c. Company Cover Letter with a QR Code and URL to the Order, and Combined Disclosure Statement and Plan of Liquidation of At Home Group Inc. Under Chapter 11 of the Bankruptcy Code (the "Company Cover Letter"),

   d. Committee Plan Support Letter, (the "Committee Plan Support Letter"),

   (2a – 2d referred to as the "Solicitation Package")

   e. Ballot for Voting to Accept or Reject the Joint Plan Reorganization of At Home Group Inc. and Its Debtor Affiliates, (the "Class 9 Ballot"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

By causing true and correct copies to be served via the method set forth to the names and addresses of the parties listed as follows:

- The Solicitation Package, Class 9 Ballot, and Envelope to those parties on the annexed **Exhibit A**.

Dated: September 23, 2025

_/s/ Randy Lowry_
Randy Lowry
Omni Agent Solutions, Inc.

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 23rd day of September 2025, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Castleman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | Method of Service |
|---|---|---|---|
| Alteryx Inc | 3347 Michelson Drive, Ste. 400 | Irvine, CA 92612 | First Class Mail |
| Granite Telecommunications, LLC | 1 Heritage Dr | Quincy, MA 02171 | First Class Mail |
| Ignitepost, Inc | 2285 Massachusetts Ave, 205 | Cambridge MA 02140 | First Class Mail |
| Point B, LLC | 1420 5th Ave. Suite #2200 | Seattle, WA 98101 | First Class Mail |