IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) ) | Case No. 25-11120 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR
SEPTEMBER 30, 2025, AT 9:00 A.M. (ET)[2]**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] All motions and other pleadings referenced herein are available online at the website maintained by the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome.

**RESOLVED MATTERS**

1.  Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 2, 2025 [D.I. 427, 8/1/25]

    Objection Deadline:    August 26, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A.  Certification of Counsel [D.I. 591, 9/4/25]

    B.  Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 2, 2025 [D.I. 598, 9/5/25]

    Objections Filed:    None

    Status:  An order has been entered.

2.  Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of July 2, 2025 [D.I. 428, 8/1/25]

    Objection Deadline:    August 26, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A.  Certification of Counsel [D.I. 594, 9/4/25]

    B.  Order Authorizing the Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors [D.I. 599, 9/5/25]

    Objections Filed:    None

    Status:  An order has been entered.

3.  Motion of Maria Pecillo for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [D.I. 546, 8/19/25]

    Objection Deadline:    September 2, 2025, at 4:00 p.m. (ET), extended to September 18, 2025, for the Debtors

    Related Documents:

    A.  Certification of Counsel [D.I. 641, 9/18/25]

    B.  Order Granting Motion of Maria Pecillo for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [D.I. 659, 9/22/25]

Objections Filed: None

Status: An order has been entered.

**ADJOURNED MATTERS**

4. Motion of Catheryn Bowersox for Relief from the Automatic Stay to the Extent Necessary to Permit Continuation of a Personal Injury Claim Filed in the District Court of Harris County Texas Against at Home Stores, LLC [D.I. 316, 7/16/25]

    Objection Deadline:  August 7, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Re-Notice of Motion [D.I. 318, 7/16/25]

    B. Declaration of Jeremy Aguilar in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 489, 8/7/25]

    Objections Filed:

    C. Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 488, 8/7/25]

    Status:  This matter is adjourned by agreement to the next omnibus hearing date.

5. Motion of Janice L. White for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 323, 7/17/25]

    Objection Deadline:  August 7, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Notice of Motion [D.I. 358, 7/22/25]

    B. Declaration of Jeremy Aguilar in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 489, 8/7/25]

    Objections Filed:

    C. Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 488, 8/7/25]

    Status: This matter is adjourned by agreement to the next omnibus hearing date.

6. Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Waiving Provisions of Fed. R. Bankr. P. 4001(a)(3) [D.I. 383, 7/25/25]

    Objection Deadline:   August 7, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of Barry Cooke, Esq. in Support of Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [D.I. 385, 7/25/25]

    B. Declaration of Jeremy Aguilar in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 489, 8/7/25]

    Objections Filed:

    C. Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 488, 8/7/25]

    Status: This matter is adjourned by agreement to the next omnibus hearing date.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

7. Motion of Debtors for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 626, 9/12/25]

    Objection Deadline:   September 23, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 682, 9/24/25]

    Objections Filed:   None

    Status: A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.

8. Debtors' Motion for an Order Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds that Such Claims Are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [D.I. 627, 9/12/25]

    Objection Deadline:   September 23, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 683, 9/24/25]

    Objections Filed:   None

Status: A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.

**CONTESTED MATTER GOING FORWARD**

9. Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 690, 9/24/25]

    Objection Deadline: September 18, 2025, at 4:00 p.m. (ET), September 19, 2025 at 4:00 p.m. (ET) for certain Landlords, September 19, 2025 at 5:00 p.m. (ET) for certain other parties, and certain later dates for Landlords and contract counterparties as set forth in the Confirmation Order

    Related Documents:

    A. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) the Form of Ballot and Notices in Connection Therewith, (IV) Certain Dates and Deadlines with Respect Thereto, and (V) Granting Related Relief [D.I. 536, 8/18/25]

    B. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of At Home Group Inc. [D.I. 537, 8/18/25]

    C. Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 542, 8/16/25]

    D. Notice of Filing of Blackline of Disclosure Statement Relating to the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 544, 8/19/25]

    E. Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 601, 9/5/25]

