UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **AT HOME GROUP, INC.**, et al. | : | |
| | : | **Case No. 25-11120 (JKS)** |
| **Reorganized Debtor.** | : | |
| | : | |

### RESPONSE TO DEBTORS' OBJECTIONS TO CERTAIN CLAIMS FILED BY LAURA ANDERSON

Claimant, Laura Anderson, by and through her undersigned counsel, hereby responds to the Debtors' Objection to Certain Claims filed by Laura Anderson on the Grounds that Such Claim are (1) Claims Filed Against the Wrong Debtors; (II) Duplicate Claims, and (III) Insufficiently Supported Claims (Doc. 618) as follows:

1.-21. Claimant, Laura Anderson, requests that the objection levied by Debtors be overruled. By way of background, on April 19, 2024, Claimant Anderson was shopping at a Debtor-owned and operated Home Store located at 1105 W. Baltimore Pike, Media, PA 19063. Due to the negligence of Debtors' employees, a high shelf was overstocked and items fell down on Claimant's head while she was shopping. She was treated at a local emergency room for concussion-like symptoms and referred to a neurologist for further treatment. She underwent neurological testing, physical therapy, vestibular therapy, and cervical epidural injections in order to treat her injuries. Her discharge appointment from treatment took place on September 23, 2025.

Wherefore, the Claimant requests that Debtors' Objection be overruled and entry of the Order attached hereto as Exhibit B.

**Silverman, Trotman & Schneider, LLC**

_____
Michael Lalli, Esquire
*Attorney for Claimant*

Dated: September 26, 2025

# EXHIBIT A

## Taylor Hospital

| | | |
|---|---|---|
| Patient Name: ANDERSON, LAURA R | Registration Date: | 4/19/2024 |
| MRN: 2232439 | Financial #: | CHPM1300691678 |

### Facesheet

| | | |
|---|---|---|
| 10/25/2023 02:30 | Emergency | Papa DO, Thomas |
| 06/30/2023 20:47 | Emergency | Cooper MD, Maxwell |

Admit Source: Self (Non-HC Facility)
Admit Mode: Auto
Admit Diagnosis: bins fell on head at store, nausea
Estimated Date of Arrival:
Inpatient Date/Time:
Observation Date/Time:
Admitting Physician: Papa DO, Thomas
Disease Alert:
Isolation:

>>>>>>> ACCIDENT INFORMATION <<<<<<<

Accident: Y     Accident Date/Time: 04/19/2024 17:30
Accident Type: Other

Advance Directive:
Location: TAYL ED     Room/Bed: ED05 / A
Medical Service: Emergency Medicine
From:     To:

Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439
Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Emergency Documentation

Performed On: 04/19/2024 21:00 EDT by Brandt, Judy

**Vital Signs ED ESI Reassessment**
Peripheral Pulse Rate : 67 bpm
Respiratory Rate : 17 br/min
Systolic Blood Pressure : 123 mmHg
Diastolic Blood Pressure : 93 mmHg (HI)
Mean Arterial Pressure : 103 mmHg
SpO2 : 96 %
Oxygen Therapy : Room air

Brandt, Judy - 04/19/2024 21:09 EDT

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: | Review Information: |
|---|---|---|---|---|---|
| ED Assessment Adult | ED Assessment Adult | 4/19/2024 19:00 EDT | Brandt, Judy (4/19/2024 21:09 EDT) | Auth (Verified) | |

ED Assessment Adult Entered On: 04/19/2024 21:11 EDT
Performed On: 04/19/2024 19:00 EDT by Brandt, Judy

**Problems and Diagnosis**

(As Of: 04/19/2024 21:11:21 EDT)

<u>Problems(Active)</u>
Hypertension (SNOMED CT :64176011 )    Name of Problem: Hypertension ; Recorder: Rogers, Ernisha; Confirmation: Confirmed ; Classification: Medical ; Code: 64176011 ; Contributor System: PowerChart ; Last Updated: 10/25/2023 3:04 EDT ; Life Cycle Date: 10/25/2023 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT

