**Taylor Hospital**

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Orders

### Laboratory

**Order: Urine Pregnancy POC**
Order Start Date/Time: 4/19/2024 21:26 EDT
Order Status: Completed
End Date/Time: 4/19/2024 21:32 EDT
Ordering Physician: Papa DO, Thomas
Order Details: Urine, Collected, 4/19/24 9:26:00 PM EDT, RT collect
Order Comment:
Department Status: Completed
End Reason:

### Patient Care

**Order: ESI Level 3 Vital Signs**
Order Start Date/Time: 4/19/2024 21:00 EDT
Order Status: Discontinued
End Date/Time: 4/20/2024 09:01 EDT
Ordering Physician: SYSTEM
Order Details: q2hr, 4/19/24 9:00:31 PM EDT
Order Comment: BCC ESI REASSESSMEN Action #3
Department Status: Discontinued
End Reason:

**Order: ESI Level 3 Focused Reassessment**
Order Start Date/Time: 4/19/2024 22:00 EDT
Order Status: Discontinued
End Date/Time: 4/20/2024 09:01 EDT
Ordering Physician: SYSTEM
Order Details: q3hr, 4/19/24 10:00:32 PM EDT
Order Comment: BCC ESI REASSESSMEN Action #3
Department Status: Discontinued
End Reason:

**Order: ED Discharge Patient**
Order Start Date/Time: 4/19/2024 22:48 EDT
Order Status: Ordered
End Date/Time: 4/19/2024 22:48 EDT
Ordering Physician: Hojati RES, Deanna
Order Details: 4/19/24 10:48:00 PM EDT, Home
Order Comment:
Department Status: Ordered
End Reason:

**Order: ED Discharge Patient**
Order Start Date/Time: 4/20/2024 00:41 EDT
Order Status: Ordered
End Date/Time: 4/20/2024 00:41 EDT
Ordering Physician: Papa DO, Thomas
Order Details: 4/20/24 12:41:00 AM EDT, Home
Order Comment:
Department Status: Ordered
End Reason:

Taylor Hospital

| | | |
|---|---|---|
| Patient Name: ANDERSON, LAURA R | Registration Date: | 4/19/2024 |
| MRN: 2232439 | Financial #: | CHPM1300691678 |

## Progress Notes

| Document Type: | Document Subject: | Signed by: | Result Status: | Performed by: | Result Date: |
|---|---|---|---|---|---|
| Orthopedic Device Care | Orthopedic Device Care | Gibbons, Denise (4/20/2024 00:34 EDT) | Auth (Verified) | Gibbons, Denise (4/20/2024 00:34 EDT) | 4/20/2024 00:34 EDT |

Orthopedic Device Care Entered On: 04/20/2024 0:34 EDT
Performed On: 04/20/2024 0:34 EDT by Gibbons, Denise

**Ortho Devices**
Treatments Done : Cervical collar removed

Gibbons, Denise - 04/20/2024 0:34 EDT

| Document Type: | Document Subject: | Signed by: | Result Status: | Performed by: | Result Date: |
|---|---|---|---|---|---|
| Orthopedic Device Care | Orthopedic Device Care | Gibbons, Denise (4/20/2024 00:29 EDT) | Auth (Verified) | Gibbons, Denise (4/20/2024 00:29 EDT) | 4/20/2024 00:29 EDT |

Orthopedic Device Care Entered On: 04/20/2024 0:29 EDT
Performed On: 04/20/2024 0:29 EDT by Gibbons, Denise

**Ortho Devices**
Treatments Done : Cervical collar, hard applied

Gibbons, Denise - 04/20/2024 0:29 EDT

| Document Type: | Document Subject: | Signed by: | Result Status: | Performed by: | Result Date: |
|---|---|---|---|---|---|
| Orthopedic Device Care | Orthopedic Device Care | Brandt, Judy (4/19/2024 21:21 EDT) | Auth (Verified) | Brandt, Judy (4/19/2024 21:21 EDT) | 4/19/2024 21:21 EDT |

