**Page 5  Patient: Laura Anderson      Claim #:      Age: 40      Testing Date: July 11, 2024**



| Medical Outcomes Survey (MOS) SF-36 | |
|---|---|
| Patient ID: Anderson4271984 | Test Date: July 11, 2024 13:23:12 |
| Age: 40 | Administrator: Carolyn Rahder |
| Total Test Time: 30:39 (min:secs) | Language: English (United States) |
| Duration: 4:26 (min:secs) | CNSVS Online Version 2.0.5 |

| Domain | Score | Standard | Percentile | |
|---|---|---|---|---|
| Physical Functioning | 80 | 105 | 63 | As part of the Medical Outcomes Survey (MOS) - a multi-year, |
| Role Functioning/Physical | 0 | 81 | 10 | multi-site study to explain variations in patient outcomes - RAND |
| Role Functioning/Emotional | 0 | 76 | 5 | (www.rand.org) developed the 36-Item Medical Outcomes |
| Energy/Fatigue | 45 | 95 | 37 | Survey (SF-36). SF-36 is a set of generic, coherent, and easily |
| Emotional Wellbeing | 60 | 93 | 32 | administered quality-of-life measures. These measures rely upon |
| Social Functioning | 63 | 91 | 27 | patient self-reporting and are now widely utilized by managed |
| Pain | 55 | 91 | 27 | care organizations and by Medicare for routine monitoring and |
| General Health | 65 | 106 | 66 | assessment of care outcomes in adult patients. |
| Health Change | 50 | 94 | 34 | |

### Medical Outcomes Short Form Health Survey (SF-36) Questions

| 1 | In general, would you say your health is: | 3 - Good |
|---|---|---|
| 2 | Compared to one year ago, how would you rate your health in general now? | 3 - About the same |

The following items are about activities you might do during a typical day. Does your health now limit you in these activities? If so, how much?

| 3 | Vigorous activities, such as running, lifting heavy objects, participating in strenuous sports | 2 - Yes, limited a little |
|---|---|---|
| 4 | Moderate activities, such as moving a table, pushing a vacuum cleaner, bowling or playing golf | 2 - Yes, limited a little |
| 5 | Lifting or carrying groceries | 2 - Yes, limited a little |
| 6 | Climbing several flights of stairs | 3 - No, not limited at all |
| 7 | Climbing one flight of stairs | 3 - No, not limited at all |
| 8 | Bending, kneeling, or stooping | 2 - Yes, limited a little |
| 9 | Walking more than a mile | 3 - No, not limited at all |
| 10 | Walking several blocks | 3 - No, not limited at all |
| 11 | Walking one block | 3 - No, not limited at all |
| 12 | Bathing or dressing yourself | 3 - No, not limited at all |

During the past 4 weeks, have you had any of the following problems with your work or other regular daily activities as a result of your physical health?

| 13 | Cut down on the amount of time you spent on work or other activities | 1 - Yes |
|---|---|---|
| 14 | Accomplished less than you would like | 1 - Yes |
| 15 | Were limited in the kind of work or other activities | 1 - Yes |
| 16 | Had difficulty performing the work or other activities (for example, it took extra effort) | 1 - Yes |

During the past 4 weeks, have you had any of the following problems with your work or other regular daily activities as a result of any emotional problems (such as feeling depressed or anxious)?

| 17 | Cut down on the amount of time you spent on work or other activities | 1 - Yes |
|---|---|---|
| 18 | Accomplished less than you would like | 1 - Yes |
| 19 | Didn't do work or other activities as carefully as usual | 1 - Yes |

During the past 4 weeks, to what extent has your physical health or emotional problems interfered with ...

| 20 | Your normal social activities with family, friends, neighbors, or groups? | 2 - Slightly |
|---|---|---|

During the past 4 weeks ...

| 21 | How much bodily pain have you had? | 3 - Mild |
|---|---|---|
| 22 | How much did pain interfere with your normal work (including both work outside the home and housework)? | 3 - Moderately |

**Page 7  Patient: Laura Anderson        Claim #:        Age: 40        Testing Date: July 11, 2024**



| Neurobehavioral Symptom Inventory (NSI) SF-22 | |
|---|---|
| Patient ID: Anderson4271984 | Test Date: July 11, 2024 13:23:12 |
| Age: 40 | Administrator: Carolyn Rahder |
| Total Test Time: 30:39 (min:secs) | Language: English (United States) |
| Duration: 1:18 (min:secs) | CNSVS Online Version 2.0.5 |

The purpose of this inventory is to track symptoms over time. Please do not attempt to score. The following symptoms are rated with regards to how much they have disturbed the subject over the past 2 weeks. Possible responses are:

None - Rarely if ever present; not a problem at all.

