# SIGN-IN SHEET

| CASE NAME At Home Group Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER: 25-11120 JKS | DATE: 9/30/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathon Lipshie | UST | UST |
| Soumya Venkatesuaran | Landis Rath & Cobb | The Retail Equation |
| Tim Powell | YCST | Debtors |
| Andy Lee | " " | " " |
| James Diver | " " | " " |
| Hampton Foushee | Choate Hall Stewart | B of A |
| Cameron Capp | Reed Smith | B of A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# SIGN-IN SHEET

| CASE NAME At Home Group Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER: 25-11120 JKS | DATE: 9/30/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Fagen | Kirkland | Debtors |
| Elizabeth Jones | " | " |
| Robert Brady | YCST | " |
| Joseph Mulvihill | " | " |
| Stephen Zide | Dechert | Ad Hoc Group |
| Eric Holmes | Dechert | Ad Hoc Group |
| Blake Cleary | Potter | Ad Hoc Group |
| Brett Haywood | Potter | Ad Hoc Group |
| Peter Keane | Pachulski Stang Ziehl & Jones | Creditors' Committee |
| Laurel Roglen | Ballard Spahr LLP | various landlords |

## 09:00 AM

**25-11120-JKS At Home Group Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 09:00 AM | Audio Only | no |
| John Ashmead | Seward & Kissel LLP | CSC Delaware Trust | 09:00 AM | Zoom(Video and Audio) | yes |
| Kelly Blessing | Kirkland & Ellis | | 09:00 AM | Zoom(Video and Audio) | yes |
| Daniel Brenner | Pryor Cashman LLP | Wilmington Trust, National Association | 09:00 AM | Zoom(Video and Audio) | yes |
| Kimberly A. Brown | Landis Rath & Cobb LLP | Shrewsbury Crossing II, LLC | 09:00 AM | Zoom(Video and Audio) | yes |
| Kristina Bunker | Goldberg Kohn Ltd. | Wells Fargo | 09:00 AM | Audio Only | no |
| Roza Chervinsky | | | 09:00 AM | Audio Only | no |
| Victor Chu | Evercore | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| M. Blake Cleary | Potter Anderson & Corroon LLP | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Speaking |
|---|---|---|---|---|---|
| Catherine Corey | | | 09:00 AM | Audio Only | no |
| Cara Costich | Evercore | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Avinash D'Souza | Evercore | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Greg Daniels | CSC Delaware Trust | | 09:00 AM | Zoom(Video and Audio) | yes |
| Justin H Desjardins | Choate, Hall and Stewart LLP | Bank of America, N.A. as Prepetition ABL Agent | 09:00 AM | Audio Only | yes |
| Michael S. Doluisio | Dechert | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| William R Dorward | Singer & Levick, P.C. | Link | 09:00 AM | Zoom(Video and Audio) | yes |
| Michelle Dreyer | CSC Delaware Trust | | 09:00 AM | Zoom(Video and Audio) | yes |
| Katherine S. Dute | Landis Rath & Cobb LLP | | 09:00 AM | Zoom(Video and Audio) | yes |
| Andrew Ehrmann | Potter Anderson & Corroon LLP | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Scott L. Fleischer | Barclay Damon LLP | Various Landlords [D.I. 644] | 09:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | ? |
|---|---|---|---|---|---|
| Jill Frizzley | Wild Rose Partners LLC | | 09:00 AM | Zoom(Video and Audio) | yes |
| Galen Gentry | Downey Brand LLP | JSK JJ Investments, LLC | 09:00 AM | Audio Only | yes |
| Clara E Geoghegan | Law360 | | 09:00 AM | Audio Only | no |
| Uday Gorrepati | | | 09:00 AM | Audio Only | no |
| Nicole Greenblatt | Kirkland & Ellis | | 09:00 AM | Zoom(Video and Audio) | yes |
| James Haithcock | Burr & Forman LLP | 1401 Memorial | 09:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 09:00 AM | Audio Only | no |
| Brett Michael Haywood | Potter Anderson & Corroon | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Theodore S Heckel | Pachulski Stang Ziehl & Jones LLP | UCC | 09:00 AM | Zoom(Video and Audio) | yes |
| Eric D. Hilmo | Dechert LLP | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Patrick Holohan | | | 09:00 AM | Audio Only | no |

