**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 26, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A**:

- **Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Docket No. 697]**

- **Order Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' Objection to Certain Claims Filed by Mary Jane Broussard on Grounds That Such Claims are (I) Amended by Later Proofs of Claims and (II) Interests Not Claims [Docket No. 698]**

On September 26, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Docket No. 697]**

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

Dated: October 2, 2025

_____

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 2nd day of October , 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Collin County, Collin College, City of Plano, City of McKinney, and McKinney Independent School District, | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez/Larry R Boyd<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | plopez@abernathy-law.com;<br>lboyd@abernathy-law.com;<br>ehahn@abernathy-law.com;<br>bankruptcy@abernathy-law.com; | Email |
| Attorneys General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *NOA - Counsel for ARC NPHUBO001, LLC, Brentwood Originals, Inc., Brixton Everett, LLC, RR Town Center Associates, LLC, and Seritage SRC Finance LLC | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Email |
| *NOA - Counsel for Broadstone Home Texas, LLC, Broadstone Home NC, LLC and STORE Master Funding III, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz/Michael S Myers<br>1 E Washington St, Ste 2300<br>Phoenix, AZ 85004 | ganzc@ballardspahr.com;<br>myersm@ballardspahr.com | Email |
| *NOA - Counsel for FR Huntington Square, LLC and ARC NPHUBO001, LLC, Brentwood Originals, Inc., Brixton Everett, LLC, RR Town Center Associates, LLC, and Seritage SRC Finance LLC and Broadstone Home Texas, LLC, Broadstone Home NC, LLC and STORE Master Funding III, LLC | Ballard Spahr LLP | Attn: Leslie C Heilman/Laurel D Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *NOA - Counsel for Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Kevin M Newman<br>Barclay Damon Twr<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| *NOA - Counsel for Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 501<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Kevin M Newman<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| *NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 501<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *NOA - Counsel for Jordan Manufacturing Company, Inc. | Barnes & Thornburg LLP | Attn: David A Hall<br>171 Monroe Ave NW, Ste 1000<br>Grand Rapids, MI 49503-2694 | David.Hall@btlaw.com | Email |
| *NOA - Counsel for Jordan Manufacturing Company, Inc. | Barnes & Thornburg LLP | Attn: Mark R Owens<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | Mark.Owens@btlaw.com | Email |
| *NOA - Counsel for Janice L White and Jordan Manufacturing Company, Inc. | Barnes & Thornburg LLP | Attn: Amy E. Tryon<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | Amy.Tryon@btlaw.com | Email |
| *NOA - Counsel for Janice L White | Barnes & Thornburg LLP | Attn: James E Van Horn<br>555 12th St N.W., Ste 1200<br>Washington, D.C. 20004-1275 | JVanHorn@btlaw.com | Email |
| *NOA - Counsel for Ovative Group, LLC | Bayard, PA | Attn: Steven D Adler<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | sadler@bayardlaw.com | Email |
| *NOA - Counsel for Ovative Group, LLC and Kin Properties Inc., Laurie  Industries Inc., Kinpark Associates, Fundamentals Company, and Jasue LLC | Bayard, PA | Attn: Ericka F Johnson<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | ejohnson@bayardlaw.com | Email |
| *NOA - Counsel for CSC Delaware Trust Company | Blank Rome LLP | Attn: Stanley B Tarr/Jordan L Williams<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | stanley.tarr@blankrome.com;<br>jordan.williams@blankrome.com | Email |
| *Committee of Unsecured Creditors | Brentwood Originals, Inc | Attn: Joy L. Stewart<br>3780 Kilroy Airport Way, #540<br>Long Beach, CA 90806 | joys@brentwoodoriginals.com | Email |
| *NOA - Counsel for Designs Direct, LLC | Bricker Graydon LLP | Attn: J Michael Debbeler<br>312 Walnut St, Ste 1800<br>Cincinnati, OH 45202-4060 | mdebbeler@brickergraydon.com | Email |
| *NOA - Counsel for Brookfield Properties Retail Inc | Brookfield Properties Retail Inc, as Agent | Attn: Kristen N Pate<br>350 N Orleans St, Ste 300<br>Chicago, IL 60654-1607 | bk@bpretail.com | Email |
| *NOA - Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105 | schristianson@buchalter.com | Email |
