# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS OF MORRIS JAMES LLP

**PLEASE TAKE NOTICE** that as of September 8, 2025, the mailing address of Morris James LLP ("Morris James"), counsel to Wilmington Trust, National Association as (i) trustee and notes collateral agent for the (a) 11.50% Senior Secured Notes Due 2028 and (b) 7.125%/8.625% Cash/PIK Toggle Senior Secured Notes due 2028, and (ii) administrative agent and collateral agent for the Term Loan Facility due 2028, in the above-captioned matter, has changed to:

**Morris James LLP**
**3205 Avenue North Blvd., Suite 100**
**Wilmington, DE 19803**

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Morris James' new office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Morris James are to be directed to the new address.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

17546812/1

Dated: October 10, 2025

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3205 Avenue North Blvd., Suite 100
Wilmington, Delaware 19803
Telephone: (302) 888-6800
Email: emonzo@morrisjames.com
          jlevin@morrisjames.com

*Counsel to Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, and Administrative Agent and Collateral Agent*