## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. 725** |

**CERTIFICATION OF COUNSEL REGARDING NOTICE OF STATUS UPDATE REGARDING DLC MANAGEMENT CORPORATION, NORTH RIVER VILLAGE GEC, LLC, PYRAMID MANAGEMENT GROUP, LLC, RIVERCREST REALTY ASSOCIATES, LLC, AND URBAN EDGE PROPERTIES (I) OBJECTION TO FIRST AMENDED PLAN SUPPLEMENT AND (II) LIMITED OBJECTION TO JOINT PLAN OF REORGANIZATION OF AT HOME GROUP INC. AND ITS DEBTOR AFFILIATES**

On September 30, 2025, the United States Bankruptcy Court for the District of Delaware

(the "Court") entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the*

*Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates*

*Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief*

[Docket No. 725] (the "Confirmation Order") approving the *Second Amended Joint Plan of*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

*Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 722] (as may be further modified, supplemented, or amended from time to time, the "Plan"), which was attached to the Confirmation Order as Exhibit A, filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors").

Pursuant to the Confirmation Order, on or before October 20, 2025, the Debtors were required to:

> file under certificate of counsel with the landlords set forth in paragraphs 11 to 13 [of the Confirmation Order] (the "Objection Landlords"), one or more status updates of each of the Unexpired Leases set forth in paragraphs 11 to 13 [of the Confirmation Order], including: (a) which Unexpired Leases are to be assumed or rejected on the Effective Date; (b) which Unexpired Leases are pending negotiations and the Objection Landlord has provided extensions under section 365(d)(4) of the Bankruptcy Code (and therefore will be assumed after the Effective Date); and (c) whether the Assumption Objections are resolved or ongoing.

Confirmation Order at ¶ 7.

The *Notice of Status Update Regarding DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties (I) Objection to First Amended Plan Supplement and (II) Limited Objection to Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates* (the "Status Update") regarding the Barclay Landlords (as defined in the Confirmation Order at ¶ 12) is attached hereto as **Exhibit A**.  Prior to filing this Certification of Counsel, the Debtors shared the Status Update with the Barclay Landlords, and the Barclay Landlords consented to the filing of the Status Update.

33673512.1

Dated:  October 20, 2025
Wilmington, Delaware

/s/ Timothy R. Powell

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 571-6600
Facsimile:      (302) 571-1253
Email:          rbrady@ycst.com
                jmulvihill@ycst.com
                tpowell@ycst.com


*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          nicole.greenblatt@kirkland.com
                matthew.fagen@kirkland.com
                elizabeth.jones@kirkland.com


*Co-Counsel for the Debtors and Debtors in Possession*

## Exhibit A

**Barclay Landlords Status Update**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF STATUS UPDATE
### REGARDING DLC MANAGEMENT
### CORPORATION, NORTH RIVER VILLAGE GEC, LLC,
### PYRAMID MANAGEMENT GROUP, LLC, RIVERCREST REALTY
### ASSOCIATES, LLC, AND URBAN EDGE PROPERTIES (I) OBJECTION TO FIRST
### AMENDED PLAN SUPPLEMENT AND (II) LIMITED OBJECTION TO JOINT PLAN
### OF REORGANIZATION OF AT HOME GROUP INC. AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE** that on September 30, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order approving the *Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 722] (as may be further modified, supplemented, or amended from time to time, the "Plan") of the debtors and debtors in

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is:  9000 Cypress Waters Blvd, Coppell, Texas 75019.

possession (the "Debtors"). *See Findings of Fact, Conclusions of Law, and Order (I) Confirming the Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 725] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on September 18, 2025, the Barclay Landlords filed the Barclay Landlords Objection. The Barclay Landlords, together with the Debtors (collectively, the "Parties") state as follows.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors are filing this status update (the "Status Update") under certificate of counsel in accordance with paragraph 7 of the Confirmation Order to provide an update with respect to the Unexpired Leases pertaining to the Barclay Landlords on: (a) which Unexpired Leases are to be assumed or rejected on the Effective Date; (b) which Unexpired Leases are pending negotiations and the Barclay Landlords have provided extensions under section 365(d)(4) of the Bankruptcy Code (and therefore will be assumed after the Effective Date); and (c) whether the Assumption Objections are resolved or ongoing.

**PLEASE TAKE FURTHER NOTICE** that, the Parties have agreed that the following Unexpired Leases will be assumed as of the Effective Date:

- Lease agreement for the property located at 161 Washington Ave Ext, Albany, NY, 12205, dated 6/20/16 as amended, including by First Amendment to Lease Agreement dated 9/25/25;

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

- Lease agreement for the property located at 6126 US-301, Ellenton, FL, 34222, dated 06/14/2019; and

- Lease agreement for the property located at 4215 University Dr, Durham, NC, 27707, dated 02/24/2014 (collectively, the "Assumption Leases").

