IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | ) ) ) | Case No. 25-11120 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER
CONFIRMING THE SECOND AMENDED JOINT PLAN
OF REORGANIZATION OF AT HOME GROUP INC. AND
ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE
BANKRUPTCY CODE, AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on September 30, 2025, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 725] (the "Confirmation Order") confirming the *Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 722] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan"), of the above-captioned debtors and debtors in possession (the "Debtors").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on October 24, 2025. Each of the conditions precedent to the consummation of the Plan enumerated in Article IX has been satisfied or waived in accordance with the Plan and the Confirmation Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, the Plan, and copies of all documents Filed in these Chapter 11 Cases are available free of charge by visiting https://omniagentsolutions.com/AtHome or by calling the Debtors' restructuring information line at (888) 818-9346 (Toll-free from US / Canada) or +1 (747) 293-0014 (International). You may also obtain copies of any pleadings Filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Confirmation Order and the Plan (which, for the avoidance of doubt, includes the Plan Supplement and all exhibits and documents related thereto) are binding upon the Debtors, the Reorganized Debtors, and any and all Holders of Claims or Interests (irrespective of whether Holders of such Claims or Interests are deemed to have accepted the Plan); all Entities that are parties to or are subject to the settlements, compromises, Releases, discharges, and Injunction described in the Plan; each Entity acquiring property under the Plan; and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article IV.B of the Plan, on the Effective Date, certain of the Debtors and other applicable parties engaged in a series of Restructuring Transactions as set forth in the Restructuring Transactions Memorandum.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, Releases, Exculpation, Injunction, and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be Filed no later than sixty (60) days after the Effective Date. All such final requests will be subject to approval by the Bankruptcy Court after notice and a hearing in accordance with the procedures established by the Bankruptcy Code, Bankruptcy Rules, and prior orders of the Bankruptcy Cort, including the Interim Compensation Order, and once approved by the Bankruptcy Court, shall be promptly paid from the Professional Fee Escrow Account up to the full Allowed Amount.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in Article II.A of the Plan, requests for payment of Administrative Claims other than Professional Fee Claims must be Filed with the Bankruptcy Court and served on the Debtors no later than thirty (30) days after the Effective Date. Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by such date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, their Estates, or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date without the need for any objection from the Debtor or the Reorganized Debtors, as applicable, or any notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

[*Remainder of page intentionally left blank*]

Dated: October 24, 2025
Wilmington, Delaware

*/s/ Timothy R. Powell*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert S. Brady (DE Bar No. 2847) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Joseph M. Mulvihill (DE Bar No. 6061) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Timothy R. Powell (DE Bar No. 6894) | Elizabeth H. Jones (admitted *pro hac vice*) |
| Rodney Square | 601 Lexington Avenue |
| 1000 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 571-6600 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 571-1253 | Email: nicole.greenblatt@kirkland.com |
| Email: rbrady@ycst.com | matthew.fagen@kirkland.com |
| jmulvihill@ycst.com | elizabeth.jones@kirkland.com |
| tpowell@ycst.com | |

*Co-Counsel for the Debtors and Debtors in Possession*        *Co-Counsel for the Debtors and Debtors in Possession*