Dennis P. McLaughlin (Bar No. 009197)
Principal Assistant City Attorney for
City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Dennis.Mclaughlin@tucsonaz.gov
Attorneys for City of Tucson,
   *City of Tucson Water Department*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT HOME GROUP INC.,<br>　　　　　Debtor. | Chapter 11<br><br>Case No.: 25-11120<br><br>NOTICE OF APPEARANCE |

**NOW COMES** Dennis McLaughlin, Attorney for the City of Tucson, and hereby enters his appearance as counsel of record for the City of Tucson, Arizona, and further requests that all notices, motions, briefs, pleadings, orders, and other papers that may be filed in this case be served upon the City at its business address: City of Tucson, Office of the City Attorney – Civil Division, P.O. Box 27210, Tucson AZ 85726-7210.

Dated this ___27th___ day of ___October___, 2025.

　　　　　　　　　　　　　　　Tucson City Attorney

　　　　　　　　　　　By　　*/s/ Dennis P. McLaughlin*
　　　　　　　　　　　　　　Dennis P. McLaughlin
　　　　　　　　　　　　　　Principal Assistant City Attorney

1

Copy of the foregoing e-filed and e-served this 27th day of October, 2025.

**ROBERT S. BRADY, ESQ.**
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
1000 N. KING ST.
WILMINGTON, DE 19801
*Attorney for Debtor*

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
844 KING ST., SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801
*Trustee*

By */s/ Leslie Vega*