IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AT HOME GROUP INC., *et al.*,[1] | Case No. 25-11120 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 24, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Third Amended Notice of (A) Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned by the Debtors Pursuant to the Plan, (B) Cure Amounts, If Any, and (C) Related Procedures in Connection Therewith**

On October 24, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Second Amended Notice Regarding Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan**

Dated: October 30, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 30th day of October, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# EXHIBIT A

**Exhibit A**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 4833 Waterview Meadow LLC | 575 Julie Rivers Dr | Sugarland, TX 77478 | | | YMEGHANI@MOBILELINKUSA.COM; | Email |
| 4833 Waterview Meadow LLC | 575 Julie Rivers Dr | Sugar Land, TX 77478 | | | | First Class Mail |
| Airport Holdings LLC | 9101 Varnia Rd | Henrico, VA 23231 | | | KIDDRV@GMAIL.COM; | Email |
| Airport Holdings LLC | 9101 Varnia Road | Henrico, VA 23231 | | | | First Class Mail |
| Arc Mesa 1944, LLC | 9120 E Talking Stick Way, Ste E-1 | Scottsdale, AZ 85250 | | | CATHY.JOHNSON@DORSEY.COM; NOBODY100@JAGGAER.COM; | Email |
| ARC Mesa 1944, LLC | 9120 E Talking Stick Way, Suite E1 | Scottsdale, AZ 85250 | | | | First Class Mail |
| ARC Mesa 1994, LLC | Attn: Jake Gallagher | 7109 E 2nd St, Unit 108 | Scottsdale, AZ 85251 | | jake@alignmentrc.com | Email |
| ARC Mesa 1994, LLC | | | | | | First Class Mail |
| ARC Mesa 1994, LLC | c/o Dorsey & Whitney LLP | Attn: Michael Galen | 2325 E Camelback Rd, Unit 900 | Phoenix, AZ 85016 | galen.michael@dorsey.com | Email |
| | | | | | | First Class Mail |
| AVG Home Spokane, LLC | 9595 Wilshire Blvd | Beverly Hills, CA 90212 | | | | First Class Mail |
| Boulevard At Box Hill S LLC | 2700 Philadelphia Rd | Edgewood, MD 21040 | | | HLKWN@GGCOMMERCIAL.COM; GGCBBH@GGCOMMERCIAL.COM; | Email |
| Boulevard at Box Hill S LLC | 2700 Philadelphia Rd | Edgewood, MD 21040 | | | | First Class Mail |
| Broadstone Home Texas, LLC | 800 Clinton Sq | Rochester, NY 14604 | | | ACCOUNTSRECEIVABLE@BROADSTONE.COM | Email |
| BROADSTONE HOME TEXAS, LLC | 800 Clinton Square | Rochester, NY 14604 | | | | First Class Mail |
| Builders Palmdale LLC | 9595 Wilshire Blvd, Ste 700 | Beverly Hills, CA 90212 | | | CALVAREZ@AVGPARTNERS.COM | Email |
| Builders Palmdale LLC | 9595 Wilshire Blvd, Ste 700 | Beverly Hills, CA 90212 | | | | First Class Mail |
| Cj Northsight, LLC | 9120 E Talking Stick Way | Scottsdale, AZ 85250 | | | CATHY.JOHNSON@DORSEY.COM; | Email |
| Cl Northsight, LLC | 15821 N 79th St | Scottsdale, AZ 85260 | | | | First Class Mail |
| Cobblestone Square Co Ii, Ltd | 27500 Detroit Rd, Ste 300 | Westlake, OH 44145 | | | MPANDREA@CARNEGIECORP.COM; SJSCHKUND@CARNEGIECORP.COM; | Email |
| Cobblestone Square Co. Ii, Ltd | 27500 Detroit Road, Ste 300 | Westlake, OH 44145 | | | | First Class Mail |
| Cottonwood Square, LLC | 11030 Santa Monica Blvd, #300, | Los Angeles, CA 90025 | | | | First Class Mail |
| Crofton 450 LLC | 500 N Broadway, Ste 201 | Jericho, NY 11753 | | | | First Class Mail |
