## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### CERTIFICATION OF COUNSEL
### REGARDING STIPULATION AND
### AGREED ORDER BETWEEN THE REORGANIZED
### DEBTORS AND LOWE'S HOME CENTERS, LLP REGARDING THE
### PREMISES LOCATED AT 750 NEWHALL DRIVE, SAN JOSE, CALIFORNIA 95110

The undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors," and after the Effective Date, the "Reorganized Debtors") hereby certifies that:

1. The Reorganized Debtors and Lowe's Home Centers, LLP ("Lowe's" and, together with the Reorganized Debtors, the "Parties"), have entered into a stipulation (the "Stipulation")[2] resolving the Administrative Claim regarding the rejection of the Sublease

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (9396); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Stipulation.

for the premises located at 750 Newhall Drive, San Jose, California 95110 as set forth therein. Attached hereto as **<u>Exhibit A</u>** is a proposed form of order (the "<u>Proposed Order</u>") approving the Stipulation attached to the Proposed Order as <u>Exhibit 1</u>.

2.    The Parties consent to the entry of the Proposed Order approving the Stipulation. The Reorganized Debtors, on behalf of the Parties, respectfully request entry of the Proposed Order attached hereto at the Court's earliest convenience without further notice or hearing.

*[Remainder of page intentionally left blank]*

Dated:  November 14, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:        rbrady@ycst.com
              jmulvihill@ycst.com
              tpowell@ycst.com

*Co-Counsel for the Reorganized Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        nicole.greenblatt@kirkland.com
              matthew.fagen@kirkland.com
              elizabeth.jones@kirkland.com

*Co-Counsel for the Reorganized Debtors*

## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AT HOME GROUP INC., *et al.*,[1] | ) Case No. 25-11120 (JKS) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. __** |

### ORDER APPROVING STIPULATION BETWEEN THE REORGANIZED DEBTORS AND LOWE'S HOME CENTERS, LLP REGARDING THE PREMISES LOCATED AT 750 NEWHALL DRIVE, SAN JOSE, CALIFORNIA 95110

Upon consideration of the *Stipulation Regarding the Premises Located at 750 Newhall Drive, San Jose, California 95110* (the "Stipulation") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors," and after the Effective Date, the "Reorganized Debtors") between the Reorganized Debtors and Lowe's Home Centers, LLP ("Lowe's"); and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

---

[1]   The Reorganized Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119).  The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is:  9000 Cypress Waters Blvd, Coppell, Texas 75019.

1.      The Stipulation is approved in its entirety.

2.      The Parties are hereby authorized to effectuate the terms of this Order.

3.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation or interpretation of the Stipulation and this Order.

**<u>Exhibit 1</u>**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AT HOME GROUP INC., *et al.*,[1] | ) | Case No. 25-11120 (JKS) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## STIPULATION AND AGREED ORDER REGARDING THE PREMISES LOCATED AT 750 NEWHALL DRIVE, SAN JOSE, CALIFORNIA 95110

This stipulation (this "Stipulation") and agreed order (this "Order") is entered into by and among: (a) each of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors," and after the Effective Date, the "Reorganized Debtors"); and (b) Lowe's Home Centers, LLP ("Lowe's" and, together with the Reorganized Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: At Home Group Inc. (9563); Ambience Parent, Inc. (6231); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (2759); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development LLC (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (6145); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

## RECITALS

**WHEREAS**, Lowe's entered into sublease dated March 1, 2020 with At Home Stores, LLC (the "Sublease") for certain real estate located at 750 Newhall Drive, San Jose, California 95110 (the "Premises").

**WHEREAS**, on June 16, 2025, At Home Stores, LLC and its affiliates each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**WHEREAS**, pursuant to the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 346], on August 6, 2025, the Debtors filed the *Notice of Rejection of Certain Executory Contacts and/or Unexpired Leases* [Docket No. 476] which provided a rejection date of August 30, 2025, for the Sublease.

**WHEREAS**, on August 29, 2025, the Court entered the *Order Approving the Rejection of Certain Executory Contacts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any* [Docket No. 583] approving the rejection of the Sublease effective as of August 30, 2025.

**WHEREAS**, on September 30, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 725] (the "Confirmation Order") approving the *Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)*

2

[Docket No. 722] (as may be further modified, amended, or supplemented from time to time, the "Plan").[2]

**WHEREAS**, on October 24, 2025, the effective date of the Plan (the "Effective Date") occurred, and the Debtors became the Reorganized Debtors. *See Notice of (I) Entry of Order Confirming the Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Occurrence of Effective Date* [Docket No. 809].

**WHEREAS**, pursuant to Article I.A.10 of the Plan, Administrative Claim is defined as a Claim against any of the Debtors arising on or after the Petition Date and before the Effective Date for a cost or expense of administration of the Chapter 11 Cases pursuant to sections 503(b), 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including:  (a) the actual and necessary costs and expenses of preserving the Estates and operating the businesses of the Debtors; (b) the Allowed Professional Fee Claims; (c) any Claims arising from that certain Letter of Credit issued by Bank of America, N.A. on July 2, 2025; and (d) all fees and charges assessed against the Estates under chapter 123 of the Judicial Code.

**NOW, THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation, it is hereby **STIPULATED AND AGREED THAT**:

1.      In full and final satisfaction of any Administrative Claim that may be asserted by Lowe's, including whether filed or subsequently filed such that all other Administrative Claims asserted by Lowe's related to the Premises shall be disallowed automatically and expunged after Payment (as defined below) is made, and upon approval by the Court of this Stipulation, the Parties agree that, within 30 days after approval by the Court of this Stipulation, the Reorganized Debtors shall pay Lowe's $81,250.00 (the "Payment") as an administrative expense claim.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

2.      Each of the Parties shall bear its own costs, attorneys' fees, and expenses in connection with the negotiations for and preparation of this Stipulation and in connection with the rejection of the Sublease.

3.      The terms and conditions of this Stipulation will be immediately effective and enforceable upon its entry.

4.      The Parties are authorized to take all actions necessary to effectuate the relief granted in this Stipulation.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Order.

**STIPULATED AND AGREED TO THIS [●]TH DAY OF NOVEMBER 2025:**

Dated: November 14, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:        rbrady@ycst.com
              jmulvihill@ycst.com
              tpowell@ycst.com

*Co-Counsel for the Reorganized Debtors*

-and-

*/s/ R. Joseph Hrubiec*

**POST & SCHELL P.C.**
R. Joseph (RJ) Hrubiec (DE Bar No. 5500)
Brian W. Bisignani
1869 Charter Lane
P.O. Box 10248
Lancaster, Pennsylvania 17605
Telephone:    (717) 291-4532
Facsimile:    (717) 291-1609
Email:        rhrubiec@postschell.com
              bbisignani@postschell.com

*Counsel for Lowe's Home Centers, LLP*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        nicole.greenblatt@kirkland.com
              matthew.fagen@kirkland.com
              elizabeth.jones@kirkland.com

*Co-Counsel for the Reorganized Debtors*