IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 18, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Third Monthly Fee Application of KPMG LLP, Providing Accounting Advisory, Valuation, Tax Provision, Tax Compliance and Tax Consulting Services to the Debtors and Debtors in Possession, Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2025 through September 30, 2025 [Docket No. 868]**

Dated: November 19, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 19th day of November, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

**EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| At Home Group Inc. | Attn: Meredith Hampton<br>9000 Cypress Waters Blvd<br>Coppell, TX 75019 | | First Class Mail |
| Choate, Hall & Stewart LLP | Kevin J. Simard | ksimard@choate.com | Email |
| Choate, Hall & Stewart LLP | Mark D. Silva | msilva@choate.com | Email |
| Dechert LLP | Stephen Zide | stephen.zide@dechert.com | Email |
| Dechert LLP | Eric Hilmo | eric.hilmo@dechert.com | Email |
| Kirkland & Ellis LLP | Nicole L. Greenblatt | nicole.greenblatt@kirkland.com | Email |
| Kirkland & Ellis LLP | Matthew C. Fagen | matthew.fagen@kirkland.com | Email |
| Kirkland & Ellis LLP | Elizabeth H. Jones | elizabeth.jones@kirkland.com | Email |
| Office of the United States Trustee for the District of Delaware | Jon Lipshie | jon.lipshie@usdoj.gov | Email |
| Office of the United States Trustee for the District of Delaware | Megan Seliber | megan.seliber@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Shirley S. Cho | scho@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Peter J. Keane | pkeane@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Theodore S. Heckel | theckel@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Edward A. Corma | ecorma@pszjlaw.com | Email |
| Potter Anderson & Corroon LLP | M. Blake Cleary | bcleary@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Brett M. Haywood | bhaywood@potteranderson.com | Email |
| Reed Smith LLP | Kurt F. Gwynne | kgwynne@ReedSmith.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Robert S. Brady | rbrady@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Edwin J. Harron | eharron@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Joseph M. Mulvihill | jmulvihill@ycst.com | Email |

AT HOME GROUP INC., et al., (Case No. 25-11120)