    F. Notice of Filing of Plan Supplement Schedules [D.I. 602, 9/5/25]

    G. First Amended Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 611, 9/12/25]

    H. Notice of Filing of First Amended Plan Supplement [D.I. 612, 9/12/25]

    I. Notice of Filing Revised Financial Projections as an Exhibit to the Disclosure Statement [D.I. 679, 9/24/25]

J.  Debtors' Memorandum of Law in Support of an Order Confirming the Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 684, 9/24/25]

K.  Declaration of Jeremy Aguilar, Chief Financial Officer of At Home Group Inc. in Support of Confirmation of the Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 685, 9/24/25]

L.  Declaration of Jill Frizzley in Support of Confirmation of the Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 686, 9/24/25]

M.  Declaration of Jeriad R. Paul With Respect to the Tabulation of Votes on the Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 687, 9/24/25]

N.  Declaration of Jeffrey Kopa in Support of Confirmation of the Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 688, 9/24/25]

O.  Declaration of Scott Mates in Support of Confirmation of the Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 689, 9/24/25]

P.  Notice of Filing of Blackline of the Amended Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 691, 9/24/25]

Q.  Motion of Debtors for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement for the Debtors' Confirmation Brief [D.I. 692, 9/24/25]

Objections Filed:

A.  Oracle America, Inc.'s Cure Objection and Reservation of Rights Regarding Debtors' Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 632, 9/17/25]

   i.  Partially resolved.  Cure issues reserved.

B.  Limited Objection and Reservation of Rights of Certain Landlords to Debtors' Proposed Cure Amounts [D.I. 640, 9/18/25]

   i.  Partially resolved.  Cure issues reserved.

C. Objection of ShopperTrak RCT LLC to Proposed Cure Costs in First Amended Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 642, 9/18/25]

   i. Resolved.

D. Limited Objection of Northtown Property Owner LLC to Plan Supplement's Schedules of Assumed Executory Contracts and Unexpired Leases [D.I. 643, 9/18/25]

   i. Resolved.

E. DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties (I) Objection to First Amended Plan Supplement and (II) Limited Objection to Joint Plan of Reorganization of At Home Group Inc. and its Debtors Affiliates [D.I. 644, 9/18/25]

   i. Partially resolved. Cure issues reserved.

F. Uber Freight US LLC's Limited Objection to Debtors' Notice of Assumption, Assignment, and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 646, 9/18/25]

   i. Resolved.

G. Objection and Reservation of Rights of The Retail Equation, Inc. to the Plan Supplement for the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 648, 9/18/25]

   i. Partially resolved. Cure issues reserved.

H. Limited Objection of Certain Landlords to Confirmation of Joint Chapter 11 Plan of At Home Group Inc. and its Debtor Affiliates [D.I. 650, 9/19/25]

   i. Partially resolved. Cure issues reserved.

I. Limited Objection of Boulevard At Box Hill 5 LLC, Broadstone Home NC, LLC, Broadstone Home Texas, LLC, FR Huntington Square LLC, RR Town Center Associates, LLC, Seritage SRC Finance LLC, Store Master Funding III, LLC, and Yavapai-Prescott Indian Tribe to Debtors' Schedules of Proposed Cure Amounts and Reservation of Rights Regarding the Plan [D.I. 652, 9/19/25]

   i. Partially resolved. Cure issues reserved.

J. Objection to Plan and Reservation of Rights of Catheryn Bowersox to the Joint Plan of Reorganization of At Home Group Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 653, 9/19/25]

   i. Going forward

K. Informal comments were received from landlords of 3201 N Mayfair Road, Wauwatosa, WI and 4480 Indian Ripple Road, Dayton, OH

Status: This matter is going forward. The Debtors intend to introduce the declarations of Mr. Aguilar, Ms. Frizzley, Mr. Paul, Mr. Kopa, and Mr. Mates in support of confirmation.

Dated: September 26, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:   rbrady@ycst.com
   jmulvihill@ycst.com
   tpowell@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   nicole.greenblatt@kirkland.com
   matthew.fagen@kirkland.com
   elizabeth.jones@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*