<u>Diagnoses(Active)</u>
Closed head injury without LOC    Date: 04/19/2024 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Closed head injury without LOC ; Classification: Medical ; Clinical Service: Non-Specified ; Code: PNED ; Probability: 0 ; Diagnosis Code: 8D476BB6-C0C4-400D-8902-A9A50BF7E405

**Procedure History**
Infusion Device : No

Brandt, Judy - 04/19/2024 21:09 EDT

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Print Date/Time: 7/17/2024 12:33 EDT          Page 4 of 56          Request ID: 140774298

Taylor Hospital

Patient Name: ANDERSON, LAURA R  
MRN: 2232439  
Registration Date: 4/19/2024  
Financial #: CHPM1300691678

## Emergency Documentation

Skin Description : Dry, Intact  
Incision/Wound, Ulcer, Skin Tear Present : No

Brandt, Judy - 04/19/2024 21:09 EDT

**Neurological ED**  
Neurological Symptoms : Headache  
Orientation Assessment : Oriented x 4  
Acute CVA/TIA Symptoms : Yes  
Level of Consciousness : Alert  
Facial Symmetry : Symmetric  
Aspiration Risk : None  
Gait : Steady  
Affect/Behavior : Calm  
Extremity Movement : Equal  
Loss of Consciousness : No

Brandt, Judy - 04/19/2024 21:09 EDT

**Glasgow Coma**  
Eye Opening Response Glasgow : 4 - Spontaneously  
Best Verbal Response Glasgow : 5 - Oriented  
Best Motor Response Glasgow : 6 - Obeys commands  
Glasgow Coma Score : 15

Brandt, Judy - 04/19/2024 21:09 EDT

**Height/Weight**  
Height : 165 cm(Converted to: 5 ft 5 inch)  
(R) Patient Weight : Stated - ED ONLY  
Dosing Weight : 82 kg(Converted to: 180 lb 12 oz)  
Body Mass Index : 30.1 kg/m2

Brandt, Judy - 04/19/2024 21:09 EDT

**Hand and Respiratory Hygiene Education**  
Education Topics Hygiene -Patient : Hand and Respiratory Hygiene practices  
Teaching Method-Patient Hygiene : Explanation  
Barriers to Learning-Patient Hygiene : None evident  
Teaching Evaluation-Patient Hygiene : Verbalizes understanding  
Education Topics Hygiene -Visitor : No visitors present

Brandt, Judy - 04/19/2024 21:09 EDT

**Bedside Dysphagia**  
Bedside Dysphagia Exclusion Criteria : 0-None  
Bedside Dysphagia Clinical Assessment : Easily arousable and remains alert for testing  
Bedside Dysphagia Screening Tool : Pass: Successful drinking of all 3 oz without overt signs of dysphagia

Brandt, Judy - 04/19/2024 21:09 EDT

**Aggressive Behavior Assessment**  
Aggressive Behavior : None

Brandt, Judy - 04/19/2024 21:09 EDT

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: | Review Information: |
|---|---|---|---|---|---|
| ED Rapid Triage | ED Rapid Triage | 4/19/2024 18:49 EDT | Izzi,Samantha (4/19/2024 18:57 EDT) | Auth (Verified) | |

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Print Date/Time: 7/17/2024 12:33 EDT        Page 6 of 56        Request ID: 140774298

**Taylor Hospital**

Patient Name: ANDERSON, LAURA R
MRN: 2232439
Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Emergency Documentation