Orthopedic Device Care Entered On: 04/19/2024 21:22 EDT
Performed On: 04/19/2024 21:21 EDT by Brandt, Judy

**Ortho Devices**
Treatments Done : Cervical collar, hard applied
Special Orthopedic Device Use : On
Special Orthopedic Device Response : Expected

Brandt, Judy - 04/19/2024 21:21 EDT

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439
Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Vital Signs

**Vital Signs**

| Procedure | Recorded Date 4/20/2024<br>Recorded Time 00:36 EDT<br>Recorded By Gibbons, Denise | 4/19/2024<br>23:00 EDT<br>Leicht, Renee | Units | Reference Range |
|---|---|---|---|---|
| Temperature Axillary | - | Not Done: Task Duplication | | |
| Temperature Oral | - | Not Done: Task Duplication | | |
| | | Not Done: Task Duplication | | |
| Temperature Oral | 36.8 | - | DegC | [36-38] |
| Temperature Oral (F) | 98.2 | - | DegF | [96.8-100.4] |
| Temperature Tympanic | - | Not Done: Task Duplication | | |
| | | Not Done: Task Duplication | | |
| Temperature Rectal | - | Not Done: Task Duplication | | |
| | | Not Done: Task Duplication | | |
| Temperature Core | - | Not Done: Task Duplication | | |
| | | Not Done: Task Duplication | | |
| Temperature Intravascular | - | Not Done: Task Duplication | | |
| | | Not Done: Task Duplication | | |
| Apical Heart Rate | - | Not Done: Task Duplication | | |
| Peripheral Pulse Rate | - | Not Done: Task Duplication | | |
| Peripheral Pulse Rate | 68 | - | bpm | [60-100] |
| Respiratory Rate | - | Not Done: Task Duplication | | |
| Respiratory Rate | 18 | - | br/min | [14-20] |
| Systolic Blood Pressure | - | Not Done: Task Duplication | | |
| Systolic Blood Pressure | 128 | - | mmHg | [90-150] |
| Diastolic Blood Pressure | - | Not Done: Task Duplication | | |

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

## Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

### Pain

**Pain Assessment**

| Recorded Date | 4/20/2024 | 4/19/2024 |
|---|---|---|
| Recorded Time | 01:00 EDT | 23:51 EDT |
| Recorded By | Gibbons,Denise | Gibbons,Denise |
| Procedure | | Units | Reference Range |
| Pain Scale Type | | 0-10 Pain scale | - | | |

| Procedure | Recorded Date 4/19/2024 Recorded Time 22:45 EDT Recorded By Brandt,Judy | 4/19/2024 22:00 EDT Brandt,Judy | 4/19/2024 19:00 EDT Brandt,Judy | Units | Reference Range |
|---|---|---|---|---|---|
| Primary Pain Intensity | 5 | 8 | 8 | | |
| Acceptable Pain Intensity | 1 | 1 | 2 | | |
| Primary Pain Location | - | - | Head | | |
| Primary Pain Quality | - | - | Shooting | | |
| Primary Pain Aggravating Factors | - | - | None | | |
| Primary Pain Alleviating Factors | - | - | None | | |
| Pain Scale Type | 0-10 Pain scale | 0-10 Pain scale | 0-10 Pain scale | | |
| Pain Associated Symptoms | - | - | Vomiting | | |

| Procedure | Recorded Date 4/19/2024 Recorded Time 18:49 EDT Recorded By Izzi,Samantha | Units | Reference Range |
|---|---|---|---|
| Primary Pain Intensity | 8 | | |
| Pain Scale Type | 0-10 Pain scale | | |

### Cardiovascular

**Cardiovascular Assessment**

| Procedure | Recorded Date 4/19/2024 Recorded Time 19:00 EDT Recorded By Brandt,Judy | Units | Reference Range |
|---|---|---|---|
| Cardiovascular Symptoms | None | | |