Mild - Occasionally present, but it does not disrupt my activities; I can usually continue what I'm doing; doesn't really concern me.

Moderate - Often present, occasionally disrupts my activities; I can usually continue what I'm doing with some effort; I feel somewhat concerned.

Severe - Frequently present and disrupts activities; I can only do things that are fairly simple or take little effort; I feel I need help.

Very Severe - Almost always present and I have been unable to perform at work, school, or home due to this problem; I probably cannot function without help.

| # | Symptom | Rating |
|---|---|---|
| 1 | Feeling Dizzy | 1 - Mild |
| 2 | Loss of balance | 1 - Mild |
| 3 | Poor coordination, clumsy | 2 - Moderate |
| 4 | Headaches | 3 - Severe |
| 5 | Nausea e.g., vomiting | 1 - Mild |
| 6 | Vision problems, blurring, trouble seeing | 1 - Mild |
| 7 | Sensitivity to light | 2 - Moderate |
| 8 | Hearing difficulty | 1 - Mild |
| 9 | Sensitivity to noise | 2 - Moderate |
| 10 | Numbness or tingling on parts of my body | 2 - Moderate |
| 11 | Change in taste and/or smell | 2 - Moderate |
| 12 | Loss of appetite or increased appetite | 2 - Moderate |
| 13 | Poor concentration, can't pay attention, easily distracted | 2 - Moderate |
| 14 | Forgetfulness, can't remember things | 2 - Moderate |
| 15 | Difficulty making decisions | 2 - Moderate |
| 16 | Slowed thinking, difficulty getting organized, can't finish things | 2 - Moderate |
| 17 | Fatigue, loss of energy, getting tired easily, drowsiness | 2 - Moderate |
| 18 | Difficulty falling or staying asleep | 2 - Moderate |
| 19 | Feeling anxious or tense | 2 - Moderate |
| 20 | Feeling depressed or sad | 1 - Mild |
| 21 | Irritability, easily annoyed | 2 - Moderate |
| 22 | Poor frustration tolerance, feeling easily overwhelmed by things | 2 - Moderate |

practice fusion

practice fusion

practice fusion

practice fusion

The patient was monitored prior to the procedure. Blood pressure, oximetry and heart rate were found to be in the appropriate range for the procedure.

The patient was presented with the informed consent papers. The patient was informed of potential complications of the procedure. Both the patient and doctor signed the consent form. It was determined that the patient would move forward with the procedure.

The patient was then taken to the operating room suite. The patient was placed in a prone position on a radiolucent table. The cervical region was prepped and draped in the appropriate manner.

Under fluoroscopic guidance, the above noted facet joints were identified. Next, using 25-gauge, 1.5-inch spinal needles through a strict posterior AP approach using "through the beam" techniques, the above noted facets were entered without any signs of paresthesias or radiculopathy. There was no heme and/or cerebrospinal fluid noted. Films were taken. Next, 1 CC of Bupivacaine 0.5% was injected into each level by increments. The needles were removed, and the patient ambulated to the recovery area for follow-up care.

There were no adverse motor or sensory changes on examination. The patient was instructed to apply ice to the sites of injection, over the 48 hours.

**Images from the procedure have been recorded.**

practice fusion

 

**Dr. Steven Grossinger**
Pain Management | Neurology
Regenerative Medicine

215-789-6264
Fax: 215-754-4695
NewDrSteve@gmail.com
www.DrStevenGrossinger.com

# EMG AND NERVE CONDUCTION STUDIES

| Re: Laura Anderson | Claim #: | November 12, 2024 |
| --- | --- | --- |

**Subjective** Today she returns for an EMG and nerve conduction studies of the upper extremities. She is a 40-year-old right-handed female who reports that on April 19, 2024 she was shopping at the Home store when multiple boxes fell on her head and left shoulder area.

She complains of left side neck pain radiates upward results in headaches, 3-4 times per week, last 3-4 hours, no triggers, Ibuprofen or Tylenol provides some relief, pulsing in nature, rated at 7-8/10. She has pain that also radiates toward her left shoulder. On occasion symptoms are shooting and tingling in nature. Symptoms aggravated with turning head toward the left and alleviated with change of position. Pain is rated at 8/10. She had her first left cervical facet injection 2 weeks ago. She has noted occasional memory difficulties.