| Name | Firm | Client | Time | Method | Speaking |
|---|---|---|---|---|---|
| Audrey Hornisher | Clark Hill PLC | Utica Park Place, LP; Agree Provo UT, LLC, et al. | 09:00 AM | Zoom(Video and Audio) | yes |
| Isaac Hudis | | | 09:00 AM | Audio Only | no |
| Jeffrey Kaplan | | | 09:00 AM | Zoom(Video and Audio) | yes |
| Dimitri G. Karcazes | Goldberg Kohn Ltd. | Wells Fargo | 09:00 AM | Zoom(Video and Audio) | yes |
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | 09:00 AM | Zoom(Video and Audio) | yes |
| Scott Klebanoff | | | 09:00 AM | Audio Only | no |
| Luka Knezevic | Kirkland & Ellis | | 09:00 AM | Zoom(Video and Audio) | yes |
| Jacob Lang | | | 09:00 AM | Zoom(Video and Audio) | yes |
| Debbie Laskin | Young Conaway Stargatt & Taylor, LLP | | 09:00 AM | Zoom(Video and Audio) | yes |
| Robert LeHane | Kelley Drye & Warren LLP | Landlord creditors | 09:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Victoria Lee | Dechert LLP | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Mike Legge | | | 09:00 AM | Audio Only | no |
| Jason S. Levin | Morris James LLP | Wilmington Trust, National Association | 09:00 AM | Zoom(Video and Audio) | yes |
| Evan Levine | Evercore | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Seth H. Lieberman | Pryor Cashman LLP | Wilmington Trust, National Association | 09:00 AM | Zoom(Video and Audio) | yes |
| KE Listen-Only Line | | | 09:00 AM | Audio Only | yes |
| Catherine LoTempio | | CSC Delaware Trust | 09:00 AM | Zoom(Video and Audio) | yes |
| Don Mago | White & Case LLP | | 09:00 AM | Zoom(Video and Audio) | yes |
| Andrew Minear | Fried Frank | Hellman & Friedman LLP | 09:00 AM | Zoom(Video and Audio) | yes |
| Eric J. Monzo | Morris James LLP | Wilmington Trust, National Association | 09:00 AM | Zoom(Video and Audio) | yes |
| Robert Orren | | | 09:00 AM | Audio Only | no |
| Julie Anne Parsons | McCreary, Veselka, Bragg, & | Brazos, Comal, Denton, Williamson Texas Counties | 09:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | |
|---|---|---|---|---|---|
| | Allen, P.C. | | | | |
| Thomas A. Pitta | Emmet Marvin & Martin, LLP | Computershare Trust Company | 09:00 AM | Zoom (Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 09:00 AM | Zoom (Video and Audio) | yes |
| Andrew S. Richmond | Pryor Cashman LLP | Wilmington Trust, National Association | 09:00 AM | Zoom (Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty | 09:00 AM | Zoom (Video and Audio) | yes |
| Melissa L Romano | | | 09:00 AM | Zoom (Video and Audio) | yes |
| Erin C Ryan | Fried Frank | Hellman & Friedman | 09:00 AM | Zoom (Video and Audio) | yes |
| Mark A Salzberg | Squire Patton Boggs (US) LLP | Blue Yonder, Inc. | 09:00 AM | Audio Only | yes |
| Bradford J. Sandler | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | 09:00 AM | Zoom (Video and Audio) | yes |
| Megan Seliber | | US Trustee | 09:00 AM | Zoom (Video and Audio) | yes |
| Allison Selick | Kelley Drye & | Landlord creditors | 09:00 AM | Zoom (Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Speaking |
|---|---|---|---|---|---|
| | Warren LLP | | | | |
| Andy Serbe | | | 09:00 AM | Audio Only | no |
| Erin Powers Severini | Frost Brown Todd LLC | eseverini@fbtlaw.com | 09:00 AM | Audio Only | no |
| Roopesh Shah | Evercore | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Kevin Simard | Choate Hall & Stewart | | 09:00 AM | Zoom(Video and Audio) | yes |
| Jaspreet Singh | Evercore | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Abby Song | FTI Consulting | abby.song@fticonsulting.com | 09:00 AM | Audio Only | no |
| Brett D. Stone | Dechert LLP | | 09:00 AM | Zoom(Video and Audio) | yes |
| Rachel C. Strickland | Fried Frank | Hellman & Friedman | 09:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 09:00 AM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty | 09:00 AM | Zoom(Video and Audio) | yes |
| Lisa Bittle Tancredi | Womble Bond Dickinso | Ascot Surety & Casualty Company | 09:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Party | Time | Method | |
|---|---|---|---|---|---|
| | n (US) LLP | | | | |
| Miles S. Taylor | Dechert LLP | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Alexandra Thomas | Choate, Hall & Stewart LLP | ABL Agent | 09:00 AM | Zoom(Video and Audio) | yes |
| Soumya Parvathi Venkateswaran | Landis Rath & Cobb LLP | Shrewsbury Crossing II, LLC | 09:00 AM | Zoom(Video and Audio) | yes |
| Karli Wade | Dechert LLP | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | Ascot Surety & Casualty Company | 09:00 AM | Zoom(Video and Audio) | yes |
| George A Williams | Landis Rath & Cobb LLP | Shrewsbury Crossing II, LLC | 09:00 AM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 09:00 AM | Audio Only | no |
| Stephen D. Zide | Dechert LLP | Ad Hoc Group | 09:00 AM | Zoom(Video and Audio) | yes |