| *NOA - Counsel for 1401 Memorial Parkway Huntsville, LLC | Burr & Forman LLP | Attn: James H Haithcock, III<br>420 N 20th St, Ste 3400<br>Birmingham, AL 35203 | jhaithcock@burr.com | Email |
| *NOA - Counsel for 1401 Memorial Parkway Huntsville, LLC and Lexicon Relocation, LLC | Burr & Forman LLP | Attn: J Cory Falgowski<br>222 Delaware Ave, Ste 1030<br>Wilmington, DE 19801 | jfalgowski@burr.com | Email |
| *NOA - Counsel for Lexicon Relocation, LLC | Burr & Forman LLP | Attn: J Ellsworth Summers, Jr/Dana L Robbins Boehner<br>50 North Laura St, Ste 3000<br>Jacksonville, FL 32202 | esummers@burr.com;<br>drobbins-boehner@burr.com | Email |
| *NOA - Counsel for Lexicon Relocation, LLC | Burr & Forman LLP | Attn: Shannon D Humiston<br>222 Delaware Ave, Ste 1030<br>Wilmington, DE 19801 | shumiston@burr.com | Email |
| *NOA - Counsel for SP Orian LLC | Burr & Forman LLP | Attn: Erich N Durlacher<br>1075 Peachtree St NE, Ste 3000<br>Atlanta, GA 30309 | edurlacher@burr.com | Email |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers<br>Hercules Plz<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | desgross@chipmanbrown.com | Email |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard/John F Ventola<br>Attn: Mark D Silva/Hampton Foushee<br>Attn: Alexandra Thomas<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>jventola@choate.com;<br>msilva@choate.com;<br>hfoushee@choate.com;<br>athomas@choate.com | Email |
| counsel to the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard, Mark D Silva<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>msilva@choate.com | Email |
| *NOA - Counsel for Utica Park Place Owner LLC, Stamford United Limited Partnership, University Commons, LLC, and Agree Limited Partnership | Clark Hill PLC | Attn: Audrey L Hornisher/Tara L Bush<br>901 Main St, Ste 6000<br>Dallas, TX 75202 | ahornisher@clarkhill.com;<br>tbush@clarkhill.com | Email |
| *NOA - Counsel for Utica Park Place Owner LLC, Stamford United Limited Partnership, University Commons, LLC, and Agree Limited Partnership | Clark Hill PLC | Attn: Karen M Grivner<br>824 N Market St, Ste 710<br>Wilmington, DE 19801 | kgrivner@clarkhill.com | Email |
| *NOA - Counsel for Che Chen Liu and Shu Fen Liu Revocable Trust | Cohen Seglias Pallas Greenhall & Furman PC | Attn: Evan W Rassman, Esq<br>500 Delaware Ave, Ste 730<br>Wilmington, DE 19801 | erassman@cohenseglias.com | Email |
| *NOA - Counsel for West Jordan Collection LLC,  South Plaza Center LLC and 7453 South Plaza Center LLC and Blue Yonder, Inc | Connolly Gallagher LLP | Attn: Jeffrey C Wisler<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801 | jwisler@connollygallagher.com | Email |
| *NOA - Counsel for County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Tina Estevao<br>1 Harrison St, SE, 5th Fl<br>PO Box 7000<br>Leesburg, VA 20177-7000 | tina.estevao@loudoun.gov | Email |
| *NOA - Committee of Unsecured Creditors | CSC Delaware Trust Company, in its capacity as successor Trustee | Attn: Gregory Daniels<br>21 Little Falls Dr<br>Wilmington, DE 19808 | gregory.daniels@cscglobal.com | Email |
| *NOA - Counsel for the Ad Hoc Group | Dechert LLP | Attn: Stephen D Zide/Eric Hilmo<br>3 Bryant Park<br>1095 Ave of the Americas<br>New York, NY 10036 | stephen.zide@dechert.gov;<br>eric.hilmo@dechert.com | Email |
| counsel to the Ad Hoc Group and the DIP Lenders | Dechert LLP | Attn: Stephen Zide and Eric Hilmo<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| Taxing Authorities | Delaware Dept of Revenue | 820 N French St<br>Wilmington, DE 19801 | KevinT.Murphy@delaware.gov;<br>DOR_CorpTax@delaware.gov | Email |
| Taxing Authorities | Delaware Div of Corporations | John G Townsend Bldg<br>401 Federal St, Ste 4<br>Dover, DE 19901 | DOSDOC_ftax@delaware.gov | Email |
| Taxing Authorities | Delaware Div of Corporations | P.O. Box 898<br>Dover, DE 19903 | DOSDOC_ftax@delaware.gov | Email |
| *NOA - Counsel for ARC Mesa 1992, LLC | Dorsey & Whitney (Delaware) LLP | Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | glorioso.alessandra@dorsey.com | Email |
| *NOA - Counsel for ARC Mesa 1992, LLC | Dorsey & Whitney LLP | Attn: Michael Galen/Clarissa Brady<br>2325 E Camelback RD, Ste 900<br>Phoenix, AZ 85016 | galen.michael@dorsey.com;<br>brady.clarissa@dorsey.com | Email |
| *NOA - Counsel for Computershare Trust Company, National Association | Emmet, Marvin & Martin, LLP | Attn: Thomas A Pitta/Jennifer R Pierce<br>120 Broadway, 32nd Fl<br>New York, NY 10271 | tpitta@emmetmarvin.com;<br>jpierce@emmetmarvin.com | Email |
| *NOA - Counsel for Divisions Inc d/b/a Divisions Maintenance Group | Frost Brown Todd LLP | Attn: A J Webb<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | awebb@fbtlaw.com | Email |