**PLEASE TAKE FURTHER NOTICE** that, the Parties have agreed that the Cure costs for the Assumption Leases listed below are as follows:

| Counterparty Name | Counterparty Address | Debtor Entity | Lease Number | Lease Description | Cure[3] |
|---|---|---|---|---|---|
| South Hills Owner LLC | 565 Taxter Rd, Elmsford, NY 10523 | At Home Stores LLC | 311 | Lease Agreement for the property located at 1895 South Rd, Poughkeepsie, NY, 12601, Dated 04/01/2021 | $31,946.51 |
| North River Village GEC, LLC | 5391 Lakewood Ranch Blvd, Ste 100, Sarasota, FL 34240 | At Home Stores LLC | 301 | Lease Agreement for the property located at 6126 US-301, Ellenton, FL, 34222, Dated 06/14/2019 | $48,114.82 |
| Washington Commons Newco LLC | 4 Clinton Square, Syracuse, NY 13202 | At Home Stores LLC | 153 | Lease Agreement for the property located at 161 Washington Ave Ext, Albany, NY, 12205, Dated 06/20/2016 | $3,000.00 |

---

[3]   The Parties reserve the right to amend the Cure costs prior to assumption of the Assumption Leases.

| Durham (Parkway) UY, LLC | 8816 Six Forks Road, Ste 201, Raleigh, NC 27615 | At Home Stores LLC | 91 | Lease Agreement for the property located at 4215 University Dr, Durham, NC, 27707, Dated 02/24/2014 | $76,288.06 |
|---|---|---|---|---|---|
| Urban Edge Properties | 12 East 49th Street, 44th Floor New York, New York 10017 Attention: COO | At Home Stores LLC | 297 | Lease Agreement for the property located at 9100 McHugh Dr, Glenarden, MD, 20706, Dated 02/10/2021 | $50,774.00 |

**PLEASE TAKE FURTHER NOTICE** that, the Parties have agreed that the Cure costs for the Assumption Leases are fully resolved subject to potential revision per footnote 3 of this Status Update.

**PLEASE TAKE FURTHER NOTICE** that, the Barclay Landlords have provided extensions under section 365(d)(4) of the Bankruptcy Code with respect to the following Unexpired Leases:

- Lease agreement for the property located at 9100 McHugh Dr, Glenarden, MD, 20706, dated 02/10/2021; and

- Lease agreement for the property located at 1895 South Rd, Poughkeepsie, NY, 12601, dated 04/01/2021 (collectively, the "Extension Leases").

**PLEASE TAKE FURTHER NOTICE** that, because the Extension Leases will necessarily be assumed after the Effective Date, the Parties will provide an update on the status of the Extension Leases and, if necessary, will request a hearing in month of November 2025 (or such later date as may be agreed to between the Parties), at which point any outstanding matters regarding the Extension Leases will be heard (the "November Hearing"). The Debtors or the Reorganized Debtors, as applicable, will file a status update under certificate of counsel consistent

4

with paragraph 7 seven days prior to the November Hearing.  To the extent the status update reflects all the Barclay Landlords Objection as resolved, the resolutions will be reflected in such status update.

**PLEASE TAKE FURTHER NOTICE** that, the Parties have agreed that, with respect to the Assumption Leases, the Debtors have satisfied all requirements for adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that, the Parties agree that the Barclay Landlords Objection is fully resolved such that the findings in the Confirmation Order, including, but not limited to, paragraphs 12, 50–61, 81, 124, 133–135, 171, 174–175, and 176, as applicable, shall apply to the Assumption Leases and the Barclay Landlords' Objection.

**PLEASE TAKE FURTHER NOTICE** that, the Parties agree that, unless the Court requests that hearing scheduled for October 23, 2025, at 1:00 p.m. (prevailing Eastern Time) go forward, the hearing is not necessary with respect to the Barclay Landlords Objection.

*[Remainder of page left intentionally blank.]*

Dated:  October 20, 2025
Wilmington, Delaware

/s/ Timothy R. Powell

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 571-6600
Facsimile:      (302) 571-1253
Email:           rbrady@ycst.com
                      jmulvihill @ycst.com
                      tpowell@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           nicole.greenblatt@kirkland.com
                      matthew.fagen@kirkland.com
                      elizabeth.jones@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*