| Discount Waste | 250 Scientific Dr | Peachtree Corners, GA 30092 | | | | First Class Mail |
| Durham (Parkway) Uy, LLC | 8816 Six Forks Rd, Ste 201 | Raleigh, NC 27615 | | | AR@RIVERCRESTREALTY.COM | Email |
| Durham (Parkway) UY, LLC | 8816 Six Forks Road, Ste 201 | Raleigh, NC 27615 | | | | First Class Mail |
| Fayette Pavilion LLC | P.O. Box 931529 | Atlanta, GA 31193 | | | rrowlinson@3riverscre.com; | Email |
| Fayette Pavilion LLC | 945 Heights Blvd | Houston, TX 77008 | | | | First Class Mail |
| FR Huntington Square Fee Owner, LLC | 500 Fifth Ave, Suite 1530 | New York, NY 10110 | | | propertymgmt@brockre.com; | Email |
| Glade Infine 3, LLC | 4001 N Perryville Rd, Ste 0201 | Loves Park, IL 61111 | | | | First Class Mail |
| Glade Infine 3, LLC | 4001 N Perryville Rd, Suite 0201 | Loves Park, IL 61111 | | | | First Class Mail |
| Gr Mesquite, LLC | 9595 Wilshire Blvd, Ste 710 | Beverly Hills, CA 90212 | | | CALVAREZ@AVGPARTNERS.COM | Email |
| | | | | | | First Class Mail |
| GR Mesquite, LLC | 9595 Wilshire Blvd, Ste 700, | Beverly Hills, CA 90212 | | | | First Class Mail |
| GreatAmerica Financial Services Corporation | 625 First Street | Cedar Rapids, IA 52401 | | | | First Class Mail |
| Green River Plaza, LLC | P.O. Box 191116 | Brooklyn, NY 11219 | | | kitovmngmnt@gmail.com; | Email |
| Green River Plaza, LLC | PO Box 191116 | Brooklyn, NY 11219 | | | | First Class Mail |
| Greenwood Place Phase Ii, LP | 117 E Washington St, Ste 300 | Indianapolis, IN 46204 | | | collections@broadbentco.com; | Email |
| Greenwood Place Phase II, LP | 117 E Washington St, Ste 300 | Indianapolis, IN 46204 | | | | First Class Mail |
| Karlyle Eastern Properties Nv, LLC | 1710 Raiders Way, Ste 110 | Las Vegas, NV 89052 | | | | First Class Mail |
| Karlyle Eastern Properties NV, LLC | 400 Andrews Street, Ste 500 | Rochester, NY 14604 | | | | First Class Mail |
| Kb Riverdale LLC | 2743 Perimeter Pkwy Bldg, Ste 370 | Augusta, GA 30909 | | | JESSICA.PERRY@SOUTHEASTERN.COMPANY | Email |
| KB Riverdale LLC | 2743 Perimeter Parkway, Building 100, Ste 270 | Augusta, GA 30909 | | | | First Class Mail |
| Kentlands Square LLC | P.O. Box 38042 | Baltimore, MD 21297-8042 | | | PAYMENTS.SC@SAULCENTERS.COM; | Email |
| | | | | | | First Class Mail |
| Kentlands Square LLC | 7501 Wisconsin Ave , Ste 1500E | Bethesda, MD 20814 | | | | First Class Mail |
| Kestrel, LLC | P.O. Box 14586 | Oklahoma City, OK 73113 | | | KATRINA.JANTZEN@JAHCO.NET; AMANDA.MAHER@JAHCO.NET; | Email |
| Kestrel, LLC | 1008 E Hefner Rd | Oklahoma City, OK 73131 | | | | First Class Mail |
| KIN, Inc | f/k/a Kohls, Inc.; | f/k/a Kohl's Illinois, Inc | N56w17000 Ridgewood Dr | Menomonee Falls, WI 53051 | | First Class Mail |
| KIR Temecula L.P. | 500 N Broadway | Jericho, NY 11753 | | | | First Class Mail |
| Kir Temecula LP | P.O. Box 30344 | Tampa, FL 33630 | | | ARajkumar@kimcorealty.com; JMSOTO@KIMCOREALTY.COM; NSEARS@GLAZER.COM; | Email |
| Kmart Plaza Lancaster Pa Lim P | 270 Commerce Dr | Rochester, NY 14623 | | | | First Class Mail |
| Kmart Plaza Lancaster, PA Lp | 270 Commerce Drive | Rochester, NY 14623 | | | | First Class Mail |