### Assessment

Rapid Triage Info : Chief Complaint: Patient reports 3 heavy bins fell on her head. Took ibuprofen. C/o headache, nausea, and vomiting. Also pain radiating down neck and into arm.
(R) Patient Weight: Stated - ED ONLY
Dosing Weight: 82 kg
Height: 165 cm
Respiratory Rate: 18 br/min
Peripheral Pulse Rate: 89 bpm
SpO2: 99 %
Oxygen Therapy Triage: Room air
Diastolic Blood Pressure: 97 mmHg High
Systolic Blood Pressure: 156 mmHg High
Lynx Mode of Arrival: Ground ambulance
Severe Distress : No
Pain Scale Type : 0-10 Pain scale
Primary Pain Intensity : 8
Document Emergency Severity Index : Document assessment
Patient Has Allergies : Able to assess
Affect/Behavior : Calm
ED Fall Risk : None
Eye Opening Response Glasgow : 4 - Spontaneously
Best Verbal Response Glasgow : 5 - Oriented
Best Motor Response Glasgow : 6 - Obeys commands
Glasgow Coma Score : 15
ED Suspected Infection : No
High Risk Medications : None
Pregnancy Status : Patient denies
Last Menstrual Period : 04/06/2024 EDT
Have you been physically or emotionally hurt by someone in t : No
Patient has home safety concerns : No
Do You Feel Like Hurting Others : No
ED CSSRS Patient Age : 12 years old or older
Smokes or Uses Recreational Drugs : Denies
Preferred Language to Discuss Healthcare : English
PMH Verified : Yes
Demonstrates Aggressive Behavior : No

Izzi, Samantha - 04/19/2024 18:57 EDT
(As Of: 04/19/2024 19:00:31 EDT)

### Problems(Active)

| | |
|---|---|
| Hypertension (SNOMED CT :64176011) | Name of Problem: Hypertension ; Recorder: Rogers, Ernisha; Confirmation: Confirmed ; Classification: Medical ; Code: 64176011 ; Contributor System: PowerChart ; Last Updated: 10/25/2023 3:04 EDT ; Life Cycle Date: 10/25/2023 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |

LEGEND: c=CORRECTED A=ABNORMAL, C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

# Taylor Hospital

| | |
|---|---|
| Patient Name: ANDERSON, LAURA R | Registration Date: 4/19/2024 |
| MRN: 2232439 | Financial #: CHPM1300691678 |

## Emergency Documentation

feels better would like to go home
Clinically stable to discharge reasons to return follow-up plan discussed with patient understood and all questions were answered

*Electronically Signed by the following provider(s):*
Papa DO, Thomas
on 04/20/2024 12:38 AM EDT

*DD: 04/20/2024 12:38 AM EDT*

---

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: | Review Information: |
|---|---|---|---|---|---|
| ED Note-Physician | ED Physician Note | 4/19/2024 22:42 EDT | Papa DO, Thomas (4/20/2024 20:32 EDT); Hojati RES, Deanna (4/19/2024 23:06 EDT) | Auth (Verified) | |

### Assessment/Plan
Closed head injury without LOC (Reason for Visit)

### Disposition
No qualifying data available.

### Basic Information
**Time Seen:**
Hojati RES, Deanna  04/19/2024 20:22

   *Mode of Arrival*
   Lynx Mode of Arrival: Ground ambulance

   *Chief Complaint*
Patient reports 3 heavy bins fell on her head. Took ibuprofen. C/o headache, nausea, and vomiting. Also pain radiating down neck and into arm.

### History of Present Illness
ANDERSON, LAURA R 39 Years old Female who presents to the ED today due to stack of plastic bins hit R side of head at a store x 1500 today. No LOC. Did not fall to the ground. Patient went home and took an Advil with no relief. Felt nauseous and had an 2x episode of NBNB vomiting. Endorses sensitivity to light. Also c/o pain to R side of neck. Denies blurred vision. Denies hx of stroke.
Denies CP, SOB, F/C, abd pain.