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Taylor Hospital

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Genitourinary

**Genitourinary Assessment**

| Recorded Date | 4/19/2024 | | |
|---|---|---|---|
| Recorded Time | 19:00 EDT | | |
| Recorded By | Brandt, Judy | | |
| Procedure | | Units | Reference Range |
| Genitourinary Symptoms | None | | |

## Integumentary

**Integumentary Assessment**

| Recorded Date | 4/19/2024 | | |
|---|---|---|---|
| Recorded Time | 19:00 EDT | | |
| Recorded By | Brandt, Judy | | |
| Procedure | | Units | Reference Range |
| Skin Color | Normal for ethnicity | | |
| Skin Description | Dry, Intact | | |
| (R)Incision/Wound, Ulcer, Skin Tear Pres | No | | |

## Neurological

**Neurological Assessment**

| Recorded Date | 4/19/2024 | | |
|---|---|---|---|
| Recorded Time | 19:00 EDT | | |
| Recorded By | Brandt, Judy | | |
| Procedure | | Units | Reference Range |
| Neurological Symptoms | Headache | | |
| Gait | Steady | | |
| Extremity Movement | Equal | | |
| Facial Symmetry | Symmetric | | |
| Level of Consciousness | Alert | | |
| Loss of Consciousness | No | | |
| Acute CVA/TIA Symptoms | Yes | | |
| Aspiration Risk | None | | |

**Taylor Hospital**

| | | |
|---|---|---|
| Patient Name: ANDERSON, LAURA R | Registration Date: | 4/19/2024 |
| MRN: 2232439 | Financial #: | CHPM1300691678 |

## Gynecology/Obstetrics

### Gynecology/Obstetrics Information

| Procedure | Recorded Date 4/19/2024<br>Recorded Time 19:00 EDT<br>Recorded By Brandt, Judy | 4/19/2024<br>18:49 EDT<br>Izzi, Samantha | Units | Reference Range |
|---|---|---|---|---|
| Pregnancy Status | Patient denies | Patient denies | | |

### Menstrual History

| Procedure | Recorded Date 4/19/2024<br>Recorded Time 19:00 EDT<br>Recorded By Brandt, Judy | 4/19/2024<br>18:49 EDT<br>Izzi, Samantha | Units | Reference Range |
|---|---|---|---|---|
| Last Menstrual Period | 4/6/2024 | 4/6/2024 | | |

### FHR Assessment

| Procedure | Recorded Date 4/19/2024<br>Recorded Time 23:00 EDT<br>Recorded By Leicht, Renee | Units | Reference Range |
|---|---|---|---|
| Fetal Heart Rate | Not Done: Task Duplication | | |

## Orthopedic

### Orthopedic Devices Information

| Procedure | Recorded Date 4/19/2024<br>Recorded Time 21:21 EDT<br>Recorded By Brandt, Judy | Units | Reference Range |
|---|---|---|---|
| Special Orthopedic Device Use | On | | |
| Special Orthopedic Device Response | Expected | | |

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

## Taylor Hospital

| | | | |
|---|---|---|---|
| Patient Name: ANDERSON, LAURA R | | Registration Date: | 4/19/2024 |
| MRN: 2232439 | | Financial #: | CHPM1300691678 |

### Patient Transfer Information

**Patient Transfer Information**

| Recorded Date | 4/19/2024 | | |
|---|---|---|---|
| Recorded Time | 18:49 EDT | | |
| Recorded By | Izzi,Samantha | | |
| Procedure | | Units | Reference Range |
| Lynx Mode of Arrival | Ground ambulance | | |

Textual Results
T3:   4/19/2024 18:49 EDT (Chief Complaint)
      Patient reports 3 heavy bins fell on her head. Took ibuprofen. C/o headache, nausea, and vomiting. Also pain radiating down neck and into arm.