Patient was involved in MVA 11 years ago and not under treatment at the time of this incident.

Past medical history includes hypertension.
Medications: HTN medication.
Allergies: No known drug allergies.
Social History: She smokes 3-4 per day cigarette. No alcohol use.
Present Employment: She just got a job as a waitress however has not yet started.
Surgical History: none.

**Objective** Cervical range of motion is restricted with side-bending and rotation to the left. Muscle spasm is palpated in the mid to lower cervical paravertebral region and upper trapezius on the left. Sperling's is negative on the left. Adson's is positive on the left. There is weakness with abduction of the left shoulder. Sensation for sharp stimulus is reduced along the lateral aspect of the upper arm on the left. Reflexes are ¼ at the left biceps, triceps and brachioradialis.

| **Re: Laura Anderson** | Claim #: | November 12, 2024  Pg 3 |
|---|---|---|

### Median Nerve
Rec Site: APB

| STIM SITE | Lat (ms) | | Dur (ms) | | Amp (mV) | | Area (mVms) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | L | R | L | R | L | R | L | R |
| Wrist | 3.1 | 3.9 | 5.2 | 5.3 | 8.0 | 10.9 | 23.8 | 29.3 | 0 | 0 | | |
| Elbow | 6.8 | 7.8 | 4.8 | 4.9 | 7.4 | 6.0 | 21.5 | 18.2 | 220 | 220 | 58.7 | 56.2 |

### Ulnar Nerve
Rec Site: ADM

| STIM SITE | Lat (ms) | | Dur (ms) | | Amp (mV) | | Area (mVms) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | L | R | L | R | L | R | L | R |
| Wrist | 2.3 | 1.8 | 5.4 | 5.8 | 9.0 | 6.9 | 28.2 | 20.5 | 0 | 0 | | |
| B.Elbow | 5.8 | 5.7 | 4.9 | 5.2 | 9.6 | 6.7 | 30.4 | 20.5 | 210 | 230 | 60.0 | 58.7 |
| A.Elbow | 7.3 | 7.4 | 4.9 | 5.0 | 9.5 | 6.6 | 29.3 | 22.1 | 0 | 100 | | 57.1 |

## Sensory Nerve Study

### Median Nerve
Rec Site: Wrist

| STIM SITE | Lat (ms) | | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | L | R | L | R | L | R |
| Thumb | 1.9 | 2.5 | 1.9 | 2.5 | 65.3 | 46.0 | 0 | 0 | | |

### Ulnar Nerve
Rec Site: Wrist

| STIM SITE | Lat (ms) | | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | L | R | L | R | L | R |
| 5th dig | 1.5 | 1.4 | 1.5 | 1.4 | 22.3 | 24.0 | 0 | 0 | | |

### Radial Nerve
Rec Site: Wrist

| STIM SITE | Lat (ms) | | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | L | R | L | R | L | R |
| Index | 2.1 | 1.9 | 2.1 | 1.9 | 47.7 | 56.0 | 0 | 0 | | |

## F-Wave Study

### Median Nerve
Rec Site: APB
Stim Site: Wrist

| | Latency ms | |
|---|---|---|
| | L | R |
| M wave | 3.00 | 4.75 |
| F wave | 22.75 | 20.00 |

## F-Wave Study

### Ulnar Nerve
Rec Site: ADM
Stim Site: Wrist

| | Latency ms | |
|---|---|---|
| | L | R |
| M wave | 3.83 | 4.08 |
| F wave | 19.25 | 18.42 |

# Pain Management & MRI

### Northeast | Philadelphia | Delaware | Delaware County | Cheltenham

June 2, 2025

Keystone First Health Plan
P. O. Box 7115
London, KY 40742

Re:      **Laura Anderson**

**Re-Examination**

Dear Sir or Madam:

**PRESENT COMPLAINT:**

On June 2, 2025, Ms. Laura Anderson presented to Delaware County Pain Management for a re-examination and treatment of injuries sustained in a personal injury incident that occurred on April 19, 2024.

Ms. Anderson's last date of service was April 30, 2025 due to incarceration.

Ms. Anderson presents with complaints of headaches that occur two times per week, intermittent neck pain, and intermittent mid back pain. She also complaints of weakness, numbness, and tingling to the left arm. Her complaints interfere with her work, sleep, and daily routine and cause difficulty lifting, bending, turning, twisting, and carrying. She rates her current pain level as a 4/10.