| *NOA - Counsel for SSCD, LLC | Gellert Seitz Busenkell & Brown, LLC | Attn: Gary F Seitz, Esq<br>901 Market St, Ste 3020<br>Philadelphia, PA 19107 | gseitz@gsbblaw.com | Email |
| *NOA - Counsel for Darling Realty, Inc | Holland & Knight LLP | Attn: John J Monaghan/Lynne B Xerras<br>10 St James Ave., 11th Fl<br>Boston, MA 02116 | bos-bankruptcy@hklaw.com;<br>john.monaghan@hklaw.com;<br>lynne.xerras@hklaw.com | Email |
| IRS | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| *NOA - Counsel for SRivers CRE, LLC, Benderson Development Company LLC, Brixmor Property Group Inc., Brookfield Properties Retail, Inc., Kite Realty Group, NNN REIT, Inc., Realty Income Corporation, SITE Centers Corp., TLM Realty Holdings LLC and Oleta Partners Biscayne Parcel LLC | Kelley Drye & Warren LLP | Attn: Jennifer D Raviele, Esquire<br>333 W Wacker Dr<br>Chicago, IL 60606 | jraviele@kelleydrye.com | Email |
| *NOA - Counsel for SRivers CRE, LLC, Benderson Development Company LLC, Brixmor Property Group Inc., Brookfield Properties Retail, Inc., Kite Realty Group, NNN REIT, Inc., Realty Income Corporation, SITE Centers Corp., TLM Realty Holdings LLC and Oleta Partners Biscayne Parcel LLC | Kelley Drye & Warren LLP | Attn: Robert L LeHane, Esquire/Allison Selick, Esquire<br>3 World Trade Center<br>175 Greenwich St<br>New York, NY 10007 | rlehane@kelleydrye.com;<br>aselick@kelleydrye.com | Email |
| *NOA - Counsel for Ken Burton, Jr, Manatee County Tax Collector | Ken Burton, Jr, Manatee County Tax Collector | Attn: Jennifer Francis, Legal and Collections Specialist, CFCA<br>1001 3rd Ave W, Ste 240<br>Bradenton, FL 34205-7863 | legal@taxcollector.com | Email |
| *NOA - Counsel for Kin Properties Inc., Laurie Industries Inc., Kinpark Associates, Fundamentals Company, and Jasue LLC | Kin Properties Inc | Attn: Paul B. Bernstein, Esquire<br>185 NW Spanish River Blvd, Ste 100<br>Boca Raton, FL 33431 | pbernstein@kinproperties.com;<br>Landlord@kinproperties.com | Email |
| Debtors' Counsel | Kirkland & Ellis LLP | Attn: Nicole L Greenblatt/Matthew C Fagen<br>Attn: Elizabeth H Jones<br>601 Lexington Ave<br>New York, NY 10022 | nicole.greenblatt@kirkland.com;<br>matthew.fagen@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for BT Granite Run, LP and BT Pleasant Hills, LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>101 N Washington Ave, Ste 4A<br>Margate, NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| *NOA - Counsel for Shrewsbury Crossing II, LLC | Landis Rath & Cobb LLP | Attn: Kimberly A Brown/George A Williams III<br>919 Market St, Ste 1800<br>Wilmington, DE 19801 | brown@lrclaw.com;<br>williams@lrclaw.com | Email |
| *NOA - Counsel for SRivers CRE, LLC, Benderson Development Company LLC, Brixmor Property Group Inc., Brookfield Properties Retail, Inc., Kite Realty Group, NNN REIT, Inc., Realty Income Corporation, SITE Centers Corp., TLM Realty Holdings LLC and Oleta Partners Biscayne Parcel LLC | Law Office of Susan E. Kaufman, LLC | Attn: Susan E Kaufman, Esquire<br>919 N Market St, Ste 460<br>Wilmington, DE 19801 | skaufman@skaufmanlaw.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Cypress-Fairbanks ISD, Fort Bend County, Montgomery County Harris CO ESS # 09, Harris CO ESD # 47, City of Humble, Lone Star College System, Harris CO ESD # 13 and City of Webster | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Nueces County, McLennan County, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | PO Box 17428<br>Austin, TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Smith County, Tarrant County, Lewisville ISD, Dallas County and Northwest ISD | Linebarger Goggan Blair & Sampson, LLP | 3500 Maple Ave, Ste 800<br>Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| *Committee of Unsecured Creditors | Loloi Rugs | Attn: Amir Loloi,<br>4501 Spring Valley Rd,<br>Dallas, TX 75244 | amir.loloi@loloirugs.com | Email |
| *NOA - Counsel for Ovative Group, LLC | Maslon LLP | Attn: Amy J Swedberg<br>225 S 6th St, Ste 2900<br>Minneapolis, MN 55402-4609 | amy.swedberg@maslon.com | Email |
| *NOA - Counsel for The County of Brazos, Texas, The County of Comal, Texas, The County of Denton, Texas, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Northtown Property Owner LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H Baldiga/Shannah L Colbert<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 | jbaldiga@miricklaw.com;<br>scolbert@miricklaw.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Morris James LLP | Attn: Eric J Monzo/Jason S Levin<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801 | emonzo@morrisjames.com;<br>jlevin@morrisjames.com | Email |
| *NOA - Counsel for Geodis Transportation Solutions LLC | Nelson Mullins Riley & Scarborough, LLP | Attn: Shane G Ramsey<br>1222 Demonbreun St, Ste 1700<br>Nashville, TN 37203 | shane.ramsey@nelsonmullins.com | Email |