| KRG Sunland, LP | 30 S Meridian St | Indianapolis, IN 46204 | | | | First Class Mail |
| KRG Town and Country Manchester, LLC | 2021 Spring Road, Ste 200 | Oak Brook, IL 60523 | | | | First Class Mail |
| Lago Bello, L.L.C. | 1215 Gessner Road | Houston, TX 77055 | | | dan@silvestriusa.com; erivera@silvestriusa.com | Email |
| Lago Bello, LLC | 1215 Gessner Road | Houston, TX 77055 | | | | First Class Mail |
| Main-Culver Associates, LLC | 570 Delaware Ave | Buffalo, NY 14202 | | | laurakrylz@benderson.com | Email |
| | | | | | | First Class Mail |
| Main-Culver Associates, LLC | 7978 Cooper Creek Blvd | University Park, FL 34201 | | | | First Class Mail |
| Merrillville Broadway Center Associates, LLC | 4500 Bissonnet, Ste 200 | Bellaire, TX 77401 | | | | First Class Mail |
| National Retail Properties, Inc | P.O. Box 931040 | Atlanta, GA 31193-1040 | | | SUE.GUTIERREZ@NNNREIT.COM; | Email |
| National Retail Properties, Inc | Attn: Ninibet Balladin | P.O. Box 947205 | Atlanta, GA 30394-7205 | | NINIBET.BALLADIN@NNNREIT.COM; | Email |
| National Retail Properties, Inc | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | BROOKE.EDGE@NNNREIT.COM; SUE.GUTIERREZ@NNNREIT.COM; | Email |
| National Retail Properties, INC | 450 S Orange Avenue, Ste 900, | Orlando, FL 32801 | | | | First Class Mail |
| New Willow Grove PA Retail LLC | 295 Madison Ave, 37th Fl | New York, NY 10017 | | | calmestica@tlmltd.com | Email |
| | | | | | | First Class Mail |
| New Willow Grove PA Retail LLC | 295 Madison Ave | New York, NY 10017 | | | | First Class Mail |
| North Canton LLC | 10546 Versailles Blvd, | Wellington, FL 33449 | | | | First Class Mail |
| North River Village GEC, LLC | 5391 Lakewood Ranch Blvd, Ste 100 | Sarasota, FL 34240 | | | | First Class Mail |
| PL Wayne LLC | 3333 New Hyde Park Road | New Hyde Park, NY 11042 | | | | First Class Mail |
| Qr Rushmore LLC | 2200 N Maple Ave | Rapid City, SD 57701 | | | ADMIN@UPTOWNRAPID.COM; manager@uptownrapid.com; | Email |
| | | | | | | First Class Mail |
| QR Rushmore LLC | 1445 N Loop W, Ste. 625 | Houston, TX 77008 | | | | First Class Mail |
| Randall Benderson 1993- 1 Trust | 570 Delaware Avenue | Buffalo, NY 14202 | | | | First Class Mail |
| Randall Benderson 1993-1 Trust | P.O. Box 823201 | Philadelphia, PA 19182-3201 | | | AchCashreceipts@Benderson.com; | Email |
| Realty Income Properties 18, LLC | 11395 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Rhino Holdings Arlington LLC | 1 Tower Ln, #400 | Oakbrook Terrace, IL 60181 | | | | First Class Mail |
| Rhino Holdings Roseville, LLC | 11395 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Rhino Holdings Roseville, LLC | 2200 Paseo Verde Parkway, Ste 260 | Henderson, NV 89052 | | | | First Class Mail |
| Rily, Ltd | P.O. Box 554 | Centerville, UT 84014 | | | RCB22653@gmail.com | Email |
| RILY, LTD | PO Box 554 | Centerville, UT 84014 | | | | First Class Mail |
| ROP Eastridge Plaza, LLC | 5678 N. Mesa | El Paso, TX 79912 | | | | First Class Mail |
| RPT Realty, L.P | 500 N Broadway | Jericho, NY 11753 | | | epay@rptrealty.com; | Email |
| Rpt Realty, LP | P.O. Box 350018 | Boston, MA 02241-0518 | | | | First Class Mail |
| Rr Town Center Associates, LLC | 4500 Bissonnet St, Ste 200 | Bellaire, TX 77401 | | | KGIRON@FRPLTD.COM; | Email |