### Review of Systems
Review of systems pertinent positive and negatives as listed in the HPI above.

### Physical Exam
   *Vitals & Measurements*
   HR: 67(Peripheral)  RR: 17  BP: 123/93  SpO2: 96%
   HT: 165 cm  WT: 82 kg  BMI: 30.1
   PE ADULT -- BRIEF
   **GENERAL:** alert;
   **SKIN:** warm; dry
   **HEAD:** no visible trauma; normocephalic

### Medication Administration
**Given**
   acetaminophen, 975 mg, Oral
   Zofran Oral DISINTEGRATING, 4 mg, Oral

### Allergies
No Known Medication Allergies
No known allergies

### Problem List/Past Medical History
Ongoing
   Hypertension
Historical
   No qualifying data

### Social History
Alcohol
   Current, Beer, Wine, 1-2 times per year, Alcohol use interferes with work or home: No. Drinks more than intended: No. Others hurt by drinking: No. Ready to change: No. Household alcohol concerns: No., 06/30/2023
Electronic Cigarette/Vaping
   Never Electronic Cigarette Use:., 06/30/2023
Substance Abuse
   Never, 06/30/2023
   Current, 06/30/2023
Tobacco
   Never (less than 100 in lifetime) Tobacco Use:., 06/30/2023

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

**Emergency Documentation**

### Medication Reconciliation
Unchanged
  amLODIPine 10 Milligram Oral once a day.

### Attestation
I personally saw and examined the patient. I have reviewed and agree with the resident's findings, including all diagnostic interpretations and treatment plan as written. I was present for the key portions of any procedures performed and the inclusive time noted for any critical care statement.

Electronically Signed by the following provider(s):
Hojati RES, Deanna                    Papa DO, Thomas
on 04/19/2024 11:06 PM EDT            04/20/2024 08:32 PM EDT

DD: 04/19/2024 10:44 PM EDT

---

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: | Review Information: |
|---|---|---|---|---|---|
| ED Discharge Instructions | ED Discharge Instructions | 4/19/2024 22:48 EDT | Papa DO, Thomas (4/21/2024 04:57 EDT); Hojati RES, Deanna (4/19/2024 22:49 EDT) | Auth (Verified) | |

# ANDERSON, LAURA R

MRN: 2232439
Visit Date: 04/19/2024

## Discharge Instructions

We would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

### Diagnosis from Today's Visit
Closed head injury without loss of consciousness S09.90XA

### This Is Your Medication List
- acetaminophen (acetaminophen 500 mg oral capsule)
- amLODIPine
- ondansetron (ondansetron 4 mg oral tablet)

### Tests Performed
Lab

| Test Name | Test Result | Date/Time |
|---|---|---|
| U hCG POC | NEG | 04/19/2024 21:26 EDT |

Radiology
HEAD AND CSPINE CT
Preliminary Impression:

Comparison: CT Head 6/30/23 and CT Cervical spine 12/9/10

CT HEAD:
1) No acute intracranial pathology or other intracranial abnormality
2) No acute calvarial fracture

---

**Taylor Hospital**

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Emergency Documentation

**When** Within 2-4 days

**Where:** 190 W. SPROUL RD SUITE 110
SPRINGFIELD, PA 19064-
(610) 328-8830

**Follow Up with** Concussion Clinic
**When** Within 2-4 days

**Why:** Call Office for Appointment
**Where:** 1 Medical Ctr Blvd PM and R
Upland, PA 19013-
(610) 447-2944

**Follow Up with** Lainoff MD, David
**When**

**Where:** 161 Wilmington West Chester Pike
Chadds Ford, PA 19317-
(610) 361-1060

## Medications

| | What | How Much | When | Instructions | Last Dose | Next Dose |
|---|---|---|---|---|---|---|
| New | acetaminophen (acetaminophen 500 mg oral capsule) | 1 cap Oral | Every 4 hrs - interval as needed for for pain | not to exceed 4000 mg/ day  Pickup at CVS/pharmacy #0903 | | |
| New | ondansetron (ondansetron 4 mg oral tablet) | 1 tab(s) Oral | Once | Pickup at CVS/pharmacy #0903 | | |
| Unchanged | amLODIPine | 10 Milligram Oral | Once a day | | | |

**Pharmacy Information**
CVS/pharmacy #0903: 3298 Edgmont Ave Brookhaven, PA 190153105 (610) 876 - 5100

## Education Materials

After a Concussion

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Print Date/Time: 7/17/2024 12:33 EDT    Page 14 of 56    Request ID: 140774298

## Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

### Emergency Documentation

☐ OK to sleep through the night.