### Assessments and Treatments

**Patient Observation**

| Recorded Date | 4/19/2024 | 4/19/2024 | | |
|---|---|---|---|---|
| Recorded Time | 19:00 EDT | 18:49 EDT | | |
| Recorded By | Brandt,Judy | Izzi,Samantha | | |
| Procedure | | | Units | Reference Range |
| Aggressive Behavior | None | " | | |
| Demonstrates Aggressive Behavior | " | No | | |

### Nursing Care

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| Orthopedic Device Care | Orthopedic Device Care | 4/20/2024 00:34 EDT | Gibbons,Denise (4/20/2024 00:34 EDT) | Auth (Verified) |

Orthopedic Device Care Entered On: 04/20/2024 0:34 EDT
Performed On: 04/20/2024 0:34 EDT by Gibbons, Denise

**Ortho Devices**
Treatments Done :   Cervical collar removed

Gibbons, Denise - 04/20/2024 0:34 EDT

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| Orthopedic Device Care | Orthopedic Device Care | 4/20/2024 00:29 EDT | Gibbons,Denise (4/20/2024 00:29 EDT) | Auth (Verified) |

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

Taylor Hospital

| | | | |
|---|---|---|---|
| Patient Name: ANDERSON, LAURA R | | Registration Date: | 4/19/2024 |
| MRN: 2232439 | | Financial #: | CHPM1300691678 |

**Treatment Record**

**Primary Pain**
Pain Scale Type : 0-10 Pain scale
Pain Intensity : 5
Acceptable Intensity : 1

Brandt, Judy - 04/19/2024 22:39 EDT

---

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| Medication Response | Medication Response | 4/19/2024 22:46 EDT | Brandt,Judy (4/19/2024 22:39 EDT) | Auth (Verified) |

Medication Response Entered On: 04/19/2024 22:39 EDT
Performed On: 04/19/2024 22:46 EDT by Brandt, Judy

**Intervention Information:**
ondansetron
Performed by Brandt, Judy on 04/19/2024 21:46:00 EDT

ondansetron,4mg
Oral

**Medication Evaluation**
Med effective-Other : Yes

Brandt, Judy - 04/19/2024 22:39 EDT

**Medication Effectiveness**
PRN Medication Effective : Yes

Brandt, Judy - 04/19/2024 22:39 EDT

**Taylor Hospital**

Patient Name: ANDERSON, LAURA R
MRN: 2232439

Registration Date: 4/19/2024
Financial #: CHPM1300691678

### Medication Administration Record

**Medications**

**Admin Date/Time: 4/19/2024 21:46 EDT**
Medication Name: acetaminophen
Charted Date/Time: 4/19/2024 21:46 EDT
Ingredients: acetaminophen 975 mg 3 tab
Admin Details: (Auth) Oral
Action Details: Order: Hojati RES, Deanna 4/19/2024 21:20 EDT; Perform: Brandt, Judy 4/19/2024 21:46 EDT; VERIFY: Brandt, Judy 4/19/2024 21:46 EDT

**Taylor Hospital**

| | |
|---|---|
| Patient Name: ANDERSON, LAURA R | Registration Date: 4/19/2024 |
| MRN: 2232439 | Financial #: CHPM1300691678 |

## Computerized Tomography

| Exam Date/Time | Exam | Accession Number |
|---|---|---|
| 4/19/2024 22:00 EDT | CT Spine Cervical w/o Contrast | 121-CT-24-004230 |

**Reason For Exam**
(CT Spine Cervical w/o Contrast) hit in head

**Report**
PROCEDURE: CT SPINE CERVICAL WO CONTRAST

HISTORY: Neck pain following trauma.

TECHNIQUE: CT of the cervical spine without IV contrast.

COMPARISON: None.

FINDINGS

ALIGNMENT: Vertebrae are anatomically aligned. There is slight reversal of normal cervical lordosis, which may be positional or related to muscular spasm.

DEGENERATIVE CHANGES: There is developmental narrowing of the cervical canal. No significant superimposed degenerative changes at this time.

SKULL BASE/OCCIPITAL CONDYLES: No fracture.
C1: No fracture.
C2: No fracture.
C3: No fracture.
C4: No fracture.
C5: No fracture.
C6: No fracture.
C7: No fracture.
T1: No fracture.

INCLUDED RIBS AND CLAVICLES: No fracture.

SOFT TISSUES: Within normal limits.