**MEDICAL RECORDS REVIEWED:**

There are no new records to review.

**WORK STATUS:**

Ms. Anderson is working.

**Statement**

**OPEN MRI OF CHESTNUT HILL**
7600 WEST CHESTER PIKE
SUITE 1B
UPPER DARBY, PA 19082-2033

Date : 07/29/25

ANDERSON, LAURA

Patient : ANDERSON, LAURA

FOR BILLING QUESTIONS, PLEASE CALL 610-713-5672

**Page 1**

| Date | Code | Description | Qty | Diagn | Provider | Ref | Place | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/21/25 | 72141 | MRI CERVICAL SPINE | 1 | M54.12 | | | | 1500.00 | 1500.00 |

| Balance |
|---|
| 1500.00 |



**CHESTNUT HILL OPEN MRI**
Market Square at Chestnut Hill
7713 Crittenden Street
Philadelphia, PA 19118
phone: (215) 248-1200
fax: (215) 248-5070
chestnuthill@openmricenters.net

**REFERRING PHYSICIAN:**
**GROSSINGER, STEVEN DO**
**891 BALTIMORE PIKE**
**SPRINGFIELD, PA 19064**

NAME:          ANDERSON, LAURA

DATE OF STUDY:   21-Jul-2025 02:40:47 PM

EXAM:          **MRI CERVICAL SPINE W/O CONTRAST**

C2-3: No significant disc bulge is seen. Facet articulations are intact. The neural foramina are patent. No evidence of canal stenosis at this level.

C3-4: Circumferential disc bulge is noted indenting the anterior thecal sac. Mild facet arthropathy and uncovertebral joint disease noted. There is no significant neural foraminal stenosis. No evidence of canal stenosis at this level.

C4-5: 2.3 mm broad based posterior protrusion indenting the anterior thecal sac. There is mild central spinal canal stenosis. Bilateral neural foramina are patent. Mild facet arthropathy and uncovertebral joint disease noted.

C5-6: 2.1 mm broad based posterior protrusion indenting the anterior thecal sac. There is mild central spinal canal stenosis. Bilateral neural foramina are patent. Mild facet arthropathy and uncovertebral joint disease noted.

C6-7: 2.6 mm broad based posterior protrusion indenting the anterior thecal sac. There is mild central spinal canal, mild to moderate right and mild left neural foraminal stenosis. Mild facet arthropathy and uncovertebral joint disease noted.

C7-T1: No significant disc bulge is seen. Facet articulations are intact. The neural foramina are patent. No evidence of canal stenosis at this level.

Final Impressions:

Page 2 of 3

**CHESTER COUNTY OPEN MRI**
Turner Square
111 Turner Lane
West Chester, PA 19380
phone: (610) 696-5700
fax: (610) 696-8970
chestercounty@openmricenters.net

**DELAWARE COUNTY OPEN MRI**
Barclay Square Shopping Center
1554 Garrett Road
Upper Darby, PA 19082
phone: (610) 259-3200
fax: (610) 259-3244
delawarecounty@openmricenters.net

**NORTHEAST OPEN MRI**
9815 Roosevelt Blvd., Ste. K
Philadelphia, PA 19114
phone: (215) 335-1100
fax: (215) 335-5370
northeast@openmricenters.net

**SOUTH PHILADELPHIA OPEN MRI**
1834 W. Oregon Avenue
Philadelphia, PA 19145
phone: (215) 336-4000
fax: (215) 336-4055
southphiladelphia@openmricenters.net





UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

|   |   |   |
|---|---|---|
| **In re:** | : | |
| | : | |
| | : | **Chapter 11** |
| **AT HOME GROUP, INC.**, et al. | : | |
| | : | **Case No. 25-11120 (JKS)** |
| **Reorganized Debtor.** | : | |
| | : | |

_____

## ORDER OVERRULING DEBTORS' OBJECTIONS TO CERTAIN CLAIMS FILED BY CLAIMANT, LAURA ANDERSON

On this _____ day of _____, 20____, upon consideration of Debtors'

Objections to Certain Claims Filed by Claimant Laura Anderson on Grounds that Such Claims

Are (I) Claims Filed Against the Wrong Debtors, (II) Duplicate Claims, and (III) Insufficiently

Supported Claims (Doc. 618), and Claimant's Response thereto including the Amended Claims

filed by Claimant, it is hereby **ORDERED** that the Debtors' Objections are **OVERRULED**.

_____
                                                                    *J.*