| Attorneys General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorneys General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorneys General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorneys General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorneys General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorneys General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class mail |
| Attorneys General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |

**Exhibit A**

Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorneys General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorneys General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| US Trustee | Office of the U.S. Trustee for the District of Delaware | Attn: Jon Lipshie and Megan Seliber<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email |
| US Attorney | Office of the United States Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class mail |
| *NOA - Counsel for Kimco Realty Corporation | Offit Kurman, PA | Attn: Brian J McLaughlin, Esquire<br>222 Delaware Ave, Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *Committee of Unsecured Creditors | Oriental Weavers USA | Attn: Alex Lopes<br>3252 Dug Gap Rd<br>Dalton, GA 30720 | alopes@owrugs.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | bsandler@pszjlaw.com;<br>pkeane@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein/Shirley S Cho<br>Attn: Theodore S Heckel<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | rfeinstein@pszjlaw.com;<br>scho@pszjlaw.com;<br>theckel@pszjlaw.com | Email |
| *NOA - Counsel for OXO International, Ltd | Pashman Stein Walder Hayden, PC | Attn: Henry J Jaffe/Michael J Custer<br>824 N Market St, Ste 800<br>Wilmington, DE 19801 | hjaffe@pashmanstein.com;<br>mcuster@pashmanstein.com | Email |
| *NOA - Counsel for Clear Creek Independent School District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA -Counsel for Frisco ISD, Plano ISD, City of Garland, Garland ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D Reece<br>1919 S Shiloh Rd, Ste 640, LB 40<br>Garland, TX 75042 | lreece@pbfcm.com | Email |
| *NOA - Counsel for Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo, TX 79105 | | First Class Mail |
| *NOA - Counsel for the Ad Hoc Group | Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood<br>Attn: Andrew C Ehrmann<br>1313 N Market St, 6th Floor<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com;<br>aehrmann@potteranderson.com | Email |
| counsel to the Ad Hoc Group and the DIP Lenders | Potter Anderson & Corroon LLP | Attn: M Blake Cleary and Brett M. Haywood 1313 North Market Street<br>Wilmington, Delaware 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com | Email |
| *NOA - Counsel for Shrewsbury Crossing II, LLC | Prince Lobel Tye, LLP | Attn: George W Tetler III/Mark W Powers<br>1 Mercantile St, Ste 220<br>Worcester, MA 01608 | gtetler@princelobel.com;<br>mpowers@princelobel.com | Email |
| *NOA - Counsel for Sunbelt Stores Co LP | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P Kennedy, Esq<br>525 B St, Ste 2200<br>San Diego, CA 92101 | gerald.kennedy@procopio.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Pryor Cashman LLP | Attn: Seth H Lieberman/Patrick Sibley<br>Attn: Andrew S Richmond/Daniel I Brenner<br>7 Times Sq<br>New York, NY 10036 | slieberman@pryorcashman.com;<br>psibley@pryorcashman.com;<br>arichmond@pryorcashman.com;<br>dbrenner@pryorcashman.com | Email |
| *Committee of Unsecured Creditors | Realty Income Corporation | Attn: Mike DiGiacomo<br>11995 El Camino Real<br>San Diego, CA 93130 | mdigiacomo@realtyincome.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne/Jason D Angelo<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@reedsmith.com;<br>jangelo@reedsmith.com | Email |
| counsel to the Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@ReedSmith.com | Email |
| *NOA - Counsel for Cleco Power LLC | Richard A Rozanski, APLC | Attn: Richard A Rozanski<br>P.O. Box 13199<br>Alexandria, LA 71315-3199 | richard@rarlaw.net | Email |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Twr, Ste 2506<br>7 Times Square<br>New York, NY 10036 | sfox@riemerlaw.com | Email |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class mail |
| SEC | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class mail |
| *NOA - Counsel for CSC Delaware Trust Company | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherine LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>bateman@sewkis.com;<br>lotempio@sewkis.com | Email |