| | | | | | | First Class Mail |
| RR Town Center Associates, LLC | 8140 Walnut Hill Ln | Dallas, TX 75231 | | | | First Class Mail |
| Sandy Tech Center One LLC | 135 10701 S River Front Pkwy | S Jordan, UT 84095 | | | ACCOUNTS@LPPMGROUP.COM | Email |
| Sandy Tech Center One LLC | 9090 Sandy Pkwy | Sandy, UT 84070 | | | | First Class Mail |
| Sdc Riverdale, LLC | 90 E 7200 S, Ste 200 | Midvale, UT 84047 | | | SUSAN@SPMPROP.COM; | Email |
| SDC RIVERDALE, LLC | 90 East 7200 South, Suite 200 | Midvale, UT 84047 | | | | First Class Mail |
| South Hills Owner LLC | P.O. Box 847693 | Boston, MA 02284 | | | ARC@DLCMGMT.COM; | Email |
| | | | | | | First Class Mail |
| South Hills Owner LLC | 565 Taxter Rd | Elmsford, NY 10523 | | | | First Class Mail |
| Spirit Master Funding X, LLC | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Spirit Realty, L.P. | c/o Ketley Drye & Warren LLP | Attn: Robert LeHane | 3 World Trade Center | 175 Greenwich St | New York, NY 10007 | rlehane@kelleydrye.com | Email |
| | | | | | | First Class Mail |
| Spirit Realty, L.P. | c/o Realty Income Corporation | Attn: Mike DiGiacomo | 11995 El Camino Real | San Diego, CA 92130 | mdigiacomo@realtyincome.com | Email |
| Spirit Realty, L.P. | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Sterik Pavilion LP | 50 Tice Blvd, Ste 320 | Woodcliff Lake, NJ 07677 | | | AWAGHELA@ALIBPROPERTIES.COM; | Email |
| Sterik Pavilion LP | 50 Tice Blvd, Ste 320 | Woodcliff Lake, NJ 07677 | | | kconivoy@aubproperties.com | Email |
| Sterik Pavilion LP | 50 Tice Boulevard, Ste 320 | Woodcliff Lake, NJ 07677 | | | | First Class Mail |
| Store Master Funding III, LLC | 8501 E Princess Dr, Ste 190 | Scottsdale, AZ 85255 | | | KRISTEN_M_BARNT@KEYBANK.COM; | Email |
| STORE Master Funding III, LLC | 8377 E. Hartford Drive, Ste 100, | Scottsdale, AZ 85255 | | | | First Class Mail |
| Sunbelt Stores Co, LP | 455 N CityFront Plz D, Ste 2400 | Chicago, IL 60611 | | | BWarth@sunbeltinv.com; | Email |
| | | | | | | First Class Mail |
| Sunbelt Stores Co, LP | c/o Procopio Cory Hargreaves & Savitch LLP | Attn: Gerald P Kennedy | 525 B St, Ste 2200 | San Diego, CA 92101 | gerald.kennedy@procopio.com | Email |
| Sunbelt Stores Co, LP | 8095 Othello Ave | San Diego, CA 92111 | | | | First Class Mail |
| Sunbelt Stores Co, LP | Attn: Matthew Berger | 8095 Othello Ave | San Diego, CA 92111 | | mberger@sunbeltinv.com | Email |
| SUNBELT STORES CO., L.P. | 8095 Othello Ave | San Diego, CA 92111 | | | | First Class Mail |
| Tosca Properties LLC | 633 Tremont St | Boston, MA 02118 | | | COEUB.LONGGORDON@GMAIL.COM; | Email |
| Tosca Properties LLC | 633 Tremont St | Boston, MA 02118 | | | | First Class Mail |
| VEREIT Real Estate, L.P | 2325 E Camelback Road, Ste 1100 | Phoenix, AZ 85016 | | | | First Class Mail |
| VEREIT Real Estate, L.P | 814 Commerce Drive, Ste 300 | Oak Brook, IL 60523 | | | | First Class Mail |
| VEREIT Real Estate, L.P | P.O. Box 732931 | Dallas, TX 75373 | | | | First Class Mail |
| Vereit Real Estate, LP | Vereit Income Properties LLC | 11995 El Camino Real | San Diego, CA 92130-2539 | | | First Class Mail |
| W.W. Grainger, Inc. | 401 S Wright Rd | Janesville, WI 53546 | | | kimberly.fara@grainger.com | Email |