### When to call the healthcare provider

If you notice any of the following, call the healthcare provider:

- Vomiting. Some vomiting is common, but tell the provider about any vomiting.
- Clear or bloody drainage from the nose or ear
- Constant drowsiness or difficulty in waking up
- Confusion or memory loss
- Blurred vision or any vision changes
- Inability to walk or talk normally
- Increased weakness or problems with coordination
- Constant, unrelieved headache that becomes more severe
- Changes in behavior or personality
- High-pitched crying in infants
- Signs of stroke such as paralysis of parts of the body
- Uncontrolled movements suggesting a seizure

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

### Head Injury (Adult)



**Taylor Hospital**

| | |
|---|---|
| Patient Name: ANDERSON, LAURA R | Registration Date: 4/19/2024 |
| MRN: 2232439 | Financial #: CHPM1300691678 |

### Emergency Documentation

- Don't return to sports or other activities that could result in another head injury.

**Follow-up care**

Follow up with your healthcare provider, or as directed. If imaging tests were done, they will be reviewed by a doctor. You will be told the results and any new findings that may affect your care.

**When to seek medical advice**

Call your healthcare provider right away if any of these occur:

- Pain doesn't get better or worsens
- New or increased swelling or bruising
- Fever of 100.4°F (38°C) or higher, or as directed by your provider
- Increased redness, warmth, drainage, or bleeding from the injured area
- Fluid drainage or bleeding from the nose or ears
- Any depression or bony abnormality in the injured area

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Allergies

No Known Medication Allergies
No known allergies

## Additional Information

**Call 911 if the patient has:**
A very pale, gray or blue skin color
Trouble waking up
Continuous vomiting
Difficulty breathing

**Taylor Hospital**

Patient Name: ANDERSON, LAURA R
MRN:    2232439

Registration Date:  4/19/2024
Financial #:    CHPM1300691678

### Emergency Documentation



Awaken to check alertness as often as the health care provider suggests.

If you had a mild concussion (a head injury), watch closely for signs of problems during the first 48 hours after the injury. Follow the doctor's advice about recovering at home. Use the tips on this handout as a guide.

Note: You should not be left alone after a concussion. If no adult can stay with the injured person, let the doctor know.

Have someone call 911 or your emergency number if you can't fully wake up or have a seizures or convulsions.

### The first 48 hours

Don't take medicine unless approved by your healthcare provider. Try placing a cold, damp cloth on your head to help relieve a headache.

- Ask the doctor before using any medicines.
- Don't drink alcohol or take sedatives or medicines that make you sleepy.
- Don't return to sports or any activity that could cause you to hit your head until all symptoms are gone and you have been cleared by your doctor. A second head injury before fully recovering from the first one can lead to serious brain injury.

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Print Date/Time:  7/17/2024 12:33 EDT          Page 20 of 56          Request ID:  140774298

**Taylor Hospital**

| | |
|---|---|
| Patient Name: ANDERSON, LAURA R | Registration Date: 4/19/2024 |
| MRN: 2232439 | Financial #: CHPM1300691678 |

### Emergency Documentation

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Trauma

## Head Injury (Adult)



You have a head injury. It does not appear serious at this time. But symptoms of a more serious problem, such as a mild brain injury (concussion) or bruising or bleeding in the brain, may appear later. For this reason, you or someone caring for you will need to watch for the symptoms listed below. Once you're home, also be sure to follow any care instructions you're given.