LUNG APICES: Unremarkable.

A preliminary report has been previously provided through Remote Radiology International.

RADIATION: The radiation exposure for this examination is 18.78 mGy based upon the computed tomography dose index (CTDI). Individualized dose optimization was used for the performed procedure (by using either automated exposure control or adjustment of the mA and/or kV according to patient size).

CONCLUSION: No fracture.

---

LEGEND: c=CORRECTED A=ABNORMAL C=CRITICAL L=LOW H=HIGH f=FOOTNOTES

**Taylor Hospital**

Patient Name: ANDERSON, LAURA R
MRN: 2232439
Registration Date: 4/19/2024
Financial #: CHPM1300691678

## Computerized Tomography

**Report**
CONCLUSION: Normal CT imaging of the head. No acute traumatic intracranial abnormality.

Dictated by: Hiehle, John MD on 4/20/2024 at 7:25
Approved by: Hiehle, John MD on 4/20/2024 at 7:28
This document is for addressee. It is privileged, confidential, and protected from use and disclosure. If you are not the intended recipient; review, disclosure, copying, dissemination, or the taking of any action in reliance on its contents is strictly prohibited. If received in error please call the number listed above
***** Final *****

Interpreted and Electronically signed by: Hiehle MD, John F
Signed Date/Time: 04/20/2024 07:28

Performing Locations
P1:    This test was performed at:
       CCMC Lab, One Medical Center Blvd., Ground Floor, Pathology Dept, Upland, PA, 19013-3902, (610) 447-2221

March 5, 2025
Page 2 of 2

Re: Laura Anderson
MR#: 126275

**PHYSICAL EXAMINATION:**

Cervical Spine Motion Studies

|  | Normal | Exam | Pain | Level/Location |
|---|---|---|---|---|
| Flexion | 60 | 60 | Pain | Cervical spine |
| Extension | 50 | 50 | Pain | Cervical spine |
| Left Rotation | 80 | 70 | | |
| Right Rotation | 80 | 70 | | |
| L. Lateral Flexion | 40 | 40 | | |
| R. Lateral Flexion | 40 | 40 | | |

Foraminal Compression test was positive to the left and right and negative in the neutral position. Shoulder Depressor Test was positive bilaterally. Foraminal Distraction Test was negative. Adson's Sign was negative bilaterally. Soto Hall Test was positive in the cervical and thoracic regions. Bicep Reflexes were +2 bilaterally. Tricep Reflexes were +2 bilaterally. Extensor Digitorum Reflexes were +2 bilaterally. Upper Dermatomes were within normal limits. Dynamometer Testing for grip strength was 24 kg/24 kg on the right and 10 kg/24 kg on the left, and the patient is right-handed.

Ms. Anderson scored a 38% on the cervical pain disability index, relating moderate disability.

**OVERALL DIAGNOSTIC IMPRESSION:**

1. Cervical spine sprain/strain
2. Brachial neuritis/radiculitis
3. Thoracic spine sprain/strain
4. Headaches

**PLAN:**

Records will be requested from Taylor Hospital and Dr. Grossinger for review.

The need for further imaging is on hold pending receipt of records to avoid duplicate studies.

It is recommended that Ms. Anderson begin treating at Delaware County Pain Management at a frequency of 2 times per week utilizing spinal manipulation, flexion distraction, therapeutic exercises, ultrasound, electrical muscle stimulation, intersegmental traction, hot packs, cold packs, and low-level laser applied to her neck and upper back as possible treatments.

Ms. Anderson's prognosis is guarded. Her injuries are the direct result of the personal injury incident that occurred on April 19, 2024. She will be re-evaluated in approximately 4-6 weeks.

Sincerely,

Ryan Diefenbach, D.C.