| *NOA - Counsel for BPP 4040 Forest Owner LP | Singer & Levick, P.C. | Attn: Michelle E Shriro<br>16200 Addison Rd, Ste 140<br>Addison, TX 75001 | mshriro@singerlevick.com | Email |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Mark A Salzberg<br>2550 M St, NW<br>Washington, DC 20037 | mark.salzberg@squirepb.com | Email |
| *NOA - Counsel to Lexington Realty International | Stark & Stark, P.C. | Attn: Thomas S Onder/Joseph H Lemkin<br>PO Box 5315<br>Princeton, NJ 08543 | tonder@stark-stark.com;<br>jlemkin@stark-stark.com | Email |
| *NOA - Counsel for 651 Sleater Kinney, LLC | Sullivan Hazeltine Allinson LLC | Attn: Elihu E Allinson, III<br>919 N Market St, Ste 420<br>Wilmington, DE 19801 | zallinson@sha-llc.com | Email |
| *NOA - Counsel for Kin Properties Inc., Laurie Industries Inc., Kinpark Associates, Fundamentals Company, and Jasue LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes, Esquire<br>2001 L St, NW, Ste 500<br>Washington, DC 20036 | jrhodes@tlclawfirm.com | Email |

**Exhibit A**

Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Travis County | Travis County | Attn: Jason A Starks<br>PO Box 1748<br>Austin, TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| *NOA - Counsel for Acquiom Agency Services LLC as Administrative Agent and Intercompany Note Collateral Agent in respect of the Intercompany Note | Troutman Pepper locke LLP | Attn: Douglas D Herrmann/Kenneth A Listwak<br>Hercules Plz, Ste 3000<br>1313 N Market St<br>Wilmington, DE, 19801 | douglas.herrmann@troutman.com;<br>ken.listwak@troutman.com | Email |
| *NOA - Counsel for Acquiom Agency Services LLC as Administrative Agent and Intercompany Note Collateral Agent in respect of the Intercompany Note | White & Case LLP | Attn: Harrison Denman/Viktor Braun<br>1221 Ave of the Americas<br>New York, NY 10020-1095 | harrison.denman@whitecase.com;<br>viktor.braun@whitecase.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Wilmington Trust National Association | Attn: Benjamin Krueger<br>50 S 6th St, Ste 1290<br>Minneapolis, MN 55402 | bkrueger@wilmingtontrust.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent | Wilmington Trust National Association | Attn: Geoffrey J Lewis<br>1100 N Market St<br>Wilmington, DE 19890 | glewis4@wilmingtontrust.com | Email |
| *NOA - Counsel to Ascot Surety & Casualty Company | Womble Bond Disckinson (US) LLP | Attn: Lis Bittle Tancredi<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | lisa.tancredi@wbd-us.com | Email |
| Debtors' Counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady/Edwin J Harron<br>Attn: Joseph M Mulvihill<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>eharron@ycst.com;<br>jmulvihill@ycst.com | Email |

# EXHIBIT B

Exhibit B
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Adelina Maldonado | Address Redacted | | | | | First Class Mail |
| Adelina Maldonado | c/o Worrell Law Firm, APC | 1717 Old Tustin Ave, Unit E | Santa Ana, CA 92705 | | kcw@worrell-law.com | Email |
| Adelina Maldonado | c/o Dundon Advisers LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| Adelina Maldonado as Class Rep | c/o Worrell Law Firm, APC | 1717 Old Tustin Ave, Unit E | Santa Ana, CA 92705 | | kcw@worrell-law.com | Email |
| Adelina Maldonado as Class Rep | c/o Dundon Advisers LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| Adelina Maldonado as PAGA | c/o Worrell Law Firm, APC | 1717 Old Tustin Ave, Unit E | Santa Ana, CA 92705 | | kcw@worrell-law.com | Email |
| Adelina Maldonado as PAGA | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | | ak@dundon.com | Email |
| Alan Tobias | | | | | Email Redacted | First Class Mail |
| Alesha Davis | Address Redacted | | | | | First Class Mail |
| Alexandra Rosenard | Address Redacted | | | | | First Class Mail |
| Alexandra Rosenard | c/o Law Office Of Phil W Felice PC | 333 Sunrise Hwy | W Islip, NY 11706 | | | First Class Mail |
| Amanda Shivers | Address Redacted | | | | | First Class Mail |
| Amanda Shivers | c/o Thomas Law Offices | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | First Class Mail |
| Amp Ip LLC | Address Redacted | | | | | First Class Mail |
| Angeliki Petropolos | Address Redacted | | | | | First Class Mail |
| Angeliki Petropolos | Address Redacted | | | | | First Class Mail |
| Anita Macomber | Address Redacted | | | | | First Class Mail |
| Anita Macomber | c/o Georges Cottes Llp | 235 Marginal St | Chelsea, MA 02150 | | | First Class Mail |
| Audrey Kallander | Address Redacted | | | | | First Class Mail |
| Audrey Kallander | c/o Vorhees & Bailey LLP | Attn: Josh Vorhees | 535 Ramona St, Ste 5 | Palo Alto, CA 94301 | josh@vorheesbailey.com | Email |
| Aviles | Address Redacted | | | | | First Class Mail |
| Becky Sabo | Address Redacted | | | | | First Class Mail |