| | | | | | | First Class Mail |
| W.W. Grainger, Inc. | 100 Grainger Pkwy | Lake Forest, IL 60045 | | | | First Class Mail |
| Wakefern Food Corp | 33 Northfield Ave | Edison, NJ 08837 | | | MARCY.REHL@WAKEFERN.COM | Email |
| | | | | | | First Class Mail |
| Wakefern Food Corp | 10096 Red Run Blvd , Ste 300 | Owings Mills, MD 21117 | | | | First Class Mail |

**Exhibit A**
Service List

| Creditor | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Wakefern Food Corp. | Attn: Michael Falk | 5000 Riverside Dr | Keasbey, NJ 08832 | | | michael.falk@wakefern.com | Email |
| | | | | | | | First Class Mail |
| Wakefern Food Corp. | c/o McGrail & Bensinger LLP | Attn: Ilana Volkov, Esq | 888-C 8th Ave, Ste 107 | New York, NY 10019 | | ivolkov@mcgrailbensinger.com | Email |
| | | | | | | | First Class Mail |
| Walmart Inc | 702 SW 8th St | Bentonville, AR 72716 | | | | GUARAV.AGRAWAL1@WALMART.COM; | Email |
| | | | | | | | First Class Mail |
| Walmart Inc | 2608 SE J Street | Bentonville, AR 72716 | | | | | First Class Mail |
| Walmart Inc. | Attn: Lyndel Anne Vargas | Founders Square | 900 Jackson St, Ste 570 | Dallas, TX 75202 | | lvargas@chfirm.com | Email |
| | | | | | | | First Class Mail |
| Washington Commons Newco LLC | 4 Clinton Sq | Syracuse, NY 13202 | | | | CROSSGATESCOMMONSLA@PYRAMIDMG.COM; | Email |
| Washington Commons Newco LLC | 4 Clinton Square | Syracuse, NY 13202 | | | | | First Class Mail |
| West Jordan Collection, LLC | P.O. Box 209420 | Austin, TX 78720 | | | | CJOHNSON@FORZACOMMERCIAL.COM; | Email |
| West Jordan Collection, LLC | PO Box 209420 | Austin, TX 78720 | | | | | First Class Mail |
| Yavapai-Prescott Indian Tribe | 1841 E Hwy 69, Ste 114 | Prescott, AZ 86301 | | | | AFENNER@YPIT.COM; | Email |
| | | | | | | | First Class Mail |
| Yavapai-Prescott Indian Tribe | P.O. Box 432 | Prescott, AZ 86302 | | | | | First Class Mail |
| Zam II Properties, LLC | 9595 Wilshire Blvd | Beverly Hills, CA 90212 | | | | CALVAREZ@AVGPARTNERS.COM | Email |
| Zam II Properties, LLC | 9595 Wilshire Blvd, Ste 700 | Beverly Hills, CA 90212 | | | | | First Class Mail |

## **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Address | | Email | Method of Service |
|---|---|---|---|---|
| E*Trade Financial Corporate Svcs | 3 Edison Dr | Alpharetta, GA 30005 | | First Class Mail |
| Etrade Financial Corporate Services | P.O. Box 3512 | Arlington, VA 22203 | SALESINFO@ETRADE.COM | Email |
| | | | | First Class Mail |
| Icr | 761 Main Ave | Norwalk, CT 06851 | ACCOUNTING-GLOBAL@ICRINC.COM | Email |
| | | | | First Class Mail |
| Moody's Investors Service | 250 Greenwich St | New York, NY 10007 | john.brigantino@moodys.com | Email |
| | | | | First Class Mail |
| Moody's Investors Service, Inc | P.O. Box 102597 | Atlanta, GA 30368-0597 | | First Class Mail |
| S&P Global Market Intelligence, LLC | 55 Water St | New York, NY 10041 | CLIENTRELATIONS@SPGLOBAL.COM | Email |
| | | | | First Class Mail |
| The Workforce Pro, Inc | 8939 S Sepulveda Blvd, Ste 110 | Los Angeles, CA 90045 | TY@WORKFORCEPRO.COM | Email |
| | | | | First Class Mail |
| The Workforce Pro, Inc | 112 S. Market St, Ste 172 | Inglewood, CA 90301 | | First Class Mail |