### Home care

### Watch for the following symptoms

Seek emergency medical care if you have any of these symptoms over the next hours to days:

- Headache
- Nausea or vomiting
- Dizziness
- Sensitivity to light or noise
- Unusual sleepiness or grogginess

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

### Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

**Emergency Documentation**

Follow up with your healthcare provider, or as directed. If imaging tests were done, they will be reviewed by a doctor. You will be told the results and any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Pain doesn't get better or worsens
- New or increased swelling or bruising
- Fever of 100.4°F (38°C) or higher, or as directed by your provider
- Increased redness, warmth, drainage, or bleeding from the injured area
- Fluid drainage or bleeding from the nose or ears
- Any depression or bony abnormality in the injured area

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Emergency Department Reports

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| ESI 3 Focused Reassessment Form | ESI 3 Focused Reassessment Form | 4/20/2024 01:00 EDT | Gibbons, Denise (4/20/2024 00:34 EDT) | Auth (Verified) |

ESI 3 Focused Reassessment Form Entered On: 04/20/2024 0:35 EDT
Performed On: 04/20/2024 1:00 EDT by Gibbons, Denise

**Pain Assessment**
Pain Scale Type: 0-10 Pain scale
Pain Intensity: 0
Acceptable Intensity: 0

Gibbons, Denise - 04/20/2024 0:34 EDT

**ESI Chief Complaint Assessment**
Chief Complaint and Plan of Care Info: H/A

Gibbons, Denise - 04/20/2024 0:34 EDT

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| ESI 3 Focused Reassessment Form | ESI 3 Focused Reassessment Form | 4/19/2024 22:00 EDT | Brandt, Judy (4/19/2024 22:13 EDT) | Auth (Verified) |

ESI 3 Focused Reassessment Form Entered On: 04/19/2024 22:13 EDT
Performed On: 04/19/2024 22:00 EDT by Brandt, Judy

**Pain Assessment**
Pain Scale Type: 0-10 Pain scale
Pain Intensity: 8
Acceptable Intensity: 1

Brandt, Judy - 04/19/2024 22:13 EDT

**ESI Chief Complaint Assessment**
Chief Complaint and Plan of Care Info: Pt sleeping awaiting CT results.

Brandt, Judy - 04/19/2024 22:13 EDT

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| ESI 3 Vital Signs Form | ESI 3 Vital Signs Form | 4/19/2024 21:00 EDT | Brandt, Judy (4/19/2024 21:09 EDT) | Auth (Verified) |

ESI 3 Vital Signs Form Entered On: 04/19/2024 21:09 EDT
Performed On: 04/19/2024 21:00 EDT by Brandt, Judy

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Print Date/Time: 7/17/2024 12:33 EDT        Page 26 of 56        Request ID: 140774298

Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Emergency Department Reports

**Screening Assessments**
IV Field Start: No
Preferred Language to Discuss Healthcare: English
Preferred Communication Mode: Verbal

Brandt, Judy - 04/19/2024 21:09 EDT

Learning Style Preference Adult Grid
Patient: Verbal explanation

Brandt, Judy - 04/19/2024 21:09 EDT

Barriers to Learning: None evident

Brandt, Judy - 04/19/2024 21:09 EDT

**Covid-19 symptoms**
COVID-19 symptomatic: No

Brandt, Judy - 04/19/2024 21:09 EDT

**CSSRS Eval - Initial Screen**
Initial Mental Health Screening: Yes

Brandt, Judy - 04/19/2024 21:09 EDT

**Pain Assessment**
Pain Scale Type: 0-10 Pain scale
Pain Intensity: 8
Acceptable Intensity: 2
Primary Pain Location: Head
Quality: Shooting
Alleviating Factors: None
Aggravating Factors: None
Associated Symptoms: Vomiting