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| Laura Anderson  | Dr. Steven Grossinger<br>T (215) 789-6264<br>F (215) 754-4695<br>891 Baltimore Pike<br>Springfield, PA 19064 | Office Visit<br>NOTE TYPE<br>SEEN BY<br>DATE<br>AGE AT DOS<br>Not signed | SOAP Note<br>Steven Grossinger<br>02/12/2025<br>40 yrs |

### Subjective

**PRE-OPERATIVE DIAGNOSIS:** Cervical radiculopathy

**POST-OPERATIVE DIAGNOSIS:** Cervical radiculopathy

**PROCEDURE:** Fluoroscopic cervical epidural steroidal injection # 1

**CLINICAL HISTORY:** She presents for her first cervical epidural injection. Symptoms continue to include frequent aching left sided pain that radiates to left upper extremity, 8-9/10 on pain scale, increases with turning her head toward the left, decreases with change of position, associated with numbness in her left hand, 4th and 5th digits.

She continues to experience recurrent headaches, 3-4 times per week, last 3-4 hours, no triggers, Ibuprofen or Tylenol provides some relief, pulsing in nature, rated at 3-8/10.

Her memory difficulties remain unchanged.

Past medical history includes hypertension.

Medications: OTC Ibuprofen and Tylenol, Amlodipine.
Allergies: No known drug allergies.

Social History: She smokes 3-4 per day cigarette. No alcohol use.
Present Employment: Waitress.
Surgical History: none.

### Objective

Cervical range of motion is restricted with side-bending and rotation to the left. Muscle spasm is palpated in the mid to lower cervical paravertebral region and upper trapezius on the left. Sperling's is negative on the left. Adson's is positive on the left. There is weakness with abduction of the left shoulder. Sensation for sharp stimulus is reduced along the lateral aspect of the upper arm on the left. Reflexes are ¼ at the left biceps, triceps and brachioradialis.

### Assessment

She has evidence of left brachial plexopathy, occipital neuralgia, and posttraumatic headache. These diagnoses are consistent with injuries sustained during the incident where storage boxes fell on her head which occurred on April 19, 2024.

### Plan

**Cervical epidural injection** was performed today to reduce neck pain and improve activity tolerance. She will return for follow-up, for assessment of response to this injection and considering further treatment options including repeat injections. I reviewed her medications.

**INTRAOPERATIVE:**

The patient was monitored prior to the procedure. The blood pressure, oximetry and heart rate were found to be in the appropriate range for the procedure.

The patient was presented with the informed consent papers. The patient was informed of potential complications of the procedure. Both the patient and doctor signed the consent form.

| PATIENT<br>Laura Anderson  | FACILITY<br>**Spine Joint & Brain Center- PA**<br>T  (215) 789-6264<br>F  (215) 754-4695<br>891 Baltimore Pike<br>Springfield, PA 19064 | ENCOUNTER<br>**Office Visit**<br>NOTE TYPE   SOAP Note<br>SEEN BY   Steven Grossinger<br>DATE   03/12/2025<br>AGE AT DOS   40 yrs<br>Not signed |
|---|---|---|

### Subjective

**PRE-OPERATIVE DIAGNOSIS:** Cervical radiculopathy

**POST-OPERATIVE DIAGNOSIS:** Cervical radiculopathy

**PROCEDURE:** Fluoroscopic cervical epidural steroidal injection # 2

**CLINICAL HISTORY:** She presents for her second cervical epidural injection. Symptoms continue to include frequent aching left sided pain that radiates to left upper extremity, 8-9/10 on pain scale, increases with turning her head toward the left, decreases with change of position, associated with numbness in her left hand, 4th and 5th digits. She noted about 50% improvement of her symptoms following the 1st injection for about 2 weeks.

She continues to experience recurrent headaches, 3-4 times per week, last 3-4 hours, no triggers, Ibuprofen or Tylenol provides some relief, pulsing in nature, rated at 3-8/10.

Her memory difficulties remain unchanged.

Past medical history includes hypertension.

Medications: OTC Ibuprofen and Tylenol, Amlodipine.
Allergies: No known drug allergies.

Social History: She smokes 3-4 per day cigarette. No alcohol use.
Present Employment: Waitress.
Surgical History: none.