| Beth Krygier | Address Redacted | | | | | First Class Mail |
| Borst Mackenzie | Address Redacted | | | | | First Class Mail |
| Brenna Edmunds | Address Redacted | | | | | First Class Mail |
| Briar Bolinger | Address Redacted | | | | | First Class Mail |
| Brielle Taylor | Address Redacted | | | | | First Class Mail |
| Brielle Taylor | c/o Ricardo L Ramos PLLC | River Oaks Bank Bldg | 2001 Kirby Dr, Ste 340 | Houston, TX 77019 | | First Class Mail |
| Calondra Brown | Address Redacted | | | | | First Class Mail |
| Calondra Brown | Address Redacted | | | | | First Class Mail |
| Catheryn Bowersox | Address Redacted | | | | | First Class Mail |
| Catheryn Bowersox | Address Redacted | | | | | First Class Mail |
| Charleigh Kells | Address Redacted | | | | | First Class Mail |
| Charleigh Kells | Address Redacted | | | | | First Class Mail |
| Christine Woodard | Address Redacted | | | | | First Class Mail |
| Class Action Refund | Attn: Tara DelGatto, Marco Giansante | 500 Mamaroneck Ave, Ste 204 | Harrison, NY 10528 | | taradelgatto@classactionrefund.com | Email |
| Class Action Refund | Attn: Tara DelGatto, Marco Giansante | 500 Mamaroneck Ave, Ste 204 | Harrison, NY 10528 | | mgiansante@classactionrefund.com | Email |
| Claudia & Juan Portuondo | Address Redacted | | | | | First Class Mail |
| Claudia Portuondo | Address Redacted | | | | | First Class Mail |
| Claudia Portuondo | Address Redacted | | | | Email Redacted | Email |
| Corine Hart | Address Redacted | | | | | First Class Mail |
| Corine Hart | c/o Ogden Associates Attorney At Law PLLC | 500 E Capitol St | Jackson, MS 39201 | | | First Class Mail |
| Cpsc | Address Redacted | | | | | First Class Mail |
| CPSC | 4330 East West Hwy | Bethesda, MD 20814 | | | | First Class Mail |
| Cynthia Galan | Address Redacted | | | | | First Class Mail |
| Cynthia Galan | c/o Law Office Of Keith Miller | 100 E Ferguson, Ste 101 | Tyler, TX 75702 | | | First Class Mail |
| Danah Qasem | Address Redacted | | | | | First Class Mail |
| Danah Qasem | c/o Dan Newlin Personal Injury Attorneys | 7335 W Sand Lake Rd, Ste 300 | Orlando, FL 32819 | | brenda.czekanski@newlinlaw.com | Email |
| Danah Qasem | | | | | Email Redacted | Email |
| Dayamis Garcia | Address Redacted | | | | | First Class Mail |
| Dayamis Garcia | c/o Dermer Law Firm | 700 S Rosemary Ave, Ste 204 | W Palm Beach, FL 33401 | | anna@dermerlawfirm.com | Email |
| De La Cruz Monica | Address Redacted | | | | | First Class Mail |
| Deletha Carstarphen | Address Redacted | | | | | First Class Mail |
| Deletha Carstarphen | c/o Law Offices Of Underwood Micklin, LLC | 1236-J Brace Rd | Cherry Hill, NJ 8034 | | | First Class Mail |
| Dennis Johnson | Address Redacted | | | | | First Class Mail |
| Dennis Johnson | c/o Vorhees & Bailey LLP | Attn: Josh Vorhees | 535 Ramona St, Ste 5 | Palo Alto, CA 94301 | josh@vorheesbailey.com | Email |
| Derek Venable | Address Redacted | | | | | First Class Mail |
| Desiree Taylor | Address Redacted | | | | | First Class Mail |
| Dina Terranova | Address Redacted | | | | | First Class Mail |
| Dina Terranova | Address Redacted | | | | Email Redacted | Email |
| Dom Finley | Address Redacted | | | | | First Class Mail |
| Dom Finley | c/o Moss & Colella PC | 28411 Northwestern Hwy, Ste 1150 | Southfield, MI 48304 | | | First Class Mail |
| Donald Austin Gillis, Gillis Law Firm, LLC | | | | | Email Redacted | Email |
| Donna Hopkin | Address Redacted | | | | | First Class Mail |
| Elizabeth Antolak | Address Redacted | | | | | First Class Mail |
| Elizabeth Messenger | Address Redacted | | | | | First Class Mail |
| Elizabeth Messenger | c/o Pynter & Bucheri Attorneys At Law | 4202 Madison Ave | Indianapolis, IN 46227 | | rich@pb-law.com | Email |
| Elsie Muse | Address Redacted | | | | | First Class Mail |
| Elsie Muse | c/o Skeeters Bennett Wilson & Humphrey Attorneys At Law | 550 W Lincoln Trail Blvd | Radcliff, KY 40160 | | | First Class Mail |
| Elyn Polanco | Address Redacted | | | | | First Class Mail |
| Emily Slyck | Address Redacted | | | | | First Class Mail |
| Emily Slyck | c/o Jon Wright Law Firm | 16 W Main St, Ste 700 | Rochester, NY 14614 | | | First Class Mail |
| Emma Bell | Address Redacted | | | | | First Class Mail |
| Emma Bell | c/o Brodsky Smith | 9595 Wilshire Blvd, Ste 900 | Beverly Hills, CA 90212 | | jschatz@brodskysmith.com | Email |
| Ernest Gutierrez | Address Redacted | | | | | First Class Mail |
| Evelyn N Posey | Address Redacted | | | | Email Redacted | Email |
| Faith Miko | Address Redacted | | | | | First Class Mail |
| Gabriel Fierro | Address Redacted | | | | | First Class Mail |
| Gabriel Fierro | Address Redacted | | | | | First Class Mail |