**Cardiovascular**
Cardiovascular Symptoms: None

Brandt, Judy - 04/19/2024 21:09 EDT

**Respiratory**
Respiratory Symptoms: None

Brandt, Judy - 04/19/2024 21:09 EDT

**Gastrointestinal**
GI Symptoms: None

Brandt, Judy - 04/19/2024 21:09 EDT

**Genitourinary**
Genitourinary Symptoms: None
Last Menstrual Period: 04/06/2024 EDT
Pregnancy Status: Patient denies

Brandt, Judy - 04/19/2024 21:09 EDT

**Integumentary**
Skin Color: Normal for ethnicity
Skin Description: Dry, Intact
Incision/Wound, Ulcer, Skin Tear Present: No

Brandt, Judy - 04/19/2024 21:09 EDT

**Neurological ED**

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Print Date/Time: 7/17/2024 12:33 EDT     Page 28 of 56     Request ID: 140774298

Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

### Emergency Department Reports

**Assessment**
SpO2: 99 %
Oxygen Therapy Triage: Room air
Peripheral Pulse Rate: 89 bpm
Respiratory Rate: 18 br/min
Systolic Blood Pressure: 156 mmHg (HI)
Diastolic Blood Pressure: 97 mmHg (HI)
Dosing Weight: 82 kg(Converted to: 180 lb 12 oz)
(R) Patient Weight: Stated - ED ONLY
Height: 165 cm(Converted to: 5 ft 5 inch)
Body Mass Index: 30.1 kg/m2
Lynx Mode of Arrival: Ground ambulance
Chief Complaint: Patient reports 3 heavy bins fell on her head. Took ibuprofen. C/o headache, nausea, and vomiting. Also pain radiating down neck and into arm.
Patient Has Allergies: Able to assess

Izzi, Samantha - 04/19/2024 18:57 EDT

**ID Risk Screen**
COVID-19 Testing Status: No positive COVID-19 test

Izzi, Samantha - 04/19/2024 18:57 EDT

**Allergy**
(As Of: 04/19/2024 18:59:23 EDT)

<u>Allergies (Active)</u>

| | |
|---|---|
| No known allergies | Estimated Onset Date: Unspecified ; Created By: Rogers, Ernisha; Reaction Status: Active ; Category: Drug ; Substance: No known allergies ; Type: Allergy ; Updated By: Rogers, Ernisha; Reviewed Date: 10/25/2023 3:03 EDT |
| No Known Medication Allergies | Estimated Onset Date: Unspecified ; Created By: Walker, Bill; Reaction Status: Active ; Category: Drug ; Substance: No Known Medication Allergies ; Type: Allergy ; Updated By: Walker, Bill; Reviewed Date: 10/25/2023 3:03 EDT |

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| ED Triage | ED Triage | 4/19/2024 18:49 EDT | Izzi,Samantha (4/19/2024 18:57 EDT) | Auth (Verified) |

ED Triage Entered On: 04/19/2024 19:00 EDT
Performed On: 04/19/2024 18:49 EDT by Izzi, Samantha

**Assessment**
Rapid Triage Info: Chief Complaint: Patient reports 3 heavy bins fell on her head. Took ibuprofen. C/o headache, nausea, and vomiting. Also pain radiating down neck and into arm.
(R) Patient Weight: Stated - ED ONLY

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Taylor Hospital

Patient Name: ANDERSON, LAURA R  
MRN: 2232439  
Registration Date: 4/19/2024  
Financial #: CHPM1300691678

## Emergency Department Reports

Non-Specified ; Code: PNED ; Probability: 0 ; Diagnosis Code: 8D476BB6-C0C4-400D-8902-A9A50BF7E405

### Allergy

(As Of: 04/19/2024 19:00:31 EDT)

<u>Allergies (Active)</u>

| | |
|---|---|
| No known allergies | Estimated Onset Date: Unspecified ; Created By: Rogers, Ernisha; Reaction Status: Active ; Category: Drug ; Substance: No known allergies ; Type: Allergy ; Updated By: Rogers, Ernisha; Reviewed Date: 10/25/2023 3:03 EDT |
| No Known Medication Allergies | Estimated Onset Date: Unspecified ; Created By: Walker, Bill; Reaction Status: Active ; Category: Drug ; Substance: No Known Medication Allergies ; Type: Allergy ; Updated By: Walker, Bill; Reviewed Date: 10/25/2023 3:03 EDT |