### Objective

Cervical range of motion is restricted with side-bending and rotation to the left. Muscle spasm is palpated in the mid to lower cervical paravertebral region and upper trapezius on the left. Sperling's is negative on the left. Adson's is positive on the left. There is weakness with abduction of the left shoulder. Sensation for sharp stimulus is reduced along the lateral aspect of the upper arm on the left. Reflexes are ¼ at the left biceps, triceps and brachioradialis.

### Assessment

She has evidence of left brachial plexopathy, occipital neuralgia, and posttraumatic headache. These diagnoses are consistent with injuries sustained during the incident where storage boxes fell on her head which occurred on April 19, 2024.

### Plan

A **second cervical epidural injection** was performed today to further reduce neck pain and improve activity tolerance. She will return for follow-up, for assessment of response to this injection and considering further treatment options including repeat injections. I reviewed her medications.

**INTRAOPERATIVE:**

The patient was monitored prior to the procedure. The blood pressure, oximetry and heart rate were found to be in the appropriate range for the procedure.

The patient was presented with the informed consent papers. The patient was informed of potential complications of the procedure.

Page 1  Patient: Laura Anderson    Claim #:    Age: 40    Testing Date: July 11, 2024

 

Dr. Steven Grossinger
Ph. 267-428-6769 ~ Fax. 610-471-0740
Email: NCVdiag@gmail.com

*Board Certified:
Neurology & Pain Management*

### Neurocognitive Testing: - Brain Function Integration Patient Report

**Test #1**

**REASON FOR CONDUCTING COMPUTERIZED NEUROCOGNITIVE ASSESSMENT:**
Patient is a 40-year-old right-handed female who reports that on April 19, 2024 she was shopping, doing an Instacart order, and multi pack of storage bins fell on her head. Following the accident, she developed symptoms including reoccurring headaches, and occasional memory difficulties.

Based upon the ongoing complaints noted above and history of significant head trauma, a computerized battery of Neurocognitive tests was indicated and ordered. Results may be followed with repeat assessment, depending on the patient's clinical course.

**General Description of the Neurocognitive Assessment:** Battery of 7 tests to individually test the patient's verbal memory, visual memory, motor speed, psychomotor speed, reaction time, focus, ability to sustain attention and ability to adapt to changing rules and tasks. Raw, Standard & Percentile scores are provided.

**Clinical significance of results:** See the chart on page 2, which summarizes results in the domains tested. Inappropriate validity indicates the possibility of invalid scoring in various domains. This may reflect inadequate understanding of instructions, distraction, or decreased effort during the testing. See page 6 for self-reported neurological-behavioral symptoms.

**Assessment**
The results of this testing are inconclusive with having post-concussive syndrome secondary to questionable validity of responses. Although she has complaints suggesting clinical concussion noted following the head injury described above during the incident that occurred on April 19, 2024. This may suggest that the patient possibly had difficulty understanding the test or directions, possibly distracted or suboptimal effort by the patient.

**Plan**
Options for treatment will be discussed with patient at follow up visit.

*[signature]* PA-C

Charlotte M. Solomon, PA-C
Physician Assistant

Page 3  Patient: Laura Anderson        Claim #:        Age: 40        Testing Date: July 11, 2024



| CNS Vital Signs Report | |
|---|---|
| Patient ID: Anderson4271984 | Test Date: July 11, 2024 13:23:12 |
| Age: 40 | Administrator: Carolyn Rahder |
| Total Test Time: 30:39 (min:secs) | Language: English (United States) |
| CNSVS Duration: 24:52 (min:secs) | CNSVS Online Version 2.0.5 |

| Patient Profile | Percentile Range | | | | > 74 | 25 - 74 | 9 - 24 | 2 - 8 | < 2 |
|---|---|---|---|---|---|---|---|---|---|
| | Standard Score Range | | | | > 109 | 90 - 109 | 80 - 89 | 70 - 79 | < 70 |
| Domain Scores | Patient Score | Standard Score | Percentile | VI** | Above | Average | Low Average | Low | Very Low |
| Neurocognition Index (NCI) | NA | 65 | 1 | No | | | | | X |
| Composite Memory | 83 | 70 | 2 | Yes | | | | X | X |
| Verbal Memory | 43 | 69 | 2 | Yes | | | | | X |
| Visual Memory | 40 | 83 | 13 | Yes | | | X | | |
| Psychomotor Speed | 104 | 48 | 1 | Yes | | | | | X |
| Reaction Time* | 554 | 115 | 84 | No | X | | | | |
| Complex Attention* | 33 | 24 | 1 | No | | | | | X |
| Cognitive Flexibility | 21 | 74 | 3 | No | | | | X | |
| Processing Speed | 54 | 98 | 45 | Yes | | X | | | |
| Executive Function | 26 | 76 | 5 | Yes | | | | X | |
| Simple Attention | 24 | 69 | 1 | No | | | | | X |
| Motor Speed | 49 | 61 | 1 | Yes | | | | | X |

Domain Dashboard: Above average domain scores indicate a standard score (SS) greater than 109 or a Percentile Rank (PR) greater than 74, indicating a high functioning test subject. Average is a SS 90-109 or PR 25-74, indicating normal function. Low Average is a SS 80-89 or PR 9-24 indicating a slight deficit or impairment. Below Average is a SS 70-79 or PR 2-8, indicating a moderate level of deficit or impairment. Very Low is a SS less than 70 or a PR less than 2, indicating a deficit and impairment. Reaction times are in milliseconds. An * denotes that "lower is better", otherwise higher scores are better. Subject Scores are raw scores calculations generated from data values of the individual subtests.

VI** - Validity Indicator:  Denotes a guideline for representing the possibility of an invalid test or domain score.  "No" means a clinician should evaluate whether or not the test subject understood the test, put forth their best effort, or has a clinical condition requiring further evaluation.

| Verbal Memory Test (VBM) | Score | Standard | Percentile | |
|---|---|---|---|---|
| Correct Hits - Immediate | 9 | 76 | 5 | Verbal Memory test: Subjects have to remember 15 words and recognize them in a field of 15 distractors. The test is repeated at the end of the battery. The VBM test measures how well a subject can recognize, remember, and retrieve words e.g. exploit or attend literal representations or attribute. "Correct Hits" refers to the number of target words recognized. Low scores indicate verbal memory impairment. |
| Correct Passes - Immediate | 13 | 81 | 10 | |
| Correct Hits - Delay | 6 | 68 | 2 | |
| Correct Passes - Delay | 15 | 109 | 73 | |
| Visual Memory Test (VSM) | Score | Standard | Percentile | |
| Correct Hits - Immediate | 7 | 66 | 1 | Visual Memory test: Subjects have to remember 15 geometric figures, and recognize them in a field of 15 distractors. The test is repeated at the end of the battery. The VSM test measures how well a subject can recognize, remember, and retrieve geometric figures e.g. exploit or attend symbolic or spatial representations. "Correct Hits" refers to the number of target figures recognized. Low scores indicate visual memory impairment. |
| Correct Passes - Immediate | 12 | 102 | 55 | |
| Correct Hits - Delay | 8 | 82 | 12 | |
| Correct Passes - Delay | 13 | 110 | 75 | |
| Finger Tapping Test (FTT) | Score | Standard | Percentile | |
| Right Taps Average | 26 | 41 | 1 | The FTT is a test of motor speed and fine motor control ability. There are three rounds of tapping with each hand. The FTT test measures the speed and the number of finger-taps with each hand. Low scores indicate motor slowing. Speed of manual motor activity varies with handedness. Most people are faster with their preferred hand but not always. |
| Left Taps Average | 23 | 31 | 1 | |
| Symbol Digit Coding (SDC) | Score | Standard | Percentile | |
| Correct Responses | 55 | 98 | 45 | The SDC test measures speed of processing and draw upon several cognitive processes simultaneously, such as visual scanning, visual perception, visual memory, and motor functions. Errors may be due to impulsive responding, misperception, or confusion. |
| Errors* | 1 | 100 | 50 | |