| Gabriel Fierro | c/o Newkirk Zwagerman PLC | Attn: Jill Zwagerman | 3900 Ingersoll Ave, Ste 201 | Des Moines, IA 50312 | jzwagerman@newkirklaw.com | Email |
| Glenda Wagner | Address Redacted | | | | | First Class Mail |
| Glenda Wagner | c/o Bobock Moore & Lambert | 4460 Corporation Ln, Ste 210 | Virginia Beach, VA 23462 | | | First Class Mail |
| Hernandez | Address Redacted | | | | | First Class Mail |
| Holly Friel | Address Redacted | | | | | First Class Mail |
| Holly Friel | Address Redacted | | | | | First Class Mail |
| James Chaley | Address Redacted | | | | | First Class Mail |
| Janice White | Address Redacted | | | | | First Class Mail |
| Janice White | c/o Davis & Macdonald Law Firm, Llp | 119 Buckeye St | Kokomo, IN 46901 | | davmac.law@att.net | Email |
| Janis Rosin | Address Redacted | | | | | First Class Mail |
| Jean Siry | Address Redacted | | | | | First Class Mail |
| Jen Kottra | Address Redacted | | | | | First Class Mail |
| Jen Kottra | Address Redacted | | | | Email Redacted | Email |
| Jermaine Gardner | Address Redacted | | | | | First Class Mail |
| Jerry Aviles | c/o Pacific Trial Attorneys | Attn: Scott Jason Ferrell | 4100 Newport Pl Dr, Ste 800 | Newport Beach, CA 92660 | sferrell@pacifictrialattorneys.com | Email |
| Joselyn Espinosa | Address Redacted | | | | | First Class Mail |
| Joselyn Espinosa | c/o Chopra Nocerino | 100 Quentin Roosevelt Blvd, Unit 107 | Garden City, NY 11530 | | | First Class Mail |
| Joselyn Espinosa | Address Redacted | | | | | First Class Mail |
| Juan Carlos Portuondo | Address Redacted | | | | Email Redacted | Email |
| Juan Portuondo | Address Redacted | | | | | First Class Mail |
| Karen Stephens | c/o Glaser & Ebbs | 132 E Berry St | Ft Wayne, IN 46802 | | wriehle@glaserebbsfw.com | Email |
| Karen Tracy | Address Redacted | | | | | First Class Mail |
| Kathleen Macintosh | Address Redacted | | | | | First Class Mail |
| Kriscia Garcia | River Oaks Bank Bldg | 2001 Kirby Dr, Ste 340 | Houston, TX 77019 | | | First Class Mail |
| Kriscia Garcia | Address Redacted | | | | | First Class Mail |
| Kristen O'Brien | Address Redacted | | | | | First Class Mail |
| Kristen O'Brien | c/o Spivak & Sakellorloú, LLC | 2605 Burnett Ave | Cincinnati, OH 45219 | | alan@gsaslaw.com | Email |
| Kyle Butte | Address Redacted | | | | | First Class Mail |
| Kyle Butte | Address Redacted | | | | Email Redacted | Email |
| Latana Gillespie | Address Redacted | | | | | First Class Mail |
| Latana Gillespie | c/o Kendall Law Group LLC | W 20th St, Ste 201 | Kansas City, MO 64107 | | | First Class Mail |
| Laura Anderson | Address Redacted | | | | | First Class Mail |
| Laura Anderson | c/o Silverman Trotman Scheider & Lalli Llc | 1515 Market St, Ste 1940 | Philadelphia, PA 19102 | | | First Class Mail |
| Laura Anderson | Address Redacted | | | | Email Redacted | Email |
| Laura Briney | Address Redacted | | | | | First Class Mail |
| Laura Lozano | Address Redacted | | | | | First Class Mail |
| Leisel Lyew-Sang | Address Redacted | | | | | First Class Mail |
| Leisel Lyew-Sang | c/o Thomas Cristadoro Esq | 925 S Federal Hwy, 6th Fl | Boca Raton, FL 33432 | | | First Class Mail |

Exhibit B
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Linda Cristman | Address Redacted | | | | | First Class Mail |
| Linda Oldoerp | c/o Sheth Law | 650 Town Ctr Dr, Ste 1400 | Costa Mesa, CA 92626 | | shamir@sheth-law.com | Email |
| Linda Urich | Address Redacted | | | | | First Class Mail |
| Liz Pielow | Address Redacted | | | | | First Class Mail |
| Lnu Darveshwari | Address Redacted | | | | | First Class Mail |
| Lnu Darveshwari | c/o Monge & Associates | 8205 Dunwoody Pl, Bldg 19 | Atlanta, GA 31150 | | | First Class Mail |
| Lukasian House LLC | dba Jia Home | Attn: Luke Wang | 2275 Huntington Dr, Unit 328 | San Marino, CA 91108 | hr@jiahome.us | Email |
| M4Siz | c/o Vorv Law Firm | Attn: Bradley T Vorv | 2055 L St NW | Washington, DC 20036 | bvorv@vorvlawfirm.com | Email |
| Maria Pecillo | Address Redacted | | | | | First Class Mail |
| Maria Pecillo | Address Redacted | | | | | First Class Mail |
| Martha Genovesi | Address Redacted | | | | | First Class Mail |
| Martha Genovesi | c/o Anthony Desisto Law Associates LLC | 450 Veterans Memorial Pkwy, Ste 103 | E Providence, RI 02914 | | tony@adlawllc.net | Email |
| Mary Beth Pucci | Address Redacted | | | | | First Class Mail |
| Meredith Taylor | Address Redacted | | | | | First Class Mail |
| Meredith Taylor | c/o Godwin, Morris, Laurenzi, Bloomfield PC | Attn: Eugene Laurenzi | 80 Monroe Ave, Ste 315 | Memphis, TN 38103 | elaurenzi@gmlblaw.com | Email |
| Michael Aram | Address Redacted | | | | | First Class Mail |
| Michael Lalli | | | | | Email Redacted | Email |
| Mike Dzurza | Address Redacted | | | | | First Class Mail |
| Mike Dzurza | Address Redacted | | | | Email Redacted | Email |
| Mildred Murphy | Address Redacted | | | | | First Class Mail |
| Mildred Murphy | Address Redacted | | | | | First Class Mail |
| Monica De La Cruz | Address Redacted | | | | | First Class Mail |
| Morristown County | NJ Morristown County | 10 Court St | Morristown, NJ 07963-0315 | | | First Class Mail |
| Morristown County | Address Redacted | | | | | First Class Mail |
| Myra Hamilton | Address Redacted | | | | | First Class Mail |
| Nakia Kelly | Address Redacted | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Redacted | Email |
| Nami Jones | Address Redacted | | | | | First Class Mail |
| Nawal Sharrak | Address Redacted | | | | | First Class Mail |
| Nawal Sharrak | c/o Mindell Law | 32500 Telegraph Rd | Bingham Farms, MI 48021 | | | First Class Mail |
| Nicole Mcmillion | Address Redacted | | | | | First Class Mail |
| Nicole Mcmillion | c/o My 25% | 3355 Lenox Rd NE, Ste 750D | Atlanta, GA 30326 | | | First Class Mail |
| Nirian Hernandez | Address Redacted | | | | | First Class Mail |
| Nirian Hernandez | c/o The Law Offices Of John Redmann LLC | 1101 Westbank Expwy | Gretna, LA 70053 | | | First Class Mail |
| Orange County AG | Address Redacted | | | | | First Class Mail |
| Orange County AG | 405 W 5th St, Ste 600 | Santa Ana, CA 92701-4536 | | | | First Class Mail |
| Philemon Turner | Address Redacted | | | | | First Class Mail |
| Quanisha Mcgown | Address Redacted | | | | | First Class Mail |
| Quanisha McGown | Address Redacted | | | | Email Redacted | Email |
| Quannah McGrown | Address Redacted | | | | | First Class Mail |
| Rahsheliah Harper | Address Redacted | | | | | First Class Mail |
| Rainier Salcedo | Address Redacted | | | | | First Class Mail |
| Rainier Salcedo | Address Redacted | | | | | First Class Mail |
| Riley Knox | Address Redacted | | | | | First Class Mail |
| Roberta Block | Address Redacted | | | | | First Class Mail |
| Roberta Block | Address Redacted | | | | | First Class Mail |
| Roberta Block | Address Redacted | | | | | First Class Mail |
| Rosa Garcia | Address Redacted | | | | | First Class Mail |
| Rosa Garcia | Address Redacted | | | | | First Class Mail |
| Shakilah Verner | Address Redacted | | | | | First Class Mail |
| Shakilah Verner | Address Redacted | | | | | First Class Mail |
| Sheptilya Harris | Address Redacted | | | | | First Class Mail |
| Silvia Tlapa | c/o O'Connor Parsons Lane & Noble | Attn: R Daniel Bause | 959 S Springfield Ave, 2nd Fl | Springfield, NJ 07081 | dbause@lawnj.net | Email |
| Smartworks Consumer Products | Address Redacted | | | | | First Class Mail |
| Somnarain Suraj | Address Redacted | | | | | First Class Mail |
| Somnarain Suraj | Address Redacted | | | | | First Class Mail |
| Stephanie Vanzandt | Address Redacted | | | | | First Class Mail |
| Stephanie Vanzandt | c/o Bernard Stuczynski Barnett & Lager | 234 W 6th St | Erie, PA 16507 | | | First Class Mail |
| Terrence Edwards | Address Redacted | | | | | First Class Mail |
| Terrence Edwards | c/o Brownstone, PA | P.O. Box 2047 | Winter Park, FL 32790 | | robertsirianni@brownstonelaw.com | Email |
| Thomas Betty | Address Redacted | | | | | First Class Mail |
| Tiffany S James | Address Redacted | | | | | First Class Mail |
| Timothy Yarberry | Address Redacted | | | | | First Class Mail |
| Timothy Yarberry | Address Redacted | | | | | First Class Mail |
| Tlapa Sylvia | Address Redacted | | | | | First Class Mail |
| Traci Fischer | Address Redacted | | | | | First Class Mail |
| Tremayne Shields | Address Redacted | | | | | First Class Mail |
| Trisa Thomas | Address Redacted | | | | | First Class Mail |
| Trisa Thomas | Address Redacted | | | | | First Class Mail |
| Tyler Hardy | Address Redacted | | | | | First Class Mail |
| Tyler Hardy | Address Redacted | | | | | First Class Mail |
| UT Dept of Ag & Food (Bedding) | Address Redacted | | | | | First Class Mail |
| Utah Dept of Ag and Food (Bedding) | 4315 S 2700 W, 2nd Fl, Ste 2200 | Taylorsville, UT 84129 | | | | First Class Mail |
| Utica Park Blvd | Address Redacted | | | | | First Class Mail |
| Valarie Johnson | Address Redacted | | | | | First Class Mail |
| Veronica Davis | Address Redacted | | | | | First Class Mail |
| Virginia Prada | Address Redacted | | | | | First Class Mail |
| Virginia Prada | Address Redacted | | | | | First Class Mail |
| Willie Canidate | Address Redacted | | | | | First Class Mail |
| Yvette Lopez | Address Redacted | | | | | First Class Mail |
| Yvette Lopez | Address Redacted | | | | Email Redacted | Email |