### Objective Pain Assessment
Tachycardic without fever : No  
Pupils dialated? : No  
Presence of vasoconstriction? : No  
Diaphoretic? : No  
Objective Pain Calculation : No  

Izzi, Samantha - 04/19/2024 18:57 EDT

### ESI
<u>DCP GENERIC CODE</u>  
Tracking Acuity : 3  
Tracking Group : ED TAYL Tracking Group  

Izzi, Samantha - 04/19/2024 18:57 EDT

### CSSRS Initial Screener
1) Have you wished you were dead or wished you could go to sleep and not wake up? (ref) : No  
2) In past month, have you actually had any thoughts about killing yourself? (ref) : No  
6) In your LIFETIME have you ever done anything, started to do anything, or prepared to do anything to end your life? (ref) : No  
CSSRS Initial Screener Risk Level : No Risk  

Izzi, Samantha - 04/19/2024 18:57 EDT

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Print Date/Time: 7/17/2024 12:33 EDT          Page 32 of 56          Request ID: 140774298

**Taylor Hospital**

Patient Name: ANDERSON, LAURA R  
MRN: 2232439  
Registration Date: 4/19/2024  
Financial #: CHPM1300691678

## Medication Orders

**Inpatient Medication Orders**

**Order: ketorolac (Toradol Injectable)**
Order Start Date/Time: 4/19/2024 22:53 EDT
Order Status: Completed
End Date/Time: 4/19/2024 23:51 EDT    End Reason:
Ordering(Update) Provider: Hojati RES, Deanna
Entered and Electronically Signed By: Hojati RES, Deanna on 4/19/2024 22:53 EDT
Order Details: 15 mg, IM, Injection, Once, NOW, 4/19/24 10:53:00 PM EDT, Physician Stop, Stop date 4/19/24 11:51:44 PM EDT
Order Comment:

**Order: ondansetron (Zofran Oral DISINTEGRATING)**
Order Start Date/Time: 4/19/2024 22:53 EDT
Order Status: Completed
End Date/Time: 4/19/2024 23:51 EDT    End Reason:
Ordering(Update) Provider: Hojati RES, Deanna
Entered and Electronically Signed By: Hojati RES, Deanna on 4/19/2024 22:53 EDT
Order Details: 4 mg = 1 tab, Oral, Tablet Disintegrating, Once, NOW, 4/19/24 10:53:00 PM EDT, Stop date 4/19/24 11:51:44 PM EDT, 04/19/24 22:53:00 EDT
Order Comment:

**Order: ondansetron (Zofran Oral DISINTEGRATING)**
Order Start Date/Time: 4/19/2024 21:21 EDT
Order Status: Completed
End Date/Time: 4/19/2024 21:46 EDT    End Reason:
Ordering(Update) Provider: Hojati RES, Deanna
Entered and Electronically Signed By: Hojati RES, Deanna on 4/19/2024 21:21 EDT
Order Details: 4 mg = 1 tab, Oral, Tablet Disintegrating, Once, NOW, 4/19/24 9:21:00 PM EDT, Stop date 4/19/24 9:46:35 PM EDT, 04/19/24 21:21:00 EDT
Order Comment:

**Order: acetaminophen**
Order Start Date/Time: 4/19/2024 21:20 EDT
Order Status: Completed
End Date/Time: 4/19/2024 21:46 EDT    End Reason:
Ordering(Update) Provider: Hojati RES, Deanna
Entered and Electronically Signed By: Hojati RES, Deanna on 4/19/2024 21:20 EDT
Order Details: 975 mg = 3 tab, Oral, Tablet, Once, NOW, 4/19/24 9:20:00 PM EDT, Stop date 4/19/24 9:46:34 PM EDT, 04/19/24 21:20:00 EDT
Order Comment:

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES